```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0240--CV (RRB)
                "ELSA S. BILLINGHAM V SOA ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/11/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    EMPLOYMENT DISCRIMINATION COMPLAINT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 10/11/05 receipt # 00126753
          Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | BILLINGHAM, ELSA SOLVEIG | Elsa Billingham<br>Pro Per<br>POB 231625<br>Anchorage, AK 99523<br>907-332-3791 |
| DEF 1.1 | ALASKA, STATE OF, DEPT OF TRANSPORTATION PF | Brenda B. Page<br>Attorney General's Office<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-6612<br>FAX 907-258-4978 |
| DEF 2.1 | PLUMB, MORTON JR. | No counsel found for this party! |
| DEF 3.1 | EBERLEY, DAVE | No counsel found for this party! |
| DEF 4.1 | HARTMAN, DAN | No counsel found for this party! |
| DEF 5.1 | JOKELA, BRUCE | No counsel found for this party! |
| DEF 6.1 | KLOUDA, FRED | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0240--CV (RRB)
                                "ELSA S. BILLINGHAM V SOA ET AL"

                                      For all filing dates
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 10/11/05
              Closed: NO

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (442) Jobs
                      EMPLOYMENT DISCRIMINATION COMPLAINT
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $250.00 on 10/11/05 receipt # 00126753
            Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/11/05 | Complaint filed w/att exhs. |
| 2 - 1 | 10/11/05 | PLF 1 motion (application) for appointment of counsel w/att credit aff. |
| 3 - 1 | 10/11/05 | PLF 1 motion for extension of time to review my EEOC file. |
| 4 - 1 | 10/12/05 | PLF 1 Complaint (Amended). |
| 5 - 1 | 10/27/05 | DEF 1 Attorney Appearance of B. Page (AAG). |
| 6 - 1 | 10/28/05 | RRB Order plf must complete service of the complaint and summons no later than 2/8/06, and promptly file a return of service otherwise the complaint may be dismissed as to any unserved defs'w/out further notice. Plf must follow the the FRCP in serving defs. Plf must follow LR 10.1(b). The clerk is directed to send plf a copy of the courts mot form PS12 and a copy of the pro se handbook.  Plf must keep the court informed of any changes of address. cc: E. Bingham w/Form PS12 & pro se handbook, PSLC |
| 7 - 1 | 11/04/05 | RRB Order regarding appointment of counsel; granting motion (application) for appointment of counsel (2-1); moot motion for extension of time to review my EEOC file (3-1).  The clerk is directed to send copies of the docket and record to Erick Coirdero at Volunteer Atty Support.  Mr Codero is request to find a volunteer atty to represent Ms. Billingham and to notify the court and her when and if counsel is secured.  Nothing other than service of the amended complaint on all defs by 2/8/05 is required by plf at this time.  cc: E. Billingham, E. Cordero w/record and docket, pslc |
| 8 - 1 | 11/15/05 | PLF 1 Amended financial statement. |