

RECEIVED

JAN 24 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

For the District of Alaska

| | |
|---|---|
| ELSA BILLINGHAM )<br>plaintiff, )<br> )<br>vs. )<br> )<br>STATE OF ALASKA )<br>DEPARTMENT OF TRANSPORTATION )<br>AND PUBLIC FACILITIES, )<br> )<br>and Individual Defendants: )<br>MORTON PLUMB JR. )<br>DAVID EBERLE,  DAN HARTMAN )<br>FRED KLOUDA, DOUG HUNTER )<br>and BRUCE JOKELA. )<br> ) | MOTION |

Case Number A05-0240 CV (RRB)

On January 24 2006 Elsa Billingham representing myself, is filing a

motion to accept a 2nd amended complaint and service of the summons,

As instructed to by the court.

_E Bmmy_

3. Fed.R. Civ.P. 4(b).

1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to accept a 2nd amended complaint summons are served upon the : STATE OF OF ALASKA , DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES and Individual Defendants: MORTON PLUMB JR., DAVID EBERLE, DAN HARTMAN, DOUG HUNTER, FRED KLOUDA AND BRUCE JOKELA..

By Certified USPS mail , on January 24 2006 by Elsa Billingham.

Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523

I certify that on January 24 2006
an original and a copy of this
complaint was hand delivered to:

United States District Court
For the District of Alaska
Clerks Office
2222 W. 7th Ave.
Anchorage Alaska 99513-7564