RECEIVED

JAN 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

For the District of Alaska

| | |
|---|---|
| ELSA BILLINGHAM<br>plaintiff,<br><br>vs.<br><br>STATE OF ALASKA<br>DEPARTMENT OF TRANSPORTATION<br>AND PUBLIC FACILITIES,<br><br>and Individual Defendants:<br>MORTON PLUMB JR.<br>DAVID EBERLE, DAN HARTMAN<br>FRED KLOUDA, DOUG HUNTER<br>and BRUCE JOKELA. | MOTION |

Case Number A05-0240 CV (RRB)

On January 24 2006 Elsa Billingham representing myself, is filing a

motion to accept a 2nd amended complaint and service of the summons,

As instructed to by the court.

*[signature]*

3. Fed.R. Civ.P. 4(b).

1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to accept a 2nd amended complaint summons are served upon the : STATE OF OF ALASKA , DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES and Individual Defendants: MORTON PLUMB JR., DAVID EBERLE, DAN HARTMAN, DOUG HUNTER, FRED KLOUDA AND BRUCE JOKELA..

By Certified USPS mail , on January 24 2006 by Elsa Billingham.

Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523

I certify that on January 24 2006
an original and a copy of this
complaint was hand delivered to:

United States District Court
For the District of Alaska
Clerks Office
2222 W. 7th Ave.
Anchorage Alaska 99513-7564