ELSA BILLINGHAM
Name
PO. BOX 231625

ANCHORAGE ALASKA 99523
Address
(907) 332-3791
Telephone number

LODGED

JAN 2 4 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

ELSA SOLVEIG BILLINGHAM ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

STATE OF ALASKA
DEPARTMENT OF TRANSPORTATION and
PUBLIC FACILITIES and private individuals:
MORT PLUMB JR., DAVID EBERLE,
DAN HARTMAN, DOUG HUNTER, FRED KLOUDA

AND BRUCE JOKELA ,
(Enter full names of defendant(s) named
on EEOC final decision. Do NOT use *et al.*)

Defendant(s).

Case No. A05-0240 CV (RRB)
(To be supplied by Court)

2nd amended

**EMPLOYMENT DISCRIMINATION COMPLAINT**

## 1. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2.   **PARTIES**

   a.   Name of plaintiff: ELSA BILLINGHAM

   Present mailing address: PO. BOX 231625, Anchorage Alaska

   99523

   Phone: (907) 332-3791

   b.   Name of first defendant: MORTON PLUMB JR.

   Present mailing address or business location: PO. BOX 196960, TED STEVENS INTERNATIONAL AIRPORT ANCHORAGE ALASKA 99519-6960

   Phone: (907) 266-2574

   c.   Name of second defendant: DAVID EBERLE

   Present mailing address or business location: PO.BOX 196960, TED STEVENS INTERNATIONAL AIRPORT ANCHORAGE ALASKA 99519-6960

   Phone: (907) 266-2574

   d.   Name of third defendant: DAN HARTMAN

   Present mailing address or business location: 5740 DEHAVILLAND DR., TED STEVENS INTERNATIONAL AIRPORT ANCHORAGE ALASKA 99502

   Phone: (907) 266-2726

(Copy this blank page for additional defendants, if necessary, and label it 2A.)

3.   **NATURE OF CASE**

   a.   The address at which I sought employment or was employed by the

**2.  PARTIES**

    a.    Name of plaintiff: ELSA BILLINGHAM

        Present mailing address: PO. BOX 231625 Anchorage

        Anchorage Alaska 99523

        Phone: (907) 332-3791

    b.    Name of first defendant: DOUG HUNTER

        Present mailing address or business location: PO. Box 196960, Ted Stevens International Airport

        Anchorage Alaska 99519-6960

        Phone: (907) 266-2427

    c.    Name of second defendant: Fred Klouda

        Present mailing address or business location: 6324 Air Guard Rd.

        Anchorage Alaska 99502

        Phone: (907) 243-3216

    d.    Name of third defendant: BRUCE JOKELA

        Present mailing address or business location: 5740 Dehavilland Dr.

        Ted Stevens INternational Airport Anchorage Alaska 99502

        Phone: (907) 266-2429

(Copy this blank page for additional defendants, if necessary, and label it 2A.)

**3.  NATURE OF CASE**

    a.    The address at which I sought employment or was employed by the

defendant(s) is: _____

_____

b. The discriminatory acts occurred on or about __6__ / __28__ / __2 004__
(month/day/year)

c. The acts complained of in this suit concern:

    i. __x__ Failure to employ me

    ii. __x__ Termination of my employment

    iii. __x__ Failure to promote me

    iv. __x__ Demotion

    v. __x__ Denial equal pay/work

    vi. __x__ Sexual harassment

    vii. __x__ General harassment

    viii. _____ Other (Be specific; attach additional sheet if necessary):

    retaliation, disparate treatment

d. Defendant's conduct is discriminatory with respect to the following:

    i. _____ My race or color

    ii. _____ My religion

    iii. __x__ My sex

    iv. _____ My national origin

    v. Other: __age__

e. I filed a complaint with the Alaska State Commission for Human Rights on or about: __8__ / __9__ / __2002__ (month/day/year)

f. I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: __1__ / __23__ / __2004__ (month/day/year)

g. The EEOC sent a "Notice of Right to Sue"* which I received on or about: __7__ / __18__ / __2005__ (month/day/year). *Please attach notice. The notice is attached to this complaint. __x__ Yes ____ No

If not, why not:_____

_____

_____

h. I believe that the defendant(s) is/are still committing these acts against me:

__x__ Yes ____ No

4. **CAUSE OF ACTION**

I allege that the defendant has discriminated against me as follows:

a. Count 1: __wrongfull termination__

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):
June 10 2003 I was given a termination letter by Mort Plumb Jr for being involved in a minor accident in which I did $51 worth o of damage to a stop sign. I did not work for Mort Plumb Jr. The Union stepped in and offered me a letter of dispute resolution. Putting me on probation for one year. I was written

