**RECEIVED**
JAN 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
For the District of Alaska

ELSA BILLINGHAM, Petitioner

vs.

US EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, Respondant

CIVIL ACTION A05-240CV(RRB)
CHARGE NO: 3802004-03898

NOTICE OF MOTION

To: Attorneys for EEOC
Federal Office Building
909 First Avenue, suit 400
Seattle Washington 98104-1061

Please take notice that the plaintiff will bring the above action for a petition

of review from an Administrative Agency, Equal Employment Opportunity

Commission, on or before January 24 2006 at 4:00 pm.

January 24 2006

*Elsa Billingham*
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

I certify that on January 24 2006
The original and a copy of this
request was personally delivered
to:
United States District Court
for the District of Alaska
Clerks Office
222 W 7th Ave #4
Anchorage Alaska 99513-7564

Exhibit I
page 1 of 3

UNITED STATES DISTRICT COURT
For the District of Alaska

Elsa Billingham, Petitioner

vs.

US Equal Employment Opportunity   Civil Action   A05-0240CV RRB J
Commission, Respondant            Charge No: 3802004-03898

PETITION FOR REVIEW OF ORDER OF
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Elsa Billingham hereby petitions the court for review of the Order of the Alaska

US Equal Employment Opportunity Commissions final investigative order

entered on January 24 2006.

To: Attorneys for EEOC
Federal Office Building
909 First Avenue, suite 400
Seattle, Washington 98104-1061

_Elsa Billingham_
PO. Box 231625
Anchorage Alaska 99523


I certify that on January 24 2006
an original and a copy of this petition
was hand delivered to:

United States District Court
For the District of Alaska
Clerks Office
222 W. 7th Ave.
Anchorage Alaska 99513-7564

Exhibit I
page 2 of 3

UNITED STATES DISTRICT COURT
For the District of Alaska

ELSA BILLINGHAM, Petitioner

vs.

US EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Civil Action A05-240CV RRB
Charge No: 3802004-043898

CERTIFICATE OF SERVICE

To: Attorneys for EEOC
Federal Office Building
909 First Avenue, suit 400
Seattle Washington 98104-1061

I, Elsa Billingham, do hereby certify that I have this date served a copy of

the within & foregoing motion for Review of the EEOC Investigative

Report.

January 24 2006

Elsa Billingham
PO Box 231625
Anchorage Alaska 99523
(907) 332-3791

I certify that on January 24 2005
The original and a copy of this
request was personally delivered
to:
United States District Court
For the District of Alaska, Clerks Office
222 W 7th Ave. 4
Anchorage Alaska

Exhibit one
page 3 of 3