Elsa Solveig Billingham
P.O. Box 231625
Anchorage, Alaska 99523
(907) 332-3791

*RECEIVED FEB 07 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA SOLVEIG BILLINGHAM,            )<br>                                     )<br>            Paintiff,                )<br>                                     )<br> vs.                                 )<br>                                     )<br> ALASKA DEPARTMENT OF                )<br> TRANSPORTATION PUBLIC               )<br> FACILITIES, Mort Plumb, Jr.,        )<br> Dave Eberle, Dan Hartman,           )<br> Fred Klouda, Doug Hunter,           )<br> Bruce Jokela,                       )   Case No. A05-0240 CV (RRB)<br>                                     )<br>            Defendants.              )<br>                                     ) | |

MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, Elsa Billingham (pro-se), moves to file her Second Amended Complaint. Plaintiff has not received an Answer in this case. Plaintiff would like to file the attached Second Amended Complaint which gives more detail of the facts and adds an additional ~~plaintiff~~ *defendant*, Doug Hunter.

DATED: 2-7-2006        Elsa Billingham (pro-se)

                                        By: /s/ ELSA BILLINGHAM

Motion to File Second Amended Complaint
*Billingham vs. Alaska Dept of Transportation, et al.*
Case No. A05-0240 CV (RRB)   Page 1 of 2

I hereby certify that on 7 day of February, 2006, a copy of the above **MOTION RE FILING OF SECOND AMENDED COMPLAINT & SECOND AMENDED COMPLAINT** was served upon the following by U.S. First Class mail:

**State of Alaska, Department of Law**
**Brenda B. Page, Assistant Attorney General**
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501

**Morton Plumb, Jr.**
P.O. Box 196960
Anchorage, Alaska 99519-6960

**David Eberle**
P.O. Box 196960
Anchorage, Alaska 99519-6960

**Dan Hartman**
5740 Dehavilland Dr.
Anchorage, Alaska 99502

**Fred Klouda**
6334 Airgward Rd
Anchorage, Alaska 99502

**Doug Hunter**
P.O. Box 196960
Anchorage, Alaska 99519-6960

**Bruce Jokela**
5740 Dehavilland Dr.
Anchorage, Alaska 99502

_Elsa Billingham_   2-7-2006

Motion to File Second Amended Complaint
_Billingham vs. Alaska Dept of Transportation, et al._
Case No. A05-0240 CV (RRB)   Page 2 of 2