RECEIVED
FEB 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA SOLVEIG BILLINGHAM,          )<br>                                   )<br>          Paintiff,               )<br>                                   )<br>vs.                                )<br>                                   )<br>ALASKA DEPARTMENT OF               )<br>TRANSPORTATION PUBLIC              )<br>FACILITIES, Mort Plumb, Jr.,       )<br>Dave Eberle, Dan Hartman,          )<br>Fred Klouda, Doug Hunter,          )<br>Bruce Jokela,                      )   Case No. A05-0240 CV (RRB)<br>                                   )<br>          Defendants.              )<br>_____)| |

ORDER

It is hereby ORDERED that the plaintiff, Elsa Solveig Billingham's Motion to File her Second Amended Complaint is GRANTED.

DATED:_____    By: _____
                               Ralph R. Beistline
                               United State District Judge




Order Granting Motion to File Second Amended Complaint
<u>Billingham vs. Alaska Dept of Transportation, et al.</u>
Case No. A05-0240 CV (RRB)    Page 1 of 1