DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES, and Individual Defendants ) | |
| MORT PLUMB, JR., DAVE EBERLE, ) | |
| DAN HARTMAN, FRED KLOUDA, ) | |
| DOUG HUNTER, AND BRUCE JOKELA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A05-0240 CIV (RRB) |

**ENTRY OF APPEARANCE**

Please take notice that Brenda B. Page, Assistant Attorney General for the State of Alaska, Department of Law, 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone: (907) 269-5136, hereby enters her appearance as counsel of record in the above-captioned matter on behalf of the Individual Defendants Mort Plumb, Jr., Dave Eberle, Dan Hartman, Fred Klouda, Doug Hunter, and Bruce Jokela. Brenda Page previously entered an appearance in this matter on behalf of the State of Alaska, Department of Transportation and Public Facilities.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Copies of all notices, motions, and pleadings should be sent to the address referenced above.

DATED: February 9, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on this date a true and correct copy of the **ENTRY OF APPEARANCE** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants