DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND PUBLIC ) <br> FACILITIES, and Individual Defendants ) <br> MORT PLUMB, JR., DAVE EBERLE, ) <br> DAN HARTMAN, FRED KLOUDA, ) <br> DOUG HUNTER, AND BRUCE JOKELA, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A05-0240 CIV (RRB) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST MOTION TO AMEND**

Defendants, State of Alaska, Department of Transportation and Public Facilities, Mort Plumb, Jr., Dave Eberle, Dan Hartman, Fred Klouda, Doug Hunter, and Bruce Jokela, by and through the Office of the Attorney General, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules for the United District Court for the District of Alaska, file this response to Plaintiff Elsa Billingham's first motion to amend her complaint.

On October 12, 2005, Plaintiff Billingham filed a complaint in this matter entitled "Amended Employment Discrimination Complaint." Defendants are not aware

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

of whether Plaintiff Billingham filed a complaint before the "amended" complaint. Plaintiff Billingham did not properly serve the amended complaint on any of the Defendants. On January 24, 2006, Plaintiff Billingham filed a motion to accept a second amended complaint, accompanied by a complaint entitled "Employment Discrimination Complaint," and a "Notice of Motion" and "Petition for Review of Order of Equal Opportunity Commission." Doug Hunter was not named as a defendant in the second amended complaint. Plaintiff Billingham served this second amended complaint on those Defendants named on the complaint.

Before the deadlines for filing responses to the motion and the complaint, Plaintiff Billingham filed yet another version of her complaint on February 7, 2006, entitled "Second Amended Complaint," with an accompanying "Motion to File Second Amended Complaint." The newest version of Plaintiff Billingham's complaint contains additional facts and adds Doug Hunter as a defendant.

In response to Plaintiff Billingham's first motion to amend her complaint, filed on January 24, 2006, Defendants maintain that the motion is moot and has been superseded by Plaintiff Billingham's second motion to amend her complaint, filed on February 7, 2006. Similarly, the complaint filed by Plaintiff Billingham on January 24, 2006, has been amended by the complaint she subsequently filed on February 7, 2006.

Therefore, unless the Court orders otherwise, Defendants will not file a responsive pleading to the complaint filed by Plaintiff Billingham on January 24, 2006. Defendants will proceed in this matter by filing a timely response to Plaintiff Billingham's February 7, 2006, motion to amend her complaint. By filing this response to Plaintiff Billingham's January 24, 2006, first motion to amend her complaint,

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Defendants do not waive any objections that they may have to Plaintiff Billingham's February 7, 2006, second motion to amend her complaint.

In addition, it is unclear whether Plaintiff Billingham intended to file her Petition for Review of an order of the Equal Opportunity Commission as a pleading in this matter. It does not appear that Plaintiff Billingham's petition requires a response by Defendants. To the extent it does require a response, however, Defendants deny that Plaintiff Billingham can bring a petition to review an EEOC determination with this Court in this lawsuit.

DATED: February 9, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on this date a true and correct copy of the **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST MOTION TO AMEND** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants

Entry of Appearance
*Elsa Billingham v. State of Alaska/DOT & PF, and Individual Defendants*, A05-0240 CIV (RRB)