RECEIVED

FEB 2 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Elsa Billingham
PO.Box 231625
Anchorage Alaska 99523
(907) 332-3791

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Elsa Billingham )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Alaska Department of )<br>Transportation Public )<br>Facilities, et al. )<br>)<br>Defendants )<br>) | Case No. A05-0240 CV (RRB) |

MOTION TO FILE PROOF OF RETURN OF SERVICE

Motion to file proof of return of service on defendants. Plaintiff moves to

file her proof of return of service on defendants as ordered by the Court.

All of the defendants have been served with the exception of Doug Hunter,

whom the plaintiff Billingham has asked to be able to serve late. Plaintiff

Billingham is still attempting to find Counsel to help with her case.

Dated: February 21 2006          Elsa Billingham (pro-se)

                                 By: [signature]

Motion to file proof of return of service on defendants
Billingham vs. Alaska Department of Transportation, et al.
Case No. A05-0240 CV (RRB)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 2-8-06

1. Article Addressed to:

TED STEVENS INTL
AIRPORT
DAN HARTMAN
5740 DeHavilland Dr
Anc AK 99502

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 9169 8670

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): W Nelson
C. Date of Delivery: 2/9/06

1. Article Addressed to:

Ted Stevens Intl.
Airport
Mort Plumb Jr.
P.O. Box 196960
Anc AK 99519-6960

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 9169 8700

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _William Nelson_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): WILLIAM NELSON
C. Date of Delivery: 2-8

1. Article Addressed to:

TED STEVENS INTL
AIRPORT
DOUG HUNTER
P.O. Box 196960
Anc AK 99519-6960

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 9169 8656

PS Form 3811, February   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    David Eberle
    P.O. Box 196960
    Anc AK 99519-6960

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *William Nelson*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): WILLIAM NELSON

C. Date of Delivery: 2-8

D. Is delivery address different from item 1? ☐ Yes  ☐ No
    If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 9169 8649

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Office of Atty Gen.
    Assistant Atty Gen.
    Brenda Page
    Anc Branch
    1031 W 4th Ave Suit 200
    Anc AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Natalie Parish*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Natalie Parish

C. Date of Delivery: 2-8-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
    If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 9169 8694

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): FRED _(illegible)_  C. Date of Delivery: 2-8<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>FRED KLOUDA<br>6324 Qirguard Rd<br>Anc AK 99502 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from ser...) | 7005 1820 0001 9169 8663 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery: 2-8-06<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Ted Stevens Int'l<br>Airport<br>Bruce Jokela<br>5740 Dehavilland Dr<br>Anc AK 99502 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0001 9169 8687 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion to file proof of return of service on defendants as ordered by the Court. All of the defendants have been served with the exception of Doug Hunter, whom the plaintiff, Billingham has asked permission to be able to serve late. Plaintiff, Billingham has properly served her summons and her 2nd amended complaint upon the State of Alaska, Department of Transportation and Public Facilities and Individual defendants: Morton Plumb Jr., David Eberle, Dan Hartman, Fred Klouda and Bruce Jokela on February 7 2006 by Certified USPS mail,

By Elsa Billingham.

Elsa Billingham
PO.Box 231625
Anchorage Alaska 99523

I certify that on February 21 2006
an original and a copy of this proof
of return of service was hand
delivered to:

United States District Court
For the District of Alaska
Clerks Office
2222 W. 7th Ave.
Anchorage Alaska 99513-7564

State of Alaska, Department of Law
Brenda B.Page, Assistant Attorney General
1031 W. Fourth Ave. Suite 200
Anchorage Alaska 99501