DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES, and Individual Defendants )<br>MORT PLUMB, JR., DAVE EBERLE, )<br>DAN HARTMAN, FRED KLOUDA, )<br>DOUG HUNTER, AND BRUCE JOKELA, )<br>)<br>          Defendants. )<br>_____ ) | Case No. 3:05-cv-0240 (TMB) |

**DEFENDANTS' RESPONSE TO MOTION TO FILE SECOND AMENDED COMPLAINT**

Defendants, State of Alaska, Department of Transportation and Public Facilities, Mort Plumb, Jr., Dave Eberle, Dan Hartman, Fred Klouda, Doug Hunter, and Bruce Jokela, by and through the Office of the Attorney General, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules for the United States District Court for the District of Alaska, file this response to Plaintiff Elsa Billingham's Motion to File Second Complaint.

Defendants' Response                                                                 Page 1 of 2
*Elsa Billingham v. State of Alaska/DOT & PF,*
*and Individual Defendants*, 3:05-cv-0240 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Defendants do not oppose Ms. Billingham's motion to file a second amended complaint. The second amended complaint, however, is confusing and sets forth claims that are subject to dismissal. Therefore, Defendants are filing a motion to dismiss certain of Ms. Billingham's claims before filing an answer to the second amended complaint.

DATED: February 23, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on February 23, 2006, a true and correct copy of the **DEFENDANTS' RESPONSE TO MOTION TO FILE SECOND AMENDED COMPLAINT** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants

Defendants' Response
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

Page 2 of 2