## ALASKA STATE COMMISSION FOR HUMAN RIGHTS

*COMPLAINT OF DISCRIMINATION*          ASCHR NO.  C-02-269

| | |
|---|---|
| **COMPLAINANT:** | Elsa Billingham |
| ADDRESS: | P.O. Box 231625, Anchorage, Alaska 99523 |
| TELEPHONE: | 332-3791 |

| | |
|---|---|
| **RESPONDENT:** | State of Alaska, Department of Transportation and Public Facilities, Ted Stevens International Airport |
| ADDRESS: | 4100 Aircraft Drive, Anchorage, Alaska 99517 |
| TELEPHONE: | 266-2429 |

I would also like this complaint filed with EEOC
*DATE OF MOST RECENT OR CONTINUING DISCRIMINATION: August 4, 2002* and continuing
**RESPONDENT EMPLOYS**: 20 or more

Respondent has employed me for eight years as an equipment operator, wage grade 56. During my employment, I have been denied training that would permit me to qualify for testing for promotion to equipment operator wage grade 54. I have complained to respondent that I was denied training because of my sex. Respondent has regularly assigned work to younger males that permits them to work and to be paid at grade 54 and above, but does not provide upgrades to me on a regular basis. On August 4, 2002 respondent placed me on 30-day suspension after the mower I was using overheated.

I allege that respondent has discriminated against me on the basis of my sex, female and age, 52, and retaliated against me for opposing sex discrimination in violation of AS 18.80.220, the Age Discrimination in Employment Act of 1967, as amended, and Title VII of the Civil Rights Act of 1964, as amended, for the following reasons:

1. During my employment, I have repeatedly requested training on equipment, which would qualify me to test for openings for grade 54 operators. Respondent has denied training to me but has provided that training to male operators. I applied to test for open grade 54 positions, and I learned on July 1 and July 16, 2002 that those positions had been awarded to younger males.
2. Respondent regularly assigns work to younger males, which allows them to work and to be paid at grade 54, and to obtain experience on equipment used by grade 54 employees. Respondent does not provide upgrades to me on a regular basis.
3. I have repeatedly complained to respondent that I believed that I was denied training and experience on the equipment because of my sex. In 1996 I participated in an investigation of a sex discrimination complaint against respondent.
4. On August 4, 2002, I was suspended for failing to follow instructions after the mower I was using overheated. I believe that I was suspended because I am female, 52 years old, and I had opposed sex discrimination.

I pledge to inform the Human Rights Commission and any other agency listed above of any change in my address or telephone number and will cooperate fully with them in the proceeding of this complaint.

I swear or affirm that I have read the above complaint and that it is true to the best of my knowledge, information and belief:

SIGNATURE OF COMPLAINANT     8/9/02  DATE
Subscribed and sworn to me this 9th day of August 20 02 at Anchorage, AK

*Lucinda D. Bay*
SIGNATURE OF NOTARY PUBLIC or POSTMASTER
My commission expires July 6, 2003

If no notary public is available, please certify below:

A notary public or other official empowered to administer oaths is not available. Therefore, I swear and certify under penalty of perjury that the above complaint is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT     DATE

PLACE (City, Town, or Village and State)

Exhibit A
Page 1 of 1