EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 380-2004-03898 |

**Alaska State Commission For Human Rights** and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Ms. Elsa Billingham
**Home Phone No. (Incl Area Code):** (907) 332-3791
**Date of Birth:** 11-28-1949

**Street Address:** P O Box 231625 Anchorage, AK 99523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** ALASKA STATE TRANSPORTATION DEPT
**No. Employees, Members:** 500 or More
**Phone No.:** (907) 266-2429
**Street Address:** 4100 Aircraft Drive, Anchorage, AK 99517
266-2427
266-2425

**Name:** PUBLIC EMPLOYEES LOCAL 71
**Phone No.:** (907) 276-7211
**Street Address:** 2510 ARCTIC BLVD ANC AK 99503-2516

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☒ OTHER (Specify below.) HARASSMENT

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-28-2004   Latest: 06-28-2004
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I filed charge 380-2004-00472 with the EEOC, which closed this case with a dismissal in July 2004. I believe that because of my sex, Female, and then age, 54, and in retaliation for filing this EEOC Charge, the employer terminated my employment on June 28, 2004.

I believe that the employer's action is in violation of Title VII of the 1964 Civil Rights Act, as amended.

I have been blacklisted by the Dept of Transportation and Public Employees Local 71. EB I can no longer work for the Dept of Transportation. I have not been allowed a hearing where I could present EB my case and witnesses.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

DEC 30 2004
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements
12/30/04
Commission Expires September 12, 2007

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): DEC 30 2004

**Exhibit G**
**Page 1 of 1**