IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA SOLVEIG BILLINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION et al.,<br><br>    Defendants    . | Case No. 3:05-cv-00240-TMB<br><br><br><br>O R D E R |

      On October 11, 2005, Elsa Solveig Billingham, representing herself, filed an employment discrimination complaint, under Title VII of the Civil Rights Act.[1] Since that time, Ms. Billingham has filed numerous documents, including motions to amend her complaint, with three separate amended complaints, "motions" to file her returns of service, exhibits, and a supplement of facts to her most recent proposed amended

---

[1] *See* Docket No. 2.

complaint.[2]  The Court is at this point in the process of attempting to make sense of the various filings so that the case can proceed in an orderly fashion.[3]

**Therefore, IT IS HEREBY ORDERED:**

1. Ms. Billingham's motion to file a second amended complaint, at docket number 11 (with the supplement of facts at docket number 12), which is unopposed by the defendants,[4] is GRANTED; and the defendants need respond to no previous complaint.[5]

2. Ms. Billingham's earlier motion to file a second amended complaint, at docket number 10, is DENIED as moot.

3. Ms. Billingham's motion to file her returns of service, at docket number 15, although unnecessary, is GRANTED, and they will be filed as usual.

4. The Court has been informed by Alaska Legal Services Corporation that, based upon Ms. Billingham's current financial status, she is ineligible for services; therefore, Ms. Billingham must either secure counsel on her own, or continue to represent herself in this case.[6]

---

[2] *See* Docket Nos. 3, 4, 10, 11, 12, 15.

[3] The defendants have filed a motion to dismiss, which has not yet been opposed by Ms. Billingham.  *See* Docket No. 17.

[4] *See* Docket No. 16.

[5] *See* D.Ak.LR 15.1(2)  (An amended complaint must be complete in itself without reference to any prior pleading).

[6] See Docket No. 7 at 1-2 ("The Court may ... request [but may not compel] that a private attorney represent an indigent litigant," citing *Mallard*

5.   No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action.  Ms. Billingham must file any requests for action by the Court during these proceedings in the form of a **motion**.

6.   The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Ms. Billingham with this Order.

7.   Ms. Billingham is reminded that she must provide the Court with the original, plus one complete and legible copy, of every paper she submits for filing, as required by this Court's Local Rule 10.1(b).

DATED this 7th day of March, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

*v. United States District Court*, 490 U.S. 296, 300-308 (1989)).