DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES, and Individual Defendants ) | |
| MORT PLUMB, JR., DAVE EBERLE, ) | |
| DAN HARTMAN, FRED KLOUDA, ) | |
| DOUG HUNTER, AND BRUCE JOKELA, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. A05-0240 CIV (RRB) |

**DEFENDANTS' REPLY MEMORANDUM**

Defendants, State of Alaska, Department of Transportation and Public Facilities, Mort Plumb, Jr., Dave Eberle, Dan Hartman, Fred Klouda, Doug Hunter, and Bruce Jokela, by and through the Office of the Attorney General, pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure and Rules 7.1(b) and 7.1(d)(1) of the Local Rules of the United States District Court for the District of Alaska, file this reply in support of Defendants' Motion to Dismiss.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

On February 23, 2006, Defendants filed and served a Motion to Dismiss certain of Plaintiff Elsa Billingham's claims and to strike the portions of her complaint related to those claims. On March 15, 2006, Ms. Billingham served on Defendants' counsel a Motion for Plaintiff's Opposition to Request for Dismissal and an accompanying proposed order. (Attached as Ex. A). The opposition "motion" was completed on a form and indicated only that Ms. Billingham objected to Defendants' request for dismissal and requested that Defendants' motion be denied. Ms. Billingham failed to include any factual or legal support for her opposition. Moreover, neither the face of the opposition motion nor the Court docket indicates that Ms. Billingham filed this opposition with the Court. Therefore, it does not appear that the opposition was timely filed.

Even if the opposition was timely filed, however, it fails to include any points or authorities as required by Rule 7.1(a) of the Local Rules for the United States District Court for the District of Alaska. Under the Local Rules, a failure to include proper material in opposition to a motion subjects the motion to summary ruling by the Court and may be deemed an admission that the motion is well taken. D. Ak. LR 7.1(d)(1).

Because Ms. Billingham has made no arguments in opposition to Defendants' motion to dismiss, Defendants reassert the arguments set forth in their Motion to Dismiss and respectfully request that the Court: (1) dismiss all claims that are based on actions other than Ms. Billingham's termination and the alleged "blacklisting" after her termination; (2) dismiss all claims against the individual defendants; and (3) strike the portions of the complaint related to those claims.

///

///

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED: March 21, 2006

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on this date a true and correct copy of the **DEFENDANTS' REPLY MEMORANDUM** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants