Elsa Billingham
Name

PO. Box 231625, Anch AK.99523
Prison Number

_____
Place of Confinement

_____
PO.Box 231625, Anch. Ak.99523
Address
(907) 332-3791
Telephone

RECEIVED

MAR 2 0 2006

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Elsa Billingham
                        ,

         Plaintiff,

vs.

Department of Transportation

Public Facilities,et al.
                        ,

         Defendant(s).

Case No.  3:05-cv-00240-TMB

## M O T I O N

to/for Plaintiff's Opposition to

Request for Dismissal

I, Elsa Billingham
_____, proceeding without a lawyer, move
to/for Object to the Defendants request for dismissal filed Feb. 23 2006
under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Requests that Defendants request be denied.

_____

_____

PS 15 (effective 8/05)

_____
_____
_____
_____
_____
_____
_____
_____

## Declaration Under Penalty of Perjury

I, _Elsa Billingham_____, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _March 15 2006_____, at _Anchorage Alaska_____.

_____
Signature

## Certificate of Service

I certify that, on _March 15 2006_____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_Assistant Atty.Gen Brenda Page_
(Opposing Party or Counsel)

at _SOA, Department of law, 1031 W. 4th Ave. S Suit 200,Anch. Ak.9950l
(Address)

_____
Signature

PS 15 (effective 8/05)                    2                         MOTION

RECEIVED

MAR 2 0 2006

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM

     Plaintiff,

vs.

DEPARTMENT OF TRANSPORTATION       Case No. 3:05-cv-00240-TMB
PUBLIC FACILITIES, et al.

     Defendants

_____

ORDER

It is hereby ORDERED that the plaintiff, Elsa Billingham's

Motion for Opposition to Defendants request for dismissal is

GRANTED.

DATED:_____       By:_____

                                     /s/ TIMOTHY M. BURGESS
                                     United States District Judge

Order granting Motion  for Plaintiffs Opposition to Defendants
request for dismissal.
Billingham vs. Alaska Dept of Transportation, et al.
Case No. 3:05-cv-00240-TMB

Page 1 of 1