Elsa Billingham
Name
P.O. Box 231625, Anch AK.99523
~~Prisoner Number~~

~~Place of Confinement~~

P.O. Box 231625, Anch. Ak.99523
Address
(907) 332-3791
Telephone

**RECEIVED**
MAR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Elsa Billingham, **Plaintiff,** vs. Department of Transportation Public Facilities, et al., **Defendant(s).** | Case No. 3:05-cv-00240-TMB  **MOTION** to/for Plaintiff's Opposition to Request for Dismissal |

I, Elsa Billingham, proceeding without a lawyer, move to/for Object to the Defendants request for dismissal filed Feb. 23 2006

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Requests that Defendants request be denied.

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _Elsa Billingham_____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _March 15 2006_____, at _Anchorage Alaska_____.

_____
Signature

### Certificate of Service

I certify that, on _March 15 2006_____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on _Assistant Atty. Gen Brenda Page_
(Opposing Party or Counsel)

at _SOA, Department of law, 1031 W. 4th Ave. S_ _Suit 200, Anch. Ak. 99501_
(Address)

_____
Signature

PS 15 (effective 8/05)        2        MOTION