3:05-cv-00240



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALASKA DEPARTMENT OF ) Case No. 3:05-cv-00240-TMB<br>TRANSPORTATION PUBLIC )<br>FACILITIES, ET AL. )<br>Defendants, )<br>_____ ) | |

### PLAINTIFF'S ROUTINE MOTION FOR EXTENSION OF TIME

Plaintiff moves the Court under Alaska Rule of Appellate Procedure 503.5(b)(2),

for an extension of time until April 21 2006, to file her rebuttal to Assistant

Attorney Generals Motion to Dismiss. Billingham needs more time to

go to the law library to research the rules of Federal Procedure.

Plaintiff's Routine Motion for
extension of time;
Elsa Billingham v. State of Alaska/DOT & PF.
And Individual Defendants, 3:05-cv-0240 (TMB)

page 1 of 2

Case 3:05-cv-00240-TMB

## CERTIFICATE OF SERVICE

This is to certify that on March 28 2006, a true and correct copy of the Plaintiff's routine motion for an extention of time in this proceeding was served in person on the following. Department of Transportation and Public Facilities et, al..

_Elsa Billingham_
_P.O. Box 231625_
_Anchorage Alaska   99523_

United States District Court
For the District of Alaska
Clerks Office
2222 W. 7th Ave.
Anchorage Alaska 99513-7564

Department of Law
Office of the Attorney General
Anchorage Branch
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5136
Fax: (258-4978