RECEIVED

MAR 28 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case 3:05-cv-00240-TMB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM<br>　　Plaintiff,<br>vs.<br><br>ALASKA DEPARTMENT OF<br>TRANSPORTATION PUBLIC<br>FACILITIES, et al<br>　　Defendants. | Case No. 3:05-cv-00240-TMB<br><br>ORDER |

It is hereby ORDERED that the plaintiff, Elsa Billingham's motion for

a routine motion for extension of time be granted.

Dated:_____  By:_____
　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　United States District Judge

Order Granting a Routine
Motion for an extension of
time.
Case 3:05-cv-00240-TMB