DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND PUBLIC ) <br> FACILITIES, and Individual Defendants ) <br> MORT PLUMB, JR., DAVE EBERLE, ) <br> DAN HARTMAN, FRED KLOUDA, ) <br> DOUG HUNTER, AND BRUCE JOKELA, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:05-cv-0240 (TMB) |

**NOTICE OF RESPONSE TO SECOND AMENDED COMPLAINT**

Defendant Doug Hunter, by and through the Office of the Attorney General, files this notice of response to the Second Amended Complaint filed by Plaintiff Elsa Billingham. On February 7, 2006, Ms. Billingham filed a Second Amended Complaint in this action, in which she added Doug Hunter as an individual defendant. Although Ms. Billingham mailed a copy of the complaint on Mr. Hunter, she apparently did not issue a summons for Mr. Hunter at that time. Ms. Billingham subsequently issued two summons for Mr. Hunter – one on March 14, 2006 and one on March 28, 2006 – requiring an answer to the complaint within 30 days of service of the summons. Mr.

Notice of Response                                                                                      Page 1 of 2
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Hunter, however, along with the other defendants in this action, filed a motion to dismiss on February 28, 2006, requesting that the Court dismiss certain of Ms. Billingham's claims and strike portions of the complaint related to those claims. Therefore, no further response to Ms. Billingham's complaint is necessary at this time.

RESPECTFULLY submitted this 31st day of March, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:
/s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on March 31, 2006, a true and correct copy of the **NOTICE OF RESPONSE TO SECOND AMENDED COMPLAINT** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants

Notice of Response
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)
Page 2 of 2