Case 3:05-cv-00240 TMB

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

RECEIVED

APR 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| ELSA BILLINGHAM<br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA<br>DEPARTMENT OF TRANSPORTATION<br>and PUBLIC FACILITIES, and<br>Individual Defendants:<br>MORTON PLUMB JR.,<br>DAVID EBERLE, DAN HARTMAN<br>FRED KLOUDA, DOUG HUNTER<br>and BRUCE JOKELA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MOTION<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SUBMIT ORDER AND LATE FILED AFFIDAVIT

Come now Plaintiff, Elsa Billingham submits a motion to file her ORDER

In her Opposition to Dismiss . Billingham also would like permission to late

file one of her affidavits of In her Opposition to Dismiss , that of Diane

Barth. Diane Barth had previously worked at Ted Stevens International

Airport and had filed a lawsuit against Director Morton Plumb Jr..

She alleged stalking, harrassment, discrimination, failure to promote and

various other charges. Her case has since been dismissed. Billingham would

will also submit the accident files of co-workers at a later date. These files

show that co-workers who had more unsafe and more expensive accidents than

Billingham, had not been subjected to the extreme prosecution that Billingham

was subjected to.

Motion to Submit ORDER and Late Filed Affidavit
Elsa Billingham v. State of Alaska /DOT & PF,et al. , 3:05-cv-0240     page 1 of 2

Case 3:05-cv-00240 TMB

## IN THE DISTRICT COURT FOR THE UNITED STATES

## FOR THE DISTRICT OF ALASKA

CERTIFICATE OF SERVICE

Dated April 24 2006        By: /s/ Elsa Billingham

Elsa Billingham
P.O. Box 231625
Anchorage Alaska 99523

Certificate of Service
This is to certify that on April 24 2006,
A true and correct copy of the Plaintiffs'
Amended Statement of the Facts in this
proceeding was served in person by
Elsa Billingham on the following:

United States District Court
District of Alaska
Clerk of Court
Federal Building, US Court House
222 W. 7th Ave. #4
Anchorage Alaska 99513-7564

Brenda B Page
Assistant Attorney General
Attorney for the State of Alaska and
Individual Defendants.

Motion to accept
Amended Statement of the Facts:
Elsa Billingham v. State of Alaska/Dot & PF.
And Individual Defendants, 3:05-cv-0240 (TMB)                page 2 of 2