Case 3:05-cv-00240 TMB

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM<br>Plaintiff, | )<br>)<br>) |
| vs | )<br>) |
| STATE OF ALASKA<br>DEPARTMENT OF TRANSPORTATION<br>AND PUBLIC FACILITIES,<br>and Individual Defendants:<br>MORTON PLUMB JR.,<br>DAVID EBERLE, DAN HARTMAN,<br>FRED KLOUDA, DOUG HUNTER,<br>and BRUCE JOKELA. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is hereby ORDERED that the Plaintiff, Elsa Billingham's Motion in

Opposition to Dismiss is GRANTED.

DATED:_____ By:_____
Tim Burgess
United States District Judge

Granting Motion to File
Motion in Opposition to Dismiss
<u>Billingham vs. Alaska Dept. Of Tranportation, et al.</u>
Case No. A05-cv- 0240 (TMB)