| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☐ FEPA<br>☒ EEOC |

ALASKA STATE HUMAN RIGHTS COMMISSION _____ and EEOC
*(State or local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| MS. ELSA S. BILLINGHAM | (907) 561-8749 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 205 East 4th #167, | Anchorage, AK 99501 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| ENSERCH CORPORATION | 50+ | (206) 451-4550 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| P.O. Box 4307, Homer, AK 99603 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| ENSERCH CORPORATION | (206) 451-4550 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 500 Plaza Center, 109000 N.E. 8th Street, | Bellevue, WA 98004 |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year) |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ AGE ☒ RETALIATION ☐ OTHER(Specify) | 03-09-89 |

THE PARTICULARS ARE *(If additional space is needed, attached extra sheet(s))*:

On approximately March 9, 1989, and continuing, I have been harassed, including sexually harassed, on the basis of my sex--female, and for having filed charges with the EEOC. I believe I am being discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature] Elsa B Billingham*

Date X Dec 5 '89  Charging Party (Signature)

SIGNATURE OF COMPLAINANT
XX *[signature] Elsa B Billingham*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
5th December, 1989

EEOC FORM 5 MAR 84  PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

Exhibit 1  page 1 of 1