# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): 380-2004-00472

**Alaska State Commission For Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Elsa Billingham | (907) 332-3791 | 11-28-1949 |

Street Address: P O Box 231625, Anchorage, AK 99523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STATE OF ALASKA - TRANSTPORTATION | 500 or More | |

Street Address: Airfield Maintenance, 4100 Aircraft Dr., Anchorage, AK 99517

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-10-2003  Latest: 01-12-2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Since 1994 I have been employed by the State of Alaska's Department of Transportation and Public Utilities. Throughout that time I have worked as an equipment operator at the Anchorage airport. I am a 54 year old woman, and I have filed an earlier charge concerning employment discrimination against me by my employer. This charge, 38A-2002-00285, is still under investigation.

Since my filing of that charge in August of 2002 I believe that I have continued to be discriminated against because of my age and sex. I now believe that I am also being retaliated against because of my earlier charge of illegal discrimination. These actions are violations of Title VII of the Civil Rights Act of 1964, as amended, and of the Age Discrimination in Employment Act.

Throughout 2003, and continuing to the present, there have been many occasions when I am not allowed to gain training and experience in operating various pieces of equipment in use at my workplace, while younger less senior males are given these opportunities. I have also been disciplined more harshly than younger male workers for any errors or accidents on the job. In June 2003 I was suspended and then demoted to a lower pay classification. Male co-workers with similar errors or accidents have not been disciplined. Because of these acts of discrimination I continue to suffer harm both in my current earnings and conditions of work, and in my future opportunities for promotion and advancement.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1/23/04

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 01/23/04

Commission Expires 09/05/07

[NOTARY PUBLIC SEAL — DEBORAH E. MILLER, STATE OF ALASKA]

Exhibit 5   page 1 of 4

# DISMISSAL AND NOTICE OF RIGHTS

To: Elsa Billingham
P O Box 231625
Anchorage, AK 99523

From: Seattle District Office
909 First Avenue
Suite 400
Seattle, WA 98104

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 380-2004-00472 | Kari Thompson, Investigator | (206) 220-6852 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Jeanette M. Leino,
District Director

APR 2 2 2004
(Date Mailed)

Enclosure(s)

cc: STATE OF ALASKA - TRANSPORTATION
C/O John S. MacKinnon
Deputy Commissioner
3132 Channel Drive
Juneau, AK 99801-7898

# STATE OF ALASKA

## HUMAN RIGHTS COMMISSION

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

Elsa Billingham
P O Box 231625
Anchorage AK  99523

Penny Beiler, EEO Program Manager
Division of Personnel
Department of Administration
State of Alaska
619 E Ship Creek Dr #309
Anchorage AK 99501

Re:  **Elsa Billingham v. State of Alaska, Dept of Transportation and Public Facilities**
     ASCHR No.  E-04-003
     EEOC No.   380-2004-00472

## DETERMINATION

Under the authority of AS 18.80.010 et seq., the Alaska State Commission for Human Rights issues the following determination.

This complaint was timely filed in accordance with 6 AAC 30.230(b). Respondent is subject to the jurisdiction of the commission and all other jurisdictional requirements have been met.

Complainant filed an identical claim with the U.S. Equal Employment Opportunity Commission under Title VII of Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

The Equal Employment Opportunity Commission has completed its investigation and issued its Determination to the parties dated April 22, 2004. Alaska State Commission for Human Rights staff has reviewed the determination of the Equal Employment Opportunity Commission.

The Alaska State Commission for Human Rights adopts the Equal Employment Opportunity Commission's action and determines that complainant's allegations are not supported by substantial evidence.

Nov. 2, 2004
Date

Paula M. Haley
Executive Director

page 3 of 4

Enclosure: Closing Order

Toll Free
In Alaska (800) 478-4692

## ALASKA STATE COMMISSION FOR HUMAN RIGHTS

RE: *Elsa Billingham v. State of Alaska, Department of Transportation and Public Facilities*

ASCHR NO.: *E-04-003*
EEOC NO.: *380-2004-00472*

### AFFIDAVIT OF SERVICE BY MAIL

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

M. Anne Keene, being first duly sworn, deposes as follows:

1. I am employed with the Alaska State Commission for Human Rights, am over the age of eighteen years, and am qualified to make this affidavit.

2. On the 3rd day of November 2004, I served true and exact copies of the Determination, Closing Order and Affidavit of Service by Mail on complainant and respondent by mailing the copies to the last known address:

> Elsa Billingham
> P O Box 231625
> Anchorage AK 99523

> Penny Beiler, EEO Program Manager
> Division of Personnel
> Department of Administration
> State of Alaska
> 619 E Ship Creek Dr #309
> Anchorage AK 99501

DATED at Anchorage, Alaska, this 3rd day of November 2004.

*/s/ M. Anne Keene*

SUBSCRIBED AND SWORN TO before me this 3rd day of November 2004.

*/s/ Lucinda D. Bay*
Notary Public in and for Alaska

My Commission Expires: 07/06/2007