**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle District Office

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911

March 25, 2005

Elsa Bellingham
P.O. Box 231625
Anchorage, Alaska 99523

Re:   Charge of discrimination

Ms. Bellingham:

Enclosed with this letter is the charge of discrimination you have requested to file with the Commission. Please have sign and date the charge, as outlined below, before a notary public and return it to our office as soon as possible or no later than by the close of business on **April 28, 2005.**

1. Sign and date the charge in the bottom left and right- hand blocks where I have made an "X" before a notary public. The date of your signature on the charge will not affect the jurisdiction date established at the time of your telephone interview with the EEOC. You may make changes in ink and initial them.

2. Return the signed charge to this office in the enclosed postage paid envelope ASAP.

The charge of discrimination must be processed within the time limitation imposed by law. I urge you to complete the above steps as soon as possible and return the signed charge. If we do not receive the signed charge from you **by April 28, 2005**, we will take no further action in this matter. The intake questionnaire you submitted will be retained by the Commission for 60-days and it will be destroyed, unless the signed charge is returned within aforementioned time frame. Please call me at (206) 220-6934, if you have any questions.

Respectfully,

Valarie Johnson
Investigator

Enclosures

Exhibit 6   page 1 of 3

# CHARGE OF DISCRIMINATION

Charge Presented To: Agency(ies) Charge No(s):

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

[ ] FEPA
[X] EEOC   380-2005-01293

**Alaska Commission for Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Elsa Billingham | (907) 332-3791 | 11-28-1949 |

Street Address: P O Box 231625 Anchorage, AK 99523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PUBLIC EMPLOYEES LOCAL 71 | 500 or More | (907) 276-7211 |

Street Address: 2510 Arctic Blvd, Anchorage, AK 99503

DISCRIMINATION BASED ON (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-12-2003  Latest: 06-10-2004
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, the undersigned, charge the employer identified above with engaging in unlawful employment practices that violate the Age Discrimination in Employment Act of 1967 and Title VII of the Civil Rights Act of 1964, as amended, and their provisions prohibiting retaliation by allowing the State of Alaska to suspend me for committing the same crimes men committed but were not suspended, by failing to represent me, by coercing me to sign a letter of dispute resolution in May 2003 which led to my being harassed, put into entry level job assignments, written up every two weeks and fired by the State of Alaska on August 28, 2004. I believe these actions were taken against me on the bases of my then age, 54, sex, female, and retaliation for opposing discriminatory workplace practices.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4-5-2005
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE April 5, 2005
(month, day, year)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (5/01).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.