| Alaska State Comm for Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Theodore Burns, Jr. | (907) 274-0085 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| P.O. Box 140912, Anchorage, AK 99514 | | 01/15/1958 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| State Of Alaska DOT | Cat D (501 +) | (907) 266-2429 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| Ted Stevans Intern'l Airport, Anchorage, AK | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN | EARLIEST   LATEST |
| [X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify) | 09/05/2002   11/05/2002 |
| | [X] CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I believe that the State of Alaska Department of Transportation at the Anchorage International Airport discriminated against me when it retaliated against me for complaining about the different terms and conditions of employment and treatment I received from Respondent because of my race, black. I work at the airport as a 53 operator. On October 25, 2002, Mr. Dan Hartman, field maintence manager, said to the 3:30 p.m. shift members assembled, that he was tired of people complaining to the Alaska State Human Rights Commission about civil rights violations. Although there were about 10 of us beginning our shift and the comment was made to the group, I believe the comment was aimed at me because I was the only one in the group who had complained to the Alaska State Human Rights Commission. This comment by Mr. Hartman was made after I has received my determination from the Alaska State Human Rights Commission toward the end of August, 2002. Mr. Hartman went on to say that he would see to it that promotions would be harder to get.

On November 5, 2002, I was asked for my opinion concerning an experiment with a field laser light. Later that day when I went back to the hangar, Mr. Pringle my supervisor and Mr. Barry Calhoun, lead, told the mechanics what I said, and the mechanics made jokes and laughed at me about the opinion I had expressed to Mr. Pringle and Mr. Calhoun.

On November 6, 2002, while attending a class on respect, Mr. Calhoun

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

Date 3/20/03

EEOC FORM 5 (Rev. 07/99)

Exhibit 7 page 1