*Roberto Yanas*
*243-0406*
*please call*

April 9, 2002

From: Lito Viray
Equipment Operator Wg-56
Steven Anc., Int'l Airport
Airfield Maint.

To Whom It May Concern,

This is to inform you that there's a lot of things happening here in our division that I observe is not right and fair.

I have seen a labor Wg-58 got an upgrade to operate a higher grade equipment while a Wg-56 did a labor Wg-58 tasks. This practice is costing the State more money.

I have seen some employees given a favor regarding work assignments over other employees who have been here longer.

There's been unequal treatment regarding damage to equipments and airfield installations such as runway/taxiway signs, lightings, manhole covers, structures and all other installations.

These practices create mistrust and unfairness between the management and the employees and should not happen.

I request this information be kept confidential.

Respectfully,

*Home phone - 258-5659*

RECEIVED
HUMAN RIGHTS COMMISSION
APR 16 '02
H.P.

Exhibit 8, page 1