BEFORE THE ALASKA STATE COMMISSION FOR HUMAN RIGHTS

ALASKA STATE COMMISSION FOR )
HUMAN RIGHTS, PAULA M. HALEY )
EXECUTIVE DIRECTOR, ex rel. )
DENNIS J. BEEGAN, )
  )
         Complainant, ) ASCHR No. R-97-339
  ) ASCHR No. C-99-165
    v. ) ASCHR No. C-00-093
  ) ASCHR No. C-00-244
STATE OF ALASKA, DEPARTMENT ) ASCHR No. C-01-157
OF TRANSPORTATION & PUBLIC )
FACILITIES, ANCHORAGE )
INTERNATIONAL AIRPORT, )
  )
         Respondent. )

## SUBPOENA

TO: Elsa Billingham
c/o Kathleen Strasbaugh
Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Pursuant to AS 18.80.060(c), you are hereby commanded to appear at the offices of the Alaska State Commission for Human Rights, 800 A Street, Suite 205, Anchorage, Alaska 99501, on July 14, 2003, from 9:00 a.m. until 5:00 p.m. and continuing through July 18, 2003, to provide testimony in the above-captioned case.

Failure to comply with this Subpoena could result in legal action against you.

Dated this __1__ day of July 2003.

_____
John Eberhart
Hearing Examiner

Exhibit 9   page 1 of 1