## ALASKA STATE COMMISSION FOR HUMAN RIGHTS

ALASKA STATE COMMISSION )
FOR HUMAN RIGHTS, PAULA )
M. HALEY, DIRECTOR ex rel. )
DENNIS J. BEEGAN, )
)
Complainant, )
)
v. )
)
STATE OF ALASKA, )
DEPARTMENT OF )
TRANSPORTATION and, )
PUBLIC FACILITIES, )
) ASCHR Nos.: C-97-339, C-99-165, C-00-093,
Respondent. ) C-00-244, C-01-157
)

### SUBPOENA TO APPEAR AT HEARING

TO: Elsa Billingham

ADDRESS: Department of Transportation & Public Facilities, Airfield Maintenance, 4100 Aircraft Drive, Anchorage, AK

You are commanded to appear in at the hearing in the above-entitled matter and testify as a witness in the above case as follows:

Date and Time: Wednesday, July 16, 2003, at 9:00 a.m.
Address: 800 A Street, Suite 204, Anchorage, Alaska 99501

30. June 2003
Date                                    Hearing Officer

Subpoena issued at the request of:      This subpoena may not be used to order a witness to produce documents, nor may it be used to require a witness to appear for deposition.

Kathleen Strasbaugh, A.A.G.
Attorney for Respondent
Dept. of Law, PO Box 110300
Juneau, AK 99811
Telephone: (907) 465-3600

Subpoena to Appear                              *ASCHR ex rel. Beegan v. State*

Exhibit 10 page 1 of 1