Dennis J. Beegan
8415 Rangeview Avenue
Anchorage, AK 99504-2248
333-5825

Appellant, Pro Se



RECEIVED
FEB 2 3 2005
Public Employees Local 71

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| DENNIS J. BEEGAN, | ) |
| Appellant, | ) |
| vs. | ) |
| STATE OF ALASKA, ALASKA STATE COMMISSION FOR HUMAN RIGHTS, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, | ) |
| Appellees. | ) Case No. 3AN-00-03673 CI |

### AFFIDAVIT OF ELSA BILLINGHAM

STATE OF ALASKA        )
                       )
THIRD JUDICIAL DISTRICT )

    I, ELSA BILLINGHAM, being duly sworn, say:

    1. I am an employee of the State of Alaska, Department of Transportation and Public Facilities, Ted Stevens Anchorage International Airport, and have been for many years. I make this affidavit upon personal knowledge.

    2. I have been shown a copy of a February 10, 1998 Memorandum from Mark Shearer to Wayne Gibson (then airport mana-

Exhibit 11 page 1 of 3

ger), bearing the number 000153. A copy of that Memorandum is attached to this affidavit.

3. I am the "female laborer" referred to in that Memorandum, which also mentions Dennis Beagin [sic] and Jim Thomas (whose name is deleted).

4. That Memorandum is incorrect. My "diary" shows that on the afternoon of March 12, 1997 I went into the electricians' shop to collect garbage and aluminum cans. Jim and Dennis told me that because of the very high voltage electrical equipment they were working with, they did not want me to come into the shop. Owing to the noise in the shop, they did speak loudly to me; however there was no angry or abusive language from either Jim or Dennis, and I did not feel harassed in any way.

5. The next day I told Mark Shearer and my supervisor, Steve Pringle, that the electricians did not want me in ths shop, for safety reasons. Steve Pringle told me to stay out of the shop, and I agreed to do so. Mark Shearer said the electricians did not want me in the shop because they were afraid I would file a sexual harassment suit against them. I said I had no intention of doing so, and that it was illegal to discriminate against me because I had filed such a suit several years earlier.

_____
ELSA BILLINGHAM

-2-

RECEIVED
FEB 2 3 2005
Public Employees Local 71

ger), bearing the number 000153. A copy of that Memorandum is attached to this affidavit.

3. I am the "female laborer" referred to in that Memorandum, which also mentions Dennis Beagin [sic] and Jim Thomas (whose name is deleted).

4. That Memorandum is incorrect. My "diary" shows that on the afternoon of March 12, 1997 I went into the electricians' shop to collect garbage and aluminum cans. Jim and Dennis told me that because of the very high voltage electrical equipment they were working with, they did not want me to come into the shop. Owing to the noise in the shop, they did speak loudly to me; however there was no angry or abusive language from either Jim or Dennis, and I did not feel harassed in any way.

5. The next day I told Mark Shearer and my supervisor, Steve Pringle, that the electricians did not want me in ths shop, for safety reasons. Steve Pringle told me to stay out of the shop, and I agreed to do so. Mark Shearer said the electricians did not want me in the shop because they were afraid I would file a sexual harassment suit against them. I said I had no intention of doing so, and that it was illegal to discriminate against me because I had filed such a suit several years earlier.

_____
ELSA BILLINGHAM

-2-

RECEIVED
FEB 2 3 2005
Public Employees Local 71