IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### AFFIDAVIT OF JAMES M. DOMMEK SR.

I, James M. Dommek Sr., state after being duly sworn and based upon my personal knowledge that:

1. I have had the opportunity to be the local #71 shop steward from April 1998 to October 2002, and a Safety Committee member, I was also a mechanic.

2. I am presently employed as a mechanic with the Municipality of Anchorage at Power Plant 11.

This affidavit is offered in support of appellant Elsa Billingham whom I worked with for approximately nine years at Ted Stevens International Airport Anchorage Alaska.

3. During the time I worked at Airfield Maintenance as a mechanic I witnessed inequities on how discipinary measures have been carried out towards Elsa Billingham. The undercurrant of the Field Maintenance crew from the foreman on down was that if Elsa makes a mistake (big or small), says or does something contrary to their opinion or views, that no effort is spared in making sure the entire crew knows about it and to cast her in a negative light. I have personally overheard a Field Maintenance lead man stating to two subordinates; "If Elsa screw up even a little, we need to document it. We really need to ride her ass." I have heard this with my own ears and was so surprised to hear such talk that I wrote it down in my notebook for future reference. I made mention that I felt Elsa was being singled out.

pg.1

Exhibit 13 page 1 of 2

## AFFIDAVIT OF JAMES M. DOMMEK SR.

I presented this information during a disciplinary meeting being held for Elsa. Also in attendance were Dan Hartman, Doug Hunter and Charlotte Withers.

4. There are also times when she has been singled out by management or fellow employees for "not doing her job or unsafe practices," yet when other employees do the same thing, management does at times overlook these incidents as if nothing happened. Management has the attitude that Elsa is "in the way and a pain," and that every effort should be made to have her terminated by way of a disciplinary action paper trail on file. Legit or not. Management can be very selective about discipline and to whom.

5. It is my opinion that Elsa Billingham was singled out and wrongfully terminated from TSAIA. She was one of the hardest working employee's that TSAIA Field Maintenance has had. She did not deserve to be let go.

_____
JAMES M. DOMMEK, SR.

SUBSCRIBED AND SWORN TO before me this 23rd day of December 2005, at Anchorage Alaska.

_____
Notary Public for Alaska
My commission expires: 5-30-2006

OFFICIAL SEAL
STANLEY WILLIAM HAGOOD
NOTARY PUBLIC - ALASKA
MY COMMISSION EXPIRES: MAY 30, 2006