## AFFIDAVIT OF JOHN P. SUTER

STATE OF ALASKA )
)
THIRD JUDICIAL DISTRICT )



RECEIVED
FEB 2 3 2005
Public Employees Local 71

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I, JOHN P. SUTER, being duly sworn, say:

1. In a letter to HRC/EEOC, I stated how Elsa and I have both tried to explain for years how minorities and Elsa Billingham have been treated differently by the shop supervisors compared to the Caucasian co-workers. I would like to note in the Anchorage Daily Newspaper that quotes U.S. EEOC Chair Person Cari Dominguez, "We still have some invisible barriers that continue to exclude individuals from advancement." This is what I have been saying to the state departments of labor, administration, DOT airport management, my co-workers and to my HRC caseworker for years now.

2. At the Anchorage Airport field maintenance department the minorities do not receive the same opportunities on the equipment that they test for to advance up to a 53 position as their Caucasian co-workers. Those types of equipment are operated by the Caucasian co-workers for the overwhelming amount of time. The results are that the Caucasians do very well on the test and the minorities flounder. It is not that the minorities cannot operate the equipment as well as the Caucasian co-workers, but that they have not had the time on the equipment to operate it as well as the Caucasian co-workers, who have had

Affidavit of ~~James~~ P. Suter
Pages 1 of 2
*John*

Exhibit 14 page 1 of 2

the time on it. They would be able to if they were allowed the same education and operating time. When I brought this up to the airport management my message was dead on arrival.

3. I explained to my HRC caseworker three years ago that it is like having four subjects taught in school. The subject of English/History and Math/Science. The minorities get training on English/History and the Caucasian co-workers get training on all of it. When it comes time for the test to advance, the test is only on Math/Science. The minorities who have very little or no training on Math/Science fail while the Caucasian co-workers who have had a lot of training time on this and do very well. When I asked the supervisors about this they say the minorities have time on the equipment. What they do not tell you is that it is time on equipment that they do not test for or very little time on the equipment that they test for. In other words, the whole thing is rigged in favor of the Caucasian co-workers and against the minorities. This is a specific example of the statement that Cari Dominguez made.

**RECEIVED**
FEB 2 3 2005
Public Employees Local 71

_John P Suter_
JAMES P. SUTER
John

SUBSCRIBED AND SWORN TO BEFORE ME, FEBRUARY, 19, 2005.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
THERESA M. GARNER
My Comm. expires: 2-14-09

_Theresa M. Garner_
Notary Public for Alaska
My commission expires: 2-14-09

Affidavit of James P. Suter
Pages 2 of 2  John             page 2 of 2