AFFIDAVIT OF Linda S Fisch

State of Alaska

THIRD JUDICIAL DISTRICT

RECEIVED

APR 2 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I, Linda S Fisch, being duly sworn, say:

1. During the summer of 1995 I worked in the capacity of Laborer at the Airport for the Dept of Transportation under Wayne Gibson.

2. During that time I encountered quite a large amount of hostility from the co-workers. I had reported this to my Supervisor Wayne Gibson and he basically threatened me and told me I would not pass the initiation period because I was not a good worker. To my knowledge I had been an exceptional worker, the only thing I found I lacked was the co-mingling of my co-workers.

3. I had complained to my Supervisor that a co-worker named Gary (do not remember his name) had threatened to run me off the road when I went home at night) I got no protection even though I had written up two of my co-workers for certain offensives.

4. I decided to drop out of my airport position when I was threatened wth retaliation by Wayne Gison my Supervisor. I felt if my immediate supervisor would not stand behind me there was no sense working under that situation.

5. Because of my past affiliation with Elsa Billingham, that might have caused some people to take a bad judgment against me as Elsa had previously filed some sort of a grievance with a previous company

6. I have found Elsa to be a hard-working and friendly co-worker.

7. The Local 71 also did nothing to help me.

8. Gary DeSarnos had made hostile gestures to others on the job and no one did anything about him, Apparently a short time after I left Gary died of a dreadful disease.

Linda S Fisch  *Linda S. Fisch*

Exhibit 15   page 1 of 2

_____ Judicial District ) 
                        ) ss.
State of _Alaska_       )

On this day personally appeared before me _Linda Zach_ to me known to be the individual, or individuals described in and who executed the within and foregoing instrument, and acknowledge that _she_ signed the same as _her_ free and voluntary act and deed, for the uses and purposes therein mentioned. Given under my hand and official seal this _26th_ day of _May_, ~~1987~~ _2007_.

_____
(Signature of Notary)

Paula Nance
(Printed Name of Notary)

Notary Public in and for the State of _Alaska_
Resident at _Wasilla_
My Commission Expires _April 26, 2008_

[Notary Seal: PAULA NANCE NOTARY PUBLIC STATE OF ALASKA]

My Commission Expires
April 26, 2008

AKUSA 00168 R 08/07/95