```
                                                                    RECEIVED
  &166P
  LOWHI      TEAMSTERS LOCAL 959 - MEMBERS WORK HISTORY   DATE 11/06/03  PAGE APR 2 1 2006
             LEDGER 023289    SSN 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  NAME ELSA        S BILLINGHAM  CLERK U.S. DISTRICT COURT
                                                                              ANCHORAGE, ALASKA
  WORK  BATCH   POST    EMPR   EMPR NAME                     HOURS   SMILE   NMILE

  01/83  105  02/22/83  7560   H.C. PRICE COMPANY             78.00 T
  02/83  129  04/04/83  5510   LHD & ASSOCIATES              134.00 T
  03/83  145  04/26/83  5510   LHD & ASSOCIATES              163.00 T
  03/83  140  04/21/83  7560   H.C. PRICE COMPANY             78.00 T
  04/83  158  05/23/83  0640   ALEUTIAN CONSTRUCTORS           8.00 C  ⎫
  05/83  181  06/22/83  0640   ALEUTIAN CONSTRUCTORS         250.50 C  ⎬ END DUMP
  06/83  199  07/21/83  0640   ALEUTIAN CONSTRUCTORS         272.00 C  ⎪
  07/83  219  08/22/83  0640   ALEUTIAN CONSTRUCTORS         196.00 C  ⎭
  08/83  014  09/28/83  1102   ARCTIC-SLOPE/AK GENERAL        86.80 T
  08/83  007  09/21/83  0706   ALPHA TECH, INC.               48.00 T
  09/83  029  10/25/83  5289   KIEWIT/GROVES JV               16.00 C
  09/83  026  10/20/83  0706   ALPHA TECH, INC.              130.00 T
  1983 TOTAL                                                 1460.30
  03/84  144  04/25/84  6747   NORTHLAND MAINTENANCE CO       60.00 C
  04/84  171  06/04/84  5510   LHD & ASSOCIATES              240.00 T
  04/84  164  05/22/84  6747   NORTHLAND MAINTENANCE CO       50.00 C   DJB
  06/84  201  07/24/84  9691   WILDER CONSTRUCTION           178.00 C   DRIVER
  07/84  225  08/24/84  9691   WILDER CONSTRUCTION           109.50 C
  08/84  012  09/21/84  9691   WILDER CONSTRUCTION           147.00 C
  09/84  036  10/29/84  9691   WILDER CONSTRUCTION           222.50 C
  10/84  054  11/27/84  9691   WILDER CONSTRUCTION           112.50 C
  1984 TOTAL                                                 1119.50
  06/85  203  07/18/85  0402   ALASKA INTERNATIONAL           12.00 C
  11/85  063  12/17/85  9055   UNITED PARCEL SERVICE INC      10.35
  12/85  083  01/21/86  9055   UNITED PARCEL SERVICE INC     207.90
  1985 TOTAL                                                  230.25
  01/86  101  02/21/86  9055   UNITED PARCEL SERVICE INC      14.96
  08/86  011  09/22/86  5515   NEIL F. LAMPSON, INC.         180.50 C  ⎫
  09/86  038  11/04/86  0260   ALASKA AGGREGATE CORP.,        20.80 C  ⎪ END
  09/86  029  10/16/86  3262   ENSERCH AK. CONST., INC.      199.50 C  ⎬ DUMP
  10/86  047  11/19/86  3262   ENSERCH AK. CONST., INC.      317.00 C  ⎪
  11/86  066  12/22/86  3262   ENSERCH AK. CONST., INC.      280.50 C  ⎪
  12/86  085  01/20/87  3262   ENSERCH AK. CONST., INC.       48.50 C  ⎭
  1986 TOTAL                                                 1061.76
  07/87  225  08/27/87  2429   CHEELY ENTERPRISES            142.50 C
  1987 TOTAL                                                  142.50
  08/88  012  09/22/88  3273   ENSERCH,LOSINGER,EBASCO/       49.00 C  ⎫
  09/88  023  10/10/88  3273   ENSERCH,LOSINGER,EBASCO/      201.50 C  ⎪ R-35
  10/88  045  11/22/88  3273   ENSERCH,LOSINGER,EBASCO/      289.00 C  ⎬ MAXI-HAUL
  11/88  062  12/15/88  3273   ENSERCH,LOSINGER,EBASCO/      123.50 C  ⎪
  12/88  084  01/20/89  3273   ENSERCH,LOSINGER,EBASCO/       74.50 C  ⎭
  1988 TOTAL                                                  737.50
  03/89  130  04/24/89  3273   ENSERCH,LOSINGER,EBASCO/       17.00 C
  04/89  148  05/18/89  3273   ENSERCH,LOSINGER,EBASCO/      259.00 C
  05/89  162  06/16/89  3273   ENSERCH,LOSINGER,EBASCO/      159.50 C
  06/89  181  07/20/89  5055   K & L DISTRIBUTORS              4.00
  06/89  184  07/21/89  8109   SEALAND FREIGHT SVS.,INC.     111.00
  07/89  204  08/23/89  6524   NORCON, INC.                  310.50
  08/89  011  09/28/89  6524   NORCON, INC.                  313.50
  09/89  027  10/20/89  5025   HOUSTON CONTRACTING CO         57.00 C
```

Exhibit 18 page 1 of 2

```
LOWHI        TEAMSTERS LOCAL 959 - MEMBERS WORK HISTORY    DATE 11/06/03  PAGE

       LEDGER 023289    SSN 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   NAME ELSA              S BILLINGHAM

  WORK  BATCH   POST    EMPR  EMPR NAME                      HOURS   SMILE   NMILE

  09/89  029  10/25/89  6524  NORCON, INC.                   169.00
  10/89  050  11/28/89  5025  HOUSTON CONTRACTING CO         166.50 C   high deck
  1989 TOTAL                                                1567.00
  04/90  143  05/24/90  6529  NORCON, INC.           with the 20.00 T   DJB
  05/90  159  06/26/90  7695  RED SAMM CONSTRUCTION INC       76.50 C
  06/90  172  07/24/90  1935  BRICE INC         DJB          340.00 C
  07/90  189  08/22/90  1935  BRICE INC                       72.00 C
  1990 TOTAL                                                 508.50
  08/91  132  09/19/91  1656  BAUGH CONST & ENG CO  Volvo    106.00 T
  1991 TOTAL                                                 106.00
  05/93  090  06/18/93  5730  M-B CONTRACTING CO              60.00 C
  06/93  108  07/21/93  5730  M-B CONTRACTING CO   dust      199.50 C
  07/93  124  08/18/93  5730  M-B CONTRACTING CO    car      287.00 C
  08/93  141  09/17/93  5730  M-B CONTRACTING CO   driver    232.50 C
  09/93  155  10/26/93  5730  M-B CONTRACTING CO             185.50 C
  10/93  172  11/22/93  5730  M-B CONTRACTING CO             114.00 C
  1993 TOTAL                                                1078.50
  05/94  073  06/23/94  3500  EASTWIND                        14.00 C
  1994 TOTAL                                                  14.00

  GRAND TOTAL                                               8025.81

  TOTAL CONST HRS <=36 MOS                                      .00
  TOTAL TECH HRS  <=36 MOS                                      .00
  TOTAL CONST HOURS                                         5270.30
  TOTAL TECH HOURS                                           630.80
```