RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

HUMAN RIGHTS COMMISSION
JUN 6
ANCHORAGE

**BILLINGHAM, ELSA SOLVIG**                                   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

| DATE IN | DISPATCHED TO | AS | DATE OUT | DATE IN | DISPATCHED TO | AS | DATE OUT |
|---|---|---|---|---|---|---|---|
| ?-?-90 | IV Wilder | final | swamper 7-11-90 | | | | |
| 11-2-90 | I Swalling Const. | LCh. | Deckhand 5-3-91 | | | | |
| 11-2-90 | I Q.A.P. | LCL. | Roller 5-21-91 | | | | |
| 11-2-90 | I Red Samm | Dillingham | Cd Ck/Roller 6-19-91 | | | | |
| 7-29-91 | I Muni | local | wt.stn.att. 2-28-92 | | | | |
| 4-5-93 | I #19 | | | | | | |
| 9-14-93 | IV cup | | | | | | |
| 7-8-98 | IV ok | | | | | | |
| 12-22-00 | IV | | | | | | |

| 1 | Instructions: | | 4 | Spec. Skills: CDL 583922/XPT |
| 2 | Eligibility: | | 5 | Lic. - Cert: Hazmat 5/90  8 hr. 6-14-91 hazmat |
| 3 | Non-Const: | | 6 | Skill Imprv: |

| 1. CRANES: | 2. BACKHOES: | 3. BULLDOZER: | 4. SCRAPERS: | 5. MECH. & WELDER: | 6. MISC.: | 7. ASPHALT EQUIP.: | 8. OILER-FIREMAN: |
|---|---|---|---|---|---|---|---|
| ☐ Under 45 Ton | ■ Tractor | ☐ D-6 Thru D-9 | ☐ Single Engine | ☐ H.D. Mech. | ☐ Compressor | ☐ Plant Opr. | ☐ Rig |
| ☐ | ■ Rubber Hyd. | ☐ Small Crawler | ☐ Twin Engine | ☐ Welder | ☐ Conc. Pump | ☐ Spreaders | ☐ Service |
| ☐ Over 45 Ton | ☐ Crawler Hyd. | ☐ Finish | ☐ Paddlewheel | ☐ Truck Mech. | ☐ Gen. Plants | ☐ Oil Distributors | ☐ Crusher |
| ☐ | ☐ Crawler Cable | ☐ Pioneer | ■ DJB Truck | | ☐ Pumps | ☐ Lay Down Mach. | ☐ Boiler-Fireman |
| ☐ Floating | ☐ Underground | | PIPELINE: | ■ Equip Coord | ☐ Conc. Batch Pits. | ☐ Screed | ☐ Truck-Crane |
| ☐ Crawler | WINCHES: | LOADERS: | ☐ Sideboom | CRUSHERS: | ■ Compactor | ☐ Finish Roller | ■ Grademan |
| ☐ Truck | ☐ | ■ Rubber Tired | ☐ Ditcher | ☐ Oper | ■ Roller | ☐ Boom | ☐ Laser |
| ☐ Piledriver | ☐ Deckwinch | ☐ Crawler | ☐ Bending Mach. | ☐ Mech/Weld | ☐ Dredge | ☐ Batch Plant | DRILLERS: |
| ☐ Dragline | ☐ Elevators | ☐ Production | ☐ Cleaning Mach. | | ■ Swamper | ☐ Mixers | ☐ Cable |
| ☐ Clam | ☐ Single Drum | ■ Forklift | ☐ Coating Mach. | PATROL: | ■ Bus Driver | ☐ Break Down | ☐ Rotary |
| ☐ Shovels | ☐ Double Drum | ☐ | ☐ Wrapping Mach. | ☐ Finish | ☐ | ☐ Compactor | ☐ Core |
| ☐ Tower | ☐ Air Tuggers | ☐ | ☐ | ☐ Rough | ☐ | ■ Curb Gutter Broom | ■ HAZ. MAT |

| NAME | PHONE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BILLINGHAM, ELSA S. | 332-3791 | | AT | 2 | ● | 4 | 5 | H | | 1 | 2 | | |

Exhibit 19  page 1