

JUN - 6 2003
ANCHORAGE



**Ted Stevens Anchorage International Airport**

# MEMORANDUM
State of Alaska, Department of Transportation & Public Facilities

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**TO:** All Airfield Maintenance Personnel          **DATE:** April 16, 2002

**FAX NO:** (907) 266-2677
**TELEPHONE NO:** (907) 266-2726

**FROM:** Dan Hartman
Manager
Airfield Maintenance

**SUBJECT:** Testing Procedure Change

Effective immediately we are establishing new testing procedures.

1. We are establishing a semi-annual testing program for all personnel who wish to be considered for upgrade within the next year. In order to be eligible for testing personnel must:

    a. Possess, at the time of testing, the required CDL with proper endorsements for the desired position that you are testing.

    b. Show written documentation of experience/time on the equipment required for that position.

    c. Must be signed off to the proficient level on equipment at your current wage grade, also must be signed off in your training records on the required equipment to the partially proficient level for the wage grade you are testing.

    d. Successfully pass the test for each wage grade increase you plan to achieve. Example: A wage grade 58 who wants to be promoted to a wage grade 53 must take and successfully pass all wage grade tests between the two. If you fail the wage grade 56 test, you are ineligible for testing for any higher wage grades. Again you must be able to show written proof of experience/time on equipment and be signed off, as partially proficient before you will be allowed to operate the equipment required for that pay grade.

2. Test results will be in effect for one year depending on your score. If you achieve a score of 60% or below you will not be eligible to test again for one year. If your score is above 60% but not enough to pass you can retest after 6 months. Exceptions to the annual test cycle will occur if: (a) a new person, who was not presently employed at

Exhibit 20 page 1 of 1

Airfield Maintenance at the time of the annual testing, now meets all the requirements to test and signs up on the promotion notice; and (b) if a current employee was on leave during the testing cycle and missed the opportunity to sign up. The testing cycle date will be posted 30 days prior to the beginning of the testing cycle. If you signed up and had leave previously scheduled, you must have management's approval to take the test upon your return.

3. Personnel that have been previously promoted and failed to successfully complete the promotion period will not be eligible to test for one year from the date they were returned to their permanent pay grade. After the ineligible period, providing there is an opening and they signed up on the promotion opportunity-posting sheet, they will be tested for that position.

4. The state presently allows personnel the use of state equipment to practice and perfect their operating skills (on their own time). Due to the availability of equipment and in order to provide equal time to all members, once the test dates are posted no one will practice utilizing state equipment.

5. Those candidates who successfully pass the test, have signed up on the posting, and are considered competent will be eligible for promotion as openings occur during the following year.

6. Duty Station Seniority Policy agreed to in the Master Agreement between the State of Alaska and Public Employees Local 71, Article 22.02 will be followed for the final selection of personnel to fill the open positions.