

# MEMORANDUM

State of Alaska, Department of Transportation & Public Facilities

RECEIVED JUN - 6 2003 ANCHORAGE

RECEIVED APR 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

**TO:** All Airfield Personnel

**DATE:** March 14, 2003

**FAX NO:** (907) 266-2677
**TELEPHONE NO:** (907) 266-2429

**FROM:** Dan Hartman
Manager, Airfield Maintenance

**SUBJECT:** Change in Training Policy

*Effective 1 April 2003 all off duty training with equipment and or vehicles belonging to Airfield Maintenance and the State Of Alaska DOT/PF is terminated.*

This policy change is due to recommendations from DOT-Risk Management that advises against personnel operating equipment when they are not officially on duty. The SOA is not willing to assume liability (workers compensation) for injury or accidents incurred by personnel who are not in an official capacity, i.e., formally on duty at the time of the mishap.

Please address any questions or concerns about this policy change with either Doug Hunter or myself.

Thank you.

*[signature: Daniel Hartman]*

Exhibit 21 page 1 of 1