**ELSA BILLINGHAM**
P.O. Box 231625
Anchorage, Alaska 99523
(907) 332-3791

RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| **EDUCATIONAL BACKGROUND:** | Clovis High School, Clovis, New Mexico. Billy Mitchell High School, Colorado Springs, Colorado. **Graduated, June 1967.** |
| | University of New Mexico, Albuquerque, New Mexico, 9/67 to 6/68 |
| | University of Alaska, College, Alaska, 9/68 to 6/70 |
| | Anchorage Community College, Anchorage, Alaska. Construction Surveying, 9/75 to 12/75 |
| | Teamsters Heavy Duty Truck Driving School, 4/78 to 5/78 |
| | IUOE School, P.O. Box 0989, Palmer, Alaska 99654. Phone # (907) 746-3117. Instructors: Herbert Belanger, Director of Training and Greg Leader, phone # (907) 376-4335. I did hands on practice on a 966D loader and finish roller, a 410 John Deere and 580 Case rubber tired back-hoe. I practiced digging ditches to grade and checked out to the nearest tenth and also with a 2% fall. Also practiced on road grader and D7 and D8 dozers. |
| **INTEREST:** | Hiking, skiing, art, horseback riding |
| **SPECIAL SKILLS:** | First Aid Card, IUOE 302 Member, Class A CDL XPT, Local 71 Member |
| **WORK EXPERIENCE:** | Warehousing with Caterpillar and Ford parts using a Kardex filing system. IBM Computer experience. Expediting at Prudhoe Bay. Truck driving experience, all types of transmissions. End-dumps, belly dumps, float truck, rock trucks, DJB's, water trucks, fuel trucks, forklifts, 966D and 988B loader. Most of my experience has been on road jobs and in the Prudhoe Bay Oilfields. |
| **SURVEYING EXPERIENCE:** | Includes all phases of construction lay-out work, x-sectioning, staking, pipe locations and As-building, and setting grades. Most of my work experience has been on the Trans-Alaska Pipeline and related to oilfields in Prudhoe Bay. Levels, all chaining equipment. |

Exhibit 22  page 1 of 7

ELSA BILLINGHAM
Page 2

LAST JOBS WORKED:

SOA/AIA/FM WgGp 56
4100 Aircraft Drive
Anchorage, AK 99502

    1994 to Present. Position: Equipment Operator I. Supervisor: Dan Hartman. Duties include asphalt maintenance, patching and sweeping. Maintain general aviation facilities to include float slips, tiedowns, gravel landing strip and lake surface, this includes all snow removal on general aviation facilities. Winter maintenance activities on the AOA and surrounding roads include keeping all the AOA clear of snow and ice, applying sand and chemicals to maintain safe airfield surfaces. Operate sidewalk plow, Cimline, Tar Kettle, 1 yard loader (wheel type), 10 yard Dump Truck, Pickup 1/2 ton 4x2, Pickup 3/4 ton, 4x2, Truck, 4x4, Truck 3.4 ton, pickup 4x4, wheeled tractor w/broom, tank truck 300 gallons or less, compressor, and forklift.

Western Motor Coaches, Inc.
300 Elliot Avenue W.
Seattle, WA 98119
(907) 277-5581

    1994. Position: Tour Bus Driver.
I was trained and drove tour buses from Anchorage to Seward and back hauling tourists. Operated 47-passenger MCI buses w/auto transmissions.

MB Contracting Company, Inc.
7101 Debarr Road
Anchorage, Alaska
(907) 333-5527

    May 1993 to October 1993. Position: Pilot Car Driver. Supervisors: Bob Schwarthout and Tommy Vanlandingham. Duties were to pilot the traffic in a road job at Gunsight Mountain.

SWS/MOA
1111 East 46th
Anchorage, Alaska

    March 1992 to April 1993. Position: Weigh-scale Operator. Supervisor: Mia Nistler. I weighed garbage trucks and processed all customers including taking money and using a cash register and 10-key. I also processed customers on IBM compatible computers and customers who were transporting hazardous waste and asbestos.

Red Samms Construction
P.O. Box 3097
Bellevue, Washington
(907) 456-1620

ELSA BILLINGHAM
Page 3

    June 1991 to July 1991. Position: Roller Operator. Supervisor: Lonnie Kuhl. I worked on a road job in Dillingham, Alaska. Did compaction on a gravel road.

Wilder Construction Company, Inc.
11301 Lang
Anchorage, Alaska
(907) 344-0631

    July 1990 to November 1990. Position: Swamper. Supervisors: Stan Bruner and Skip Gradey. I operated John Deere and Terex forklifts. I loaded trucks and hauled garbage. I cleaned the shop and offices and expedited parts and materials. I was in charge of the hazardous waste barrels and site.

Brice, Inc., General Contractors
P.O. Box 70668
Fairbanks, Alaska 99707

    June 1990. Position: DJB Driver. Supervisor: Hoss. Job was at Drift River. I hauled gravel and built a dike around oil tanks.

Norcon, Inc.
P.O. Box 190947
Anchorage, Alaska 99519

    July 1989 to October 1989. Position: Partsman. Foreman: Dick Ratcliff, phone number 696-4464. I worked in a warehouse on the Exxon Valdez oil spill. I processed freight that was delivered to the warehouse in shipping and receiving. I routed the freight to the various task forces. I also operated a forklift.

Sealand Services, Inc.
P.O. Box 1939
Anchorage, Alaska 99510
(907) 274-2671

    June 1989. Position: Temporary R & R replacement as a partsman. I distributed parts to the mechanics and inventoried the warehouse by cross-referencing part numbers from the kardex file to the IBM computer. I also operated the forklift.

Enserch Alaska Construction
Anchorage, Alaska

    1985 to 1989. Position: Heavy Duty Truck Driver, 25 to 35 yd end dumps 50 yd semi end dumps and low-boy driver. Supervisor: Ken Matheson. Bradley Lake Phase I & II and Red Dog Road.

REFERENCES AND TRANSCRIPTS AVAILABLE UPON REQUEST

# Alaska Teamster Employer Training Trust

This is to certify that

**ELSA BILLINGHAM**

has completed six weeks training and is classified as a

**HEAVY DUTY TRUCK DRIVER**

MAY 19, 1978
_Date_

*Barney Camp*
_Director_



# Safety/Training Course

This Certifies that Elsa Billingham has attended the Mitsubishi Forklift Safety/Training Course and has satisfactorily completed the requirements for the safe operation of our Forklift trucks.

INSTRUCTOR  Scott Vierra

DATE  12-1-99                MANAGER

Reminder: 3 year from date

---

# CATERPILLAR®

*Certificate of Completion*

Elsa Billingham

has completed the Operator Safety Training Course

for Counterbalanced Sit-down Rider Forklift Trucks

date  12-1-99

Course Instructor  Scott Vierra


MCF — MITSUBISHI CATERPILLAR FORKLIFT

3328

# International Brotherhood of Teamsters

**Elsa S. Billingham**

has completed the
IBT Hazardous Waste
Worker Training Program

48-Hour General Site Worker    level of PPE trained for  A

at  Alaska Teamster Training Center

*Ron Carey*
General President

*Tom Sever*
General Secretary-Treasurer



# Ted Stevens Anchorage International Airport

## Certificate of Training

This is to certify that

**Elsa Billingham**

has satisfactorily completed the following training:

**Hazardous Waste Operations and Emergency Response 8-hour annual Refresher**

in compliance with 29 CFR 1910.120

4/26/02
Issue Date

Jeff Burton, Safety Training Associates