JUN - 6 2003
ANCHORAGE

# JOB ANNOUNCEMENT

CATEGORY: 1Equipment Operator            WAGE GROUP: 54

LOCATION: Airfield Maintenance            SHIFT: Varies

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**TYPE OF WORK:**

The incumbent is a permanent equipment operator position. Duties include asphalt maintenance, patching and sweeping. Maintain general aviation facilities to include float slips, tiedowns, gravel landing strip and lake surface, this includes all snow removal on general aviation facilities. Winter maintenance activities on the AOA and surrounding roads include keeping all AOA's clear of snow and ice, apply sand and chemicals to maintain safe airfield surfaces.

MUST BE ABLE TO COMMUNICATE CLEARLY IN ENGLISH BY TWO WAY RADIO.

Must have five (5) years documented experience in the operation of equipment listed below. Must have a Class A Commercial Drivers License with XP endorsements and have the license in possession at the time of interview. Hazardous Paint Handlers card is a requirement of the position, the applicant will be given a "reasonable" amount of time to obtain the certificate at the State of Alaska's expense.

EXAMPLES OF TYPES OF EQUIPMENT YOU WOULD BE REQUIRED TO OPERATE:
Portable Steam Boiler, 2,000 gallons or smaller Street Flusher, Sidewalk Plow, Cimline, Tar Kettle, Vac Sweeper Truck, Bus, 1 yard loader (wheel type), Dump Truck, Pickup 1/2 ton 4x2 (5,000 lbs. GVW), or similar; Pickup 3/4 ton, 4x2 or similar; Truck, 4x4, Jeep Bronco or Scout; Truck 3/4 ton, pickup 4x4 (7,500 lbs. GVW), wheeled tractor w/broom, tank truck 300 gallons or less, compressor under 100 cubic feet pressure per minute, forklift up to 6000 pound load capacity, cut off saw, jack hammer and tampers.
*APPLICANTS WILL BE TESTED FOR PROFICIENCY.

***MUST PROVIDE A RESUME (see the above note). APPLICANT(S) NOT SUBMITTING A RESUME TO THE MANAGER OF AIRFIELD MAINTENANCE OR DESIGNEE BY THE CLOSE OF BUSINESS JULY 13, 2001 WILL NOT BE CONSIDERED FOR THE POSITION.

NAME & ADDRESS OF SUPERVISOR:       Daniel A. Hartman
                                     4100 Aircraft Drive
                                     Anchorage AK 99502

FM BOARD

Date Posted: 7-9-01     Time Posted: 1:10 PM    Initials: DH

Date Removed: _____   Time Removed: _____   Initials: _____

Exhibit 23   page 1 of 3

# JOB ANNOUNCEMENT

RECEIVED
HUMAN RIGHTS COMMISSION
JUN - 6 2003
ANCHORAGE

CATEGORY: Equipment Operator          WAGE GROUP: 54

LOCATION: Airfield Maintenance        SHIFT: Varies

## TYPE OF WORK:

The incumbent is a permanent full-time equipment operator position. Duties include asphalt maintenance, patching and sweeping. Maintain general aviation facilities to include float slips, tiedowns, gravel landing strip and lake surface, this includes all snow removal on general aviation facilities. Winter maintenance activities on the AOA and surrounding roads include keeping all AOA's clear of snow and ice, apply sand and chemicals to maintain safe airfield surfaces.

MUST BE ABLE TO COMMUNICATE CLEARLY IN ENGLISH BY TWO WAY RADIO.

Must have five (5) years documented experience in the operation of equipment listed below. Must have a Class A Commercial Drivers License with X endorsement in possession at the time of interview and obtain P endorsement within 3 months of hire date. Hazardous Paint Handlers card is a requirement of the position, the applicant will be given a "reasonable" amount of time to obtain the certificate at the State of Alaska's expense.

