RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

*Dale Ferrelough's accident*



# Equipment Maintenance Work Order
## WONumber:   8981434
Meter Reading: 20175

| V  32496 | PU 32 Chevy 3/4 Ton | Date Open: 2/2/98 | Date Closed: 2/2/98 |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTED FROM TUDOR SHOP (WORK DONE BY CORRECTIONS AND PAID BY INSURANCE - $2,930.81) | VR | 57559 | 101 | RIP | A | 5 |
| 2 | INSTALLED STICKERS | A | 57559 | 101 | INT | A | 5 |

## LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 1 | 1 | MISC | BODY REPAIRS 98-56-0789 | $0.00 | $0.00 |
|   |   |   | Total | | $0.00 |



# Equipment Maintenance Work Order
## WONumber: 15160

Meter Reading: 1590

| V 33927 | PU 34 Lake Hood Opps. 3/4 Ton Dodge | Date Open: 12/5/01 | Date Closed: 12/12/01 |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Body damage to rear box, left side | A | 57559 | 101 | TRP | A | 5 |
| 2 | retrieve from highways (wreck repair) | VR | 57509 | 101 | TRP | A | 5 |
| 3 | T/S red and amber anti lock and brake lights both staying on | C | 57541 | 103 | TRS | D | 304 |

## LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | George, Wade | 12/05/01 | 1.00 | 57559 |
| 2 | Melarvie, Step | 12/11/01 | 2.50 | 57509 |
| 3 | Melarvie, Step | 12/11/01 | 2.50 | 57541 |
|  |  | Total | 6.00 |  |

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 1 | 1 | NPN | NEED BODY WORK DAMAGE TO LEFT SIDE OF | $400.00 | $400.00 |
| 1 | 1 | NPN | REFINISH HOOD FLAT BLACK E2-56-0944 | $160.00 | $160.00 |
| 1 | 1 | NPN | REPAIR AND FINISH MATERIALS E2-56-0944 | $115.00 | $115.00 |
|  |  |  |  | Total | $675.00 |

*Ed Cooko accident*

 

## Equipment Maintenance Work Order
### WONumber:  10997

Meter Reading: 7566     Out of Service: 05/16/01 11:00

| V  27714 | DUMP TK 5 AUTOCAR | Date Open:  5/16/01 | Date Closed:  5/30/01 |
|---|---|---|---|

### TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Tow from South Air Park, accident damaged cab guard | A | 57509 | 101 | TRP | I | 805 |
| 2 | Inspect for damage, accident damaged cab guard | A | 57510 | 101 | ISP | A | 1 |
| 3 | Remove and replace accident damaged cab guard | A | 57553 | 101 | RPC | A | 1 |
| 4 | clean out dump bed of old steel from cabguard | A | 57553 | 101 | CLN | A | 1 |

### LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | Walker, Zane | 05/16/01 | 2.50 | 57509 |
| 1 | Metcalf, Leroy | 05/16/01 | 2.00 | 57509 |
| 1 | George, Wade | 05/16/01 | 3.50 | 57509 |
| 2 | Walker, Zane | 05/16/01 | 1.00 | 57510 |
| 2 | Metcalf, Leroy | 05/16/01 | 1.00 | 57510 |
| 3 | Caudill, Galen | 05/16/01 | 4.00 | 57553 |
| 3 | Walker, Zane | 05/20/01 | 2.50 | |
| 3 | Caudill, Galen | 05/21/01 | 8.00 | |
| 3 | Caudill, Galen | 05/20/01 | 10.00 | |
| 3 | Rexrode, Carl | 05/21/01 | 3.50 | |
| 4 | Effler, Roy | 05/22/01 | 0.50 | 57553 |
| | | Total | 38.50 | |

### PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 3 | 1 | | 10 GAUGE STEEL FOR DUMP TRUCK 5 CAB GA | $930.00 | $930.00 |
| 3 | 1 | | 10 GAUGE STEEL FOR DUMP TRUCK 5 CAB GA | $0.00 | $0.00 |
| | | | | Total | $930.00 |