RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

2/10/04

## Equipment Training Conducted

| Name | Employee WG | Equipment Training | Equipment WG | Date Conducted |
|---|---|---|---|---|
| Billingham, Elsa | | 56 Snow Groomer | 53 | 1/17/03 |
| Billingham, Elsa | | 56 Dozer w/Ripper Winch | 53 | 1/21/03 |
| Billingham, Elsa | | 56 Airless Hand Paint Sprayer | 58 | 4/4/03 |
| Billingham, Elsa | | 56 Airless Hand Paint Sprayer | 58 | 3/11/03 |
| Billingham, Elsa | | 56 Trackless | 54 | 1/17/03 |
| Billingham, Elsa | | 56 Dump Truck | 54 | 1/23/03 |
| Johnson, Dennis | | 56 Grader | 53 | 2/1/03 |
| Johnson, Dennis | | 56 Deicer Truck | 53 | 10/23/03 |
| Raab, Patrick | | 56 Dozer w/Ripper Winch | 53 | 2/3/03 |
| Raab, Patrick | | 56 Case Farm Tractor w/attachments | 54 | 2/3/03 |
| Raab, Patrick | | 56 Dozer w/Ripper Winch | 53 | 1/21/03 |
| Raab, Patrick | | 56 Dump Truck | 54 | 1/23/03 |
| Roth, Daniel H. | | 56 Dozer w/Ripper Winch | 53 | 1/21/03 |
| Roth, Daniel H. | | 56 Dump Truck | 54 | 1/23/03 |
| Santala, Gregory | | 56 Dump Truck | 54 | 1/24/03 |
| Santala, Gregory | | 56 Sand Truck | 54 | 1/24/03 |
| Viray, Joselito | | 56 Air Compressor | 56 | 3/9/03 |
| Viray, Joselito | | 56 Tar Pots | 56 | 3/9/03 |
| Viray, Joselito | | 56 Street Flusher - Ford Volvo | 54 | 5/3/03 |
| Viray, Joselito | | 56 Street Flusher - Ford Volvo | 54 | 8/7/03 |
| Viray, Joselito | | 56 Curb Gutter Broom | 54 | 8/15/03 |
| Viray, Joselito | | 56 Ice Auger | 58 | 1/16/03 |

Page 1

Exhibit 26  page 1 of 2

Equipment Training Conducted       2/10/04

| Name | Employee WG | Equipment Training | Equipment WG | Date Conducted |
|---|---|---|---|---|
| Wessel, Mike | 58 | Street Flusher - Ford Volvo | 54 | 3/30/03 |
| Wessel, Mike | 58 | Trackless | 54 | 3/30/03 |
| Wessel, Mike | 58 | Dozer w/Ripper Winch | 53 | 2/3/03 |
| Wessel, Mike | 58 | Case Farm Tractor w/attachments | 54 | 2/3/03 |
| Wessel, Mike | 58 | Tar Pots | 56 | 2/3/03 |
| Wessel, Mike | 58 | Dump Truck | 54 | 2/1/03 |
| Wessel, Mike | 58 | Curb Gutter Broom | 54 | 3/30/03 |
| Yamat, Roberto | 58 | Dozer w/Ripper Winch | 53 | 2/3/03 |