RECEIVED
HUMAN RIGHTS COMMISSION
JUN - 6 2003
ANCHORAGE

RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA



Wednesday, February 12, 2003 1:58:46 PM

**Billingham, Elsa**

Please review your equipment training profile and discuss any concerns with your foreman.

| Equipment | Status |
|---|---|
| Pick-up, up to 3/4 Ton w/o attachments | P |
| Fork Lift (up to 1000 lbs) | P |
| Truck, 1 Ton | P |
| Boat | PP |
| 4-Wheeler with Plow | P |
| Riding Lawn Mower | P |
| Snowblower | P |
| Herman Nelson Heater | P |
| Chain Saw | P |
| Skil Saw | P |
| Jack Hammer | P |
| Ice Auger | P |
| Air Wand | P |
| Truck Mounted Sign Board | P |
| Airless Hand Paint Sprayer | P |
| Fork Lift (up to 5000 lbs) | P |
| High Lift | PP |
| Air Compressor | P |
| Thompson Pump | P |
| Tar Pots | P |
| Deicer Truck | PP |
| Vactor Truck #1 | PP |
| Vactor Truck #2 | PP |
| Tractor Trailer/50 Ton | PP |
| Ford Hi-Lift (Altec) | PP |
| Oshkosh Plow Truck | PP |
| Snow Groomer | PP |
| Runway Brooms | |
| Hydro Seeder | |
| Morton Paint Striper | |
| Prismo Paint Striper | |
| Layton Paver | |
| Loader w/Bucket U Blade | |
| Grade-all | |
| Dozer w/Ripper Winch | |
| Grader | |
| Snow Blower Truck Mounted w/Loading Chute | |
| Snow Blower - Loader Mounted | |
| Deicer Truck #2 | |
| Thermo Lay | |
| Forklift (10,000+) | |
| 25T Trailer | |
| Vibra Pac | |
| 20Yd Sander | |
| Paving Machine | |
| 20Yd Side Dump Box | |
| Hover Craft | PP |
| Portable H2O pumps | P |
| Trimmers w/string | P |
| Trimmers w/saw blade | P |
| Illuminated X | P |
| Walk-Behind Compactor | P |
| Asphalt Saw | P |

53 / 56 / 58

Exhibit 27 page 1 of 1