# Qualification, Competency and Training Record
## (General)

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| Equipment/Task/Procedure | Completion Date by Competency Code GK | Employee Initials by Competency Code GK | Evaluator Initials by Competency Code GK | Remarks |
|---|---|---|---|---|
| **Safety & Health requirements:** | | | | |
| General OSHA | 11/21/01 | | | |
| Employee S&H Orientation | 11/21/01 | | | Safety Book |
| Construction Safety | 11/21/01 | | | Safety Book |
| Hazardous Communication (paint, chemicals, pesticides) | 11/21/01 | | | Safety Book and MSDS files |
| Respiratory Safety | 11/21/01 | | | Safety Book |
| Personal Protective Equipment | 11/21/01 | | | Safety Book |
| Cold Stress | 11/21/01 | | | Safety Book |
| Moving vehicles, equipment, machinery and tools | 11/21/01 | | | Supervisor Briefing and Safety Book |
| Wildlife | 11/21/01 | | | Supervisor Briefing |
| Hearing Conservation | 11/21/01 | | | Safety Book |
| Job Hazard Analysis Review | 11/21/01 | | | Job Hazard Analysis Book |
| | GK PP P FI T | GK PP P FI T | PP P FI T | |
| **AOA Driving:** | | | | |
| General Driving Rules | 4/29 | | 4/29 | Video/Airfield Driver Training Guide |
| Ground Vehicle Radio Communication | 4/29/01 | | | Video & Evaluation |
| Practical Driver Training | 4/26/01 | | | Hands on Training and Evaluation |
| Practical Communications Training | 4/26/01 | | | Hands on Training and Evaluation |

EMPLOEE NAME

Exhibit 28   page 1 of 11

SCANNED

| Equipment/Task/Procedure | Completion Date by Competency Code PP | P | FI | T | Employee Initials by Competency Code PP | P | FI | T | Evaluator Initials by Competency Code PP | P | FI | T | Remarks | Hr Trn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vehicle/Equip Operation:** | | | | | | | | | | | | | | |
| **Wage Grade 9511-58:** | | | | | | | | | | | | | | |
| Pick-up, up to ¾ Ton without attachments | | 11/2/01 | | | | qB | | | | qL | | | | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Fork Lift (up to 1000 lb.)** | | | | | | | | | | | | | Requires formal class | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Truck, 1 Ton** | | | | | | | | | | | | | | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Boat** | | | | | | | | | | | | | Very little exparince seasonal | |
| Pre-use Inspection | 11/2/01 | | | | qB | | | | qL | | | | | |
| Post-use Inspection | 11/2/01 | | | | qB | | | | qL | | | | | |
| Operation | 11/2/01 | | | | qB | | | | qL | | | | | |
| **4-Wheeler with Plow** | | | | | | | | | | | | | Did not meet STD JOB MAS for op. check lowered to P.P. M-ou 2/19/03  Checked again proficient on 3-8-02 | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Riding Lawn Mower** | | | | | | | | | | | | | | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Snowblower** | | | | | | | | | | | | | | |
| Pre-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Post-use Inspection | | 11/2/01 | | | | qB | | | | qL | | | | |
| Operation | | 11/2/01 | | | | qB | | | | qL | | | | |
| **Herman Nelson Heater** | | | | | | | | | | | | | little experence  2/19/03 - could not operate  THEODE - P.P. THIS DATE  3-25-03 - proficient on this date | |
| Pre-use Inspection | 11/2/01 | 10/27 | | | qB | qB | | | qL | qL | | | | |
| Post-use Inspection | 11/2/01 | 10/27 | | | qB | qB | | | qL | qL | | | | |
| Operation | 11/2/01 | 10/27 | | | qB | qB | | | qL | qL | | | | |

