RECEIVED APR 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

8-4-02

To whom it may concern;

On July 1, 2002, I attended a pre disciplinary meeting along with Dan Hartman, Doug Hunter, Charolette Withers, Elsa Billingham, a myself as Elsa Billingham's Union Shop Stewa

During the course of the meeting, one of the details that came out in the meeting was that Ms. Billingham felt that it would have been more efficient to perform her dutie using what is known as "The old Flush truck Mr. Hartman's reply was that "We never use the old flush truck because it puts out too much water, and would destroy the Flowers". After the meeting concluded, I Spotted an equipment operator using "The old Flush truck and I asked him if they ever use the old flush truck for watering flowers. His reply was "oh yes, in fact we just used it earlier this morning for watering flowers."

→

RECEIVED SEP 3 2002 Public Employees Local 71

Exhibit 30 page 1 of 7

There appears to be some disparity between what Manegment (Dan Hartman, Doug Hunter) *thinks* is going on and what is really going on.

*James W. [signature]*

Local #71 Shop Steward

**Date:**  8/26/02

**To:**  Whom it may concern

**Cc:**  [ Click here and type names ]

**From:**  Pete Swiercz

**RE:**  Radio Trouble Report ICO Pickup#8

---

On Monday 24 June 2002, I arrived at work to find a vehicle trouble report attached to the door of my office. The subject of the complaint was that the company 800 MHZ radio seemed to be inoperative. I checked the radio both in transmit and receive and found no problem. This happens occasionally and I usually dispose of the complaint with no further action required. In this case, since the complaint was unsigned, I asked some of the mechanics that morning if any of them knew who made the report. It was later told to me that it was Elsa Billingham.

pds   *[signature]*

RECEIVED
SEP 3 2002
Public Employees Local 71

8/26/02                                                                                                                         1

To whom it may concern;

On approx. June 24 I was asked by Elsa to look at our Honda 5518 tractor because an overheating light was on while she was mowing. I was lead mechanic at the time and I remember it being 2:30 P.M. because I was cleaning up for the day ( I leave at 3:00 P.M.). I removed the cover for the radiator and inspected for airflow and found it to be approx. 2/3 plugged and since I was leaving I asked Roy to blow the radiator out and reasemble the unit and test it. Because it was a very minor job it did not require opening a work order for mechanics time.

LEROY C. METCALF

*[signature]*

RECEIVED
SEP 3 2002
Public Employees Local 71

To whom it concerns,                                                                                      On approx. June 24,
2002. Elisa brougth to shop the Honda mower 5518, due to overheating. Leroy was inspecting this unit
& called me over, due to he was getting off at 3:00 P.M.  - {I recall Elisa bringing this in around
2:30P.M.} & Leroy was in a hurry to get his paperwork done.& asked that I blow out radiator & test unit
for good airflow, which I did . As for workorder on unit-- this wasn't nessasary,due to, no repairs was
needed.                        Mechanic--Roy T. Effler



RECEIVED
SEP 3 2002
Public Employees Local 71

To Whom it concerns:

It a recognised practice that if equipment operators bring in equipment to the shop and the mechanics are able to work on the equipment immediately, then it is not necessary for the operator to write up the equipment. If the mechanics can not get to it right away then it is necessary to write it up.

*[signature]*
8-31-02

**RECEIVED**
SEP 3 2002
Public Employees Local 71

September 1, 2002

To whoever this may concern,

RE: Notifying maintenance of vehicle discrepancies, and vehicle problems.

Dear Sir:

When an operator brings a vehicle or piece of equipment to the shop for repair it isn't always accompanied by an operator condition report. If the discrepancy is minor or the mechanic can start work on it immediately (generating a work order), or it can be inputted on the computer I don't usually get it in writing. Some operators do but most don't. This has been the establish practice in our shop. If we don't have time to deal with the problem I make sure we get it in writing so I can prepare a Work order or add it to our discrepancy report later.

Sincerely,

*[signature]*
Marshall Pat Dillard
Lead Mechanic
Mids

RECEIVED
SEP 3 2002
Public Employees Local 71