


# MEMORANDUM
State of Alaska, Department of Transportation & Public Facilities

**RECEIVED APR 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

**To:** All Airfield Maintenance Employees  **Date:** November 6, 2001
**Telephone:** 266-2427

**Thru:** Daniel Hartman
Manager, Airfield Maintenance

**Subject:** Policy Letter for Accident/Incident Reporting

**From:** Douglas L. Hunter
Assistant Manager, Airfield Maintenance

All accidents and incidents that result in injury, illness, or damage to equipment or property (however slight) must be reported to a foreman or supervisor immediately. The foreman on duty will report any accident/incident that results in an injury to personnel to the Manager or Assistant Manager immediately. Any accident/incident that results in more than minor damage to equipment will be reported to the Manager or Assistant Manager after any required notification of Airport Safety or Downtown Police and all actions to ensure safety of personnel and protection of equipment has been taken. If a vehicle accident occurs on ANC property, Airport Safety will be notified. If the vehicle accident occurred off ANC property, downtown police who have jurisdiction for the area will be notified. Do not move the vehicle or property until Airport Safety or downtown police are on the scene unless a safety hazard exists. The foreman or supervisor will ensure that Airport Safety or Downtown Police are called and the accident/incident area is left undisturbed until an investigation is complete

The employee involved in the accident/incident, if able, will fill out all the appropriate forms to include the following: State of Alaska Report of Occupational Injury or Illness, form # 02-921, State of Alaska Motor Vehicle Accident Report, State Liability Form if the vehicle was any type of automobile, and/or State of Alaska Equipment Damage Report. The Equipment Damage Report will be filled out whenever equipment or property is damaged. If the employee is unable to fill out the forms due to some kind of injury, the foreman or supervisor will start the forms and fill in as much information as possible.

The Foreman or supervisor on duty will ensure that the employee fills out all required forms and complete the supervisor's section on the above listed forms. Additionally, the foreman or supervisor will conduct an initial investigation of the incident and complete a State of Alaska, Supervisor's Accident Investigation Report form, #02-932. When all forms are completed, the foreman will ensure they are routed to the assistant manager.

Exhibit 31 page 1 of 1