AIRPORT SAFETY
POLICY AND PROCEDURE MANUAL
POLICE

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CHAPTER P540**
**MOTOR VEHICLE ACCIDENTS**

## I. POLICY

Reportable traffic accidents within the Department's area of responsibility shall be investigated so as to properly determine the cause and to allow the use of the information to assist in reducing future accidents. Officers will respond to motor vehicle accidents on airport property (unless such accidents are confirmed non-injury that occur within APD's normal patrol area) for the purpose of determining whether the accident qualifies for investigation and which department will be responsible for the report, if any.

## II. DEFINITIONS

**Traffic Accident.** A sequence of unintentional events involving one or more motor vehicles resulting in observable damage, injury, or death.

**Non-Injury Traffic Accident.** A traffic accident that results in property damage and/or physical injury so slight that medical attention would not reasonably be sought.

**Injury Traffic Accident.** A traffic accident resulting in physical injury great enough to warrant medical attention of any degree.

**Hit and Run (H&R).** The common term for the crime of "Leaving the Scene of an Accident," where the operator(s) have an obligation to remain and/or leave information. Hit and run is consummated if the operator fails to remain or leave notice even on an accident so slight as to not require a formal report.

## III. PROCEDURE

A. **Accident reporting and investigation**

 1. The following is an excerpt from Alaska State Statute Title 28, which outlines the requirements concerning the reporting of traffic accidents.

 **AS 28.35.080. Immediate Notice of Accident.** (a) The driver of a vehicle involved in an accident resulting in bodily injury to or death of a person or total property damage to an apparent extent of $2,000 or more shall immediately by the quickest means of communication give notice of the accident to the local police department if the accident occurs within a municipality, otherwise to the department of public safety...(e) Every law enforcement officer who, in the regular course of duty, investigates a motor vehicle accident for which a report must be made, either at the time of and at the scene of the accident or thereafter by interviewing the participants or witnesses, shall, within 24 hours after completing the investigation, forward a written report of the accident to the Department of Public Safety.

 2. Officers shall respond to and prepare an accident report when any of the following are involved:

 a. Death or injury, or total property damage to an apparent extent of $2,000 or more
 b. Hit and run
 c. Impairment due to alcohol and drugs or where a person is charged with a criminal traffic offense
 d. Hazardous materials
 e. Government vehicle(s), or Airport property

Chief, Airport Safety

EXHIBIT 12
Page ___ of ___

EFFECTIVE DATE October 1, 1997                                       PAGE 195

Exhibit 32 page 1 of 3

3. Officers shall also respond to minor accidents involving disturbances between parties or that create traffic congestion as a result of the accident or where vehicles are damaged to the extent that towing is required. Police vehicles may be assigned to any other accident not listed above to assist persons involved with information exchange and/or to provide private person accident forms. Time permitting, officers shall investigate and report such accidents. Note: The $2,000 minimum damage requirement for reporting also applies to accidents that occur on private leaseholds on the airport.

B. **Responding to the Accident**

1. Vehicle descriptions not required at time of dispatch. Dispatch is **not** required to furnish vehicle descriptions initially, and the officer should *not* request such description(s) unless the subject vehicle(s) cannot be located.

2. Response Code. If the classification of accident (injury/non-injury accident) has not been established at the time of dispatch, the officer will respond Code 3 until the verification is made to reduce such a response.

   a. As with any call, arriving safely is a primary consideration.
   b. Reduce the code of any other responding units as soon as practical, including the medical unit(s) if the injuries are minor.
   c. Responses to non-injury accidents will be Code 2.

C. **Arrival at the Scene**

1. Critical Initial Steps. The first steps the officer takes in handling an accident scene are critical to the welfare of the public and quality of the investigation. To aid the officer, the following guidelines are offered:

   a. Assess the scene from a distance as you approach. This serves to:
      (1) Suggest the best way to position the patrol car
      (2) Alert the officer to hazardous conditions, such as power lines down, fuel spills, debris location, etc.
      (3) Provide information for possible re-routing of traffic
      (4) Give an overview of the accident and its possible cause(s)
   b. Summon additional help as required (officers, rescue, tow truck, etc.). The officer assigned to an accident shall have the responsibility and authority to request assistance from any other officers as needed. He/she is then also the primary investigating officer and in charge at the scene, unless the supervisor deems it more appropriate to assign another officer these responsibilities.
      (1) If there is a danger of fire from leaking or ruptured gas tanks, or where there is any major crash of two or more vehicles where there is any sign of hazardous materials having been transported, the Airport fire department will be called out for a precautionary standby.
   c. Protect the scene. The officer must protect the scene initially by positioning the patrol car or deploying other available units. This protection serves two vital functions:
      (1) Prevents secondary collisions. Experience shows that secondary accidents can result in more severe injuries than the initial accident.
      (2) Preserves short-lived evidence (broken parts, skid marks, etc.) for the investigation. A

_[signature]_
Chief, Airport Safety

EFFECTIVE DATE October 1, 1997                                                                 PAGE 196

serious traffic accident is to be regarded as a felony crime scene until evidence concludes otherwise.

   d. Attend to medical needs. With the scene protected, the victim(s) can be given medical attention. The officer is reminded that, if the injuries are minor, reducing the code of the responding medical unit is best for overall safety.

   e. Identify the witnesses and record key accident information (license numbers, observation of damage before vehicles are moved, etc.). Since many witnesses are reluctant to remain at the scene or volunteer information, the officer would be helping the investigation by identifying and recording any witnesses. Interview those who remain at the scene, and get the names, addresses, and contact phones numbers for possible contact later of those who cannot remain for interview.

   f. Assess vehicle removal. The officer should begin to assess when and how to remove the vehicle(s) and debris. Clearing the accident scene as quickly as practical is in the best interest of safety as well as convenience. Therefore, in property damage only accidents, where possible, get vehicles off roadway as soon as possible to get traffic moving. The following guidelines are provided:

     (1) The law requires the operator(s) of vehicle(s) involved in a traffic accident to drive their vehicles to the closest safe parking area if possible; relieving the officer of this consideration.

     (2) Even if safely parked, the officer should assess the theft and vandalism vulnerability of an accident vehicle left unattended at the scene.

     (3) With the owner's permission, the officer may consider pushing a disabled vehicle to a safe parking area if the patrol car is capable.

     (4) If the officer decides that towing is required for any reason, the following would apply:

       (a) All reasonable effort should be made to allow the owner to make arrangements, with the police providing public assistance in the form of communications (i.e. calling a wrecker for them).

       (b) If the owner/operator is unwilling or unable to make these arrangements, the officer may impound the vehicle for safekeeping.

       (c) When it is anticipated that the vehicle(s) can be moved, and a wrecker will be needed, allow lead time for the towing equipment to respond.

D. **Accident scene information collection**

1. At the scene of the accident, the investigating officer must gather information concerning the accident for subsequent use in completing necessary report forms. Information to be collected at the scene may include, but is not limited to:

   a. Interviewing principals and witnesses and securing necessary identity/address information
   b. Examining/recording vehicle damage
   c. Examining/recording effects of the accident on the roadway or off the roadway and on other property/structures, etc.
   d. Taking measurements as appropriate
   e. Taking photographs as appropriate
   f. Collecting/processing evidence

EXHIBIT _____ll_____

Page _____ of _____

Chief, Airport Safety

EFFECTIVE DATE October 1, 1997                                                                    PAGE 197