STATE OF ALASKA
DEPARTMENT OF HIGHWAYS
MAINTENANCE DIVISION
EQUIPMENT SECTION

RECEIVED

APR 2 1 2006

CLERK U.S. DISTRICT COURT
~~~~~~~~ ALASKA

EQUIPMENT DAMAGE REPORT

Name of Driver: _Edee Billingham_ Employed by Dept. of _Airfield Maint_

Div. or Branch: _FM_ _Heliport_ Name of Immediate Supervisor: _Steve Pringe_

Location of Accident: _De Haveland Place and Postmark Dr._

Damaged Equip: Type: _PU_ Make: _F-350_ Serial No.: _____

License No.: _34298_ #39 Class No.: _____ Property Control No.: _____

Date of Accident: _4/16/03_ Hour of Day: _1:35 PM_ Amt. of Damage: $ _____

Description of Damage _telespan for bicycle trail stopsign was bent._

Describe what happened: _I was backing up on bicycle trail and was watching the ditch I didnt see the stopsign. There was no damage to the pw. I pushed the stop sign over_

This form is to be used by all State Departments for reporting equipment damage to any State owned and operated equipment (road vehicles and equipment; marine boats, vessels, engines and motors; and aircraft). This is a three part form. First copy to be mailed directly to State Maintenance Engineer, Department of Highways, P.O. Box 1841, Juneau, Alaska. The second copy is to be sent to the District Maintenance Supervisor at the Department of Highways District offices where the accident occurred. The third copy to the immediate supervisor for review and recommendations to the District Safety Committee.

IMPORTANT: Please check block if you made out the following forms:

Automobile Accident Notice (this form is for reporting to State Ins. Adjstrs.)

Motor Vehicle Safety Responsibility Accident form.

SCANNED

EXHIBIT _5_

Page ____ of ____

Exhibit 33 page 1 of 2

# WARNING LITES OF ALASKA, INC.

**591 W. 67TH AVE., ANCHORAGE, AK   99518-1555**

**PHONE (907) 562-2124 • FAX (907) 562-0473**

## FAX TRANSMITTAL SHEET

DATE: **6-26-03**                    RE: **price quote**

Total pages (including transmittal) : **1**

TO: **Cindy Roth  For: Elsa**

COMPANY: **DOT/PF**

FAX NUMBER: **266-2439**

PHONE NUMBER: _____

FROM: **Roxanne Wilson**

---

**1 ea. 2½" x 12" Telespar          $51.00**

---

PLEASE NOTIFY US AT (907) 562-2124 IF NOT RECEIVED PROPERLY.

OUR FAX NUMBER IS (907) 562-0473.