Subject: Re: [Fwd: elsa]
Date: Thu, 27 Jun 2002 10:29:11 -0800
From: Charlotte Withers <charlotte_withers@dot.state.ak.us>
Organization: State of Alaska, Department of Transportation
To: "Daniel A. Hartman" <Daniel_Hartman@dot.state.ak.us>

RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Oh my. What do you want to do at this point (don't state the obvious)......

"Daniel A. Hartman" wrote:

> ------------------------------------------------------------------
>
> Subject: elsa
> Date: Thu, 27 Jun 2002 09:28:11 -0800
> From: Steve Pringle <Steve_Pringle@dot.state.ak.us>
> To: "HARTMAN, DANIEL" <DANIEL_HARTMAN@DOT.STATE.AK.US>,
>       Douglas L Hunter <doug_hunter@dot.state.ak.us>
>
> two incidents concerning not following instructions, not following SOP
> for reporting equipment malfunctions, and time management for task
> assignments.
>
> Friday June 21st.- Elsa was assigned to mow with the Honda rider mower
> at specified areas around the lake.  On my afternoon rounds (I arrived
> to her assigned job site at 1:57pm) there was no Elsa or any equipment.
> Suspecting that she was still at the shop for break I returned.  Upon
> arriving at the shop, I was surprised to find the mower/trailer
> disconnected and even more surprised to find Elsa alone in the Foremans
> office.  I asked her why she was not mowing and she told me that the
> mower was over heating. She had allowed it to cool off, tried it again
> and it got hot again.  So I asked her the obvious questions, Did she
> write it up for the problem? and why was it still on the trailer for the
> next guy to deal with?  I also asked her if that mower was down, why
> didn't she notify me and why didn't she get another mower and return to
> her assign job.She said that she was going to mix two cycle gas for a
> weed trimmer.  That was not a satisfactory answer because earlier in the
> day I had specified that I wanted all the mowing done before we began
> trimming. I also asked why she was in the office and she stated that she
> had been looking for a new fuel card which  I found in 10 seconds.
>
> The second incident of not following instructions was on Thursday June
> 27.  I arrived at the same work site at 1:03 and no mowing in progress.
> I waited for Elsa to finish her personal business in the Porta-potti and
> then told her that I wanted her to return to the shop immediately and
> check out the flat bed water truck and water specific flower beds. ( the
> 6 square planters at the south terminal, the six round planters the the
> sidewalk bullnoses at the north terminal and the two planters adopted by
> Agnes Palik at the Airport Park at the end of postmark dr.)  At 10
> minutes to three I was returning Dale to the ramp to retreive a piece of
> equipment and saw Elsa returning to the shop.  I stopped and asked her
> if she had completed her task.  She said no and proceeded to tell me
> that she had watered Delta's flowers ( which I did not specify) and
> watered her own bed at the warehouse and only watered one square
> planter.She said she just ran out of time.  She also proceeded to tell
> me that the flat bed was no satisfactory for the job and she  needed the
> flush truck. Out of the fourteen flower beds and with adaquate time to
> do this she only watered one bed that I had requested.  I then told her
> that I felt she has a really difficult time following directions and I
> was very displeased with her  performance. After this discussion, we
> both returned to the shop where she came into the office to give further
> explanation of why she could not accomplish her task, none of which were

> satisfactory to me.  Another example of her thinking for herself and not
> following specific instructions.  I informed her that we would be
> speaking to Doug about both incidents.. Fred and Sam witnessed.