

**Ted Stevens
Anchorage
International Airport**

State of Alaska, Department of Transportation & Public Facilities
Airfield Maintenance
4100 Aircraft Drive
Anchorage, AK 99502

313-4746

RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

July 25, 2002

Ms. Elsa Billingham
P.O. Box 231625
Anchorage, Alaska 99523-1625

RE: Suspension

Dear Ms. Billingham:

Your foreman Mr. Steve Pringle reported that on June 24th and June 26th you failed to follow his orders. On June 24th you were assigned to mow with the Honda rider mower at specified areas around the lake. You failed to do that. The second incident involved watering specific flowerbeds. Steve directed you to water flowerbeds at the South Terminal, North Terminal and two planters located at the end of Postmark Drive. In a two-hour period, you only completed watering one of these beds.

A meeting was held on Monday, July 1st in my office with steward James Dommek as your union representative. You were given an opportunity to explain your actions at that time. You agreed with Steve's version of the events that occurred on June 24th but you said the reason you didn't call Steve about the mower breaking down was because you didn't think the truck's radio was working. You said you went into the office to look for a form to write up the Honda, look for a fuel card and call Steve; that's when Steve showed up at the office. Later in the meeting, you said you ran into Steve in the hallway. When Steve asked what you were doing, you said you were getting a fuel card to mix gas for the trimmer although you were told earlier that day by Steve all the mowing needed to be completed before proceeding to trim. You disregarded his earlier instruction and proceeded to mix gas for the trimmer.

Regarding the June 26th incident you agreed that Steve told you to water specific plant beds with the small water truck. You stated that you misunderstood which planters he wanted you to water. But you decided to water planters that he never told you to water. This resulted in your not completing the assigned task.

After considering the information that was shared at that meeting, I conclude that your behavior was unacceptable both June 24th and June 26th. You have received two other suspensions in the past for the same type of behavior. Because of your failure to accept responsibility and continuing to refuse to comply with your supervisor's instructions, you are suspended without pay and benefits for thirty (30) days. Your suspension will begin August 4, 2002 at 7:30 a.m. and extend through September 3, 2002, 7:30 a.m. You will report back to work on September 4, 2002 at 7:30 a.m.

Exhibit 35 page 1 of 1