

**Ted Stevens
Anchorage
International Airport**

P.O. Box 196960
Anchorage, Alaska 99519-6960



May 8, 2003

Ms. Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523-1625

Re: Dismissal from Employment

Dear Ms. Billingham,

    The investigation into your recent accident is concluded. On April 16, 2003 while driving pickup #39, you backed it into a stop sign, failed to immediately contact your supervisor, and then continued to drive it to the shop without adjusting the seat and mirrors. The next day, you were placed on administrative leave pending the completion of an investigation.

    A pre-disciplinary meeting was held in the presence of your union representatives, Jim Ashton and Billy Meers on Monday, April 21, 2003 regarding this incident. At this meeting you acknowledged backing the truck into the stop sign. You stated you did not adjust either the seat or mirrors when you entered the vehicle even though the other driver before you was taller. You initially told Doug Hunter you could not see out the mirrors, but at the meeting you stated you were able to use the mirrors while driving. You admitted you failed to call your supervisor immediately, as required by policy and also left the scene of the accident before notifying your supervisor and the Airport Police, which is required by policy. When you left the accident site the stop sign was bent at a 45-degree angle posing a hazard to passing traffic. You stated you had been briefed and were aware of both policies, however, you chose not to comply with them.

    After considering your poor work history and past disciplinary record, I conclude your behavior on April 16th was unacceptable. You have been disciplined many times in the past. This discipline includes five (5) suspensions of increasing duration, the most recent one less than a year ago lasting thirty (30) days. In addition, your last two performance evaluations documented an overall rating of low acceptable, with your performance being rated as "unacceptable".

    As a result of your poor work history, disciplinary record and failure to accept responsibility for your actions, you are dismissed from employment with the State of Alaska, Department of Transportation and Public Facilities. This action is effective immediately. You will receive two weeks severance pay and your insurance will continue to the end of the month.

Exhibit 36 page 1 of 2     SCANNED



Ms. Elsa Billingham
Page Two
May 8, 2003

      Please complete the enclosed paperwork and mail to the DOT/PF Personnel Office in Anchorage at P.O. Box 196900 Anchorage, AK 99519-6900 or come by the office at 4111 Aviation Avenue between 8:00 and 4:30. If you have any questions regarding this paperwork, please contact Faye Parker, Human Resource Technician III at 269-0501.

                Sincerely,

                Morton V. Plumb Jr.
                Director

cc:   Janet Rider, HRM
       Central Region Human Resources Office
       Local 71, Anchorage

*Note: This letter was never sent because a Letter of Dispute Resolution was signed June 10, 2003 to give Ms. Billingham another chance.*