LETTER OF DISPUTE RESOLUTION
between the
STATE OF ALASKA
and the
PUBLIC EMPLOYEES LOCAL 71
representing the
LABOR, TRADES AND CRAFTS UNIT

Re: Elsa Billingham

State Case #03-L-304



It is agreed between the parties that the following constitutes full and final resolution of the above referenced dispute for Elsa Billingham, Equipment Operator Sub-Journey II, with the Department of Transportation and Public Facilities.

1) Ms. Billingham will voluntarily demote to a WG58 Laborer, Sub-journey I effective June 11, 2003.
2) Ms. Billingham will be placed on a thirty-day (30) suspension commencing Monday, May 12, 2003 and ending June 10, 2003.
3) During the first year as a WG58, Ms. Billingham will not be upgraded to higher level equipment, nor be entitled to training other than WG58 equipment and safety training.
4) If Elsa's performance does not reach a mid-acceptable level or higher after one year as a WG58, she will be dismissed.
5) This will be Ms. Billingham's last chance to change her behavior. One more act of unacceptable behavior will result in dismissal.

This agreement is entered into solely to address the particular circumstances of this situation and shall not establish any practice or precedent between the parties, nor shall it be referred to in any other matters which may arise between the parties except as may be necessary to implement the terms of this resolution.

FOR THE STATE OF ALASKA:                FOR PUBLIC EMPLOYEES Local 71

_____          _____
Art Chance                               Jim Ashton
Labor Relations Manager                  Assistant Business Manager
Department of Administration             Public Employees, Local 71


17 June 03                               June 10/03
_____          _____
Date                                     Date

Post-it® Fax Note   7671

Exhibit 37 page 1 of 1