**Ted Stevens Anchorage International Airport**

# MEMORANDUM
State of Alaska, Department of Transportation & Public Facilities

To: MEMO FOR RECORD

From: Daniel Hartman
Manager, Airfield Maintenance

Date: November 18, 2003

Telephone: 266-2427

Subject: Billingham Progress Report November 03

The Letter of Agreement between the State and Local 71 dated 10 June 2003 concerning Elsa Billingham's last chance stated that Elsa's performance needed to reach a "mid acceptable" or higher after one year or she would be terminated. I directed Doug Hunter to provide Elsa with feedback each month on her performance. She would be told if she were progressing as well as areas she still needed to improve if she were to reach a "mid acceptable" performance level.

Elsa has been provided this feedback for the past five months. During this time she has made some improvement in her performance but has made little or no improvement in her ability to follow her supervisor's instructions. Several times during these feedback sessions she has been argumentative with those providing the feedback. She has even argued about things when she was told she did a good job or improved in an area. During these feedback sessions she has been told several times that she needs to follow her supervisor's directions and that she is not to circumvent her supervisor and go to another supervisor when she did not get to do what she wanted.

During the feedback session on November 18th, Elsa started to argue again with her supervisor. She asked if anyone else was getting feedback sessions as she was. I said, "No" and explained that her feedback was designed to help her understand what was expected of her and what she needed to improve to thereby improve her job performance to "mid acceptable". She said that she did not want to get the feedback anymore and didn't want to be informed as to what she needed to improve.

I again explained to her that we were not required to take the time to try to inform her what she needed to improve and the feedback was for her benefit. I explained that if she did not improve her performance she would be terminated. She again stated that she did not want to receive the feedback anymore. I said, "OK" and informed Elsa that her supervisor would continue to document her day-to-day progress but *at her request* she would not be provided that information.

I instructed Doug Hunter and Bruce Jokela to continue to document her performance and put it into her supervisor's records.

Doug Hunter, Bruce Jokela and myself were all present when she insisted that she not be given any more feedback.

Exhibit 39    page 1 of 1



# MEMORANDUM

State of Alaska, Department of Transportation & Public Facilities

TO: Elsa Billingham
    Equipment Operator

FROM: Daniel A. Hartman
         Manager, Airfield Maintenance

DATE: June 3, 2004

FAX NO: (907) 266-2677
TELEPHONE NO: (907) 266-2726

SUBJECT: Meeting

On Wednesday, June 9, 2004 a meeting will be held at 2:30 p.m. in Dan Hartman's office to go over the Terms of the Letter of Dispute Resolution between the State of Alaska and the Public Employees Local 71, reference Elsa Billingham and the monthly progress statements. You have the right to union representation under Article 8.01 of the Master Agreement between the State of Alaska and the Labor, Trades and Crafts Union, Local 71 and we advise you to exercise the right since disciplinary action could result.

cc:  ANC Admin Manager
      Management Consultant, Division of Personnel – Charlotte Withers-Mushat

Exhibit 39   page 1 of 1