

**Ted Stevens Anchorage International Airport**

P.O. Box 196960
Anchorage, Alaska 99519-6960



RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

June 28, 2004

Ms. Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523-1625

RE: Dismissal from Employment

Dear Ms. Billingham,

On June 10, 2003 your union proposed and entered a Letter of Dispute Resolution (LDR) regarding your employment at the Ted Stevens Anchorage International Airport. The LDR agreed that you would; 1) voluntarily demote to a WG58 Laborer, sub-journey I; 2) be placed on a thirty-day suspension; 3) not be upgraded to higher level equipment nor be entitled to training for one year; and 4) reach a mid-acceptable level of performance after one year as a WG58 or be dismissed from employment. This LDR was a last chance opportunity for you to change your work behavior and improve your job performance.

During the past year you were provided reports to assist you in recognizing your progresses and areas that continued to need improvement. During the November, 2003 review you refused to accept any future progress reports or to participate in any future review sessions. Out of ten progress reports, you achieved a mid-acceptable level of performance on only two of them. The remainder were either rated as low acceptable or unacceptable. As a result, your performance over the past year is rated as low acceptable. This does not achieve the standard of performance that was established by the LDR.

At a meeting held with you, your union representatives, Dan Hartman and Charlotte Withers-Mushat on June 9, 2004, you continued to deny any accountability for your unacceptable job performance.

Effective immediately, you are dismissed from employment with the State of Alaska, Department of Transportation for failure to meet the full conditions of the Letter of Dispute Resolution. You will receive two weeks severance pay and your group health insurance will continue to the end of the month or as established by your union health trust.

Exhibit 41   page 1 of 2

Please complete the enclosed paperwork and mail to Technical Services, DOT/PF at P.O. Box 196900, Anchorage 99519-6900 or visit the office at 4111 Aviation Avenue between 8:00 am to 4:30 pm. If you have any questions regarding the paperwork or your final pay, please contact Faye Parker, Human Resource Technician at 269-0501.

Sincerely,

Morton V. Plumb Jr.
Director


cc: Management Services, DOT
Technical Services, DOT
Local 71, Anchorage

August 28, 2004

Elsa Billingham
8113 E. 3rd Ave.
Anchorage, AK 99504

RE: Termination of Non-Permanent Position

Dear Ms Billingham:

I am writing to notify you that your services will no longer be needed as a non-permanent, Engineering Technician WG59 at the TSAIA Project Office.

You will be compensated through your last day of work August 28, 2004. Please complete the enclosed paperwork as soon as possible and submit them to the Human Resources Office at 4111 Aviation Drive in Anchorage. If you have any questions regarding this paperwork please contact Faye Parker at 269-0501.

Sincerely,

Joe Owens
Project Engineer

RECEIVED
APR 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

RECEIVED
AUG 3 0 2004
Public Employees Local 7

cc: Technical Services, Anchorage/DOT
    Management Services, Anchorage

Exhibit 42   page 1 of 1