August 28, 2004

Elsa Billingham
8113 E. 3rd Ave.
Anchorage, AK 99504

RE:   Termination of Non-Permanent Position

Dear Ms Billingham:

I am writing to notify you that your services will no longer be needed as a non-permanent, Engineering Technician WG59 at the TSAIA Project Office.

You will be compensated through your last day of work August 28, 2004. Please complete the enclosed paperwork as soon as possible and submit them to the Human Resources Office at 4111 Aviation Drive in Anchorage. If you have any questions regarding this paperwork please contact Faye Parker at 269-0501.

Sincerely,

*[signature]*

Joe Owens
Project Engineer

cc:   Technical Services, Anchorage/DOT
      Management Services, Anchorage

*[Stamps: RECEIVED APR 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA; RECEIVED AUG 3 0 2004 Public Employees Local 7_]*

Exhibit 42   page 1 of 1