**From:** Charlotte Withers-Mushat [charlotte_withers-mushat@admin.state.ak.us]
**Sent:** Monday, August 30, 2004 2:04 PM
**To:** tracy@local71.com
**Cc:** Daniel A Hartman; Douglas L Hunter; Alice F Parker
**Subject:** Elsa Billingham

RECEIVED APR 2 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

Tracy,

Due to Ms. Elsa Billingham's termination from the Department of Transportation we respectfully request that she not be referred to this department again for employment consideration. Please contact me if you have any questions.

--
Charlotte Withers-Mushat
Management Services-DOT/PF

*[handwritten annotation]:* towards tortious interference with employment —