3:05-cv-0240

## TABLE OF CONTENTS

1...........................................................Exhibit 1         page 1 of 1
Billingham filed with EEOC after being illegitimately fired from a position driving a 35-ton 3308 Terex enddump. It developed a radiator leak. Billingham showed the truck to a mechanic and he authorized her to drive it.

2...........................................................Exhibit 2         page 1 0f 8
Amended complaint filed by Billinghams attorney. Billingham was unable to prove sexuall harrassment. There were no witnesses and no evidence.

3. ..........................................................Exhibit 3         page 1 of 1
Memorandum from Commissioner Joseph Perkins. Billingham testified.

4...........................................................Exhibit 4         page 1 of 5
Billingham files discrimination cmplaint with ASHRC.

5...........................................................Exhibit 5         page 1 of 4
Billingham files an additional discrimination complaint with the EEOC.

6. ..........................................................Exhibit 6         page 1of 3
Billingham files an EEOC complaint against Public Employees Local 71.

7. ..........................................................Exhibit 7         page 1 of 1
Teddy Burns has filed a complaint with ASCHR.

8. ..........................................................Exhibit 8         page 1 of 1
Letter written by co-worker Lito Viray on discrimination.

9. ..........................................................Exhibit 9         page 1 of 1
Subpoena compelling Billingham to testify at age discrimination hearing.

10..........................................................Exhibit 10        page 1 of 1
Subpoena issued by Kathleen Strasbaugh, A.A.G.

11..........................................................Exhibit 11        page 1 of 3
Affidavit of Elsa Billingham.

12..........................................................Exhibit 12        page 1 of 2
Affidavit of Dennis J. Beegan.

13..........................................................Exhibit 13        page 1 of 2
Affidavit of James M. Dommek Sr

page 1

3:05-cv-0240

| | | |
|---|---|---|
| 14.....................................................................Exhibit 14 | | page 1 of 2 |
| Affidavit of John P. Suter. | | |

15.....................................................................Exhibit 15       page 1 of 2
Affidavit of Linda S Fisch.

16.....................................................................Exhibit 16       page 1 of 2
Affidavit of Diane Barth.

17.....................................................................Exhibit 17       page 1 of 19
Seniority Lists from 2002 to 2003.

18.....................................................................Exhibit 18       page 1 of 2
Teamster Local 959 Members work history Dated 11/06/03

19.....................................................................Exhibit 19       page 1 of 1
Operating Engineers 302 member dispatch record.

20.....................................................................Exhibit 20       page 1 of 1
Memorandum from Dan Hartman changing the testing procedures.

21.....................................................................Exhibit 21       page 1 of 1
Memorandum from Dan Hartman, Manager of Airfield Maintenance
Change in Training Policy.

22.....................................................................Exhibit 22       page 1 of 7
2004 resume of Elsa Billingham and various certificates, showing Billinghams
qualifications for the position.

23.....................................................................Exhibit 23       page 1 of 3
Job Announcements for wage grade 54 positions which Billingham had applied for
and was passed over for promotion.

24. ....................................................................Exhhibit 24       page 1 of 1
Memorandum to Dale Fairclough from Corky Caldwell Operations Manager.
Dale recieves a letter of warning for an incursion. Dale was promoted after this.
Incident.

25.....................................................................Exhibit 25       page 1 of 3
Dale Faircloughs accident in pu 32  paid by insurance $2,930.81.
Fred Klouda's accident in pu 34, parts were $675.00.
Ed Cooks accident, parts were $930.00.

3:05-cv-0240

26..................................................................Exhibit 26         page 1 of 2
Equipment training conducted turned into ASCHR. False statement, Billingham was never trained on a dozer with a ripper winch.

27..................................................................Exhibit 27         page 1 of 1
February 12 2003 Billinghams equipment training profile, showing that Billingham had never been trained on a dozer with a ripper whinch.

28..................................................................Exhibit 28         page 1 of 11
Qualifications, Competency and Training Record (general), Billinghams proficiency records which have been signed and dated by the supervisors.

29..................................................................Exhhibit 29        page 1 of 3
Determination from State of Alaska Human Rights Commission. There are many false statements written into this document. 1)Respondent failed to follow her supervisors instructions, damaged equipment, and failed to report an accident. Billingham followed instructions, did not damage any equipment and all of Billinghams accidents were reported according to AS 28.35.080. Immediate notice of Accident.

30..................................................................Exhibit 30         page 1 of 7
Letters from mechanics testifying that Billlingham did not damage equipment, Billingham followed instructions, and Billingham did report her accident.

31..................................................................Exhibit 31         page 1 of 1
Memorandum date November 6 2001, Policy letter for Accident/Incident Reporting. Thru: Dan Hartman, From: Douglas, Hunter, Assistant Manager, Airfield Maintenance.

32..................................................................Exhibit 32         page 1 of 3
Airport Safety Policy and Procedure Manual, POLICE., Chapter P540 motor vehicle Accidents., III. Procedure, A. Accident reporting and investigation. AS 28.35.080. Immediate Notice of Accident. (a) The driver of a vehicle involved in an accident resulting in bodily injury to or death of a person or total property damage to an apparent extent of $2,000 or more shall immediately by the quickest means of communication give notice of the accident to the local police department if the accident occurs within a municipality,otherwise to the department of public safety..(e) Every law enforcfement officer who, in the regular course of duty, investigates a motor vehicle accident for which a report must be made, either at the time of and at the scene of the accident or thereafter by interviewing the participants or witnesses, shall within 24 hours after completing the investigation, forward a written report of the accident to the Department of Public Safety.

