3:05-cv-00240-TMB
Elsa Billingham
PO.Box 231625
Anchorage Alaska 99523

RECEIVED

APR 21 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Elsa Billingham )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>State of Alaska, Department )<br>of Transportation and Public )<br>Facilities, and Individual )<br>Defendants Mort Plumb Jr., )<br>Dave Eberle, Dan Hartman, )<br>Fred Klouda, Doug Hunter, )<br>and Bruce Jokela, )<br>_____ ) | Case No. 3:05-cv-00240-TMB |

Amended Statement Of The Facts

Plaintiff Elsa Billingham makes a motion to submit numerous documents to support her allegations with the exception of the affidavit of Diane Barth which will be submitted at a later date but will be part of the Amended Statement of the Facts. Many of these documents are administrative documents. Billingham is an innocent person, there have been many false statements written about Billingham by State Employees. Billingham is trying to clear her name and reputation. Billingham has been blacklisted and can no longer work for the State of Alaska or the Department of Transportation. This is an adverse employment action.

Amended Statement of the Facts
Elsa Billingham v. State of Alaska/Dot & PF,
and individual defendants et al, 3:05-cv-0240 (TMB)