RECEIVED

APR 2 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case 3:05-cv-00240 TMB

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

CERTIFICATE OF SERVICE

Dated April 21 2006        By:    _Elsa Billingham_
                                  PO. Box 231625
                                  Anchorage Alaska 99523

Certificate of Service
This is to certify that on April 21 2006,
A true and correct copy of the Plaintiffs'
Amended Statement of the Facts in this
proceeding was served in person by
Elsa Billingham on the following:

United States District Court
District of Alaska
Clerk of Court
Federal Building, US Court House
222 W. 7th Ave. #4
Anchorage Alaska 99513-7564

Brenda B Page
Assistant Attorney General
Attorney for the State of Alaska and
Individual Defendants.

Motion to accept
Amended Statement of the Facts:
Elsa Billingham v. State of Alaska/Dot & PF.
And Individual Defendants, 3:05-cv-0240 (TMB)        page 2 of 2