DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation
and Public Facilities, and Individual Defendants

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES, and Individual Defendants ) | |
| MORT PLUMB, JR., DAVE EBERLE, ) | |
| DAN HARTMAN, FRED KLOUDA, ) | |
| DOUG HUNTER, AND BRUCE JOKELA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:05-cv-0240 (TMB) |

**MOTION TO FILE SUPPLEMENTAL REPLY MEMORANDUM**

Defendants, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), Mort Plumb, Jr., Dave Eberle, Dan Hartman, Fred Klouda, Doug Hunter, and Bruce Jokela, by and through the Office of the Attorney General, pursuant to Rule 7.1(h)(1) of the Local Rules of the United States District Court for the District of Alaska, file this motion requesting leave of the Court to file a supplemental reply memorandum in this matter. Defendants make this request because Plaintiff Elsa Billingham has filed two motions in opposition to Defendants' Motion to Dismiss and

Motion to File Supp. Reply Memorandum                                    Page 1 of 3
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Defendants would like an opportunity to file a brief supplemental reply in response to Ms. Billingham's second motion.

Defendants filed a Motion to Dismiss in this matter on February 23, 2006, which was served by mail on Ms. Billingham. Although Ms. Billingham's deadline for filing an opposition was March 13, 2006, Ms. Billingham served her first opposition motion on Defendants on March 15, 2006. Defendants filed a short reply brief on March 21, 2006. Ms. Billingham then filed the first opposition motion with the Court on March 27, 2006. The situation became more confusing when Ms. Billingham filed a "Routine Motion For Extension of Time" in which she moved the Court under Alaska Rule of Appellate Procedure 503.5(b)(2), for an extension of time until April 21, 2006, to file her "rebuttal" to Defendants' motion to dismiss because she needed more time to research the Rules of Federal Procedure. Ms. Billingham then filed a second motion in opposition to Defendants' motion to dismiss on April 21, 2006, with an "amended statement of the facts" and numerous documents attached as exhibits.

The Court has not issued an order allowing Ms. Billingham to file this second opposition. If the Court does issue such an order, however, Defendants request that the Court allow them to file the accompanying supplemental reply brief.

RESPECTFULLY submitted this 28th day of April, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL


By: /s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)

Motion to File Supp. Reply Memorandum
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

Page 2 of 3

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
**1031 W. FOURTH AVENUE, SUITE 200**
**ANCHORAGE, ALASKA 99501**
**PHONE: (907) 269-5100**

(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on April 28, 2006, a true and correct copy of the **MOTION TO FILE SUPPLEMENTAL REPLY MEMORANDUM** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska and Individual Defendants

Motion to File Supp. Reply Memorandum
*Elsa Billingham v. State of Alaska/DOT & PF, and Individual Defendants*, 3:05-cv-0240 (TMB)

Page 3 of 3