RECEIVED
FEB 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## STATEMENT OF THE FACTS

1. 12-05-1989  Billingham files an EEOC complaint against Enserch Corporation.

2. 9-26-1989  Billingham files lawsuit against Enserch Corporation.

3. Dave Eberle has previously worked for the Alaska Energy Authority and has knowledge of Billinghams complaint against Enserch Corporation. Dave Eberle previously worked for the Department of Transportation. Dave Eberle presently works at Ted Stevens Anchorage International airport.

4. 1-26-96  Memorandum To: all Departmental Employees from Commissioner Joseph L. Perkins. Subject: Discrimination/Harassment Allegations.

5. Affidavits of Co-workers:  Dennis J. Beegan, James M. Dommek Sr., Linda S. Fisch, John Suter and Elsa Billingham.

6. 9-05-2002  EEOC discrimination complaint by Teddy Burns.

7. 4-9-2002  Letter on discrimination written by Lito Viray.

8. 8-09-2002  Complaint of discrimination with ASCHR by E. Billingham.

9. 11-06-2003  Billinghams construction work record with Teamsters 959.

10. Billinghams work record with Operating Engineers 302.

11. 4-16-2002  Memorandum from Dan Hartman on Testing Procedure change.

12. 3-14-2003  Memorandum from Dan Hartman on change in Training Policy.

13. 7-9-2001  Job Announcement for wage group 54: Billingham was passed over for promotion.

14. 3-12-2002  Job Announcement for wage group 54 , Billingham is passed over for promotion.

15. 9-6    Job Announcement for wage group 54 , Billingham is passed over for promotion.

16. 1-13-1998  Memorandum from Corky Caldwell to Dale Fairclough regarding and incursion.

1.

17. 2-2-98 Equipment Maintenance Work Order No. 8981434, D. Fairclough.

18. Equipment Maintenance Work Order No. 15160 Fred Kloudas Accident.

19. Equipment Maintenance Work Order No. 10997 Ed Cooks Accident.

20. 6-18-04 ASCHR's Determination of Billinghams complaint, alleging that Billingham damaged equipment.

21. 6-24-2002 Letters written by mechanics who described that mower was not damaged, that ASCHR had made false statements about this.

22. 2-12-2003 Elsa Billinghams training profile.

23. 2-26-2003 Dan Hartman announced that he would be stopping all training because of all the Human Rights complaints. He also made this announcement on another shift directed to a black man.

24. 3-25-2003 Billingham is interviewed by Assistant Attorney General Kathleen Strasberg and Litigation Attorney Terri Bigley Allen regarding an affidavit that had been written involving an electrician who had filed an age discrimination complaint against the Department of Transportation..

25. 4-8-2003 Billingham is told by Doug Hunter that she will not be allowed to test for the wage grade 54 although men with less seniority are allowed to.

26. 12-16-02 to 6-10-03 Unacceptable Performance evaluation written by Fred Klouda.

27. 6-21-2003 Billinghams rebuttal to performance evaluation.

28. 11-1995 Excerpts from Billinghams diary.

29. Qualification, Competency and Training Record (General), Billinghams training records.

30. 4-16-2003 Equipment Damage report written by E. Billingham, After a minor accident backing into a stop sign on a bicycle path. There was no damage to the pick-up. Billingham immediately drove one block back to the shop and reported the accident. She complied with her supervisors instructions and replaced the stop sign.

31. 6-26-03 Re: price quote on 1 ea. 21/2"x12' telespar $51.00

32. 4-18-2003 Billingham is placed on administrative leave.

33. 4-21-2003 Billingham takes an open call to take a truck driving job out of the Teamsters hall Kiewit Pacific. Billingham is told that she is not qualified to take the job and she is not allowed to test. Billingham is qualified.

35. 6-28-2004 Billingham recieves another unacceptable evaluation in which Fred Klouda describes how Billingham uses a push lawn-mower and takes the grass-catcher off. It says on the Honda mower that it is ok to take the grass-catcher off as long as the guard is down. Fred Klouda does not say that the men with ten years of seniority are not using push-lawn mowers. Billingham is the only person subjected to this job assignment. Also men are allowed to use the mowers without a catcher.

36. 5-8-2003 Billingham recieves a letter Re: Dismissal from Employment signed by Morton Plumb Jr.

37. Mort Plumb Jr. Director of Ted Stevens International Airport has terminated and failed to promote many women. One woman had filed a lawsuit against him, alleging stalking and sexual harassment.

38. 5-9-2003 There is a meeting at Airfield Maintenance with Corky Calder, Dan Hartman and Charlotte Withers Musat and Local 71 Business Reps Billy Meers and Jim Ashton. They give Billingham a letter signed by Mort Plum Jr. terminating her employment. The business Reps give Billingham the option to sign a letter of dispute resolution signing away all her rights and nine years of seniority and is demoted to a wage grade 58 laborer position. An adverse employment action.

39. 5-10-2003 Billingham is placed on a 30 day leave without pay suspension. An adverse employment action.

38. 6-25-2003 Dan Hartman asks Billingham about her retaliation claims for testifying to the ASCHR and the State sponsored hearings. He told ASCHR that he knew nothing about her testimony.

39. 7-3-2003 Dennis Johnson a wage grade 56 is operating the Honda 5518 riding lawn mower. He runs over a telspar base, He damages the blade on the mower and he fails to immediately call his supervisor. No one says a word to him.

40. 7-16-2003 Billingham is subpoened to testify at a ASCHR hearing for an electrician who had filed an age discrimination complaint against the Department of Transportation.

3.

41. 9-22-2003 Bruce Jokela the grounds supervisor who is responsible for two-week evaluations that Billingham recieves is involved in a an accident in which he is operating a Case gang mower and snagges a fence post and dragges the fence and bends the post at E. 21 guard shack. This accident is investigated by Fred Klouda. He does not immediately call Airport Safety. Management covers up the extent of the damage to airport property.

42. 6-3-2004 Memorandum from Dan Hartman to Elsa Billingham Re: meeting.

43. 6-28-2004 State of Alaska Performance Evaluation for Billingham, written by Fred Klouda. Klouda Describes how Billingham does not use a grass-catcher on a Honda push-mower. He does not say that on the mower is written that the mower may be used without a grass-catcher as long as the guard is in place. He also does not say that it is ok for the men to use the mower without a grass-catcher . Also men with ten years of seniority do not use push-mowers.

44. 6-28-2004 Letter of Dismissal from Employment signed by Morton V. Plumb. Director.

45. 8-28-2004 Letter written by Joe Owens Re: Termination of Non-Permanent Position. Billingham had taken a temporary engineering-tech position at Ted Stevens International Airport and was laid off after three days. Joe Owens the Project Engineer for Construction and worked under Dave Eberle told Billingham that he and his Department had nothing to do with the lay off. He had been instructed to lay her off saying it had to do with her past position at the Airport.

46. 8-30-2004 Letter written by Charlotte Withers-Mushat, Management Services-DOT/PF, to Tracy Newbill requesting that Billingham not be referred to this department for employment consideration.

47. Accident files of co-workers at Ted Stevens International Airport.

48. Attachment 5. 2003 Accident Damage Record, AIA-Airfield Maintenance.

*[signature]* 2-7-2006