Case 3:05 cv-00240-TMB

Elsa Billingham
PO Box 231625
Anchorage Alaska 99523
(907) 332-3791



RECEIVED

MAY 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE DISTRICT COURT FOR THE UNITED STATES

## FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,
               Plaintiff,

v.

STATE OF ALASKA, DEPARTMENT
OF TRANSPORTATION AND PUBLIC
FACILITIES, and Individual Defenddants
MORT PLUMB, JR., DAVE EBERLE,
DAN HARTMAN, FRED KLOUDA,
DOUG HUNTER, AND BRUCE JOKELA,

            Defendants.

) Case No. 3:05-cv-0240 (TMB)

## SUPPLEMENTAL STATEMENT OF THE FACTS

## ACCIDENT FILES OF CO-WORKERS

Plaintiff, Elsa Billingham files this supplemental statement of the facts, exhibits

of accident files of co-workers .  Co-workers who had more serious and

unsafe and expensive accidents than Plaintiff.  Co-workers who even had had

more than one accident such as Billingham.  Many of these people were not

punished and many were not even reported.

Supplemental Statement of the Facts,
Accident files of co-workers.
Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants, 3:05-cv-0240 (TMB)

Case 3:05-cv-00240-TMB

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

Certificate of Service

Dated May 16 2006

By _____
Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523

Certificate of Service
This is to certify that on May 16 2006,

A true and Correct copy of the Plaintiff's
SUPPLEMENTAL STATEMENT OF THE
FACTS, ACCIDENT FILES OF CO-WORKERS,
in this proceeding was served in person by
Elsa Billingham on the following:

United States District Court
District of Alaska
Clerk of Court
Federal Building, US Court House
222 W. 7th ave. #4
Anchorage alaska 99513-7564

Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Ak 99501
(907)269-5136 (phone)
(907)258-4978(Fax)

Supplemental Statement of the Facts
Accident files of co-worker
Elsa Billingham v. State of Alaska/DOT & PF.
And Individual Defendants, 3:05-cv-0240(TMB)