UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Table of contents

1..................................................Exhibit 1....................................page 1 of 1
Letter from John Parrott Deputy Director of TSAIA. He explains that he has no record of Bruce Jokela's accident on September 22 2003, and no record of Todd Hanley's accident, when he backs over a fire hydrant, and no record of Rusty Holmes accident when he breaks out a window of a motor home.

2..................................................Exhibit 2....................................page 1 of 4
ATTACHMENT 5, 2003 ACCIDENT/DAMAGE RECORD AIA-AIRFIELD MAINTENANCE.

3..................................................Exhibit 3....................................page 1 of 3
Elsa Billinghams Equipment damage report for the accident that she allegedly did not report. Cindy Roths estimate of the cost of one ea. Telspar is $51. Billinghams letter of expectation saying that she properly reported her accident.

4..................................................Exhibit 4....................................page 1 of 1
Ed Cooks Equipment Maintenance Work Order WONumber: 10997 5/16/01

5..................................................Exhibit 5....................................page 1 of 1
John Mengals EQUIPMENT DAMAGE REPORT.

6..................................................Exhibit 6....................................page 1 of 1
Ken Brown's EQUIPMENT DAMAGE REPORT.

7..................................................Exhibit 7....................................page 1 of 2
Fred Klouda's EQUIPMENT DAMAGE REPORT and Equipment Maintenance Work Order WONumber: 15160.

8..................................................Exhibit 8....................................page 1 of 2
Mike Hugh's EQUIPMENT DAMAGE REPORT.

9..................................................Exhibit 9....................................page 1 of 6
Walt Nesbit and Mark Koscovitch's accident report.

Accident files of Co-workers
Elsa Billingham v. State of Alaska/Dot & PF,
and individual defendants et al, 3:05-cv-0240 (TMB)

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Table of contents

10........................................................Exhibit 10....................................page 1 of 4
Copy of Dale Fairclough's incursion. Equipment Maintenance Work Order
WoNumber: 8981434, the cost of repairs to the foremans pu is $2,930.81.
Dale Fairclough is also alleged to have run into a guardrail.

11........................................................Exhibit 11....................................page 1 of 9
Jason Martin's accident report documents. Jason Martin is alleged to have caused
$20,000 worth of damage. Jason Martin is an Alaskan Native and because he was
not a white man and not part of the "good ol boy," network he was terminated.

12........................................................Exhibit 12....................................page 1 of 2
Tim Hanley runs over a fire hydrant with a dumptruck. There is no estimate as to
the damage of the fire hydrant. Fire hydrants can run from $5000 to $30,000 to repair.
There is also damage to the dumptruck that he was driving.

13........................................................Exhibit 13....................................page 1 of 7
Tim Hanley is operating a T-dozer and runs into a LSG truck. He does approximately
$2,000 worth of damage. Tim Hanley is later promoted over Billingham even with
his extreme accident record. He is similarly situated to Billingham. He is the same
wage grade 56 classification as Billingham. Tim Hanley is brother to Todd Hanley.
Who is also alleged to have backed over a fire hydrant. Todd Hanley is a member
of the "good ol boy," network and his accident was not reported.

14........................................................Exhibit 14....................................page 1 of 5
Joe Guzman's accident report. Joe Guzman did major damage to pu # 9. There
was so much damage to the pu that it was not repaired, it is alleged that this pu
was surplussed. Joe Guzman was similarly situated to Billingham and he was
promoted over Billingham. He was also involved in another accident as evidenced
in exhibit #2.

15........................................................Exhibit 15....................................page 1 of 10
Joe Walker's accident report. Joe Walker had been promoted over Billingham and
was tested differently than Billingham. Joe Walker backed into an airplane and
he is estimated to have shut the airplane down at approximately $22,000 a day.

Accident files of Co-worker
Elsa Billingham v. State of Alaska/Dot & Pf,
and Individual Defendants et al, 3:05-cv-0240 (TMB)

Case 3:05-cv-00240                                                                 3

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

Table of Contents

16............................................Exhibit 16................................page 1 of 5
Casie Knodler is a wg gd 53 equipment operator. It is estimated that he does
approximately $300 worth of damage to pu #32. His accident is a similar accident
to Billingham's backing up accident, except Knodler did damage to his pu,
Billingham did not do any damage to her pu.

17............................................Exhibit 17................................page 1 of 12
James Michelangelo is involved in an accident estimated at $5000 damages. This
is a copy of his accident report.

18............................................Exhibit 18................................page 1 of 5
Marlyn Duane Moody is alleged to have fallen asleep and run off the road. This is
a copy of his accident report. There is an estimate of $10,000 worth of damage.

19............................................Exhibit 19................................page 1 of 17
Greg Leader is convicted of two felonies for falsifying state documents. Greg
is not only a supervisor but is also a member of the "good ol boy,' club. He is
not terminated but is transferred to Highways.

20............................................Exhibit 20................................page 1 of 1
Ed Cook was operating this Bombadier track vehicle and it fell through thin ice.
Ed Cook is not punished. He is a member of the "good ol boy," club.

21............................................Exhibit 21................................page 1 of 1
DOT SAND TRUCK DUMP 278 This is a copy of a truck that was totally
demolished. This truck was not at Ted Stevens International Airport. I do not
know the results of what happened to the driver. Was he terminated or not?

Accident files of Co-workers
Billingham v. State of Alaska/Dot & PF,
and Individual Defendants et al, 3:05-cv-0240 (TMB)