

**Ted Stevens Anchorage International Airport**

Deputy Director
P.O. Box 196960
Anchorage, Alaska USA 99519-6960
(907) 266-2673
FAX (907) 243-0663

June 1, 2005

Elsa Billingham
PO Box 231625
Anchorage, AK 99523

To:   Elsa Billingham

Enclosed are the incident reports that you requested.  We were unable to find any information on the following incidents:

September 22, 2003
January 26, 2004
Todd Hanley hitting a fire hydrant
June 2000 with Rusty Holmes

The cost for researching, copying and assembling the information is:

87 copies @ $.25 each for a subtotal of $21.75
4.5 hours $171.50
Postage is $ 8.00

Total cost is $ 201.75.  Please make your check payable to the State of Alaska and mail it to AIAS Accounting at PO 196960, Anchorage, AK 99519.

Sincerely,

John Parrott
Deputy Director

Enclosures

page 1 of 1

By certified mail receipt 7004 2510 0001 9907 0144

**EXHIBIT**
000001