# ATTACHMENT 5

## 2003 ACCIDENT/DAMAGE RECORD
## AIA-AIRFIELD MAINTENANCE

**EXHIBIT**

000002

| Date | Name | Description | | $ | Action |
|---|---|---|---|---|---|
| 04/16/2003 | Billingham, Elsa | Operating PU #39 & while backing up on bicycle trail, didn't see Stop sign & pushed it over. | No | $150 | 30-day suspensio |
| 05/??/2003 | Brown, Kenneth | Operating Plow ... (faded) ... Broom ... | No | | (faded) |
| 08/04/2003 | Burns, Teddy | While in vicinity of airless paint sprayer, Burns complained of nausea. | Yes | | Accident Report filed. |
| ??/??/2003 | Burns, Teddy | (faded) | No | | (faded) |
| 12/01/2003 | Cather, Jeff | Operating Vehicle #32652 (Rolaba 1250 Snow Blast) & when getting into vehicle, closed door & cracked right side window. | No | | Reported. |
| ??/??/2003 | Gibson, Allan | Operating Broom #... (faded) ... rubber was broken ... | No | | Reported |
| 01/15/2003 | Dillard, Pat | Returning Snowblower #5 to warm storage & impacted overhead door brush. | No | $25 | LOE |
| ??/??/2003 | Dsomething, James | Operating snowblower #... & while backing out vehicle ... (faded) ... overhead door. | No | | LOE |
| 03/21/2003 | Fairclough, Dale | Operating Broom #6 in warm storage & hit wrong switch. Blower rotated to rear & impacted door. | No | | LOE |
| ??/??/2003 | Frazer, John | Operating VIN 10119137 (Scag Tiger Mower-Riding) when bolt sheared causing baffle to become loose & was caught by blade. Initial review of incident shows equipment failure; no sign of operator error. | No | | Reported |
| 09/26/2003 | Grandstaff, John | Operating PU 39 & backed up, causing the welder that he was towing to jackknife. Damaged welder, tail light, quarter panel, & bumper. | No | | LOI |
| ??/??/2003 | Grandstaff, John | Operating Deicer #33 w/Potassium tank in parking garage. Cleared first beam & bent spout of filler tank on next beam at Up ramp. | NO | | LOE |
| 01/30/2003 | Guzman, Joseph | Operating plow truck #5 & broom on truck slid & jackknifed. | No | $200 | Verbal counseling |
| 11/28/2003 | Hanley, Tim | Operating Plow #2 & ran into Broom #5. Lead broom stopped & Plow #2 ran into Broom #5 (Kenrick) causing minor damage to Broom #5. | No | | Reported & Tim briefed |
| 6/25/2003 | Hanley, Tim; Powell, Dean; Rybczynski, John | Vactor Truck #33028 operated by Tim Hanley & right front tire ran over spray hose & bent hose storage bracket. | No | $75 | LOE: Powell & Rybczynski LOR: Hanley |
| /07/2003 | Harvey, Anderson | As he was stepping off sandtruck, operator slipped on bellyblade & scraped shin. | Yes | | (faded) |
| /03/2003 | Holmes, Rusty | Loading roller onto ThermoLay & was not locked into place on ramp. Roller failed to lock into place & fell off ramp. | No | | Reported & reviewed |

