STATE OF ALASKA
DEPARTMENT OF HIGHWAYS
MAINTENANCE DIVISION
EQUIPMENT SECTION

EQUIPMENT DAMAGE REPORT

Name of Driver: Edee Billingham   Employed by Dept. of: Airfield Maint SOA
Div. or Branch: FM   Name of Immediate Supervisor: Steve Prunge
Location of Accident: Helispot ~~De Havilind Place~~ and Postmark Dr.
Damaged Equip: Type: PU   Make: F-350   Serial No.: _____
License No.: 34298 #39   Class No.: _____   Property Control No.: _____
Date of Accident: 4/16/03   Hour of Day: 1:35 PM   Amt. of Damage: $ _____
Description of Damage: telespar for bicycle trail stop sign was bent.

Describe what happened: I was backing up on bicycle trail and was watching the ditch & didn't see the stop sign. There was no damage to the PU. I pushed the stop sign over.

_____
_____
_____
_____

This form is to be used by all State Departments for reporting equipment damage to any State owned and operated equipment (road vehicles and equipment; marine boats, vessels, engines and motors; and aircraft). This is a three part form. First copy to be mailed directly to State Maintenance Engineer, Department of Highways, P.O. Box 1841, Juneau, Alaska. The second copy is to be sent to the District Maintenance Supervisor at the Department of Highways District offices where the accident occurred. The third copy to the immediate supervisor for review and recommendations to the District Safety Committee.

IMPORTANT: Please check block if you made out the following forms:

Automobile Accident Notice (this form is for reporting to State Ins. Adjstrs.)

Motor Vehicle Safety Responsibility Accident form.

EXHIBIT ___
Page ___ of ___

page 1 of 2

EXHIBIT 000003

# WARNING LITES OF ALASKA, INC.

591 W. 67TH AVE., ANCHORAGE, AK 99518-1555
PHONE (907) 562-2124 • FAX (907) 562-0473

## FAX TRANSMITTAL SHEET

DATE: 6-26-03          RE: price quote

Total pages (including transmittal): 1

TO: Cindy Roth For: Elsa

COMPANY: DOT/PF

FAX NUMBER: 266-2439

PHONE NUMBER:

FROM: Roxanne Wilson

1 ea. 2 1/2" x 12" Telespar          $51.00

PLEASE NOTIFY US AT (907) 562-2124 IF NOT RECEIVED PROPERLY.

OUR FAX NUMBER IS (907) 562-0473.

page 2 of 2

# Ted Stevens Anchorage International Airport

# MEMORANDUM

State of Alaska, Department of Transportation & Public Facilities

**To:** Elsa Billingham

**Thru:** Daniel A. Hartman
Manager, Airfield Maintenance

**From:** Douglas L. Hunter
Assistant Manager, Airfield Maintenance

**Date:** December 31, 2002
**Telephone:** 266-2427

**Subject:** Letter of Expectation

After I investigated the accident that occurred on December 13, 2002 and review of the records for previous vehicle accidents we have decided to give you this letter of expectation. We have determined the accident you had while operating pickup #24 towing a trailer out of warm storage was a mistake and not gross negligence or malicious intent to damage the equipment. I believe that this accident is solely your fault. You did not pay attention to your surroundings in order to avoid impacting the door opening. You did immediately notifying your supervisor as required by State and Airfield Maintenance policy. Your mistake resulted in damaged to a trailer as well as the weather strip on a brand new door. The damage to the trailer is cosmetic and will not be repaired and we reused the damaged weather strip but an estimated cost to repair the damage you caused to the weather strip and fender is approximately $125.

You are expected to follow all procedures for safe operation of equipment and pay closer attention when moving any equipment. You must constantly monitor your path of travel and ensure you maintain adequate clearance from all obstacles. If you had followed proper procedure and safety precautions the accident would never occurred.

Any future incidents of this nature could result in disciplinary action up to and including termination.

EXHIBIT W
Page ___ of ___