*Ed Cooke's accident*




## Equipment Maintenance Work Order
### WONumber: 10997

Meter Reading: 7566    Out of Service: 05/16/01 11:00

| V 27714 | DUMP TK 5 AUTOCAR | Date Open: 5/16/01 | Date Closed: 5/30/01 |

### TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Tow from South Air Park, accident damaged cab guard | A | 57509 | 101 | TRP | I | 805 |
| 2 | inspect for damage, accident damaged cab guard | A | 57510 | 101 | ISP | A | 1 |
| 3 | Remove and replace accident damaged cab guard | A | 57553 | 101 | RPC | A | 1 |
| 4 | clean out dump bed of old steel from cabguard | A | 57553 | 101 | CLN | A | 1 |

### LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | Walker, Zane | 05/16/01 | 2.50 | 57509 |
| 1 | Metcalf, Leroy | 05/16/01 | 2.00 | 57509 |
| 1 | George, Wade | 05/16/01 | 3.50 | 57509 |
| 2 | Walker, Zane | 05/16/01 | 1.00 | 57510 |
| 2 | Metcalf, Leroy | 05/16/01 | 1.00 | 57510 |
| 3 | Caudill, Galen | 05/16/01 | 4.00 | 57553 |
| 3 | Walker, Zane | 05/20/01 | 2.50 | |
| 3 | Caudill, Galen | 05/21/01 | 8.00 | |
| 3 | Caudill, Galen | 05/20/01 | 10.00 | |
| 3 | Rexrode, Carl | 05/21/01 | 3.50 | |
| 4 | Effler, Roy | 05/22/01 | 0.50 | 57553 |
| | | Total | 38.50 | |

### PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 3 | 1 | | 10 GAUGE STEEL FOR DUMP TRUCK 5 CAB GA | $930.00 | $930.00 |
| 3 | 1 | | 10 GAUGE STEEL FOR DUMP TRUCK 5 CAB GA | $0.00 | $0.00 |
| | | | | Total | $930.00 |

EXHIBIT
000004