DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT
AIRFIELD MAINTENANCE

# EQUIPMENT DAMAGE REPORT

Equipment License # **34819**     Department/Section _____

Make/Model of Equipment **Volvo 330**     Class _____

Operator's Name **John Mengel**     Supervisor's Name **Fred**

Location Damage Occurred **Hood Strip**

Date Damage Occurred **10 30 03**     Hour of Day **1430**

Description of Damage: **Broken windshield**

Describe What Happened. **(Chunk of ice) Chuck stuck between tilt cylinders, moved them to vacate chuck. Had loader arms to high chuck hit windshield.**

What Caused Damage? **Not paying attention**

Supervisor's Comment: **Damage in lower corner. Loader is still usable - All notifications were done according to policy. Dan Hnetman and Fred Klouda were aware of the accident and had the facts surrounding the damage and did not feel there was any neglect or intent to damage the equipment. No further action is required.**

Original: Equipment Maint Shop     Yellow Copy: FM Admin Ofc     Airfield Maintenance Eqdamage (Rev 6/2003)

1-7-03

page 1 of 1

EXHIBIT
000005