DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT
AIRFIELD MAINTENANCE

# EQUIPMENT DAMAGE REPORT

Equipment License # _____     Department/Section _____

Make/Model of Equipment _____     Class _____

Operator's Name  Ken Brown     Supervisor's Name  Fred Klouda

Location Damage Occurred  32 & Kilo on west side of 32

Date Damage Occurred  11-21-03     Hour of Day  Between 8:30 A.M. & 9:00 A.M.

Description of Damage:  Hit broom #3 & P.T. 5 in front of me.

_____

Describe What Happened.  We were in the process of cleaning 32 extension but the lead broom had passed the turn when told to do it. The lead broom was coming back around & I'm not sure why but the truck in front of me stopped & by the time I could react it was to late. I stopped on brakes & slid into broom.

What Caused Damage?  The plow on truck #3 hit & broke tailights on broom #3 & P.T. 5 & broke some of the hood on broom.

Supervisor's Comment:  Low visability, flying snow added to incident. Need to comunicate when stopping and turning around
Fred Klouda

Original: Equipment Maint Shop     Yellow Copy: FM Admin Ofc     Airfield Maintenance Eqdamage (Rev 6/2003)

page 1 of 1

EXHIBIT
000006