REPAIR ORDER # ____________

**STATE OF ALASKA**
**DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES**
**STATE EQUIPMENT FLEET**

# EQUIPMENT DAMAGE REPORT

**EQUIPMENT LICENSE #** 33927 **DEPARTMENT/SECTION** Field Maint

**MAKE/MODEL OF EQUIPMENT** 2001 Dodge P.U. **CLASS** ____

**OPERATORS NAME** Fred Klouda **SUPERVISORS NAME** Dan Hartman

**LOCATION DAMAGE OCCURED** Kilo & Echo

**DATE DAMAGE OCCURED** 12/4/01 **HOUR OF DAY** 1:15 P.M.

**DESCRIPTION OF DAMAGE** Dented Rear Panel behind Drivers side Rear wheel

**DESCRIBE WHAT HAPPENED** slid sideways and hit snow bank

**WHAT CAUSED DAMAGE** Snow bank hit Panel, slid sideways with truck

**SUPERVISORS COMMENT** SEE Attached.



EXHIBIT

000007

Fred Rheault's accident



# Equipment Maintenance Work Order

**WONumber: 15160**

Meter Reading: 1590



| V 33927 | PU 34 Lake Hood Opps. 3/4 Ton Dodge | Date Open: 12/5/01 | Date Closed: 12/12/01 |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Body damage to rear box, left side | A | 57559 | 101 | TRP | A | 5 |
| 2 | retrieve from highways (wreck repair) | VR | 57509 | 101 | TRP | A | 5 |
| 3 | T/S red and amber anti lock and brake lights both staying on | C | 57541 | 103 | TRS | D | 304 |

## LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | George, Wade | 12/05/01 | 1.00 | 57559 |
| 2 | Melarvie, Step | 12/11/01 | 2.50 | 57509 |
| 3 | Melarvie, Step | 12/11/01 | 2.50 | 57541 |
| | | Total | 6.00 | |

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 1 | 1 | NPN | NEED BODY WORK DAMAGE TO LEFT SIDE OF | $400.00 | $400.00 |
| 1 | 1 | NPN | REFINISH HOOD FLAT BLACK E2-56-0944 | $160.00 | $160.00 |
| 1 | 1 | NPN | REPAIR AND FINISH MATERIALS E2-56-0944 | $115.00 | $115.00 |
| | | | | Total | $675.00 |