REPAIR ORDER # _____

## STATE OF ALASKA
### DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
### STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # 27116   DEPARTMENT/SECTION Pld MTY

MAKE/MODEL OF EQUIPMENT Flatbed Ford #37   CLASS Loader #2086

OPERATORS NAME Mike Hughes   SUPERVISORS NAME S. Pringle

LOCATION DAMAGE OCCURED Sand Shed.

DATE DAMAGE OCCURED 1-17-03   HOUR OF DAY 9:15 PM

DESCRIPTION OF DAMAGE TRK Left Door Dent, Window Broke, no Loader Damage

DESCRIBE WHAT HAPPENED Truck parked too close to Bay Door Area. Backing out of Sand Bay articulating loader bucket away from bay door, and loader rear end away from truck, loader right rear counter wgt. corner taps Truck Door.

WHAT CAUSED DAMAGE Truck too close to door back-out area, and operator not realizing length of loader rear end.

SUPERVISORS COMMENT FUBARED #37

EQ EXHIBIT
000008

# STATE OF ALASKA
## SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured/Equipment/Property: **FLAT BED SANDER #35 / MIKE HUGHES OPERATOR IN CHARGE OF F.B.**

Job or Activity at Time of Accident: **LOADING SAND WITH LOADER #2**   Date of Accident: **1-17-03**

Exact Location: **SAND SHED**   Time: **9:15 A**

**1. WHAT HAPPENED?** #35 WAS STRUCK WITH LOADER ~~#2~~ WHILE BACKING OUT OF SHED.

*Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.*

**2. WHY DID IT HAPPEN?** #39 WAS PARKED TOO CLOSE TO ALLOW LOADER TO TURN WHEN BACKING OUT OF SHED. OPERATOR WAS AT FAULT AS HE WAS RESPONSIBLE FOR BOTH VEHICLES

*Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible:*

**OPERATION FACTORS TO BE CONSIDERED:**

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

**3. WHAT SHOULD BE DONE?** NOT ALLOW PERSONEL (V54's) TO OPERATE HEAVY EQUIPMENT

*What action(s) will prevent similar accidents in the future?*

**4. WHAT HAVE YOU DONE THUS FAR?**

*Take or recommend action, depending on your authority.*

**5. HOW WILL THIS IMPROVE OPERATIONS?**

*How will it help us meet our objective: ACCIDENT PREVENTION?*

**6. WHAT IS YOUR ROUGH ESTIMATED COST OF THIS ACCIDENT?**

Cost of lost wages and medical expenses? **N/A**
Damage to State property or equipment? **DRIVERS SIDE DOOR & WINDOW**
Damage to third parties, property and people? **NONE**
TOTAL

Investigated By: **SAFETY (BLUE CARD)**   Date: **1-17-03**

Unit/Division/Department:

02-932 (Rev 3-83)   COMPLETE INSTRUCTIONS ARE ON THE BACK

page 2 of 2