Walt Nesbitt +
Mark Koscovitches
Accident



page 1 of 6

EXHIBIT
000009

As requested, I conducted an investigation of a vehicle accident that occurred approximately 1000 on 14 Nov 01. The vehicle was A groomer driven by Walt Nesbit. Mark Koskovich was also in the vehicle. Walt and Mark were conducting a check for overflow prior to making a decision on opening the lake for ski operations. Reported ice depth was 8-9", measured by swings the night before at multiple standard points. Steve Pringle e-mailed Fred Klouda, verifying the ice depths and requesting a day check of conditions. Walt and Mark were conducting that check in the vicinity of the north – south takeoff lane when the ice gave way. The groomer started to settle in on the back end and Walt added power without effect. Within seconds, the groomer broke through and sank. Walt and Mark exited expeditiously without injury, although wet, and walked off the ice.

FACTS:
1) Ice depth was 8-9", as reported, over several points on the lake. Walt estimated ice depth as 4-5" in the spot the groomer started to fall through. However, Mickey Hendrickson, while conducting his investigation, observed broken ice chunks closer to 8" at the incident site. (Where the vehicle finally sunk)
2) Operators were conducting their assignment as instructed by Maint 1, Fred Klouda. Speed at time of incident was approximately 10 MPH.
3) Tower was in radio contact with groomer.
4) Lake was closed. Aircraft could take off or land at own risk. (not a factor)
5) Incident happened so quickly that no call was made to tower or on maint freq. Mark and Walt scrambled out and onto ice, and then walked off the ice.
6) Tower supervisor called airport 10 and told him (me) that the groomer had sunk, but operators were out of the vehicle and on the ice.
7) Apt 10 called maint 1 on radio to verify.
8) Apt 10 asked safety to fill out police report.
9) Field maint subsequently contracted for vehicle recovery. Recovery accomplished by the next morning.

OBSERVATIONS

1) Operators were not wearing seatbelts. (Good decision. Collision potential non-existent. Would have slowed down exit.)
2) Operators did not have PFDs.
3) No procedures for standby rescue people / vehicles established.

DISCUSSION

It is obvious that we were very lucky that this incident caused no injuries. It allows us to focus on procedural changes to hopefully eliminate or minimize any future occurrence. We have carried forward a policy of opening the lake for ski operations at a minimum of 8-9 inches of ice, based on years of operating practice. In addition, the airport has acquired and operates a groomer for the primary purpose of preparing the snow covered ice surface for smoother ski operations. The intention is to minimize rutting of the surface, similar to periodic blading operations on Lake Hood Strip. We currently have no written procedures for winter lake operations.

When Lake Hood is closed in the fall and spring, air traffic operations proceed at the operator's own risk. Field maintenance periodically checks ice depths, which are reported to tiedowns and operations. In addition, field and

operations evaluate overflow throughout the winter. If ice depth is deemed sufficient, generally in excess of 8-9" and overflow is minimal to non-existent, operations will open the lake. This is an inexact science at best. The incident on Nov. 14th is illustrative of the problems associated with varying ice depths. Thr municipality does not open recreational lakes for skating until they have 12" of ice. At that time, they plow lake ice rinks for public use.

During summer operations, operation of airport rescue craft requires PFDs for all occupants. There is currently no requirement for PFDs during winter maintenance. This incident should focus us on the inherent possibility of instant transition to open water survival mode. In addition, we have previously had personnel on foot break through deteriorating ice while conducting depth tests.

RECOMMENDATIONS

1) The airport needs to evaluate the utility of opening the lake to winter operations.
2) Should the decision be made to continue formal lake openings, written procedures need to be instituted.
3) Twelve inches of ice thickness should be considered minimum for opening the lake. While various aircraft can operate safely at lesser thickness, airport personnel operating in vehicles evaluating the surface need a significant margin of safety. Due to up to 4" of observed variance in this incident, a 12" minimum should account for the variance and at least bring us up to our previously accepted 8" minimum.
4) PFDs should be worn on the lake year round when conducting maintenance. If this incident had occurred in deeper waters, immediate survival would have been an issue.
5) The airport should procure equipment such as Argos capable of operating on land or water. Ice thickness testing should be conducted from inside or along side these vehicles.
6) Argos or snow machines should be warmed up and manned with appropriate radios any time a groomer or other land vehicle is on the lake. In addition, these vehicles should have rope and harnesses available for immediate rescue operations. In conjunction with PFDs, we could minimize the possibility of immediate drowning or severe exposure injuries should another breakthrough occur. We cannot assume equipment operators will extract themselves from open water nor rely on tower operators to observe and evaluate a time critical survival situation.

CONCLUSION

We have been given a reprieve to establish and institute formal winter lake procedures. Policy makers need to evaluate recommendations and modify / add appropriate safeguards for future operations.




