


# MEMORANDUM

Airport Operations Anchorage

State of Alaska, Department of Transportation & Public Facilities

RECEIVED JAN 21 1998 Public Employees Local 71

To: Dale Fairclough
Equipment Operator
Field Maintenance

Date: January 13, 1998

From: Corky Caldwell
Operations Manager, AIA

Subject: Letter of Warning

An investigative board headed by John Stocker, Airport Operations Officer, was held on December 31, 1997 to review the circumstances of an alleged vehicle deviation incident while you were driving in the "movement area" at AIA in December 1996. Although, you were verbally debriefed by the duty Airport Operations Officer and counseled by the Field Maintenance Chief, this board review was conducted to document the incident and make safety and disciplinary recommendations as appropriate. Regrettably, the conduct of this board was delayed due to a number of factors but principally your seasonal status and late notice of the incident.

After reviewing your statements and responses, the board found that during a swing shift in December, 1996, you inadvertently entered Runway 6L/24R from Taxiway Romeo without clearance from the Anchorage Air Traffic Control Tower. Fortunately, no aircraft were on or approaching the runway nor attempting to take off or land. Although this incident was not pursued by the Federal Aviation Administration either as a runway incursion or vehicle deviation, your actions could have caused serious damage and loss of life. This vehicle deviation was a clear error in judgment and every effort must be taken to prevent a reoccurrence.

Accordingly, you are given this written warning to adhere to established procedures and improve your "situational awareness" attention when operating on the air operations area. In considering this discipline action, four factors are noted that mitigate and limit any additional discipline:

(1) Prior verbal discipline by the Chief of Field Maintenance
(2) Professional and correct procedural responses executed by you after the incident
    - You quickly departed the runway surface and notified the tower and your supervisor
(3) Full acceptance of responsibility for your actions
(4) Your superior performance record.

As I noted before, the safety of the traveling public must be the primary responsibility and concern of all of us at Anchorage International Airport and I am confident this warning will suffice to prevent any reoccurrence of this type of incident.

If you have any questions on anything in this letter or in the investigation of this incident, please feel free to call me at 266-2673.

cc: Personnel
    Hdqrs. Personnel
    Labor Relations
    Local 71

page 1 of 4
Union # 6

**EXHIBIT**
000010

*Dale Faircloughs accident*

# Equipment Maintenance Work Order
## WONumber:   8981434



Meter Reading: 20175

| V 32496 | PU 32 Chevy 3/4 Ton | Date Open: 2/2/98 | Date Closed: 2/2/98 |
|---|---|---|---|

### TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTED FROM TUDOR SHOP (WORK DONE BY CORRECTIONS AND PAID BY INSURANCE - $2,930.81) | VR | 57559 | 101 | RIP | A | 5 |
| 2 | INSTALLED STICKERS | A | 57559 | 101 | INT | A | 5 |

### LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|

### PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 1 | 1 | MISC | BODY REPAIRS  98-56-0789 | $0.00 | $0.00 |
| | | | | Total | $0.00 |



Dale Faircloud was going 45-50 down Victor taxiway and crashed into a car on post mark drive. Max speed is 25.



Dale fairclough ran the Grader blade into the railing & not a word was said about it feb 23-98 Dale makes an incursion and gets a letter of warning. A minority would be reduced in wage grade.