Predisciplinary Hearing   Jason Martin   Doug Hunter  2-28-05

Travelling @ about 30 mph and gaining on the Blower. He said that Normal procedure was to go all the way down to Alpha. He also said that Jeff was not working and travelling with head up. That is different from what Jeff said. Jeff said he raised the head prior to turning. Truck probably slid 25 feet prior to impact. Thinks the Blower was travelling 20-25 mph going down the Runway. When Jason saw the Blower turn he turned the wheel to left to try and avoid the Blower. He impacted the snowblower, gathered himself then exited the vehicle. Met Jeff between the two vehicles. Said he only looked in the mirror to check his load, not back over his shoulder. This is different from what he said at the scene. Norm drove him to the Workplace Alaska. Jason did admit tampering with the urin sample. He also said he had used marajuana but he didn't remember it. He really can't believe that he used the drug. He said that what he used to tamper with the sample was given to him by a friend.

Dale Fairclough

Jason was following and Jeff was working. The sand truck should give way to everyone. Jason should have known Blower was going to come out because the graders were on the other side. Probably was told over the radio. Speed of sand truck should have been 25-27 mph.

© FranklinCovey. All Rights Reserved. • franklincovey.com • Original-Classic

EXHIBIT
000011

Jeff Bosch    2-23-05    11:00 AM

Finished on west end @ Romeo operating Blower and came down to the south side of 66 to the East. At about Charlie he went to get the small berm he had left previously. At about Bravo he looked left and saw 2 GRADERS workin on the left/~~North~~ side. Picked up the head and turned left. He saw the SAND TRUCK that was following coming about 15' away. He saw that the SAND TRUCK was trying to apply brakes/stop and noticed that the rear end had slid to the Right. Jeff quickly turned to the Right and got the wheels straightened out so that he wasn't turning any more. The SAND TRUCK hit the snow blower on the left hand side. The hit was somewhat glancing since he had tried to straighten out from there turn. Jeff called Dale on Radio and told him that he had an incident on 6L. Jeff turned ribbons off, took his seat belt off and exited the vehicle.

# Incident / Accident Investigation Form

Instructions. Investigator/Supervisor complete all sections and check all applicable to the best of your ability and return to the Regional Personnel or Safety Office.

## I. General Information:

Employee's Name: JASON MARTIN    Exact Loc. of Event:: ANC RUNWAY 6L

Region/Division: CENTRAL   Shift: DAYS

Job Classification: Equipment Operator Journey II   Time Event Occurred: am ☒ pm ☐  11:15   Task At Time: SANDING RUNWAY 6L

Date Event Occurred: 2-15-05   Time Shift Started: 7:30 am ☒ pm ☐   Yr./Mo. Experience At Task: 2/10

Date And Time Reported: 2-15-05   11:15   am ☒ pm ☐   Date Investigated: 2-15-05

Was Employee Working Overtime: No ☒ Yes ☐   If yes how many hours?

Supr.'s Name: Dale Fairclough   Supervisor's Telephone Extension: 266-2429

Supr.'s Signature:    Date Signed By Supervisor:

## II. Event Type

**Event Type:**
- ☐ Near Miss
- ☒ Accident
- ☐ Property Damage
- ☐ Motor Vehicle
- ☐ Fire
- ☐ Industrial Injury
- ☐ Nonindustrial Injury
- ☐ Other

**Injury Severity:**
- ☐ First Aid
- ☐ Hospital
- ☐ Reportable-No Days Lost
- ☒ Lost Time
- ☐ Disabling Injury
- ☐ No Medical Treatment
- ☐ Other
- ☐ No Injury

**Loss Potential:**
- ☐ Low
- ☐ Medium Low
- ☐ Medium High
- ☒ High

**Possibility of Recurrence:**
- ☐ Low
- ☒ Medium Low
- ☐ Medium High
- ☐ High

**Damage Severity:**
- ☐ No Equipment Damage
- ☐ Damage < $1000
- ☒ Damage > $1000
- ☐ Business Interruption

*Estimated Damages:

