REPAIR ORDER # _____

## STATE OF ALASKA
### DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
### STATE EQUIPMENT FLEET

# EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # __2-7714__   DEPARTMENT/SECTION _____

MAKE/MODEL OF EQUIPMENT __Autocar Dump Truck 5__   CLASS _____

OPERATORS NAME __Timothy E Hanley__   SUPERVISORS NAME _____

LOCATION DAMAGE OCCURED __Fed Ex simulator parking lot off postmark drive__

DATE DAMAGE OCCURED __6-5-01__   HOUR OF DAY __1:00 pm__

DESCRIPTION OF DAMAGE __Damage to front bumper middle. Dented in approx. 3 inches. Damage to Fire Hydrant. Knocked fire hydrant off its base.__

DESCRIBE WHAT HAPPENED __I was having brush loaded into the dump truck I was driving. When the loading was done I drove into the parking lot to turn around. I backed up and then proceeded forward not noticing the hydrant in front of me. The front bumper came in contact with the hydrant knocking it off it's base and denting the front bumper + hanging step on bumper.__

WHAT CAUSED DAMAGE __The driver not paying attention to his surroundings.__

SUPERVISORS COMMENT __Talked to Tim Hanley about watching when turning around when in a bigger Vehicle. Dump trucks etc.__

_[signature]_

page 1 of 2

EXHIBIT
000012

# LIABILITY ACCIDENT NOTICE

**STATE OF ALASKA**
DEPARTMENT OF ADMINISTRATION
Division of Risk Management
Pouch C-0218 • Juneau, AK 99811
Phone (907) 465-2180

☑ Auto  ☐ Other

| DEPARTMENT | SECTION | LOC. CODE | DIRECTOR |
|---|---|---|---|
|  | Field Maint |  |  |
| DIVISION | REGION | LOCATION NAME | SUPERVISOR |
| AIA |  |  |  |

**STATE EMPLOYEE**
- LAST NAME: Hanley
- FIRST NAME: Timothy
- INITIAL: E
- SPECIAL I.D. OR SOCIAL SECURITY NO.: 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
- ADDRESS: 182 Ocean Park Drive Anchorage, AK. 99515
- RESIDENCE PHONE: 344-4578
- BUSINESS PHONE: 266-2429
- WHERE CAN EMPLOYEE BE CONTACTED? / WHEN?

**ACCIDENT**
- DATE & TIME OF ACCIDENT OR LOSS: 6-5-01  1:00 P.M.
- LOCATION OF ACCIDENT: Parking lot Fedex simulator off postmark drive, Anchorage Ak.
- POLICE TO WHOM REPORTED:
- DESCRIPTION OF ACCIDENT OR LOSS: Drove forward into parking lot to turn around. Backed up then proceeded forward to exit parking lot not noticing fire Hydrant. Front bumper came in contact with fire Hydrant damaging front bumper and knocking hydrant off its base.

**STATE VEHICLE (AUTO ONLY)**
- VEH. NO.: 5
- YEAR: 1985
- MAKE: Auto car
- MODEL: Dump Truck 5
- VIN: 1WXMCCIE66U99328
- PLATE NO.: 2-7714
- STATE OWNED ☑ OR LEASED ☐
- ADDRESS OF LEASOR: / PHONE:
- NAME OF DRIVER: Timothy E Hanley
- AGE: 38
- ADDRESS: 182 Ocean Park Drive Anchorage, AK. 99515
- PHONE: 344-4578
- WAS DRIVER A STATE EMPLOYEE? ☑ YES ☐ NO
- PURPOSE OF USE: Hauling brush to compost site
- USED WITH PERMISSION: ☑ YES ☐ NO
- DESCRIBE DAMAGE: Approx 3" dent front bumper. Knocked hydrant off base
- REPAIR ESTIMATE: $
- WHERE CAN CAR BE SEEN? / WHEN?

**PROPERTY DAMAGE**
- OWNER: / ADDRESS: / PHONE:
- OTHER DRIVER ( ) SAME AS OWNER / ADDRESS: / PHONE:
- DESCRIBE PROPERTY: Fire Hydrant
- OTHER CAR OR PROPERTY INSURED ☐ YES ☐ NO
- COMPANY OR AGENCY NAME & POLICY NO.:
- DESCRIBE DAMAGE: Knocked fire hydrant off it's base
- REPAIR ESTIMATE: $
- WHERE CAN CAR BE SEEN?

**INJURED**
- NAME / ADDRESS / PHONE / EXTENT OF INJURY
- No Injuries

**CLAIMANT (NON AUTO)**
- OCCUPATION / EMPLOYED BY / ADDRESS OF EMPLOYER
- PROBABLE DISABILITY WEEKS / RETURNED TO WORK ☐ YES ☐ NO / WHY ON PREMISES

**WITNESS**
- NAME / ADDRESS / PHONE

**REMARKS**

- DATE: 6-5-01
- REPORTED BY: Tim Hanley (signature)
- REPORTED TO: Doug Hunter
- SIGNATURE (Prepared by):

02-919 (3/83)   WHITE — NORTHERN ADJUSTERS' COPY   CANARY — RISK MANAGEMENT'S COPY   PINK — ORIGINATOR'S COPY