**STATE OF ALASKA**
**DEPARTMENT OF ADMINISTRATION**
Division of Risk Management
PO Box 110218
Juneau AK 99811-0218
Phone (907) 465-2180

# LIABILITY ACCIDENT NOTICE

☐ Auto   ☒ Other

| DEPARTMENT | SECTION | LOC. CODE | DIRECTOR |
|---|---|---|---|
| Transportation and Public Facilities | ANC | 25 | Mort Plumb |
| DIVISION Ted Stevens Anchorage International | REGION Central | LOC. NAME ANC | SUPERVISOR Fred Klouda |

**STATE EMPLOYEE**
- LAST NAME: Hanley
- FIRST NAME: Timothy
- INITIAL:
- SPECIAL I.D. OR SOCIAL SECURITY NO.: 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
- ADDRESS: 182 Ocean Park Drive  Anchorage, AK
- ZIP: 99515
- RESIDENCE PHONE: 344-4578
- BUSINESS PHONE: 266-2425
- WHERE CAN EMPLOYEE BE CONTACTED? Ted Stevens Anchorage International Airport  DOT/PF
- WHEN? 7:30 AM - 3:30 PM

**ACCIDENT**
- DATE & TIME OF ACCIDENT OR LOSS: 3-17-02  1:00 P.M.
- LOCATION OF ACCIDENT (INCLUDING CITY & STATE): Anchorage, AK  Ted Stevens Anchorage International Airport
- POLICE TO WHOM REPORTED: Anchorage International Police
- DESCRIPTION OF ACCIDENT OR LOSS: Front End Loader was trying to clear snow away from stuck vehicle and hit the left quarter panel.

**STATE VEHICLE - AUTO**
- VEHICLE NO: 2-9392
- YEAR: 1979
- MAKE: Hough
- MODEL: 90
- VIN:
- PLATE NO:
- STATE OWNED ☒ OR LEASED ☐
- ADDRESS OF LESSOR:
- PHONE:
- NAME OF DRIVER: Timothy Hanley
- AGE: 38
- ADDRESS OF DRIVER: 182 Ocean Park Drive Anchorage AK 99515
- PHONE: 344-4578
- WAS DRIVER A STATE EMPLOYEE? YES ☒ NO ☐
- PURPOSE OF USE: Clearing snow from
- USED WITH PERMISSION? YES ☒ NO ☐
- DESCRIBE DAMAGE: No Damage to Loader
- REPAIR ESTIMATE: $ 2000.00
- WHERE CAN VEHICLE BE SEEN? 4100 Aircraft Drive Anchorage AK 99502
- WHEN? Daytime

**PROPERTY DAMAGE**
- OWNER: LSG Sky Chef
- ADDRESS: 4370 W. International Airport Rd Anc. AK
- PHONE: 248-2424
- OTHER DRIVER ( ) SAME AS OWNER: Sidney Rainier
- ADDRESS: 7730 Mayfair Dr. #4 Anchorage AK 99502
- PHONE: 868-7651
- DESCRIBE PROPERTY (IF AUTO: MAKE, YEAR, PLATE NO.): BM 3261
- OTHER CAR OR PROPERTY INSURED: YES ☐ NO ☐
- COMPANY OR AGENCY NAME & POLICY NO.:
- DESCRIBE DAMAGE: Left front quarter panel damaged + light broken
- REPAIR ESTIMATE: $ 2000
- WHERE CAN CAR BE SEEN? 4370 Intl Airport Rd. Anc AK

**INJURED**

| NAME | ADDRESS | PHONE | EXTENT OF INJURY | AGE | STATE VEH. PASS | OTHER VEH. PASS | PED. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**CLAIMANT: NON-AUTO**
- OCCUPATION:
- EMPLOYED BY:
- ADDRESS OF EMPLOYER:
- PROBABLE DISABILITY WEEKS:
- RETURNED TO WORK: ☐ YES ☐ NO
- WHY ON PREMISES:
- STATE VEH.:
- OTHER VEH.:
- OTHER:

**WITNESS**
- NAME:
- ADDRESS:
- PHONE:

**REMARKS**

DATE: 4-9-2002
REPORTED BY:
REPORTED TO:
SIGNATURE (PREPARED BY): [signature]

02-919 (12/96)   WHITE-NORTHERN ADJUSTERS' COPY   CANARY - RISK MANAGEMENT'S COPY   PINK - ORIGINATOR'S COPY

**EXHIBIT**
000013

# ALASKA MOTOR VEHICLE COLLISION REPORT

## Driver Information
(One choice per field unless otherwise noted - Other * should be explained in narrative)

| Unit #: | Driver Name (Last, First, MI): | | | Sex: | DOB: | Contact Phone: |
|---|---|---|---|---|---|---|
| 1 | HANLEY TIMOTHY | | | ● 01 M  ○ 02 F | 6-3-63 | 344-4578 |

| OL/ID #: | State: | License Class: | | | | Ejected: ○ 01 Y  ● 02 N  ○ 03 P  ○ 04 Unk |
|---|---|---|---|---|---|---|
| 5683130 | AK | ○ 01 CDL-A  ○ 03 CDL-C  ○ 05 D  ○ 07 M2  ○ 09 IP  ○ 02 CDL-B  ○ 04 CDL-IC  ○ 06 M1  ○ 08 IM | | | | Extricated: ○ 01 Y  ● 02 N  ○ 03 Unk |

| Mailing Address: | City: | State: | Zip: | NFR: | Ins Coverage: |
|---|---|---|---|---|---|
| 182 OCEAN PARK DR | Anchorage | AK | 99515 | ● 01 Y  ○ 02 N | ● 01 Y  ○ 02 N |

| Physical Address: | City: | State: | Zip: | Ins Company: |
|---|---|---|---|---|
| | | | | SELF INS (STATE OF ALASKA) |

