

Joe Guzmans accident

EXHIBIT
000014

## SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured / Equipment / Property: **P.U. #9**

Job or Activity at Time of Accident: **TRASH**              Date of Accident: **7-24-01**

Exact Location: **Level II of Parking Garage**              Time: _____

---

**1. WHAT HAPPENED?** Joe was checking for trash, veered to avoid truck backing up & sideswiped Ballard.

*Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.*

---

**2. WHY DID IT HAPPEN?** Got distracted in tight area.

*Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible:*

**OPERATING FACTORS TO BE CONSIDERED:**

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

---

**3. WHAT SHOULD BE DONE?** We should drive slowly in the parking garage & on ramps.

*What action(s) will prevent similar accidents in the future?*

---

**4. WHAT HAVE YOU DONE THUS FAR?** Called Dan H.

*Take or recommend action, depending on your authority.*

---

**5. HOW WILL THIS IMPROVE OPERATIONS?** _____

*How will it help us meet our objective: ACCIDENT PREVENTION?*

---

**6. WHAT IS YOUR ROUGH ESTIMATED COST OF THIS ACCIDENT?**

- Cost of lost wages and medical expenses? ............................ $60⁰⁰
- Damage to State property or equipment? ............................ $2000⁰⁰
- Damage to third parties, property and people? ..................... 0

TOTAL _____

---

Investigated By: **Rod Bloh___**              Date: **7-24-01**

Unit / Division / Department: **Field Maint**

**COMPLETE INSTRUCTIONS ARE ON THE BACK**

02-932 (10/93)              page 2 of 5

## STATE OF ALASKA
### Uniform Police
### REPORT ON TRAFFIC COLLISION
### OFFICERS COPY

**POLICE CASE NUMBER:** 01-2689

| ACCIDENT DATE | DAY OF WEEK | TIME | NO OF VEH | NO INJURED | NO KILLED | OTHER PROPERTY DAMAGE $ |
|---|---|---|---|---|---|---|
| 7/24/01 | Tue | 0130 | 1 | 0 | 0 | None |

NON HIGHWAY: ☒

### VEHICLE 1
- **LAST NAME DRIVER 1:** Guzman
- **FIRST NAME:** Joseph
- **MIDDLE INITIAL:** V
- **MAILING NUMBER AND STREET:** 4130 W. Lane Ave
- **MAILING CITY:** Anchorage
- **STATE:** AK
- **ZIP:** 99502
- **RESIDENCE:** Same
- **OPERATOR LICENSE NO.:** 6929298
- **STATE:** AK
- **SEX:** M
- **DATE OF BIRTH:** 3-27-64
- **LAST NAME OWNER 1:** State of Alaska
- **NUMBER AND STREET:** P.O. Box Z
- **CITY:** Juneau
- **STATE:** AK
- **ZIP:** 99811
- **PLATE NUMBER:** 2306
- **STATE OF REG:** AK
- **VEH YEAR & MAKE:** 1990/Chev
- **VEH TYPE:** PK
- **COMMERCIAL:** ☒
- **NO OF OCCUP:** 2
- **VIN:** 2GCEC14H7L125435

### VEHICLE 2
NONE

**Accident Diagram:** 4 INTERSECTION

**INSURANCE CO:** State of Alaska
**Estimated Repair Cost:** $2500.00

| Name of Street or Highway | |
|---|---|
| Parking Garage at | Level 2 Entrance (AT INTERSECTION with) |

**Accident Description:** Joseph V Guzman was driving State of Alaska pick-up truck #9. He entered the Anchorage Airport parking garage at the first entrance. He made an immediate right and hit a barrier pole with the left side of the truck. He impacted on the driver's door and ran the pole along the left side to the rear tire.

| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | Names of Occupants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4 | 1 | 3-27-64 | M | 13 | 13 | 6 | - | - | 243-4419 | |
| 1 | 2 | 4 | 1 | 5-18-51 | M | 13 | 13 | 6 | - | - | | |

**OFFICER'S RANK AND NAME:** Anderson
**BADGE NO.:** 42
**DEPARTMENT:** AAP
**REVIEWING OFFICER:** M. Przyworski
**Date Reviewed:** 7-24-01

REPAIR ORDER #_____

# STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
## STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # _02306_     DEPARTMENT/SECTION _____

MAKE/MODEL OF EQUIPMENT _PICK-UP 9/ CHEVY_     CLASS _____

OPERATORS NAME _JOE GUZMAN_     SUPERVISORS NAME _____

LOCATION DAMAGE OCCURED _ANC_ _____

DATE DAMAGE OCCURED ~~_____~~ HOUR OF DAY _JULY 24, 01   0130 A.M_

DESCRIPTION OF DAMAGE _LELT SIDE DOOR & WINDSHIELD_

DESCRIBE WHAT HAPPENED _I WAS DRIVING INSIDE GARAGE (PARKING) ON LEVEL 2, FOR CHECKING GARBAGE ~~__~~ I WENT ~~____~~ LEVEL 2. I WAS ~~____~~ GOING TO ~~____~~ FIRST PARKING ON MY RIGHT SIDE WENT I TURN ON TO MY RIGHT THERES A LONG PICK UP ON MY RIGHT SIDE, I WAS DISTRATIVE ON THAT, THEN I DIDNT SEE THE YELLOW POST ON MY LELT SIDE. THATS WHAT I HIT IT._

WHAT CAUSED DAMAGE _DISTRATIVE_

SUPERVISORS COMMENT _____

EQDAMREP.(REV. 7/21/92)

page 4 of 5

REPAIR ORDER # _____

# STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
## STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # _02306_    DEPARTMENT/SECTION _____

MAKE/MODEL OF EQUIPMENT _Chev., PU_    CLASS _____

OPERATORS NAME _Joe Guzmen_    SUPERVISORS NAME _Rod B._

LOCATION DAMAGE OCCURED _2 Level Parking Garage_

DATE DAMAGE OCCURED _07-24-01_    HOUR OF DAY _01:30 AM._

DESCRIPTION OF DAMAGE _Door Dented_

DESCRIBE WHAT HAPPENED _Right Hand Turn on Second Level Garage. To make a Left Turn, we were Distracted by a Truck coming out of parking Spot on our Right Hand Side_

WHAT CAUSED DAMAGE _Ballard_

SUPERVISORS COMMENT _____

EQDAMREP.(REV. 7/21/92)