Ladies and Gentlemen

On Wed, Nov 26, 2003 at approximately 1120 hrs while driving the Glycol Truck, I had an accident. Although I believed I had adequate clearance between a parked ambulance and an Alaska airlines jet. The vehicle I was driving clipped the wing tip of the jet causing damage to the jet wing. I am not here to minimize the gravity or severity of this incident. I deeply regret the inconvenience and expense this incedent has caused.

In retrospect, there are a number of things I could have done differently. First I could have asked the ambulance driver to move his vehicle, thereby ensuring adequate clearance; or Second, I could have asked the ramp captain to escort the ambulance to a different location; or Third, I could have sought out an available airline employee and asked him or her to spot for me so I could back my vehicle safely between the jet and the ambulance. Had I done any one of these things I am certain we would not be here.

EXHIBIT
000015

I have been employed here for my second season as a temporary employee. During this time, I have had no incidents of any type. At all times I have endeavored to perform all my assignments conscientiously and completely. I am an honest man and a hard worker. I ask that you consider this as you decide on the disposition of this incident.

I accept full responsibility for this incident. I deeply regret the inconvenience and expense I have caused.

Despite the gravity and severity of this incident, I am hopeful that you can dispose of this incident in a manner which is both fair and equitable to all parties. Thank you for giving me the opportunity to address you.

Joe D. Walter

**Subject: Joe Walker**
**Date:** Wed, 26 Nov 2003 16:09:05 -0900
**From:** "Daniel A. Hartman" <Daniel_Hartman@dot.state.ak.us>
**To:** "Withers-Mushat, Charlotte" <charlotte_withers-mushat@dot.state.ak.us>

Today Joe Walker Backed into a parked 737 aircraft.  He caused damage to the Left wing tip, Broke the wing tip light assembly, as well as the strobe light control.  The airport police were called.  The interviewed Joe, And said that he would be ticketed for improper backing.  The aircraft had to be towed to the Alaska hanger for repairs.  Northern adjusters were called and came out,  I went to the hanger to look at the damage and was told that parts would have to be flown in from the lower 48.  Also the mechanics were talking to Bowing as to what other inspection needed to be done.  We don't have a cost yet but the aircraft leases for $22,500 a day.  I sent Mr. Walker down for a drug and alcohol test.  Doug Hunter drove him down.  I informed Mr. walker that he can come to work on Sunday but he is not to drive a vehicle. Also told him that a disciplinary hearing would be set up after his results came back.  Mr. Walker was in an area that did not require any collection of de-icer. He went into the area to go in to B terminal to get some lunch.  When he came out the aircraft was parked and an emergency vehicle was taking a passenger of the aircraft.  Mr. Walker back the vehicle up and tried to squeeze between the vehicle and the aircraft wing.  He hit the wing. Every one has been told not to get within 10 feet of an aircraft.

 

