



Casie Knodler

page 1 of 5

EXHIBIT
000016

# SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured / Equipment / Property: **P.U. #32**

Job or Activity at Time of Accident: **Parking a Pick-up**      Date of Accident: **2-7-03**
Exact Location: **Field Maint. Yard in front of shop**      Time: **12:15 AM**

**1. WHAT HAPPENED?** Casie Knoedler was backing the pick-up out of the shop to park it. He was going about 10 mph and didn't see the Jersey barrier behind him. He hit it damaging the rear bumper.

Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.

**2. WHY DID IT HAPPEN?** He was not aware of his surroundings, he backed up farther than necessary, and he was backing up too fast.

Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible:

**OPERATING FACTORS TO BE CONSIDERED:**

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

**3. WHAT SHOULD BE DONE?** Check your path before backing, go foward as soon as possible, back up slowly. Mark the barracades better.

What action(s) will prevent similar accidents in the future?

**4. WHAT HAVE YOU DONE THUS FAR?** Pat, Phil, and Todd all witnessed the accident.

Take or recommend action, depending on your authority.

**5. HOW WILL THIS IMPROVE OPERATIONS?** _____

How will it help us meet our objective: ACCIDENT PREVENTION?

**6. WHAT IS YOUR ROUGH ESTIMATED COST OF THIS ACCIDENT?**
   Cost of lost wages and medical expenses? ..................
   Damage to State property or equipment? .................. **$300.00**
   Damage to third parties, property and people? ..................
                                                  TOTAL **$300.00**

Investigated By: **Todd M. Hanley**      Date: **2-7-03**
Unit / Division / Department: **Field Maintenance**

**COMPLETE INSTRUCTIONS ARE ON THE BACK**

page 2 of 5

02-932 (10/93)

REPAIR ORDER # _____

## STATE OF ALASKA
### DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
### STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # _32496_    DEPARTMENT/SECTION _dOT Field Maintance_

MAKE/MODEL OF EQUIPMENT _Chevy PU32 4X4_    CLASS _____

OPERATORS NAME _Casie Ray Knoedler_ SUPERVISORS NAME _Todd Hanly_

LOCATION DAMAGE OCCURED _Field Maintance Yard outside Equipment Shop_

DATE DAMAGE OCCURED _3-7-03_    HOUR OF DAY _1215 AM_

DESCRIPTION OF DAMAGE _BACK BUMPER_

DESCRIBE WHAT HAPPENED _I WAS BACKing UP FROM the Maintance Shop TO PARK PU32 I Looked And checked All 3 Mirror's And could Not see The Barrier Behind PU32 I Also Had Todd Hanly sat in the Truck To Show Him you could Not see the Barrier Evan when you looked out the Back window OR the Mirrors_

WHAT CAUSED DAMAGE _Some one Has Just Put A Barrier out Where We Park the Pickups And Equipment And it Was Not Flaged And A Hazard I dont know why the Barrier Was Put out Their in the First Place We should Have Been informed_

SUPERVISORS COMMENT _____

EQDAMREP.(REV. 7/21/92)