PS05 (6/04)                     Page 4 of 6

up every two weeks, when everyone else at Airfield Maintenance
was given an evaluation once a year. I was not allowed to rebutt
false allegations. Bruce Jokela, my supervisor and Fred Klouda a
formand whom I did not work for and Dale Fairclough a forman whom
I did not work for were writting me up. No one else at Field
Maintenance were treated like me. Fred Klouda, Bruce Jokela and
Dale Fairclough all had more serious and expensive accidents than
me. Mort Plumb did not fire Fred Klouda, and Bruce Jokela and
Dale Fairclough when they had accidents. I had been forced to si
sign this letter of dispute resolution under duress if I wanted t
to work. Many more involved in accidents and because they were
part of the good ol boy network they were either not writtenup
or suspended or reprimanded. There is no paper trail on them, lik
there is on me. Many men could have numerous accidents and there
is no evidence of many of these accidents. They did not have to
follow the rules. I have several witnesses as to the "good
ol boy network." If a person was not included in this cronyi-
sm you were subjected to harrassment and different treatment.
Dan Hartman, Airfield Manager had a double set of standards.
He would cover up Bruce Jokelas accidents and if any of the white
men did not follow the rules it was covered up.

  b.  **Count 2:** Retalition--I had testified to a 1996 discriminat
tion inquiry. Dan Hartman Airfield Manager told the Human
Rights Commission that he knew nothing about this, when in
**Supporting facts:** fact he had asked me about this and I had
called this a hearing and he had corrected me about this.
Dan Hartman also asked me about my lawsuit in 1989, and I
have him tape recored. Wayne Gibson the previous Airfield
Manager had told me he had heard about my previous lawsuit.
A forman Hutch also asked me about it. Dave Eberley who had
previously had a top position with the Department of Trans-
portation and is presently in a top position in Construction
was working for the Energy Authority when I had filed a lawsuit
in 1989. I have a letter from Charlotte Withers personal
manager for the Department of Transportation PF wrote a letter
to Tracy the dispatcher at Public employees union and told her
not to dispatch me to any DOT jobs. I was also subpoened by
the ASCHR and the Assitant Attorney General to testify at a
hearing for an electrician who had filed an age complaint.
ASCHR has a transcript of my testimony at the electricians
hearing. I also had filed two complaints with ASCHR on
discrimination on promotions, lack of equipment time, less
time than the men got. I could not become proficient like
Eric Seibels and Dean Powell. These men were hired the same
time as me. Other women were treated better than me but they
were alot younger and cuter than me. The supervisors were not
interested in me. Two of these women were involved with the
supervisors.

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Elsa Billingham<br>P O Box 231625<br>Anchorage, AK 99523 | From: | Seattle District Office<br>909 First Avenue<br>Suite 400<br>Seattle, WA 98104 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 380-2004-03898 | Valarie D. Johnson,<br>Investigator | (206) 220-6934 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_Jeanette M. Leino_ (signature)

Jeanette M. Leino,
District Director

JUL 1 8 2005
(Date Mailed)

Enclosure(s)

cc: ALASKA STATE TRANSPORTATION DEPT
Human Resources Dept.
4100 Airacraft Drive
Anchorage, AK 99517

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> -- not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

## 5. INJURY

How have you been injured by the actions of the defendant(s)? I can no longer find full time employment in the field that I have spent thirty years working in. No one had told me that if you file any complaints with ASCHR or the EEOC you would be blacklisted in the system and never be able to find employment again. Also EEOC and ASCHR rule %1oo against anyone who is against the Dept- artment of Transportation PF. I am also blacklisted with several Unions of which I am a member. I am also blacklisted with the contractors with whom work for DOT. There were false allegations made about me and also ASCHR had written false statements about me in their paperwork. I am 55 years old, I am drawing $467.00 retirement pay and cannot live on this amount of money. I have a letter written by Charlotte Withers Musa blacklisting me.

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: I want to be reinstated in my previous job. I want my retirement reinstated plus interest. I I want my SBS account reinsstated at the same amount as before plus interest. I want back pay and forward pay. I want my seniority reinstated, as it was before. I want the same treatment as everyone else. I want equipment time. Not job assignments picking up trash and running a weed eater for ten years, the men were not subjected to this treatment. Eric Seibels has never run a weed eater or shoveled a sidewalk. Eric Seibels has had several accidents but he is never written up. Dean Powell has not only flunked a drug test but he has had several accidents. He has had the opportunity to be promoted, that I did not have.

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_____       1-24-2006
(Signature)                            (Date)