EXAMPLES OF TYPES OF EQUIPMENT YOU WOULD BE REQUIRED TO OPERATE: Portable Steam Boiler, 2,000 gallons or smaller Street Flusher, Sidewalk Plow, Cimline, Tar Kettle, Vac Sweeper Truck, Bus, 1 yard loader (wheel type), Dump Truck, Pickup 1/2 ton 4x2 (5,000 lbs. GVW), or similar; Pickup 3/4 ton, 4x2 or similar; Truck, 4x4, Jeep Bronco or Scout; Truck 3/4 ton, pickup 4x4 (7,500 lbs. GVW), wheeled tractor w/broom, tank truck 300 gallons or less, compressor under 100 cubic feet pressure per minute, forklift up to 6000 pound load capacity, cut off saw, jack hammer and tampers.

*APPLICANTS WILL BE TESTED FOR PROFICIENCY.

***MUST PROVIDE A RESUME (see the above note). APPLICANT(S) NOT SUBMITTING A RESUME TO THE MANAGER OF AIRFIELD MAINTENANCE OR DESIGNEE BY THE CLOSE OF BUSINESS MARCH 15, 2002 WILL NOT BE CONSIDERED FOR THE POSITION.

NAME & ADDRESS OF SUPERVISOR:       Daniel A. Hartman
                                    4100 Aircraft Drive
                                    Anchorage AK 99502

Date Posted: 3-12-02     Time Posted: 8:40 AM     Initials: ___   Operators

Date Removed: _____ Time Removed: _____ Initials: ___

# JOB ANNOUNCEMENT

CATEGORY: 1Equipment Operator                    WAGE GROUP: 54

LOCATION: Airfield Maintenance                    SHIFT: Varies

**TYPE OF WORK:**

*landscaping + mowing*

The incumbents are permanent equipment operator positions. Duties include asphalt maintenance, patching and sweeping. Maintain general aviation facilities to include float slips, tiedowns, gravel landing strip and lake surface, this includes all snow removal on general aviation facilities. Winter maintenance activities on the AOA and surrounding roads include keeping all AOA's clear of snow and ice, apply sand and chemicals to maintain safe airfield surfaces.

MUST BE ABLE TO COMMUNICATE CLEARLY IN ENGLISH BY TWO WAY RADIO.

Must have five (5) years documented experience in the operation of equipment listed below. Must have a Class A Commercial Drivers License with XP endorsements and have the license in possession at the time of interview. Hazardous Paint Handlers card is a requirement of the position, the applicant will be given a "reasonable" amount of time to obtain the certificate at the State of Alaska's expense.

EXAMPLES OF TYPES OF EQUIPMENT YOU WOULD BE REQUIRED TO OPERATE: Portable Steam Boiler, 2,000 gallons or smaller Street Flusher, Sidewalk Plow, Cimline Tar Kettle, 1 yard loader (wheel type), 6 yard Dump Truck, Pickup 1/2 ton 4x2 (5,000 lbs. GVW), or similar; Pickup 3/4 ton 4x2 or similar; Truck, 4x4, Jeep Bronco or Scout; Truck 3/4 ton pickup 4x4 (7,500 lbs. GVW), Wheeled tractor w/broom, Tank Truck 300 gallons or less, Compressor under 100 cubic feet pressure per minute, Forklift to 6000 pound load capacity, cut off saw, jack hammer and tampers.
*APPLICANTS WILL BE TESTED FOR PROFICIENCY.

***MUST PROVIDE A RESUME (see the above note). APPLICANT(S) NOT SUBMITTING A RESUME TO THE ASSISTANT MANAGER OF AIRFIELD MAINTENANCE OR DESIGNEE BY THE CLOSE OF BUSINESS SEPTEMBER 12, 2000, WILL NOT BE CONSIDERED FOR THE POSITION.

NAME & ADDRESS OF SUPERVISOR:            Daniel A. Hartman
                                          4100 Aircraft Drive
                                          Anchorage AK 99502

Date Posted: Sept 6          Time Posted: 0845          Initials: ___

Date Removed: ___            Time Removed: ___          Initials: ___