EMPLOEE NAME _____

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | |
| **Chain Saw** | | | | | | | | | | | | | Elsa cut several links of wood (damaged) competence of chainsaw |
| Pre-use Inspection | 1/24/01 | 7/4/02 | | | | 98 | | | 74 | 74 | | | |
| Post-use Inspection | 11/24/01 | 7/4/02 | | | | 98 | | | 74 | 74 | | | |
| Operation | 11/24/01 | 7/4/02 | | | | 98 | | | 74 | 74 | | | |
| **Skill Saw** | | | | | | | | | | | | | |
| Pre-use Inspection | | 5/16 | | | | 98 | | | 74 | 74 | | | |
| Post-use Inspection | | 5/16 | | | | 98 | | | | 74 | | | |
| Operation | | 5/16 | | | | 98 | | | | 74 | | | |
| **Jack Hammer** | | | | | | | | | | | | | |
| Pre-use Inspection | | 5/16 | | | | 98 | | | | 74 | | | |
| Post-use Inspection | | 5/16 | | | | 98 | | | | 74 | | | |
| Operation | | 5/16 | | | | 98 | | | | 74 | | | |
| **Ice Auger** | | | | | | | | | | | | | |
| Pre-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Post-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Operation | 1/24/01 | | | | | 98 | | | | 74 | | | |
| **Air Wand** | | | | | | | | | | | | | |
| Pre-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Post-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Operation | 1/24/01 | | | | | 98 | | | | 74 | | | |
| **Truck Mounted Sign Board** | | | | | | | | | | | | | |
| Pre-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Post-use Inspection | 1/24/01 | | | | | 98 | | | | 74 | | | |
| Operation | 1/24/01 | | | | | 98 | | | | 74 | | | small one only |
| ▮▮▮▮▮▮ | 3-23-03 | 4/4/03 | | | | 98 | | | 80 | 74 | | | unfamiliar – seasonal No Paint card |
| Pre-use Inspection | 3-23-03 | 4/4/03 | | | | 98 | | | 80 | | | | passed styles – No P.P. – Koski P.P. 3-23-03 Koski |
| Post-use Inspection | 3-23-03 | 4/4/03 | | | | 98 | | | 80 | | | | |
| Operation | 3-23-03 | 4/4/03 | | | | 98 | | | 80 | | | | |
| **Wage Grade 9511-56:** | | | | | | | | | | | | | |
| Fork Lift (up to 6000 lb.) | | 1/24/01 | | | | 98 | | | | 74 | | | Requires formal class |
| Pre-use Inspection | | 1/24/01 | | | | 98 | | | | 74 | | | |
| Post-use Inspection | | 1/24/01 | | | | 98 | | | | 74 | | | |
| Operation | | 1/24/01 | | | | 98 | | | | 74 | | | |

EMPLOEE NAME

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | |
| **Light Tower** | | | | | | | | | | | | | |
| Pre-use Inspection | | 4/24/01 | | | | 98 | | | | 74 | | | Proficient on 3-23-03 |
| Post-use Inspection | | 4/24/01 | | | | 98 | | | | 74 | | | on Air Comp. |
| Operation | | 4/24/01 | | | | 98 | | | | 74 | | | |
| **Air Compressor** | | | | | | | | | | | | | |
| Pre-use Inspection | | 4/24/02 | | | | 98 | | | | 74 | | | |
| Post-use Inspection | | 4/24/02 | | | | 98 | | | | 74 | | | 3/23/03 O.I.T with JMG |
| Operation | 4/24/02 | 4/24/02 | | | 98 | 98 | | | 74 | 74 | | | unfamiliar with |
| **Thompson Pump** | | | | | | | | | | | | | pump 4/24/02 |
| Pre-use Inspection | | 7/12 | | | | 98 | | | | 74 | | | Demonstrated proper |
| Post-use Inspection | | 7/12 | | | | 98 | | | | 74 | | | with Pump 6 |
| Operation | | 7/12 | | | | 98 | | | | 74 | | | |
| **Tar Pots** | | | | | | | | | | | | | |
| Pre-use Inspection | | 11/24/01 | | | | 98 | | | | 74 | | | DID NOT MEET STANDARDS for operation |
| Post-use Inspection | | 11/24/01 | | | | 98 | | | | 74 | | | Lowered to Ph 2/10/01 |
| Operation | | 11/24/01 | | | | 98 | | | | 74 | | | Proficient on 5/8/03 |
| **Wage Grade 9511-54** | | | | | | | | | | | | | |
| **Backhoe/Loader** | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | 98 | | | | 74 | | | | |
| Post-use Inspection | 11/24/01 | | | | 98 | | | | 74 | | | | |
| Snow Operation | 11/24/01 | | | | 98 | | | | 74 | | | | |
| Dirt Operation | 11/24/01 | | | | 98 | | | | 74 | | | | |
| **Case Farm Tractor with attachments:** | | | | | | | | | | | | | |
| Pre-use Inspection | 12/24 | | | | 98 | | | | 74 | | | | unfamiliar with |
| Post-use Inspection | | 4/24/01 | | | | 98 | | | | 74 | | | Checked on 3/23 - Could not |
| Operation | | 4/24/01 | | | | 98 | | | | 74 | | | find dipstick |
| *Batwing Mower* | | | | | | | | | | | | | |
| *Boom Mower* | | | | | | | | | | | | | |
| *Broom* | 4/24/01 | | | | 98 | | | | 74 | | | | |
| **Bus - Neoplan & Bluebird** | | | | | | | | | | | | | |
| Pre-use Inspection | | 4/24/01 | | | | 98 | | | | 74 | | | |
| Post-use Inspection | | 4/24/01 | | | | 98 | | | | 74 | | | |
| Operation | | 4/24/01 | | | | 98 | | | | 74 | | | |