33..................................................................Exhibit 33         page 1 of 2
State of Alaska Department of Highways Maintenance Division equiment section. Equipment Damage Report, written by Elsa Billingham.    Continued        page 3

3:05-cv-00240-TMB

33..................................................................................................page 2 of 2
6-26-03  Re: price quote from Cindy Roth for: Elsa, 1 ea. 21/2"x12' telespar.
The telespar that Billingham damaged by backing into a stop sign, which
Billingham immediately reported and followed instructions and replaced the
stop sign.

34..............................................................Exhibit 34         page 1 of 2
Subject:[Fwd:elsa] Date:Thu,27 Jun 2002 10:29:11-0800, From Charlotte
Withers@dot.state.ak.us>Organization: State of Alaska, Department of Trans-
To: "Daniel A. Hartman" <Daniel Hartman@dot.state.ak.us> Steve Pringle
two instances where Billingham was working. On both days described , Billinghams
diary showed that Billingham was not at work on June 21 2002 or on June 27 2002.

35..............................................................Exhibit 35         page 1 of 1
July 25 2002  Dan Hartman gives Billingham a 30 day suspension for his version
of what happened on June 24 2002 and June 26 2002. Billingham was suspened
for not watering enough flower beds, although due to lack of time, a small water
hose and massive traffic blocking the flower beds Billingham was unable to
complete the task. Also the mower that had overheated. Billingham followed her
supervisors instructions exactly. Refer to letters from mechanic. Billinghams
30-day suspension is an adverse employment action. No one else was subjected
to this form of harrassment.

36..............................................................Exhibit 36         page 1 of 2
May 8 2003 , Re: Dismissal from Employment,  letter signed by Airport Director
Mort Plumb Jr., Billingham is terminated from employment due to a minor
accident on a bicycle trail in which telespar is bent, with no damage to the pu.
Billingham did not call her supervisor because there was no damage to her pu.
Billingham is accused of not reporting this accident although she immediately
drove back one block to the shop and reported it to her supervisor. Billingham
made a written report. Her supervisor instructed her to replace the stop sign
which she did immediately.  Termination from employment is an adverse
employment action.

37..............................................................Exhibit 37         page 1 of 1
Letter of dispute resolution between the State of Alaska and the Public
Employees Local 71 representing the Labor, Trades and Crafts Unit. Re:
Elsa Billingham State Case #03-L-304. Billingham is subjected to a different
contract and terms of employment than the other employees. Billingham is
continued to be subjected to malicious prosecution, and harrassment. This is
another example of co-ersion.  If Billingham did not sign this document she
would not be allowed to continue to work. Billingham is demoted, placed on
a 30 day suspension, is not allowed to be upgraded to higher level equipment,
not be allowed to training . Billingham is subjected to two-week write-ups .

3:05-cv-00240-TMB

37 ..................................................................continued                page 1 of 1
Billingham is subjected to two-week evaluations when everyone else at
airfield maintenance get an evaluation once a year. The men writing these
evaluations are all involved in more serious and expensive accidents than
Billingham. These evaluations are continued damaging and false statements.
Billingham wrote a rebuttal to the first one and was not allowed to rebut the
continuing false write-ups.

38..................................................................Exhibit 38                page1 of 1
November 18 2003 Subject : Billingham Progress Report November 03.
To: Memo for Record , From: Daniel Hartman, Manager, Airfield Maintenance.
Dan Hartman admits that no one else is subjected to this type of harrassment,
discrimination, retaliation. This is an adverse employment action.

39..................................................................Exhibit 39                page 1 of 1
June 3 2004 To: Elsa Billingham, From Daniel A. Hartman Manager, Airfield
Maintenance.

40..................................................................Exhibit 40                page 1 of 6
Notice of Non-Monetary Determination 07/08/2004, Date mailed 07/09/2004.
Unemployment decision. Conclusion of Facts: You were discharged by your
employer. Because the circumstances involved in your discharge did not show a
willful disregard of your employer's interest, it has been deteermined that you
were discharged for reasons other than misconduct in connection with your work.
Page 2 of 6 Charlotte Withers states," Elsa had had previous accidents and had
failed to follow the company's required reporting procedures. This is a false
statement. Billinghams accidents had all been reported according to AS.28.35.080.

41..................................................................Exhibit 41                page 1 of 2
June 28 2004 RE: Dismissal from Employment, with the State of Alaska,
Department of Transportation, signed by Mort Plumb Jr., for failure to meet the
full conditions of the letter of dispute resolu tion.

42..................................................................Exhibit 42                page 1 of 2
Re: Termination of Non-Permanent Position, Letter written by Joe Owens.
Joe Owens said that this did not reflect his or his departments views. He had
been instructed to write this letter. Joe Owens had told Billingham that the job
would have lasted approximately three months. He also said that the termination
had to do with her past employment at the airport.

43..................................................................Exhibit 43                page 1 of 1
From Charlotte Withers-Mushat [charlotte-withers-mushat@admin.state.ak.us]
To: tracy@local 71.com
cc: Daniel Hartman; Douglas L Hunter, Alice F Parker subject: Elsa Billingham.
Letter blacklisting Billingham from future employment.                Page 5