| Date | Name | Description | | | |
|---|---|---|---|---|---|
| 12/07/2003 | Holmes, Rusty | Operating Volvo 330 loading snow into bed of dump trucks. Damaged Dump Truck #8. | No | | LOW |
| 06/01/2003 | Holmes, Rusty | Operating Ford water truck & backing up to Safety Bldg to refill truck. Spray bar hit fence post & broke. | No | | LOI |
| 06/25/2003 | Holmes, Rusty | Operating tractor/mower #33291 when mower hit a rock & threw it through back window of tractor. | No | $110 | Reported |
| 11/25/2003 | Hughes, Bernie | Operating Snowblast #4 while clearing around signs & back of blower off track to the left.  Tapped sign. | No | | Verbally counseled. |
| 01/17/2003 | Hughes, Mike | Operating Loader #2 & backed into Flatbed #37 while backing out of sand shed.  Cost to repair door on #27116 is $435 + labor. | No | $435 | LOE |
| 03/25/2003 | Johnson, Dennis | Operator was lifting full bag of garbage from trash can in garage & felt pop in his lower back. | Yes | | Reported & recorded |
| 11/15/2003 | Johnson, Robert | Operating T-Dozer & blade stressed from pushing loads. Ear of blade broken. | No | | Reported. |
| 11/29/2003 | Jokela, Bruce | Operating Sand Truck #2 & pulling into warm storage bay when belly blade on ST #2 struck & punctured Sand Truck #2 tire. | No | | LOW |
| 07/22/2003 | Jokela, Bruce | Operating Case Tractor w/mowers & hit fence post near Gate E-21. | No | $50 | LOI |
| 11/28/2003 | Kemnitz, Jerry | Operating Grader #4 & scraped the left forward position rear tire with the blade.  The blade sliced the tire on the sidewall & rendered it unusable. | No | | 3-day suspension |
| 12/07/2003 | Knoedler, Casie | Operating PU #32 backing it out of shop to park it. Was going 10mph & didn't see Jersey barrier behind him.  Hit it & damaged rear bumper. | No | $300 | LOE |
| 1/28/2003 | Knoedler, Casie & Velez | Velez operating snowblast #7 & ran into Broom #13 operated by Casie. | No | | Reported. Verbally counseled. |
| 07/17/2003 | Koch, Edward | Operating bucket truck & basket of HiLift struck pole holding banners up. | No | $10 | Letter of Reprimand |
| 2/06/2003 | Marshall, James | James was parking the boom truck & bumped into top of snowblast #5 w/boom. Only damage was scratches on both pieces of equipment. | No | $0 | LOE & Verbal Counseling |
| 1/30/2003 | Mengel, John | Operating Volvo 330 (#34819).  Chunk of ice stuck between tilt cylinders.  Operator moved them to vacate chunk. Loader arms too high & chunk hit windshield. | No | | Reported. No neglect, no further action. |
| 1/24/2003 | Petrie, Phillip | Hooked tractor to Broom #14 & forgot to raise landing gear before moving it. | No | $50 | Reported. LOE |
| 11/2003 | Rexrode, Carl | Operating Grader V33966 & when moving equipment into warm storage, strobe lights hit top of overheard door, breaking strobes. | No | $50 | Verbal counseling |
| 16/2003 | Saggs, Chris | Operating runway broom #6 & hit weather stripping on door opening of door F-6. | No | $0 | Reported & reviewed |

| 03/12/2003 | Smith, Douglas | Operating #30779 Chevy PU #5 & while backing out, lost sight of fire hydrant guard post on right side & hit it. | No | $500 | LOE |
| 12/14/2003 | Sterba, Andy | Operating Volvo 330 & bent fender down. Perhaps need some modification - fenders are flimsy & bend easily. Also bend w/snow in front of tire when pushing. No fault, no negligence. | No | | Reported. No neglect, no further action. |
| 04/16/2003 | Velez, Raphael | Operating curb & gutter broom #11 & made hard right turn in opposite direction. Lost sight of curb, turned too tight, & hit curb with head of broom. | No | | LOE |
| 11/26/2003 | Walker, Joseph | Operating Glycol Recovery vehicle & backing away from Gate B-4 when he scraped left wingtip & light assembly of 737. | No | $22,000 | Resignation. Cost is estimation. |
| 11/03/2003 | Walker, Zane | Injury to left hand while assembling hydraulic meter. Overstressed hand while operating torque wrench. | Yes | | Reported. |
| 03/26/2003 | Walker, Zane | Checking Broom #14's blower in warm storage. Hit wrong joystick & blower rotated to rear & hit Bay Door #F05. | No | | Counseled |