**Ted Stevens Anchorage International Airport**

# POLICY MEMORANDUM
State of Alaska, Department of Transportation & Public Facilities

**TO:** All Airfield Personnel

**DATE:** November 15, 2001

**FAX NO:** (907) 266-2677
**TELEPHONE NO:** (907) 266-2726

**FROM:** Daniel Hartman
Manager, Airfield Mte.

**SUBJECT:** Ice Testing Procedures

### Winter Lake Operations

The ice will be checked periodically by Field Maintenance personnel during freeze-up. We will drill core samples and measure the thickness of the ice in the following locations (at a minimum):

- Along the shores
  - By the boat house public ramp.
  - Delta public ramp
  - In front of the Millennium Hotel
  - Fish & Game ramp (a.k.a. South Cove)
  - Off swim beach

All drilling will take place 75 feet to 100 feet from shore. The holes will be covered with a cone to monitor ice depth.

Other core drillings will be taken in the following locations:
- East/West taxiway and takeoff channels (both ends)
- North/South potholes
- Midway between Gull Island and the N/S potholes

The minimum ice depth for Field Maintenance to recommend to ANC Airport Operations for ice travel will be 10 inches of solid ice. If rough surface conditions, lack of snow cover, or open leads in ice or water overflow is observed at any location on the lake, Field Maintenance personnel will recommend to ANC Airport Operations that the lake be closed.

Two personnel will be required to take the boring samples. Field Maintenance personnel will wear a Mustang exposure suit (survival suit) when doing the boring. No vehicles from Field Maintenance will be on the ice until there is a minimum of 10 inches solid ice.

Winter grooming of the lake will begin when the snow level is sufficient to require the operation. Two personnel will be required in the vehicle during grooming operations for safety reasons.

Closure of the lake during winter operations will occur any time overflow is observed on the lake. If the temperature rises above 32 degrees Fahrenheit during the daytime, the ice depth will be monitored and when it becomes less than 10 inches of solid ice, the lake will be closed. The lake will also be closed when the its surface conditions become rough or create a safety hazard

### Spring Lake Operations

The lake will be recommended for opening to float planes by Field Maintenance after a visual inspection is completed. The inspection will consist of looking for floating debris, i.e., tiedowns, ropes, buoys, or any obstacles left in the lake from winter operations. The lake must be free of all ice.



# Equipment Maintenance Work Order
## WONumber:   014900

Meter Reading: 621   Out of Service: 11/15/01 12:00

| V 32140 | BOMBARDIER | Date Open: 11/15/01 | Date Closed: 12/6/01 |

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| | Total | | 51.50 | | | | |

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 2 | 1 | 1195H | HEATED MIRROR | $22.52 | $22.52 |
| 3 | 2 | LF701 | LUBE FILTER | $4.98 | $9.96 |
| 3 | 2 | FS1251 | FLEETGUARD FFWS W/DRAIN | $7.21 | $14.42 |
| 3 | 1 | AF1811 | FLEETGUARD AIR FILTER | $22.39 | $22.39 |
| 3 | 2 | HF6572 | HYDRAULIC FILTER | $22.33 | $44.66 |
| 3 | 1 | HF6056 | FLEETGUARD HYDRAULIC FILTER | $3.30 | $3.30 |
| 3 | 1 | NPN | FRONT GLASS  E2-56-0825 | $385.05 | $385.05 |
| 3 | 1 | NPN | BACK GLASS  E2-56-0825 | $243.30 | $243.30 |
| 3 | 1 | NPN | SIDE GLASS  E2-56-0825 | $120.90 | $120.90 |
| 3 | 3 | NPN | LABOR TO FAB AND INSTALL GLASS  E2-56-082 | $58.00 | $174.00 |
| 3 | 2 | 114-4265-00 | MIRROR, HEATED  E2-56-0820 | $79.40 | $158.80 |
| 3 | 1 | 617-2874-00 | RH MIRROR SUPPORT  E2-56-0820 | $133.30 | $133.30 |
| 3 | 1 | 617-2875-00 | LH MIRROR SUPPORT  E2-56-0820 | $133.30 | $133.30 |
| 3 | 1 | 110-7100-00 | WIPER BLADE ARM  E2-56-0820 | $162.75 | $162.75 |
| 3 | 1 | 617-3600-00 | LH SIDE DOOR, NEW  E2-56-0820 | $888.45 | $888.45 |
| 3 | 1 | 617-4773-00 | 617-3498-00 SNOW GUARD  E2-56-0820 | $47.00 | $47.00 |
| 5 | 1 | HP-31D | 31 BATTERY, STUD | $69.76 | $69.76 |
| 6 | 1 | 110 7111 00 | WIPER MOTOR  E2-56-0857 | $276.60 | $276.60 |
| 6 | 1 | 110 0131 00 | GAGE, ENGINE EXHAUST TEMP. (PYROMETER) | $149.80 | $149.80 |
| 7 | 1 | WHUPS64LX | WHUPS64LX POWER SUPPLY | $285.00 | $285.00 |
| 12 | 2 | LF701 | FLEETGUARD LUBE FILTER | $4.98 | $9.96 |
| | | | | Total | $3,355.22 |