Damage Cost Estimate: $

## III. Nature of Injury:
- ☐ Traumatic Amputation
- ☐ Asphyxia
- ☐ Burn (Heat or Chemical)
- ☐ Contusion (Bruise)
- ☐ Wound
- ☐ Laceration/Abrasion
- ☐ Skin Irritation
- ☐ Dislocation
- ☐ Electrical Shock
- ☐ Fracture (Open/Closed)
- ☐ Frostbite
- ☐ Heat Exhaustion/Stroke
- ☐ Hernia
- ☐ Inflammation
- ☒ Sprain/Strain
- ☐ Multiple Injuries
- ☐ Puncture/Needlestick
- ☐ Foreign Object
- ☐ Other (Specify):

**Body Part:**
- ☐ Head
- ☐ Neck
- ☐ Rib Cage
- ☐ Rt. Eye
- ☐ Lt. Eye
- ☐ Mouth/Nose/Ear
- ☐ Buttock
- ☒ Rt. Arm
- ☐ Lt. Arm
- ☐ Back/Spine
- ☐ Upper Back
- ☐ Mid Back
- ☐ Low Back
- ☐ Chest
- ☐ Shoulders
- ☐ Sinus
- ☐ Rt. Leg
- ☐ Lt. Leg
- ☐ Stomach
- ☐ Rt. Knee
- ☐ Lt. Knee
- ☐ Rt. Ankle
- ☐ Lt. Ankle
- ☐ Rt. Hip
- ☐ Lt. Hip
- ☐ Rt. Hand
- ☐ Lt. Hand
- ☐ Rt. Wrist
- ☒ Lt. Wrist
- ☐ Rt. Elbow
- ☐ Lt. Elbow
- ☐ Finger
- ☐ Abdomen
- ☐ Groin
- ☐ Rt. Foot
- ☐ Lt. Foot
- ☐ Toe
- ☐ Other (Specify)

## Accident Type:
- ☒ Struck Against
- ☐ Struck By
- ☐ Caught In
- ☐ Caught On
- ☐ Caught Between
- ☐ Slip
- ☐ Fall from Same Level
- ☐ Fall to Lower Level
- ☐ Overexertion
- ☐ Electricity
- ☐ Heat
- ☐ Cold
- ☐ Caustics/Acid
- ☐ Noise
- ☐ Toxic/Nontoxic Substance
- ☐ Foreign Object

## IV. Describe clearly how the near miss or accident occurred:

Attach a sketch or photographs if applicable/requested.

JASON WAS OPERATING A SAND TRUCK AND FOLLOWING THE GRADERS AND SNOWBLOWER. THE GRADERS CHANGED THE SIDE OF THE RUNWAY THEY WERE WORKING ON FROM THE SOUTH TO NORTH SIDE OF 6L. THE SNOWBLOWER TURNED TO THE LEFT TO FOLLOW THE GRADERS AT TAXIWAY BRAVO. AT THE TIME THE SNOWBLOWER TURNED JASON WAS LOOKING BACK TO CHECK THE MATERIAL & SPREAD OF THE SANDER. WHEN HE LOOKED FORWARD AGAIN HE WAS APPROXIMATED 25' FROM THE SNOW BLOWER.