**Environment Circumstances:**
- ☐ 01 Glare  ☐ 04 None
- ☐ 02 Obstruction  ☐ 05 Other *
- ☒ 03 Weather  ☐ 06 Unk

**Injury Status:**
- ○ 01 Fatal  ● 05 None
- ○ 02 Incapacitating *  ○ 06 Not Reported
- ○ 03 Non-incapacitating *  ○ 07 Unk
- ○ 04 Possible

**Driver Restraint / Airbag (4 choice max):**
- ☐ 01 Not used  ☐ 05 Lap only  ☐ 09 A/bag Dply'd  ☐ 13 Not Reported
- ☐ 02 None instld  ☐ 06 Shldr only  ☐ 10 A/bag not Dply'd  ☒ 14 Unk
- ☐ 03 Helmet  ☐ 07 Prp Chld Rst  ☐ 11 A/bag switch off
- ☐ 04 Lap/Shldr  ☐ 08 Imp Chld Rst  ☐ 12 Side bag Dply'd

**Alcohol/Drugs Suspected:**  ● 01 None  ○ 02 Alcohol  ○ 03 Drugs  ○ 04 Both

**Test Given:**  ○ 01 Blood  ○ 02 Breath  ● 03 Not given  ○ 04 Refused

**BAC Level:** ___

**Transported:**  ○ 01 Y  ● 02 N  ○ 03 Unk

**Human Circumstances (2 choice max):**
- ● 01 No improper driving
- ○ 02 Backing unsafely
- ○ 03 Cell phone use
- ○ 04 Disregard traffic control device other than signal
- ○ 05 Driver inattention
- ○ 06 Driver inexperience
- ○ 07 Drove off road
- ○ 08 Emotional
- ☐ 09 Failure to yield
- ☐ 10 Fell asleep
- ☐ 11 Following too closely
- ☐ 12 Illness
- ☐ 13 Improper lane usage/change
- ☐ 14 Improper passing
- ☐ 15 Improper turn
- ☐ 16 Loss of consciousness
- ☐ 17 Passenger distraction
- ☐ 18 Pedestrian error/confusion
- ☐ 19 Physical disability
- ☐ 20 Red light violation
- ☐ 21 Stop sign violation
- ☐ 22 Taking prescription meds
- ☐ 23 Unsafe speed
- ☐ 24 Wrong side/way
- ☐ 25 Other *
- ☐ 26 Unk

**Transported By:** ○ 01 Air Ambulance  ○ 02 Airplane  ○ 03 EMS  ○ 04 Helicopter  ○ 05 Police  ○ 06 Private vehicle  ○ 07 Unk  ○ 08 N/A

**Transported To:** ○ 01 Clinic  ○ 02 Hospital  ○ 03 Mortuary  ○ 04 Residence  ○ 05 Unk  ○ 06 N/A

## Vehicle Information

**Vehicle Damage:**
- ☒ 01 None/Minor  ☐ 03 Disabling  ☐ 05 Unk
- ☐ 02 Functional  ☐ 04 Totaled

**No of Occupants:** 1

Diagram positions: FRONT 01; 02, 03, 04 top; 05 REAR; 08, 07, 06 bottom; 09 center.
(Circle codes to show first impact - select one)

| Vehicle Owner Name (Last, First, MI): | Contact Phone: |
|---|---|
| STATE OF ALASKA | 266-2490 |

| Mailing Address: | City: | State: | Zip: |
|---|---|---|---|
| 4100 Aircraft Dr | Anch | AK | 99502 |

| Damage Estimate: | VIN: | License Plate #: | State: |
|---|---|---|---|
| ○ Over $501 | FRONT END LOADER | Z-4342 | AK |

| Undercarriage Damage: | Veh Year: | Make: | Model: | Color: |
|---|---|---|---|---|
| ○ 01 Y  ● 02 N | 79 | Hough | 90 | TAN |

**Direction of Travel:**  ○ 01 North  ● 03 East  ○ 05 Unk  ○ 02 South  ○ 04 West

**Veh Towed:** ○ 01 Y  ● 02 N  ○ 03 Unk  **Towed By:** ___

**Vehicle Configuration (non-commercial only):**
- ○ 01 Dog sled  ○ 07 Pedalcycle
- ○ 02 Light truck (only 4 tires)  ○ 08 Pedestrian
- ○ 03 Motorhome  ○ 09 Other *
- ○ 04 Motorcycle  ○ 10 Unk
- ○ 05 Off highway vehicle
- ○ 06 Passenger car