# Equipment Maintenance Work Order
## WONumber:   32473

Meter Reading: 646

| V 33678 | GLYCOL RECOVERY VEHICLE 1800 GALL | Date Open: 11/26/2003 | Date Closed: |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Check vehicle system conditions after accident with a 737. Miles on the odometer at the time of the inspection 9628. Vehicle was driven directly from the accident site to the equipment maintenance shop | A | 57510 | 101 | ISP | H | 701 |
| 2 | Checked head lights Hi and Lo beam OK, checked brake lights OK, check tail lights OK, checked turn signals OK, checked marker lights OK, checked backup lights OK. Check Cab interior light OK, Check Instrument Lights OK, All lights operated properly. | A | 57510 | 101 | ISP | D | 304 |
| 3 | Check condition of window glass. Windshield OK, Right Rear Window OK, Left Rear Window OK. Drivers door window OK. Passenger Window OK. All windows free from ice and fog at time vehicle was taken from accident site. No damage found to any window glass. | A | 57510 | 101 | ISP | A | 6 |
| 4 | Check mirrors for damage, Drivers door rear view OK, Drivers door rear view convex OK, Passengers door rear view OK, Passengers door rear view convex OK. All mirrors were free from ice, snow and fog when vehicle was taken from accident site. | A | 57510 | 101 | ISP | A | 5 |
| 5 | Checked heater/defroster. Checked fan speed control all speeds OK. Checked Floor, Windshield, mix control OK, check for hot air from defroster OK, Check for hot air from heater vent OK. | A | 57510 | 101 | ISP | A | 9 |
| 6 | Check tires for tread condition, tread depth was checked at out side edge, middle, and inside edge, RF 21/32, 20/32, 21/31, LF 20/32, 19/32, 20/32 , RR outer 20/32/, 20/32, 20/32 , RR inner 22/32, 23/32, 23/32 , LR outer 20/32, 23/32, 21/32, LR inner 22/32, 23/32, 22/32 , all tires found to be in good condition. | A | 57510 | 101 | ISP | B | 108 |
| 7 | Checked brake condition and action. Check brakes while backing OK. Check brakes while driving forward OK. Check brakes for pulling or grabbing, brakes operated properly, no pulling left or right, no grabbing. Check brake adjustment RF 1 1/8 OK, LF 1 3/16 OK, RR 3/4 OK, LR 3/4OK.Check brake shoe thickness RF .850+ , LF .850+ , RR .850+ , LR .850+ , all OK. Check ABS for proper operation OK. Checked area around break pedal, area is clean and free of obstruction. | A | 57510 | 101 | ISP | H | 707 |
| 8 | Check steering and suspension. Check linkage OK check adjustment OK, check spring condition OK, check spring anchors Ok. | A | 57510 | 101 | ISP | B | 102 |
| 9 | Check rear axle spring and mounting OK. | A | 57510 | 101 | ISP | B | 106 |
| 10 | Check transmission controls, all functioned properly. | A | 57510 | 101 | ISP | C | 202 |
| 11 | Checked throttle for truck engine, operates properly. Check for any obstruction of controls, none found. | A | 57510 | 101 | ISP | E | 408 |
| 12 | Check Damage to truck at point of impact with wingtip of Jet. Minor damage (paint scratched) | A | 57510 |  | ISP | A | 5 |

## LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | Frisby, Daniel | 11/26/03 | 0.25 | |
| 1 | George, Wade | 11/26/03 | 0.50 | |
| 2 | Frisby, Daniel | 11/26/03 | 0.25 | |
| 2 | George, Wade | 11/26/03 | 0.25 | |
| 2 | George, Wade | 11/26/03 | 0.20 | |
| 3 | Frisby, Daniel | 11/26/03 | 0.25 | |
| 3 | George, Wade | 11/26/03 | 0.25 | |
| 4 | Frisby, Daniel | 11/26/03 | 0.25 | |

  

# Equipment Maintenance Work Order
## WONumber: 32473

Meter Reading: 646

| V 33678 | GLYCOL RECOVERY VEHICLE 1800 GALL | Date Open: 11/26/2003 | Date Closed: |
|---|---|---|---|

## TASK

| Task | | Description | | | | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | George, Wade | 11/26/03 | 0.25 | | | | | | | |
| | 5 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 5 | George, Wade | 11/26/03 | 0.25 | | | | | | | |
| | 6 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 6 | Melarvie, Step | 11/26/03 | 0.50 | | | | | | | |
| | 6 | George, Wade | 11/26/03 | 0.75 | | | | | | | |
| | 7 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 7 | Melarvie, Step | 11/26/03 | 0.50 | | | | | | | |
| | 7 | Metcalf, Leroy | 11/26/03 | 0.50 | | | | | | | |
| | 7 | George, Wade | 11/26/03 | 0.50 | | | | | | | |
| | 8 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 8 | Metcalf, Leroy | 11/26/03 | 0.50 | | | | | | | |
| | 8 | George, Wade | 11/26/03 | 0.75 | | | | | | | |
| | 9 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 9 | Metcalf, Leroy | 11/26/03 | 0.50 | | | | | | | |
| | 9 | George, Wade | 11/26/03 | 0.50 | | | | | | | |
| | 10 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 10 | Melarvie, Step | 11/26/03 | 0.50 | | | | | | | |
| | 10 | George, Wade | 11/26/03 | 0.25 | | | | | | | |
| | 11 | Frisby, Daniel | 11/26/03 | 0.25 | | | | | | | |
| | 11 | George, Wade | 11/26/03 | 0.25 | | | | | | | |
| | 12 | Frisby, Daniel | 11/26/03 | 0.25 | 57510 | | | | | | |
| | 12 | George, Wade | 11/26/03 | 0.50 | 57510 | | | | | | |
| | | | Total | 11.20 | | | | | | | |

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|

| Type    | Sending   |          |           |      |    |
|---------|-----------|----------|-----------|------|----|
| Date    | Start     | Receiver | TX/RX Time | Pages |   |
| Dec-01  | 11:59 AM  | 92698910 | 1m 1s     | 3    | OK |

# SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

**Name of Injured / Equipment / Property:** Joe Walker / 737 Left Wing Tip — Backing up in Glycol Recovery truck and hit the left wing of a 737.