EMPLOEE NAME _____

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks | Hr Tr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | | |
| **Curb & Gutter Broom** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | 4/21  7.5 HRS | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | 7.5 HRS | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| **Forklift (up to 10000 lb.)** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/29/01 | | | | ∅∅ | | | | 7k | | | | | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| **Street Flusher- *Ford & Volvo*** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| **Sand Truck** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Operation w/Belly Blade | | | | | | | | | gp | | | | No Belly Blade time | |
| ▓▓▓▓▓ | 3-19-03 | | | | ∅∅ | | | | gp | | | | Little experance | |
| ▓▓▓▓▓ | 3-19-03 | | | | ∅∅ | | | | gp | | | | | |
| ▓▓▓▓▓ | 3-19-03 | | | | ∅∅ | | | | gp | | | | | |
| Operation | 3-19-03 | | | | ∅∅ | | | | | | | | | |
| **Steam Generator** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | | |
| **Router (crack) Saw** | | | | | | | | | | | | | | |
| Pre-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | As of 8/18/03, line item deleted; | |
| Post-use Inspection | 11/24/01 | | | | ∅∅ | | | | 7k | | | | see Equip. Operator Wage Grade | |
| Operation | 11/24/01 | | | | ∅∅ | | | | 7k | | | | List, effective SOA/L71 July 1999: | |
| | | | | | | | | | | | | | considered "any grade". | |

EMPLOEE NAME

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | |
| **Wage Grade 9511-53** | | | | | | | | | | | | | |
| Loader w/Bucket & U Blade | | | | | | | | | | | | | Familiar with T-Dozer configuration |
| Pre-use Inspection | 11-1-01 | | | | gb | | | | 7t | | | | |
| Post-use Inspection | 11/16/01 | | | | gb | | | | 7t | | | | |
| Operation | 11/16/01 | | | | gb | | | | 7t | | | | |
| Operation | 11/16/01 | | | | gb | | | | 7t | | | | |
| **Grade-all** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Snow Operation | | | | | | | | | | | | | |
| Dirt Operation | | | | | | | | | | | | | |
| **Dozer w/Ripper & Winch** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Snow Operation | | | | | | | | | | | | | |
| Dirt Operation | | | | | | | | | | | | | |
| **Grader** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Snow Operation | | | | | | | | | | | | | |
| Dirt Operation | | | | | | | | | | | | | |
| **Snow Blower Truck Mounted w/Loading Chute** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Snow Operation | | | | | | | | | | | | | |
| Dirt Operation | | | | | | | | | | | | | |
| **Snow Blower - Loader Mounted** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Deicer Truck** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |

EMPLOEE NAME

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | |
| **Vactor Truck #1** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Vactor Truck #2** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Tractor Trailer/50 Ton** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Ford Hi-Lift (Altec)** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Dump Truck** | | | | | | | | | | | | | |
| Pre-use Inspection | 1/2/06 | | | | | | | | | | | | |
| Post-use Inspection | 1/2/06 | | | | | | | | | | | | |
| Operation | 1/2/06 | | | | | | | | | | | | |
| **Oshkosh Plow Truck** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Snow Groomer** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| **Runway Brooms** | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation: | | | | | | | | | | | | | |
| *Schorling* | | | | | | | | | | | | | |
| *Danline* | | | | | | | | | | | | | |
| *SST* | | | | | | | | | | | | | |