(Continued on back page)

### V. Unsafe Acts:
- ☐ Operating Equipment Without Authority/Training
- ☐ Failure to Warn
- ☐ Failure to Secure
- ☐ Operating At Improper Speed
- ☐ Making Safety Devices Inoperable
- ☐ Removing Safety Devices
- ☐ Using Defective Equipment
- ☐ Using Equipment Improperly
- ☐ Failure to Wear PPE
- ☐ Improper Loading
- ☐ Improper Placement
- ☐ Improper Lifting
- ☐ Improper Positioning
- ☐ Servicing Equipment in Operation
- ☐ Horseplay
- ☐ Not Following Procedure
- ☒ Inattention
- ☐ Other (Specify)

### Unsafe Conditions:
- ☐ Inadequate Guard or Barrier
- ☐ Inadequate or Improper PPE
- ☐ Defective Tools/Equipment/Materials
- ☐ Congestion/Restricted/Overcrowded Work Area
- ☐ Inadequate Warning System
- ☐ Fire & Explosion Hazard
- ☐ Poor Housekeeping
- ☐ Hazardous Environment
- ☐ Noise Exposure
- ☐ Radiation Exposure
- ☐ High or Low Temperature Exposure
- ☐ Inadequate / Excess Illumination
- ☐ Inadequate Ventilation
- ☐ Inclement conditions

☐ Other (Specify):

**If applicable, describe the unsafe act(s) and condition(s) that existed:**

Unsafe Act(s): JASON WAS NOT paying attention to the vehicles in Front of him at a critical time and failed to safely operate the SANDER.

Unsafe Condition(s): ___

### Safety Equipment In Use:
- ☐ Hard Hat
- ☐ Safety Shoes
- ☐ Respirator
- ☐ Gloves
- ☐ Fall Protection
- ☐ Protective Clothing
- ☐ Hearing Protection
- ☐ Glasses
- ☐ Goggles
- ☐ Other (Specify)

| Control Steps to prevent reoccurrence: | By Whom: | Date to Be Completed: | Date Completed: |
|---|---|---|---|
| 1. Personal Interview and counseling | Douglas Hunter | 2-23-05 | 2-23-05 |
| 2. Counseled all personell on Radio Comm & Attentiveness | Foreman/Doug H. / DAN H | 3-2 thru 3-10-05 | 3-10-05 |
| 3. | | | |
| 4. | | | |

**I find this report satisfactorily completed.**   Date:
Investigator's Printed Name and Signature: Douglas L. Hunter  /s/   3-15-05
Manager's Printed Name and Signature: Daniel A. Hartman   3-15-05
Safety Representative's Printed Name and Signature:

**Investigator Comments:**
This was an accident that occurred because the operator of the sand truck was not paying attention at a critical time of the operation.
Signed: /s/ Douglas L. Hunter

Date Routed to: 3-15-05

**Manager Comments:**
All personell have been briefed to pay closer attention to the radios as well as be aware of what is happing around them.
Signed: /s/ Daniel A Hartman

Date Routed to: 29 March 05

**Regional or Division Director Comments:**

Signed: /s/

Date Routed to: [illegible]

**Safety Officer Comments:**

Signed: ___   page 4 of 9   Date: ___

**Additional Comments:**

he tried to stop, but skidded into the Blower. The Blower operator saw the sand truck when it was about 15' away and turned the wheel back to the right. The sander impacted the blower. The operator of the blower contacted the foreman via the radio. The foreman contacted Airport Police and Dan Hartman/Douglas Hunter. Statements were given at the scene and both operators were dispatched for drug and alcohol testing. A AFM employee drove them to and from the testing facility. Jason complained of pain in his shoulder and sought medical attention after drug testing.

# STATE OF ALASKA
## SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured/Damaged Equipment/Property  **Sand Truck #3 and Snowblast #3**

Job or Activity at Time of Accident  _____   Date of Accident **2-15-05**

Exact Location **GL AND Bravo**   Time **11:15**

**1. WHAT HAPPENED?** SNOWBLAST AND SANDTRUCKS COLLIDED

Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.

**2. WHY DID IT HAPPEN?** SAND TRUCK OPERATOR DIDN'T GIVE WAY WAS LOOKING BEHIND TO CHECK SPREAD WHEN THEY COLLIDED

Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible.
OPERATION FACTORS TO BE CONSIDERED:

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

**3. WHAT SHOULD BE DONE?** ALREADY HAD SHIFT BRIEFING ON THIS. TALKING TO ONE ANOTHER WHEN APPROACHING FROM BEHIND

What action(s) will prevent similar accidents in the future?