**Vehicle Configuration, (commercial only):**
- ○ 01 Single-unit (2-axles)  ○ 07 Tractor/triples
- ○ 02 Single-unit (3+axles)  ○ 08 Van/enclosed box
- ○ 03 Truck/trailer  ○ 09 Unk heavy truck
- ○ 04 Tractor (bobtail)  ● 10 Other *
- ○ 05 Tractor/semi-trailer  ○ 11 Unk
- ○ 06 Tractor/doubles

**Body Type (2 choice max, commercial only):**
- ☐ 01 Auto transporter  ☐ 07 Dump  ☐ 13 Unk
- ☐ 02 Bus (15 or more seats)  ☐ 08 Flatbed
- ☐ 03 Bus (7-15 seats)  ☐ 09 Garbage/refuse
- ☐ 04 School bus  ☐ 10 Grain chips/gravel
- ☐ 05 Cargo tank  ☐ 11 Pole
- ☐ 06 Concrete mixer  ☒ 12 Other * (FRONT END LOADER)

**Vehicle Circumstances:**
- ○ 01 Accelerator defective  ○ 06 Steering failure  ○ 11 Other *
- ○ 02 Brakes defective  ○ 07 Tire failure/inadequate  ○ 12 Unk
- ○ 03 Headlights defective  ○ 08 Tow hitch defective
- ○ 04 Other lighting defective  ○ 09 Windshield damaged
- ○ 05 Oversized vehicle  ● 10 None

**Vehicle Action:**
- ○ 01 Avoiding objects in road  ○ 06 Making U-turn  ○ 11 Skidding  ○ 16 Turning right
- ○ 02 Backing  ○ 07 Merging  ○ 12 Slowing  ○ 17 Turning left
- ○ 03 Changing lanes  ○ 08 Out of control  ○ 13 Starting in traffic  ● 18 Other *
- ○ 04 Entering traffic lane  ○ 09 Passing  ○ 14 Stopped  ○ 19 Unk
- ○ 05 Leaving traffic lane  ○ 10 Parked  ○ 15 Straight ahead

**Roadway Circumstances:**
- ○ 01 Debris  ○ 05 Obstruction in roadway  ○ 09 School zone  ○ 13 Other *
- ○ 02 Inoperative traffic device  ○ 06 Shoulder  ○ 10 Work zone  ○ 14 Unk
- ○ 03 Missing traffic device  ● 07 Road surface condition  ○ 11 Worn, polished
- ○ 04 Obscured traffic device  ○ 08 Ruts, holes, bumps  ○ 12 None

**Traffic Control:**
- ○ 01 Flashing signal  ○ 05 School zone signs  ○ 09 Yield sign
- ○ 02 No controls  ○ 06 Stop sign  ○ 10 Officer/flagman/guard
- ○ 03 Road const signs  ○ 07 Traffic control signal  ○ 11 Other *
- ○ 04 RR crossing device  ○ 08 Warning signs  ○ 12 Unk

## Commercial Vehicle Information
(If crash involves a commercial vehicle, complete this section and forward a copy of report to CVE Unit, 12050 Industry Way - Bldg O - Suite #6, Anch, AK 99515)

| Carrier Name: | Gross Weight (lbs): |
|---|---|
| SOA DOT | UNK |

| Address: | Carrier ID#: |
|---|---|
| 4100 Aircraft Dr | Z-4342 |

| City: | State: | Zip: | Contact Phone: |
|---|---|---|---|
| Anch | AK | 99502 | 266-2665 |

**Carrier ID Source:**
- ● 01 Driver/Vehicle
- ○ 02 Log Book
- ○ 03 Shipping Papers
- ○ 04 Trip Manifest

**Issuing Authority:**
- ○ 01 US DOT
- ○ 02 ICC
- ○ 03 AKS

**Placard:** ○ 01 Y  ● 02 N  ○ 03 Unk

**Haz Mat Released:** ○ 01 Y  ● 02 N  ○ 03 Unk

**Second Sequence of Events, Collision:**
- ○ 01 Aircraft  ○ 12 Guard rail face  ○ 23 Snowberm
- ○ 02 Animal  ○ 13 Guard rail end  ○ 24 Traffic signal pole
- ○ 03 Bicyclist  ○ 14 Light support  ○ 25 Train
- ○ 04 Bridge/Overpass  ○ 15 Machinery  ○ 26 Tree/shrub
- ○ 05 Bridge rail  ○ 16 Mail box  ○ 27 Utility pole
- ○ 06 Crash cushion  ○ 17 Median barrier  ○ 28 Veh in transit
- ○ 07 Culvert  ○ 18 Moose  ○ 29 Veh - rear end
- ○ 08 Curb/Wall  ○ 19 Parked vehicle  ○ 30 Veh - head on
- ○ 09 Ditch  ○ 20 Pedestrian  ○ 31 Veh - angle
- ○ 10 Embankment  ○ 21 Sideswipe  ○ 32 Other fixed object
- ○ 11 Fence  ○ 22 Sign