**Job or Activity at Time of Accident:** Backing Glycol Truck   **Date of Accident:** 11-26-03

**Exact Location:** East side of Gate B-4    **Time:** Approximately 11:20

---

**1. WHAT HAPPENED?** Joe Walker was driving the Glycol Recovery truck and backing when the vehicle hit the left wing tip of a 737 parked at Gate B-4.

*Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.*

---

**2. WHY DID IT HAPPEN?** Joe did not exercise good judgement and tried to squeeze between a parked vehicle and the aircraft. That poor decision coupled with poor visual judgement of his proximity.

*Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible:*

**OPERATING FACTORS TO BE CONSIDERED:**

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

---

**3. WHAT SHOULD BE DONE?** A briefing will be given to all employees to heighten awareness of potential for accident in congested areas.

*What action(s) will prevent similar accidents in the future?*

---

**4. WHAT HAVE YOU DONE THUS FAR?** The individual has been taken out of a position ~~that~~ so that he is not operating vehicles.

*Take or recommend action, depending on your authority.*

---

**5. HOW WILL THIS IMPROVE OPERATIONS?** Increase individual awareness.

*How will it help us meet our objective: ACCIDENT PREVENTION?*

---

**6. WHAT IS YOUR ROUGH ESTIMATED COST OF THIS ACCIDENT?**

- Cost of lost wages and medical expenses? ........ 0
- Damage to State property or equipment? .......... 0
- Damage to third parties, property and people? ... $22,000 +

**TOTAL** 22,000 +

---

**Investigated By:** Douglas L. Hunter    **Date:** 11-26-03

**Unit / Division / Department:** Asst Mgr Airfield Maintenance / ANC / DOT/PF

COMPLETE INSTRUCTIONS ARE ON THE BACK

02-932 (10/93)    page 7 of 10

REPAIR ORDER # _____

# STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
## STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # _____ DEPARTMENT/SECTION DOT-Eqipment MAINT.

MAKE/MODEL OF EQUIPMENT STERLING, Glycol Truck CLASS A

OPERATORS NAME JOE WALKER SUPERVISORS NAME DOUG HUNTER

LOCATION DAMAGE OCCURED AIA- GATE B4

DATE DAMAGE OCCURED 11-26-03 HOUR OF DAY 11:20 AM

DESCRIPTION OF DAMAGE Scratched upper Top Tube of the Truck. Broke the left light on the left wing of the plane. (737)

DESCRIBE WHAT HAPPENED I went into the Terminal to go to the bathroom and get some lunch. When I came back out an ambulance had parked sideways behind me. I backed straight up towards the ambulance and it didn't move. I pulled ahead and cut my wheels to back around the ambulance. As I WHAT CAUSED DAMAGE was backing up; I was looking in both mirrors at the plane and the ambulance. I was closer to the plane this time than I had been befor because of the proxsimity of the ambulance. I saw movement in my left mirror where the ambulance was. I started to apply my brakes when I felt SUPERVISORS COMMENT the truck rub against something. I stopped and pulled forward.

Joe made a poor decision to try and squeeze between an aircraft and a vehicle when there was no reason to do so.

EQDAMREP.(REV. 7/21/92)



# FASCIMLE

State of Alaska, Department of Transportation & Public Facilities
Airfield Maintenance

**TO:** Charlotte
**FAX NO:** 269-8910
**TELEPHONE NO:** 269-8668

**DATE:** 12-1-3
**NO. PAGES:** 3
(including cover page)

**FROM:** Nick Ebell
**FAX NO:** (907) 266-2677
**TELEPHONE NO:** (907) 266-2425

**COMMENTS:** _____

_____
_____
_____
_____
_____