EMPLOEE NAME

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | |
| *Sicard* | | | | | | | | | | | | | |
| Hydro Seeder | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| Morton Paint Striper | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| Prismo Paint Striper | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |
| Layton paver | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | |

H
Tr

EMPLOEE NAME

8

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks | Hrs. Trng. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | | |
| Descriptive #2 (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| Thermo Lay (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| Hydraulic Hammer | | | | | | | | | | | | | | |
| Compactor | | | | | | | | | | | | | | |
| Tack System | | | | | | | | | | | | | | |
| Forklift (10,000 & above) (WG53) | | | | | | | | | | | | | Requires Certification | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| 25 Ton Trailer (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| Vibra Pac Roller, 84" (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| 20 Yard Sander (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| Paving Machine, Self-Propelled (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |

Employee Name: _____

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks | Hrs. Trng. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | | |
| 20 Yard Side Dump Box (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| Hover Craft (WG53) | | | | | | | | | | | | | | |
| Pre-use Inspection | | | | | | | | | | | | | | |
| Post-use Inspection | | | | | | | | | | | | | | |
| Operation | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Trackless (WG54) | | | | | | | | | | | | | | |
| Pre-use Inspection | 1/9/07 | | | | QB | | | | QB | | | | | |
| Post-use Inspection | 1/9/07 | | | | QB | | | | QB | | | | | |
| Operation | 1/9/07 | | | | QB | | | | QB | | | | | |
| Sander | | | | | | | | | | | | | | |
| Broom | | | | | | | | | | | | | | |
| Blower | 1/9/07 | | | | QB | | | | QB | | | | | |
| Batwing Mower | | | | | | | | | | | | | | |
| 2 Ton Flat-Bed w/Hydraulic Gate (WG54) | | | | | | | | | | | | | | |
| Pre-use Inspection | 1/9/07 | | | | QB | | | | QB | | | | | |
| Post-use Inspection | 1/9/07 | | | | QB | | | | QB | | | | | |
| Operation | 1/9/07 | | | | QB | | | | QB | | | | | |
| | | | | | | | | | | | | | | |

Employee Name: _____

10

| Equipment/Task/Procedure | Completion Date by Competency Code | | | | Employee Initials by Competency Code | | | | Evaluator Initials by Competency Code | | | | Remarks | Hrs. Trng. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PP | P | FI | T | PP | P | FI | T | PP | P | FI | T | | |
| Portable H2O Pumps (3" & under) (WG58) | | | | | | | | | | | | | | |
| Pre-use Inspection | | 6/10 | | | | *scribble* | | | | *scribble* | | | | |
| Post-use Inspection | | 6/10 | | | | *scribble* | | | | *scribble* | | | | |
| Operation | | 6/10 | | | | *scribble* | | | | *scribble* | | | | |
| Trimmers (WG58) | | | | | | | | | | | | | | |
| w/String | | | | | | | | | | | | | | |
| Pre-use Inspection | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| Post-use Inspection | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| Operation | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| w/Saw Blade | | | | | | | | | | | | | | |
| Pre-use Inspection | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| Post-use Inspection | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| Operation | | 5/20 | | | | *scribble* | | | | *scribble* | | | | |
| Illuminated X (WG58) | | | | | | | | | | | | | | |
| Pre-use Inspection | | 6/18 | | | | *scribble* | | | | *scribble* | | | | |
| Post-use Inspection | | 6/18 | | | | *scribble* | | | | *scribble* | | | | |
| Operation | | 6/18 | | | | *scribble* | | | | *scribble* | | | | |
| Walk-Behind Compactor (WG58) | | | | | | | | | | | | | | |
| Pre-use Inspection | | 6/23 | | | | *scribble* | | | | TH | | | | |
| Post-use Inspection | | 6/23 | | | | *scribble* | | | | TH | | | | |
| Operation | | 6/23 | | | | *scribble* | | | | TH | | | | |
| Asphalt Saw (WG58) | | | | | | | | | | | | | | |
| Pre-use Inspection | | 6/5 | | | | *scribble* | | | | *scribble* | | | | |
| Post-use Inspection | | 6/5 | | | | *scribble* | | | | *scribble* | | | | |
| Operation | | 6/5 | | | | *scribble* | | | | *scribble* | | | | |

Employee Name: _____