**4. WHAT HAVE YOU DONE THUS FAR?** SAFTEY BRIEFING

Take or recommend action, depending on your authority.

**5. HOW WILL THIS IMPROVE OPERATIONS?** BY HOPEFULLY PREVENTING FURTHER ACCIDENTS OF THIS TYPE

How will it help us meet our objective – ACCIDENT PREVENTION?

**6. WHAT IS YOUR ESTIMATED COST OF THIS ACCIDENT?**

Cost of lost wage and medical expenses? ................... _____

Damage to State property or equipment?..................... _____

Damage to third parties, property and people?.............. _____

TOTAL _____

Investigated By _____   Date _____

Unit/Division/Department _____

STATE OF ALASKA
DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT
AIRFIELD MAINTENANCE

## EQUIPMENT DAMAGE REPORT

Equipment License # _____   Department/Section  F.M

Make/Model of Equipment  SNOWBLAST 3    Class _____

Operator's Name  JEFF BOSCH    Supervisor's Name  FAIRCLOUGH

Location Damage Occurred  ON 6L SOUTH SIDE AT BRAVO

Date Damage Occurred  2-15-05    Hour of Day  11:15 A.M.

Description of Damage:  LEFT SIDE OF S.B. PANELS, STEPS, FENDERS, LADDER, BATTERY DOOR. HAD TO BE TOWED.

Describe What Happened.  11:15 AM I WAS OPERATING S.B. #3 ON R.W. 6L SOUTH SIDE DRIVING EAST FROM CHARLEY ALONG EDGE LIGHTS TO BRAVO. I NOTICED WALT & JAMIE HAD MORE PASSES WITH BLADES TO MAKE, I SLOWED S.B. DOWN TO ABOUT 5 MPH & BEGAN A GRADUAL TURN LEFT & TRAVELED 25' TURNED MY VIEW TO

~~What Caused Damage?~~  LEFT REAR & NOTICED S.T. #3 ABOUT 15' AWAY SLIDING SLIGHTLY OFF CENTER & INTO THE LEFT SIDE OF S.B. I CALLED MAINTENANCE #1. I DISENGAGED HEAD, SET THE P-BRAKE, UNBUCKLED & EXITED S.B.

Supervisor's Comment:  SEE SUPERVISOR REPORT

page 7 of 9

Original: Equipment Maint Shop    Yellow Copy: FM Admin Ofc    Airfield Maintenance Eqdamage (Rev 6/2003)

# ALASKA MOTOR VEHICLE COLLISION REPORT

05-0951

## Crash Information - (One choice per field unless otherwise noted - Other * should be explained in narrative)

| Total # Units: 2 | Crash Date: 2-15-05 | Crash Time (24 hr): 1100 | Crash Occurred in (City/Borough): Anchorage | | Temp: 35°F | Pstd Spd: N/A | EMS Run #: |

**Crash Day:**
- ○ 01 Mon  ○ 05 Fri
- ● 02 Tue  ○ 06 Sat
- ○ 03 Wed  ○ 07 Sun
- ○ 04 Thu

N: °  '  "   W: °  '  "

Photos Taken: ● 01 Y  ○ 02 N

Non-vehicular Property Damage: ○ 01 Y  ● 02 N  ○ 03 Unk

**Roadway Junction/Type:**
- ○ 01 Crossover  ○ 06 Railway crossing  ○ 11 5-point or more
- ○ 02 Driveway  ○ 07 Roundabout  ● 12 Other *
- ○ 03 Not a junction  ○ 08 T - intersection  ○ 13 Unk
- ○ 04 On ramp  ○ 09 Y - intersection
- ○ 05 Off ramp  ○ 10 4-way intersection