**Second Sequence of Events, Non-collision:**
- ○ 33 Cargo loss/shift  ○ 37 Explosion/fire  ○ 41 Ran off road
- ○ 34 Crossed median/centerline  ○ 38 Immersion  ○ 42 Separation of units
- ○ 35 Downhill runaway  ○ 39 Jackknife  ○ 43 Other *
- ○ 36 Equipment failure  ○ 40 Overturn  ○ 44 Unk

Page 2 of 3  Part - B  12-200 Revised 9/12/01

# ALASKA MOTOR VEHICLE COLLISION REPORT

## Driver Information
(One choice per field unless otherwise noted - Other * should be explained in narrative)

- Unit #: 2
- Driver Name (Last, First, MI): SIDNEY RAINIER
- Sex: ● 01 M ○ 02 F
- DOB: 7-26-77
- Contact Phone: 860-7651
- OL/ID#: 6670515
- State: AK
- License Class: ○ 01 CDL-A ○ 02 CDL-B ○ 03 CDL-C ○ 04 CDL-IC ● 05 D ○ 06 M1 ○ 07 M2 ○ 08 IM ○ 09 IP
- Ejected: ○ 01 Y ● 02 N ○ 03 P ○ 04 Unk
- Extricated: ○ 01 Y ● 02 N ○ 03 Unk
- Mailing Address: 7730 MAYFAIR DR #4
- City: ANCHORAGE
- State: AK
- Zip: 99502
- NFR: ● 01 Y ○ 02 N
- Ins Coverage: ● 01 Y ○ 02 N
- Physical Address: 
- Ins Company: 

### Environment Circumstances:
- ☐ 01 Glare
- ☐ 02 Obstruction
- ☐ 03 Weather
- ☐ 04 None
- ☐ 05 Other *
- ☐ 06 Unk

### Injury Status:
- ○ 01 Fatal
- ○ 02 Incapacitating *
- ○ 03 Non-incapacitating *
- ○ 04 Possible
- ● 05 None
- ○ 06 Not Reported
- ○ 07 Unk

### Driver Restraint / Airbag (4 choice max):
- ☐ 01 Not used
- ☐ 02 None instld
- ☐ 03 Helmet
- ☐ 04 Lap/Shldr
- ☐ 05 Lap only
- ☐ 06 Shldr only
- ☐ 07 Prp Chld Rst
- ☐ 08 Imp Chld Rst
- ☐ 09 A/bag Dplyd
- ☐ 10 A/bag not Dplyd
- ☐ 11 A/bag switch off
- ☐ 12 Side bag Dplyd
- ☐ 13 Not Reported
- ● 14 Unk

### Alcohol/Drugs Suspected:
- ● 01 None ○ 02 Alcohol ○ 03 Drugs ○ 04 Both

### Test Given:
- ○ 01 Blood ○ 02 Breath ● 03 Not given ○ 04 Refused

### BAC Level:

### Transported:
- ○ 01 Y ● 02 N ○ 03 Unk

### Human Circumstances (2 choice max):
- ☐ 01 No improper driving
- ☐ 02 Backing unsafely
- ☐ 03 Cell phone use
- ☐ 04 Disregard traffic control device other than signal
- ☐ 05 Driver inattention
- ☐ 06 Driver inexperience
- ☐ 07 Drove off road
- ☐ 08 Emotional
- ☐ 09 Failure to yield
- ☐ 10 Fell asleep
- ☐ 11 Following too closely
- ☐ 12 Illness
- ☐ 13 Improper lane usage/change
- ☐ 14 Improper passing
- ☐ 15 Improper turn
- ☐ 16 Loss of consciousness
- ☐ 17 Passenger distraction
- ☐ 18 Pedestrian error/confusion
- ☐ 19 Physical disability
- ☐ 20 Red light violation
- ☐ 21 Stop sign violation
- ☐ 22 Taking prescription meds
- ☐ 23 Unsafe speed
- ☐ 24 Wrong side/way
- ■ 25 Other *
- ☐ 26 Unk

### Transported By:
- ○ 01 Air Ambulance
- ○ 02 Airplane
- ○ 03 EMS
- ○ 04 Helicopter
- ○ 05 Police
- ○ 06 Private vehicle
- ○ 07 Unk
- ○ 08 N/A

### Transported To:
- ○ 01 Clinic
- ○ 02 Hospital
- ○ 03 Mortuary
- ○ 04 Residence
- ○ 05 Unk
- ○ 06 N/A

## Vehicle Information

### Vehicle Damage:
- ☐ 01 None/Minor
- ☐ 02 Functional
- ☐ 03 Disabling
- ☐ 04 Totaled
- ☐ 05 Unk

- No. of Occupants: 2
- Vehicle Owner Name (Last, First, MI): SKY CHEF
- Contact Phone: 248-2424
- Mailing Address: 4370 W INT'L AIRPORT RD
- City: ANCH
- State: AK
- Zip: 99502
- Damage Estimate: ● Over $501
- VIN: 1FDPF80C9VVA13261
- License Plate #: COMM 3261
- State: AK
- Undercarriage Damage: ○ 01 Y ○ 02 N
- Veh Year: 96
- Make: FORD
- Model: F SER
- Color: SILVER