Runway

**Weather:**
- ○ 01 Blowing sand, soil, dirt, snow
- ○ 02 Clear
- ● 03 Cloudy
- ○ 04 Fog/smoke
- ○ 05 Ice fog
- ○ 06 Rain
- ○ 07 Sleet, hail (freezing rain)
- ○ 08 Severe crosswinds
- ○ 09 Snow
- ○ 10 Other *
- ○ 11 Not Reported
- ○ 12 Unk

**Roadway Character:**
- ● 01 Straight/Lvl
- ○ 02 Straight/Grd
- ○ 03 Straight/Hlcrst
- ○ 04 Curve/Lvl
- ○ 05 Curve/Grd
- ○ 06 Curve/Hlcrst
- ○ 07 Unk

**Road Surface:**
- ○ 01 Dry
- ◉ 02 Ice
- ○ 03 Water
- ○ 04 Sand, mud, dirt, oil, gravel
- ○ 05 Slush
- ● 06 Snow
- ○ 07 Wet
- ○ 08 Other *

**Lighting:**
- ○ 01 Dark - lighted roadway
- ○ 02 Dark - roadway not lighted
- ○ 03 Dark - unknown lighting
- ● 04 Daylight
- ○ 05 Twilight
- ○ 06 Other *
- ○ 07 Not Reported
- ○ 08 Unk

(Law Enforcement use only)

Location Control: ___   Ref Pt: ___

Name of Street or Highway: **Runway 24R/06L**
___ miles  ___ feet  ■ at int. w/   ○N ●E ○S ○W

Cross Street, Bridge, etc.: **Bravo taxiway**

## Crash Description/Violation

On 2-15-05, at approximately 1100 hours, I was dispatched to Runway 6L and Bravo taxiway in reference to an MVA involving two State of AK vehicles with no injuries reported. Vehicle #1 was following Vehicle #2 E/B on runway 06L. The vehicles were staggered and Vehicle #2 was travelling a lane over to the right of Vehicle #1. The driver of Vehicle #1 glanced at his mirrors and over his shoulder to confirm he had enough material and that it was still spreading on the runway. At the same time, Vehicle #2 turned left across the path of Vehicle #1 to loop back around W/B on the runway. By the time the driver of Vehicle #1 looked back in front he was unable to slow down in time and hit the left middle section of Vehicle #2. Damage was incurred to Vehicle #1's right front panel and right front end. Damage was estimated at approximately $10,000 for Vehicle #1, and $10,000 for Vehicle #2. Driver of Vehicle #1 complained of a sore left arm that was due to bracing for impact.

Violation Section(s): N/A
Ticket Description: N/A

## Crash Diagram

(Diagram shows Runway 24R/06L running vertically with vehicles #1 and #2, Bravo taxiway, labeled "06L", "NOT TO SCALE", and North arrow pointing left)

Indicate North: ←N

☐ Check if supplemental diagram

## Location of First Sequence of Events:
- ○ 01 Bike Lane  ● 04 Outside trafficway  ○ 07 Roadway  ○ 10 Unk
- ○ 02 Gore  ○ 05 Parking lot  ○ 08 Shared use paths
- ○ 03 Median  ○ 06 Roadside  ○ 09 Shoulder

## First Sequence of Events, Collision:
- ○ 01 Aircraft  ○ 09 Ditch  ○ 17 Median barrier  ○ 25 Train
- ○ 02 Animal  ○ 10 Embankment  ○ 18 Moose  ○ 26 Tree/shrub
- ○ 03 Bicyclist  ○ 11 Fence  ○ 19 Parked vehicle  ○ 27 Utility pole
- ○ 04 Bridge/Overpass  ○ 12 Guard rail face  ○ 20 Pedestrian  ○ 28 Veh in transit
- ○ 05 Bridge rail  ○ 13 Guard rail end  ○ 21 Sideswipe  ○ 29 Veh - rear end
- ○ 06 Crash cushion  ○ 14 Light support  ○ 22 Sign  ○ 30 Veh - head on
- ○ 07 Culvert  ○ 15 Machinery  ○ 23 Snowberm  ● 31 Veh - angle
- ○ 08 Curb/Wall  ○ 16 Mail box  ○ 24 Traffic signal pole  ○ 32 Other fixed object