(Circle codes to show first impact - select one) - 01 marked with XX

### Direction of Travel:
- ○ 01 North ○ 02 South ○ 03 East ● 04 West ○ 05 Unk
- FACING

- Veh Towed: ○ 01 Y ● 02 N ○ 03 Unk
- Towed By: ___

### Vehicle Configuration (non-commercial only):
- ○ 01 Dog sled
- ○ 02 Light truck (only 4 tires)
- ○ 03 Motorhome
- ○ 04 Motorcycle
- ○ 05 Off highway vehicle
- ○ 06 Passenger car
- ○ 07 Pedalcycle
- ○ 08 Pedestrian
- ○ 09 Other *
- ○ 10 Unk

### Vehicle Configuration (commercial only):
- ○ 01 Single-unit (2-axles)
- ○ 02 Single-unit (3+ axles)
- ○ 03 Truck/trailer
- ○ 04 Tractor (bobtail)
- ○ 05 Tractor/semi-trailer
- ○ 06 Tractor/doubles
- ○ 07 Tractor/triples
- ○ 08 Van/enclosed box
- ○ 09 Unk heavy truck
- ○ 10 Other *
- ○ 11 Unk

### Body Type (2 choice max; commercial only):
- ☐ 01 Auto transporter
- ☐ 02 Bus (15 or more seats)
- ☐ 03 Bus (7-15 seats)
- ☐ 04 School bus
- ☐ 05 Cargo tank
- ☐ 06 Concrete mixer
- ☐ 07 Dump
- ☐ 08 Flatbed
- ☐ 09 Garbage/refuse
- ☐ 10 Grain-chips/gravel
- ☐ 11 Pole
- ☐ 12 Other *
- ☐ 13 Unk

### Vehicle Circumstances:
- ○ 01 Accelerator defective
- ○ 02 Brakes defective
- ○ 03 Headlights defective
- ○ 04 Other lighting defective
- ○ 05 Oversized vehicle
- ○ 06 Steering failure
- ○ 07 Tire failure/inadequate
- ○ 08 Tow hitch defective
- ○ 09 Windshield damaged
- ● 10 None
- ○ 11 Other *
- ○ 12 Unk

### Vehicle Action:
- ○ 01 Avoiding objects in road
- ○ 02 Backing
- ○ 03 Changing lanes
- ○ 04 Entering traffic lane
- ○ 05 Leaving traffic lane
- ○ 06 Making U-turn
- ○ 07 Merging
- ○ 08 Out of control
- ○ 09 Passing
- ● 10 Parked
- ○ 11 Skidding
- ○ 12 Slowing
- ○ 13 Starting in traffic
- ○ 14 Stopped
- ○ 15 Straight ahead
- ○ 16 Turning right
- ○ 17 Turning left
- ● 18 Other *
- ○ 19 Unk

### Roadway Circumstances:
- ○ 01 Debris
- ○ 02 Inoperative traffic device
- ○ 03 Missing traffic device
- ○ 04 Obscured traffic device
- ○ 05 Obstruction in roadway
- ○ 06 Shoulder
- ● 07 Road surface condition
- ○ 08 Ruts, holes, bumps
- ○ 09 School zone
- ○ 10 Work zone
- ○ 11 Worn, polished
- ○ 12 None
- ○ 13 Other *
- ○ 14 Unk

### Traffic Control:
- ○ 01 Flashing signal
- ○ 02 No controls
- ○ 03 Road const signs
- ○ 04 RR crossing device
- ○ 05 School zone signs
- ○ 06 Stop sign
- ○ 07 Traffic control signal
- ○ 08 Warning signs
- ○ 09 Yield sign
- ○ 10 Officer/flagman/guard
- ○ 11 Other *
- ○ 12 Unk

## Commercial Vehicle Information
(If crash involves a commercial vehicle, complete this section and forward a copy of report to CVE Unit, 12050 Industry Way - Bldg O - Suite #6, Anch, AK 99515)

- Carrier Name: LSG SKY CHEF
- Gross Weight (lbs): 33,000
- Address: 4370 W INT'L Airport Rd
- Carrier ID#: * 3261
- City: Anch
- State: AK
- Zip: 99502
- Contact Phone: 248-2428