## First Sequence of Events, Non-collision:
- ○ 33 Cargo loss/shift  ○ 37 Explosion/fire  ○ 41 Ran off road
- ○ 34 Crossed median/centerline  ○ 38 Immersion  ○ 42 Separation of units
- ○ 35 Downhill runaway  ○ 39 Jackknife  ○ 43 Other *
- ○ 36 Equipment failure  ○ 40 Overturn  ○ 44 Unk

## Officer/Agency Information

| Officer name: M. Sandrin | Officer PermID: PMAS0 | Agency: AAP | Reviewing Officer Perm ID: SGT B. Conklin | Review Date: 2-16-05 |

Page 1 of 3   Part - A   12-200 Revised 9/12/01

# ALASKA MOTOR VEHICLE COLLISION REPORT

05-0951

## Driver Information
(One choice per field unless otherwise noted - Other * should be explained in narrative)

- Unit #: 2
- Driver Name (Last, First, MI): Bosch, Jeffrey R.
- Sex: ■ 01 M
- DOB: 2-6-60
- Contact Phone: (907) 696-1293
- OL/ID #: 0603141
- State: AK
- License Class: ■ 01 CDL-A
- Ejected: ■ 02 N
- Extricated: ■ 02 N
- Mailing Address: P.O. Box 873412
- City: Eagle River, State: AK, Zip: 99577
- NFR: ■ 01 Y
- Ins Coverage: ■ 01 Y
- Physical Address: 11402 Lower Sunny
- City: Eagle River, State: AK, Zip: 99577
- Ins Company: Self-insured State of AK

### Environment Circumstances:
- ■ 04 None

### Injury Status:
- ■ 05 None

### Driver Restraint / Airbag:
- ■ 04 Lap/Shldr

### Alcohol/Drugs Suspected:
- ■ 01 None

### Test Given:
- ■ 03 Not given

### Transported:
- ■ 02 N

### Human Circumstances (2 choice max):
- ■ 01 No improper driving

## Vehicle Information

- Vehicle Damage: ■ 02 Functional
- No. of Occupants: 1
- Vehicle Owner Name: State of Alaska
- Contact Phone: (907) 266-2425
- Mailing Address: 2200 E. 42nd St.
- City: Anchorage, State: AK, Zip: 99508
- Damage Estimate: ■ Over $501
- VIN: 1S9SB4020V3443015
- License Plate #: V32652
- Veh Year: 1997
- Make: STST
- Color: YEL
- Undercarriage Damage: ■ 02 N
- Direction of Travel: ■ 03 East
- Veh Towed: ■ 03 Unk
- First impact: 07

### Vehicle Configuration (commercial):
- ■ 02 Single-unit (3+ axles)

### Body Type:
- ■ 12 Other *

### Vehicle Circumstances:
- ■ 10 None

### Vehicle Action:
- ■ 17 Turning left

### Roadway Circumstances:
- ■ 12 None

### Traffic Control:
- ■ 02 No controls

## Commercial Vehicle Information
(If crash involves a commercial vehicle, complete this section and forward a copy of report to CVE Unit, 12050 Industry Way - Bldg O - Suite #6, Anch, Ak 99515)

- Carrier Name:
- Gross Weight (lbs): 29100
- Address:
- Carrier ID#:
- City: , State: , Zip:
- Contact Phone:
- Carrier ID Source:
- Issuing Authority:
- Placard: ■ 02 N
- Haz Mat Released: ■ 02 N

### Second Sequence of Events, Collision:
(none selected clearly)

### Second Sequence of Events, Non-collision:
(none selected clearly)

Page 3 of 3

Part - B

12-200 Revised 9/12/01