### Carrier ID Source:
- ● 01 Driver/Vehicle
- ○ 02 Log Book
- ○ 03 Shipping Papers
- ○ 04 Trip Manifest

### Issuing Authority:
- ○ 01 US DOT
- ○ 02 ICC
- ○ 03 AKS

### Placard:
- ○ 01 Y
- ● 02 N
- ○ 03 Unk

### Haz Mat Released:
- ○ 01 Y
- ● 02 N
- ○ 03 Unk

### Second Sequence of Events, Collision:
- ○ 01 Aircraft
- ○ 02 Animal
- ○ 03 Bicyclist
- ○ 04 Bridge/Overpass
- ○ 05 Bridge rail
- ○ 06 Crash cushion
- ○ 07 Culvert
- ○ 08 Curb/Wall
- ○ 09 Ditch
- ○ 10 Embankment
- ○ 11 Fence
- ○ 12 Guard rail face
- ○ 13 Guard rail end
- ○ 14 Light support
- ○ 15 Machinery
- ○ 16 Mail box
- ○ 17 Median barrier
- ○ 18 Moose
- ○ 19 Parked vehicle
- ○ 20 Pedestrian
- ○ 21 Sidewipe
- ○ 22 Sign
- ○ 23 Snowberm
- ○ 24 Traffic signal pole
- ○ 25 Train
- ○ 26 Tree/shrub
- ○ 27 Utility pole
- ○ 28 Veh in transit
- ○ 29 Veh - rear end
- ○ 30 Veh - head on
- ○ 31 Veh - angle
- ○ 32 Other fixed object

### Second Sequence of Events, Non-collision:
- ○ 33 Cargo loss/shift
- ○ 34 Crossed median/centerline
- ○ 35 Downhill runaway
- ○ 36 Equipment failure
- ○ 37 Explosion/fire
- ○ 38 Immersion
- ○ 39 Jackknife
- ○ 40 Overturn
- ○ 41 Ran off road
- ○ 42 Separation of units
- ○ 43 Other *
- ○ 44 Unk

Page 3 of 3    Part - B    12-200 Revised 9/12/01

# STATE OF ALASKA
Uniform Police
## SUPPLEMENTAL TRUCK AND BUS COLLISION REPORT

[stamp: Forward copy to: Measurement Standards/Commercial Vehicle Operations, 12050 Industrial Way, Suite #6, Anchorage, AK 99515, (907) 345-0681]

Investigating Agency __Airport Police__                Case No. __02-1052__

INVESTIGATED BY (Name & Badge #, DSN, or Perm ID) __Mader #34__   DATE of OCCURRENCE __3-17-02__

- Does the vehicle have hazardous material placards? ☐ Yes ☒ No    If yes, Placard Number _____
- HAZARDOUS MATERIAL RELEASE (Excluding Fuel From Power Unit)  ☐ Yes ☒ No
- Is the vehicle designed to transport more than 16 passengers (including driver)?  ☐ Yes ☒ No
- Does the vehicle have a gross vehicle weight rating greater than 10,000 lbs? (See AS 28.32.900) ☒ Yes ☐ No
- If yes, GVWR (Gross Vehicle Weight Rating) __33,000__       Number of Axles __ONE__

<<<<STOP! – IF THE RESPONSE TO ALL OF THE ABOVE QUESTIONS IS "NO", THIS FORM IS NOT NECESSARY.>>>>

- Fatality? ☐ Yes ☒ No    If yes, number of fatalities _____
- Required medical attention for injured persons? ☐ Yes ☒ No    If yes, number of injured persons _____
- Page 1 of 12-208 (Officers Accident Form) attached? ☒ Yes ☐ No    Any Vehicle(s) Towed? ☐ Yes ☒ No
- CARRIER NAME __SKY CHEF__  US DOT# __—__  ICC# __—__  AKS# __—__
- Source of ID#: ☒ Vehicle ☐ Shipping Papers ☐ Driver
- CARRIER ADDRESS (Street or PO Box, City, State, Zip) __LSG SKY CHEF 4370 W INT'L AIRPORT RD ANCH AK 99502__

| CARGO BODY TYPE | VEHICLE CONFIGURATION | CDL Class ☐ A ☐ B ☐ C |
|---|---|---|
| ☐ Bus | ☐ Bus | Proper Endorsements? ☐ Yes ☐ No |
| ☐ Van/Enclosed Box | ☐ Single-Unit Truck: 2 Axles, 6 Tires | Trafficway |
| ☐ Cargo Tank | ☐ Single-Unit Truck: 3 or more Axles | ☐ Not physically divided (two-way trafficway) |
| ☐ Flatbed | ☒ Truck/Trailer | ☐ Divided highway, median strip, w/o traffic barrier |
| ☐ Dump | ☐ Truck Tractor (Bobtail) | ☐ Divided highway, median strip, w/traffic barrier |
| ☐ Concrete Mixer | ☐ Tractor/Semi-trailer | ☐ One-way trafficway |
| ☐ Auto Transporter | ☐ Tractor/Doubles | Access Control |
| ☐ Garbage/Refuse | ☐ Tractor/Triples | ☐ No control (unlimited access) |
| ☐ Other | ☐ Unknown Heavy Truck (off-road) | ☐ Full control (only ramp entry and exit) |
|   |   | ☒ Other |

RAMP AREA (AIRPORT)

## SEQUENCE OF 4 MOST CONTRIBUTORY COLLISION EVENTS
(for this vehicle)

| Sequence | Event |
|---|---|
| 1 2 3 4 | Ran off Road |
| 1 2 3 4 | Jackknife |
| 1 2 3 4 | Overturn (Rollover) |
| 1 2 3 4 | Downhill Runaway |
| 1 2 3 4 | Cargo Loss or Shift |
| 1 2 3 4 | Explosion or Fire |
| 1 2 3 4 | Separation of Units |
| 1 2 3 4 | Collision Involving Pedestrian |
| 1 2 3 4 | Collision Involving Motor Vehicle in Transport |
| 1 2 3 4 | Collision Involving Parked Motor Vehicle |
| 1 2 3 4 | Collision Involving Pedalcycle |
| 1 2 3 4 | Collision Involving Train |
| 1 2 3 4 | Collision Involving Animal |
| 1 2 3 4 | Collision Involving Fixed Object |
| 1 2 3 4 | Collision Involving Other Object |
| ① 2 3 4 | Other |

**Weather Conditions**
- ☐ No adverse condition
- ☐ Rain
- ☐ Sleet, hail
- ☒ Snow
- ☐ Fog
- ☐ Blowing sand, soil, dirt, or snow
- ☐ Severe crosswinds
- ☐ Other
- ☐ Unknown

**Light Condition**
- ☒ Daylight
- ☐ Dark – not lighted
- ☐ Dark – lighted
- ☐ Dawn
- ☐ Dusk
- ☐ Unknown

**Road Surface Conditions**
- ☐ Dry
- ☐ Wet
- ☒ Snow or slush
- ☐ Ice
- ☐ Sand, mud, dirt, or oil
- ☐ Other
- ☐ Unknown

**Apparent Driver Condition**
- ☐ Appeared normal
- ☐ Had been drinking
- ☐ Illegal drug use
- ☐ Sick
- ☐ Fatigue
- ☐ Asleep
- ☐ Medication
- ☐ Unknown

PARKED (STUCK IN SNOW)

12-208C
Revised 03/01/99

Page 1 of 1

# ALASKA MOTOR VEHICLE COLLISION REPORT

## Crash Information
(One choice per field unless otherwise noted - Other * should be explained in narrative)

| Total # Units: 2 | Crash Date: 3-17-02 | Crash Time (24 hr): 1300 | Crash Occurred in (City/Borough): TED STEVENS, ANCHORAGE INTERNATIONAL AIRPORT ACA RAMP B-8 | Temp: 29 | Pstd Spd: | EMS Run #: |

**Crash Day:**
- O 01 Mon  O 05 Fri
- O 02 Tue  O 06 Sat
- O 03 Wed  ● 07 Sun
- O 04 Thu

N: ° ' "   W: ° ' "

Photos Taken: ● 01 Y  O 02 N

Non-vehicular Property Damage: O 01 Y  O 02 N  O 03 Unk

**Roadway Junction/Type:**
- O 01 Crossover
- O 02 Driveway
- O 03 Not a junction
- O 04 On ramp
- O 05 Off ramp
- O 06 Railway crossing
- O 07 Roundabout
- O 08 T - intersection
- O 09 Y - intersection
- O 10 4-way intersection
- O 11 5-point or more
- ● 12 Other *
- O 13 Unk

**Weather:**
- O 01 Blowing sand, soil, dirt, snow
- O 02 Clear
- O 03 Cloudy
- O 04 Fog/smoke
- O 05 Ice Fog
- O 06 Rain
- O 07 Sleet, hail (freezing rain)
- O 08 Severe crosswinds
- ● 09 Snow
- O 10 Other *
- O 11 Not Reported
- O 12 Unk

**Roadway Character:**
- ● 01 Straight/Lvl
- O 02 Straight/Grd
- O 03 Straight/Hlcrst
- O 04 Curve/Lvl
- O 05 Curve/Grd
- O 06 Curve/Hlcrst
- O 07 Unk

**Road Surface:**
- O 01 Dry
- O 02 Ice
- O 03 Water
- O 04 Sand, mud, dirt, oil, gravel
- O 05 Slush
- ● 06 Snow
- O 07 Wet
- O 08 Other *

(Law Enforcement use only)

**Lighting:**
- O 01 Dark - lighted roadway
- O 02 Dark - roadway not lighted
- O 03 Dark - unknown lighting
- ● 04 Daylight
- O 05 Twilight
- O 06 Other *
- O 07 Not Reported
- O 08 Unk

Location Control:   Ref Pt:

Name of Street or Highway: ____ miles ____ feet   O N  O E   Cross Street, Bridge, etc.
                                                  O S  O W
                            □ at int. w/

## Crash Description/Violation

ON 3-17-02 AT APPROXIMATELY 1300 hrs V1 (STATE OF ALASKA), FRONT END LOADER WAS TRYING TO CLEAR SNOW AWAY FOR V2 WHICH WAS STUCK. V1 travelled EAST BOUND STRUCK V2. V2 WAS FACING WEST BOUND. V2 WAS STUCK IN SNOW AND WAS hit in the LEFT Quarter Panel. DAMAGE ESTIMATE $2,000. V1 driver admitted he was at fault.

WEATHER CONDITIONS 25 INCHES OF SNOW FELL ON 3-17-02. POOR VISIBILITY.

## Crash Diagram

Indicate North: N

Domestic Terminal ← GATE B-7
ASA1A
ALASKA AIRLINES
V2 STUCK IN SNOW
V1
Clearing path of snow
*RAMP AREA*
TED STEVENS ANCHORAGE INTERNATIONAL Airport
NOT TO SCALE

□ Check if supplemental diagram

---

Violation Section(s): NONE
Ticket Description: NONE

**Location of First Sequence of Events:**
- O 01 Bike Lane
- O 02 Gore
- O 03 Median
- O 04 Outside trafficway
- O 05 Parking lot
- O 06 Roadside
- ● 07 Roadway
- O 08 Shared use paths
- O 09 Shoulder
- O 10 Unk

**First Sequence of Events, Collision:**
- O 01 Aircraft
- O 02 Animal
- O 03 Bicyclist
- O 04 Bridge/Overpass
- O 05 Bridge rail
- O 06 Crash cushion
- O 07 Culvert
- ● 08 Curb/Wall
- O 09 Ditch
- O 10 Embankment
- O 11 Fence
- O 12 Guard rail face
- O 13 Guard rail end
- O 14 Light support
- O 15 Machinery
- O 16 Mail box
- O 17 Median barrier
- O 18 Moose
- ● 19 Parked vehicle
- O 20 Pedestrian
- O 21 Sideswipe
- O 22 Sign
- O 23 Snowberm
- O 24 Traffic signal pole
- O 25 Train
- O 26 Tree/shrub
- O 27 Utility pole
- O 28 Veh in transit
- O 29 Veh - rear end
- O 30 Veh - head on
- O 31 Veh - angle
- O 32 Other fixed object

**First Sequence of Events, Non-collision:**
- O 33 Cargo loss/shift
- O 34 Crossed median/centerline
- O 35 Downhill runaway
- O 36 Equipment failure
- O 37 Explosion/fire
- O 38 Immersion
- O 39 Jackknife
- O 40 Overturn
- O 41 Ran off road
- O 42 Separation of units
- O 43 Other *
- O 44 Unk

## Officer/Agency Information

| Officer name: MADER | Officer PermID: RKMM0 | Agency: Airport Police | Reviewing Officer Perm ID: [signature] | Review Date: 3/29/02 |

Page 1 of 3   Part - A   12-200 Revised 9/12/01

**TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT**
**AIRPORT POLICE**

| Reporting Officer | Perm. I.D. | Date Investigated | Title of Case | Case Number |
|---|---|---|---|---|
| Wayne M. Smith | RWMSO | 3/17/02 | Motor Vehicle Accident | 02-1052 |

## INFORMATION:

On 3-17-02 at about 1255 hours, I over heard dispatch send Officer Kevin Mader to investigate a motor vehicle accident on the Air Operation Area (AOA) near jet way B-7. I also responded to assist Officer Mader.

## OBSERVATION:

Upon arriving on scene I noticed a LSG Sky Chefs box van, # 3261 parked about fifty feet, facing West behind an Alaska Airline 737, tail number N747AS. This aircraft was parked at gate B-7. Parked just South of the box van, about ten feet away was a State Of Alaska DOT/PF front-end loader, license plate 24343. This vehicle was facing East (this vehicle was moved from the original position when the accident occurred). I noticed some damage to the box van's front left quarter panel and light fixture and no new damage to the front-end loader. Officer Mader was interviewing the drivers involved. Note: This day was a record snow fall day and there is about one to two foot of snow on the ramp area.

## PHOTOGRAPHS:

I took eleven photographs of the scene by using a Canon EOS 35 mm camera with a 50-mm lens. The first four photos are a panoramic view starting from the B-8/B-7 Jetway sign as a landmark, ending where the front-end loader was parked. The rest of the photos are of both vehicle position and damage. For further details refer to the photo log and photographs.

## ATTACHMENT:

1. Photo log

| Reviewed and Approved By | Perm. ID | Date |
|---|---|---|
|  | OSTO | 3/22/02 |

12-202 (Rev. 2000)

#: 1  Date: 3-17-02  Case #: 02-1052

Description: AOA B-8/B-7 ramp side, panoramic #1 of 4.

#: 2  Date: 3-17-02  Case #: 02-1052

Description: Panoramic #2 of 4, showing AS 737, N747AS

#: 3  Date: 3-17-02  Case #: 02-1052

Description: Panoramic #3 of 4, LSG Sky Chefs box van, 3261 and L/F damage

#: 4  Date: 3-17-02  Case #: 02-1052

Description: Panoramic #4 of 4, SOA front-end loader, 24343.

#: 5  Date: 3-17-02  Case #: 02-1052

Description: Mid range view of damage to box van.

#: 6  Date: 3-17-02  Case #: 02-1052

Description: Close up view of damage to left front of box van.

#: 7  Date: 3-17-02  Case #: 02-1052

Description: Left side view of front left quarter panel of box van.

#: 8  Date: 3-17-02  Case #: 02-1052

Description: Left rear side of box van showing vehicle number.

#: 9  Date: 3-17-02  Case #: 02-1052

Description: Panning left from photo #8, showing front view of the front-end loader.

#: 10  Date: 3-17-02  Case #: 02-1052

Description: Front of front-end loader with snow bucket.

#: 11  Date: 3-17-02  Case #: 02-1052

Description: Right front view of box van.

Attachment #1
pg. 1