# STATE OF ALASKA
## AIRPORT POLICE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reporting Officer: J. GAMACHE | | Perm. I.D.: JSG0 | Date Reported: 12/24/04 | Time Reported: 1935 | Case Number: 04-6955 | | | |

| Act. # | Act/Off. Code | UCR No. | Type of Activity / Offense | Date Occurred | Time | Dom. Viol. | Alcohol Or Drugs Involved |
|---|---|---|---|---|---|---|---|
| 1 | 9504 | | MVA - D | 12-24-04 | 1932 | No | None |

Location of Offense / Activity: AVALASKA DRIVEWAY OFF POSTMARK DR.
Patrol Zone: UEBA

| Act. # | Act/Off. Code | UCR No. | Type of Activity / Offense | Date Occurred | Time Occurred | Dom. Viol. | Alcohol Or Drugs Involved |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |

Location of Offense / Activity: 

| Pers. # | Role(s) | Name | S | Race | Ht. | Wt. | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CI | JAMES MICHELANGELO | M | W | 508 | 182 | BLK | BRO | 2-17-50 |

Residence Address: 55 W. 4TH AVE. ANCHORAGE AK
Residence / Cell Phone: 266-2600
Driver's License No.: 5047661
State: AK

Place of Employment: STATE OF ALASKA DOT TSAIA OPS
Work Phone: 266-2600
Occupation: OPS SUPV

APSIN ID No.: 5047661
Social Security No.: 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
ATN / NCIC / Other ID No.:
Charged With:
Susp Act. No.:
Juv. Dispo.:

| Pers. # | Role(s) | Name | Sex | Race | Ht. | Wt. | Hair | Eyes | D.O.B. / Approx. |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | |

Residence Address:
Residence / Cell Phone:
Driver's License No.:
State:

Place of Employment:
Work Phone:
Occupation:

APSIN ID No.:
Social Security No.:
ATN / NCIC / Other ID No.:
Charged With:
Susp Act. No.:
Juv. Dispo.:

| Vehic. # | License No. | State | VIN / Serial No. | Color | Year | Make | Model | Body Style / Type |
|---|---|---|---|---|---|---|---|---|
| 1 | V34658 | AK | 1FMPU16L43LC09217 | BLU | 2003 | FORD | EPD | LL |

Aircraft Reg. No.: | Make: | Model: | Landing Gear Type: | Color(s): | Status: | Loss / Damage Amt.: $5000

**INITIAL DETAILS:** On Friday, December 24, 2004 at approximately 1935 hours, I was called by the watch commander, to an MVA at the AvAlaska building just West of Postmark Dr.

**INVESTIGATION:** Upon arrival I observed the blue Ford Expedition used by Airport 10 in front of the AvAlaska building with a person in the back seat using a phone. The person was later identified as James Michelangelo, an employee of the State DOT. I observed the driver's side front and rear door dented in on the vehicle rendering them inoperable. I then spoke to Michelangelo.

**INTERVIEW SYNOPSIS: #1, CI, James MICHELANGELO**
James said he turned off Postmark Dr. onto the AvAlaska driveway. He lost control on the ice and slid sideways, striking the post. He said he was wearing his seatbelt and was not hurt. He was the only occupant in the vehicle during the collision. James contacted DOT vehicle maintenance that was coming to move the vehicle to the shop. James said his speed was relatively slow.

**INVESTIGATION CONT':** I assisted Michelangelo and transported him to his office. Sgt. H. Weiss took 8 photos at the scene of the accident. All but one was too dark to see any detail. I took 5 photos of the damage as the vehicle sat in the maintenance shop. My estimate of the damage amount is approximately $5000.00.

**ATTACHMENTS:**
2 Pages of State Motor Vehicle Collision Report part A & B.
2 Pages containing photos of the post and vehicle damage.

REVIEWED AND APPROVED BY | PERM. ID | COPIES TO | CASE CLOSURE | DATE CLOSED
12-201 (Rev. 11/02)

EXHIBIT 000017

Name of Injured/Damaged Equipment/Property

_2003 Ford Expedition #34658_

Job or Activity at Time of Accident _routine patrol_       Date of Accident _12-24-2004_

Exact Location _Village Aviation leasehold_       Time _1932 hours_

**1. WHAT HAPPENED?** _Lost control of_

_vehicle & hit steel post._

Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.

**2. WHY DID IT HAPPEN?**

_Slick road conditions, excess_
_speed for conditions, poorly_
_maintained road._

Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible.
OPERATION FACTORS TO BE CONSIDERED:

| Proper | Proper | People |
|---|---|---|
| Equipment | Material | |
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

**3. WHAT SHOULD BE DONE?** _Drive more_
_carefully, use state maintained roads_

What action(s) will prevent similar accidents in the future?

**4. WHAT HAVE YOU DONE THUS FAR?**
_Blocked off road where accident happened_
_Directed Ops to use state maintained roads_

Take or recommend action, depending on your authority.

**5. HOW WILL THIS IMPROVE OPERATIONS?**
_Poorly maintained, slick road can't be used._

How will it help us meet our objective – ACCIDENT PREVENTION?

**6. WHAT IS YOUR ESTIMATED COST OF THIS ACCIDENT?**

| | |
|---|---|
| Cost of lost wage and medical expenses? | _$0_ |
| Damage to State property or equipment? | _$10,000_ |
| Damage to third parties, property and people? | _$500 bent post_ |
| **TOTAL** | _$10,500_ |

Investigated By _Dan Hartman for John Parrott_       Date _1/7/5_

Unit/Division/Department _ANC_

FORMS\INVESTIG

# ALASKA MOTOR VEHICLE COLLISION REPORT

## Driver Information
*(One choice per field unless otherwise noted - Other * should be explained in narrative )*

| Unit #: 1 | Driver Name (Last, First, MI): Michelangelo, James | Sex: ☒ 01 M ☐ 02 F | DOB: 2-17-50 | Contact Phone: 266-2600 |
|---|---|---|---|---|

| DL #: 5047661 | State: AK | License Class: ☐ 01 CDL-A ☐ 02 CDL-B ☐ 03 CDL-C ☐ 04 CDL-IC ☒ 05 D ☐ 06 M1 ☐ 07 M2 ☐ 08 M ☐ 09 IP | Ejected: ☐ 01 Y ☒ 02 N ☐ 03 P ☐ 04 Unk |
|---|---|---|---|

Excricated: ☐ 01 Y ☒ 02 N ☐ 03 Unk

| Mailing Address: 645 G St. NO 831 | City: Anchorage | State: AK | Zip: | NFR: ☐ 01 Y ☐ 02 N | Ins Coverage: ☒ 01 Y ☐ 02 N |
|---|---|---|---|---|---|

| Physical Address: 733 W 4th Ave #831 | City: Anch. | State: AK | Zip: | Ins Company: State of Alaska |
|---|---|---|---|---|

### Environment Circumstances:
- ☐ 01 Glare
- ☒ 02 Obstruction
- ☐ 03 Weather
- ☐ 04 None
- ☐ 05 Other *
- ☐ 06 Unk

### Injury Status:
- ☐ 01 Fatal
- ☐ 02 Incapacitating *
- ☐ 03 Non-incapacitating *
- ☐ 04 Possible
- ☒ 05 None
- ☐ 06 Not Reported
- ☐ 07 Unk

### Driver Restraint / Airbag (4 choice max):
- ☐ 01 Not used
- ☐ 02 None inuild
- ☐ 03 Helmet
- ☒ 04 Lap/Shldr
- ☐ 05 Lap only
- ☐ 06 Shldr only
- ☐ 07 Pip Chld Rst
- ☐ 08 Imp Child Rst
- ☐ 09 A/bag Dplyd
- ☒ 10 A/bag not Dplyd
- ☐ 11 A/bag sw itch off
- ☐ 12 Side Bag Dplye
- ☐ 13 Not Reported
- ☐ 14 Unk

### Alcohol/Drugs Suspected:
☒ 01 None ☐ 02 Alcohol ☐ 03 Drugs ☐ 04 Both

### Test Given:
☐ 01 Blood ☐ 02 Breath ☒ 03 Not given ☐ 04 Refused

### BAC Level:

### Transported:
☐ 01 Y ☒ 02 N ☐ 03 Unk

### Human Circumstances (2 choice max):
- ☐ 01 No improper driving
- ☐ 02 Backing unsafely
- ☐ 03 Cell phone use
- ☐ 04 Disregard traffic control device other than signal
- ☐ 05 Driver inattention
- ☐ 06 Driver inexperience
- ☐ 07 Drove off road
- ☐ 08 Emotional
- ☐ 09 Failure to yield
- ☐ 10 Fell asleep
- ☐ 11 Following too closely
- ☐ 12 Illness
- ☐ 13 Improper lane usage/change
- ☐ 14 Improper passing
- ☐ 15 Improper turn
- ☐ 16 Loss of consciousness
- ☐ 17 Passenger distraction
- ☐ 18 Pedestrian error/confusion
- ☐ 19 Physical disability
- ☐ 20 Red light violation
- ☐ 21 Stop sign violation
- ☐ 22 Taking prescription meds
- ☐ 23 Unsafe speed
- ☐ 24 Wrong side/way
- ☐ 25 Other *
- ☒ 26 Unk

### Transported By:
- ☐ 01 Air Ambulance
- ☐ 02 Airplane
- ☐ 03 EMS
- ☐ 04 Helicopter
- ☐ 05 Police
- ☐ 06 Private vehicle
- ☐ 07 Unk
- ☒ 08 N/A

### Transported To:
- ☐ 01 Clinic
- ☐ 02 Hospital
- ☐ 03 Mortuary
- ☐ 04 Residence
- ☐ 05 Unk
- ☒ 06 N/A

## Vehicle Information

| Vehicle Information | Vehicle Owner Name (Last, First, MI): State of Alaska DOT | Contact Phone: 266-2600 |
|---|---|---|

### No. of Occupants: 1

### Vehicle Information
- ☐ 01 None/Minor
- ☒ 03 Disabling
- ☐ 05 Unk
- ☐ 02 Functional
- ☐ 04 Totaled

| Mailing Address: 4600 Postmark Dr | City: Anch. | State: AK | Zip: 99502 |
|---|---|---|---|

| Damage Estimate: ☒ Over $501 | VIN: | License Plate #: 3465B | State: AK |
|---|---|---|---|



FRONT / REAR
(Circle codes to show first impact - select one)

| Undercarriage Damage: ☐ 01 Y ☒ 02 N | Veh Year: 2003 | Maker: Ford | Model: Exped | Color: Blu |
|---|---|---|---|---|

| Direction of Travel: ☐ 01 North ☐ 03 East ☐ 05 Unk ☐ 02 South ☒ 04 West | Veh Towed: ☐ 01 Y ☐ 02 N ☒ 03 Unk |
|---|---|

Towed By:

### Vehicle Configuration (non-commercial only):
- ☐ 01 Dog sled
- ☒ 02 Light truck (only 4 tires)
- ☐ 03 Motorhome
- ☐ 04 Motorcycle
- ☐ 05 Off highway vehicle
- ☐ 06 Passenger car
- ☐ 07 Pedalcycle
- ☐ 08 Pedestrian
- ☐ 09 Other *
- ☐ 10 Unk

### Vehicle Configuration, (commercial only):
- ☒ 01 Single-unit (2-axles)
- ☐ 02 Single-unit (3+ axles)
- ☐ 03 Truck/trailer
- ☐ 04 Tractor (bobtail)
- ☐ 05 Tractor/semi-trailer
- ☐ 06 Tractor/doubles
- ☐ 07 Tractor/triples
- ☐ 08 Veh/enclosed box
- ☐ 09 Unk heavy truck
- ☐ 10 Other *

### Body Type (2 choice max, commercial only):
- ☐ 01 Auto transporter
- ☐ 02 Bus (15 or more seats)
- ☐ 03 Bus (7-15 seats)
- ☐ 04 School bus
- ☐ 05 Cargo tank
- ☐ 06 Concrete mixer
- ☐ 07 Dump
- ☐ 08 Flatbed
- ☐ 09 Garbage/refuse
- ☐ 10 Grain/chips/gravel
- ☐ 11 Pole
- ☐ 12 Other *
- ☐ 13 Unk

### Vehicle Circumstances:
- ☐ 01 Accelerator defective
- ☐ 02 Brakes defective
- ☐ 03 Headlights defective
- ☐ 04 Other lighting defective
- ☐ 05 Oversized vehicle
- ☐ 06 Steering failure
- ☐ 07 Tire failure/inadequate
- ☐ 08 Tow hitch defective
- ☐ 09 Windshield damaged
- ☒ 10 None
- ☐ 11 Other *
- ☐ 12 Unk

### Vehicle Action:
- ☐ 01 Avoiding objects in road
- ☐ 02 Backing
- ☐ 03 Changing lanes
- ☐ 04 Entering traffic lane
- ☐ 05 Leaving traffic lane
- ☐ 06 Making U-turn
- ☐ 07 Merging
- ☐ 08 Out of control
- ☐ 09 Passing
- ☐ 10 Parked
- ☐ 11 Skidding
- ☐ 12 Slowing
- ☐ 13 Starting in traffic
- ☐ 14 Stopped
- ☐ 15 Straight ahead
- ☒ 16 Turning right
- ☐ 17 Turning left
- ☐ 18 Other *
- ☐ 19 Unk

### Roadway Circumstances:
- ☐ 01 Debris
- ☐ 02 Inoperative traffic device
- ☐ 03 Missing traffic device
- ☐ 04 Obscured traffic device
- ☐ 05 Obstruction in roadway
- ☐ 06 Shoulder
- ☒ 07 Road surface condition
- ☐ 08 Ruts, holes, bumps
- ☐ 09 School zone
- ☐ 10 Work zone
- ☐ 11 Worn, polished
- ☐ 12 Unknown

### Traffic Control:
- ☐ 01 Flashing signal
- ☒ 02 No controls
- ☐ 03 Misusing traffic signal
- ☐ 04 RR crossing devices
- ☐ 05 School zone signs
- ☐ 06 Stop sign
- ☐ 07 Traffic control signal
- ☐ 08 Warning signs
- ☐ 09 Yield sign
- ☐ 10 Officer/flagman/guard
- ☐ 11 Other *
- ☐ 12 Unk

## Commercial Vehicle Information
(If crash involves a commercial vehicle, complete this section and forward a copy of report to CVE Unit, 12050 Industry Way - Bldg O - Suite #6, Anch, Ak 99515)

| Carrier Name: | Gross Weight (lbs): |
|---|---|

| Address: | Carrier ID#: |
|---|---|

| City: | State: | Zip: | Contact Phone: |
|---|---|---|---|

### Second Sequence of Events, Collision:
- ☐ 01 Aircraft
- ☐ 02 Animal
- ☐ 03 Bicyclist
- ☐ 04 Bridge/Overpass
- ☐ 05 Bridge rail
- ☐ 06 Crash cushion
- ☐ 07 Culvert
- ☐ 08 Curb/Wall
- ☐ 09 Ditch
- ☐ 10 Embankment
- ☐ 11 Fence
- ☐ 12 Guard rail face
- ☐ 13 Guard rail end
- ☐ 14 Light support
- ☐ 15 Machinery
- ☐ 16 Mail box
- ☐ 17 Median barrier
- ☐ 18 Moose
- ☐ 19 Parked vehicle
- ☐ 20 Pedestrian
- ☐ 21 Sideswipe
- ☐ 22 Sign
- ☐ 23 Snowberm
- ☐ 24 Traffic signal pole
- ☐ 25 Train
- ☐ 26 Tree/shrub
- ☐ 27 Utility pole
- ☐ 28 Veh in transit
- ☐ 29 Veh - rear end
- ☐ 30 Veh - head on
- ☐ 31 Veh - angle
- ☐ 32 Other fixed object

### Carrier ID Source:
- ☐ 01 Driver/Vehicle
- ☐ 02 Log Book
- ☐ 03 Shipping Papers
- ☐ 04 Trip Manifest

### Issuing Authority:
- ☐ 01 US DOT
- ☐ 02 ICC
- ☐ 03 AKS

### Placard:
- ☐ 01 Y
- ☐ 02 N
- ☐ 03 Unk

### Haz Mat Released:
- ☐ 01 Y
- ☐ 02 N
- ☐ 03 Unk

### Second Sequence of Events, Non-collision:
- ☐ 33 Cargo loss/shift
- ☐ 34 Crossed median/centerline
- ☐ 35 Downhill runaway
- ☐ 36 Equipment failure
- ☐ 37 Explosion/fire
- ☐ 38 Immersion
- ☐ 39 Jackknife
- ☐ 40 Overturn
- ☐ 41 Run off road
- ☐ 42 Separation of units
- ☐ 43 Other *
- ☐ 44 Unk

| Page 2 of 2 | Part - B | 12-200 Revised 9/12/01 |
|---|---|---|

# SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured/Damaged Equipment/Property

_2003 Ford Expedition #34658_

Job or Activity at Time of Accident _routine patrol_            Date of Accident _12-24-2004_

Exact Location _Village Aviation leasehold_                Time _1932 hours_

1. WHAT HAPPENED? _Lost control of_
_vehicle & hit steel post._                 Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.

2. WHY DID IT HAPPEN? _____
_Slick road condition, excess_
_speed for conditions, poorly_
_maintained road._

Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible.
OPERATION FACTORS TO BE CONSIDERED:

| Proper | Proper | People |
|---|---|---|
| Equipment | Material | |
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

3. WHAT SHOULD BE DONE? _Drive more_
_carefully, use state maintained roads_              What action(s) will prevent similar accidents in the future?

4. WHAT HAVE YOU DONE THUS FAR? _____
_Blocked off road where accident happened_
_Directed Ops to use state maintained roads_           Take or recommend action, depending on your authority.

5. HOW WILL THIS IMPROVE OPERATIONS? _____
_Poorly maintained, slick road can't be used._           How will it help us meet our objective – ACCIDENT PREVENTION?

6. WHAT IS YOUR ESTIMATED COST OF THIS ACCIDENT?

Cost of lost wage and medical expenses? .................................. _$0_

Damage to State property or equipment?........................................ _$10,000_

Damage to third parties, property and people?.............................. _$500 bent post_

TOTAL _$10,500_

Investigated By _Dan Hartman for John Parrott_          Date _1/7/5_

Unit/Division/Department _ANC_

FORMS\INVESTIG

Vehicle Accident Report
December 24, 2004
1932 Hours Local Time

Synopsis:

After leaving the upper ramp I proceeded on International Airport Road to Postmark
Drive northbound. After crossing Taxiway Victor, I stopped on Postmark Drive to give
way to oncoming traffic. I made a left turn onto the road located between Avalaska
Hanger and Taxiway Victor. Approximately one third of the way, the vehicle started a
sudden sharp right turn, then back straight a head, then another sudden sharp right turn.
The vehicle was now traveling 90 degrees on the road when it impacted the steel post
located just off the road a few feet north. Due to the short distance from Postmark Drive
to the accident site the speed did not exceed 20 mph.

Damage to Vehicle:

The vehicle was a Ford Expedition XLT, Alaska Plate #34658, total mileage 34,713.0.
The left side of the vehicle between the two doors struck the steel post. Due to **lateral
load impact** the vehicle was substantially damaged, causing major damage to the vehicle
frame.

Meteorological Information:

The weather was reported as clear; visibility 10 miles; temperature +14 degrees F; dew
point +5 degrees F; wind 340 degrees at 14 knots, gusting 25 knots. Chill factor –4
degrees F.

Road Conditions:

The road is constructed of packed gravel and dirt and is approximately 20 feet wide by
200 feet long. It starts on Postmark Drive and ends on the ramp at Charlie Parking. At the
time of the accident the road was covered in clean uneven ice with some small raised ice
ridges.

Airport Police:

After the accident Safety 204 was on location within one minute. A few minutes later
safety 204 arrived. Accident is under investigation by Airport Police under case number
04-6955.

James Michelangelo
Airport Operations Office



Vehicle Accident
12-24-2004
1932 hours Local Time:

North:

Accident Site

Alaska Building

—30 feet

Compl
Slip
Traf

To LH

Taxiway Victor

= Route of Travel
= Vehicle # 34658

to North Terminal

Postmark Drive

REPAIR ORDER #

# STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
### STATE EQUIPMENT FLEET

## EQUIPMENT DAMAGE REPORT

EQUIPMENT LICENSE # _34658_     DEPARTMENT/SECTION _Airport Operations_

MAKE/MODEL OF EQUIPMENT _Ford Expedition XLT_     CLASS _____

OPERATORS NAME _James Michelangelo_ SUPERVISORS NAME _Jim Iagulli_

LOCATION DAMAGE OCCURED _Road located between Aushika House & Twy Victor_

DATE DAMAGE OCCURED _12-24-2004_     HOUR OF DAY _7:32 P.M._

DESCRIPTION OF DAMAGE _The left side of the vehicle was substantially_
_demaged, causing major damage to the vehicle frame._

DESCRIBE WHAT HAPPENED _"SEE NARRATIVE report"_

WHAT CAUSED DAMAGE _steel Post located, just off the_
_road a few feet north._

SUPERVISORS COMMENT _____

EQDAMREP.(REV. 7/21/92)

# ALASKA MOTOR VEHICLE COLLISION REPORT

DMV #
Incident/Case #
04-6555

**Crash Information –** (One choice per field unless otherwise noted - Other * should be explained in narrative)

| Total # Units: | Crash Date: 12-24-04 | Crash Time (24 hr): 1932 | Crash Occurred in (City/Borough): Anchorage | Temp: +15 | Pstd Spd: | EMS Run #: |

**Crash Day:**
- ○ 01 Mon  ☒ 05 Fri
- ○ 02 Tue  ○ 06 Sat
- ○ 03 Wed  ○ 07 Sun
- ○ 04 Thu

N: ° ' W: ° '

Photos Taken: ☒ 01 Y  ○ 02 N

Non-vehicular Property Damage: ○ 01 Y ☒ 02 N ○ 03 Unk

**Roadway Junction/Type:**
- ○ 01 Crossover
- ☒ 02 Driveway
- ○ 03 Not a junction
- ○ 04 On ramp
- ○ 05 Off ramp
- ○ 06 Railway crossing
- ○ 07 Roundabout
- ○ 08 T - intersection
- ○ 09 Y - intersection
- ○ 10 4-way intersection
- ○ 11 5-point or more
- ○ 12 Other *
- ○ 13 Unk

**Weather:**
- ○ 01 Blowing sand, soil, dirt, snow
- ☒ 02 Clear
- ○ 03 Cloudy
- ○ 04 Fog/smoke
- ○ 05 Ice Fog
- ○ 06 Rain
- ○ 07 Sleet, hail (freezing rain)
- ○ 08 Severe crosswinds
- ○ 09 Snow
- ○ 10 Other *
- ○ 11 Not Reported
- ○ 12 Unk

**Roadway Character:**
- ☒ 01 Straight/Lvl
- ○ 02 Straight/Grd
- ○ 03 Straight/Hlcrst
- ○ 04 Curve/Lvl
- ○ 05 Curve/Grd
- ○ 06 Curve/Hlcrst
- ○ 07 Unk

**Road Surface:**
- ○ 01 Dry
- ☒ 02 Ice
- ○ 03 Water
- ○ 04 Sand, mud, dirt, oil, gravel
- ○ 05 Slush
- ○ 06 Snow
- ○ 07 Wet
- ○ 08 Other *

(Law Enforcement use only)

**Lighting:**
- ○ 01 Dark - lighted roadway
- ☒ 02 Dark - roadway not lighted
- ○ 03 Dark - unknown lighting
- ○ 04 Daylight
- ○ 05 Twilight
- ○ 06 Other *
- ○ 07 Not Reported
- ○ 08 Unk

Location Control
Ref Pt

Name of Street or Highway: Driveway

400 ☒ feet ○ miles ○ at int. w/  ○ N ○ E ○ S ☒ W  Cross Street, Bridge, etc. Postmark Dr.

**Crash Description/Violation**

Vehicle #1 was traveling westbound in the AvAlaska driveway. Vehicle #1 lost control on the ice and struck a barrier post on the drivers side. Post struck at the mid-section of vehicle #1 damaging both front and rear drivers side doors.

**Crash Diagram**

Indicate North N →



Barrier Posts, AVALASKA BUILDING, SKID, PARKING AREA, VICTOR Taxi Way, Postmark Dr., Not to Scale

Violation Section(s): None
Ticket Description: None issued

**Location of First Sequence of Events:**
- ○ 01 Bike Lane
- ○ 02 Gore
- ○ 03 Median
- ○ 04 Outside trafficway
- ○ 05 Parking lot
- ☒ 06 Roadside
- ○ 07 Roadway
- ○ 08 Shared use paths
- ○ 09 Shoulder
- ○ 10 Unk

**First Sequence of Events, Collision:**
- ○ 01 Aircraft
- ○ 02 Animal
- ○ 03 Bicyclist
- ○ 04 Bridge/Overpass
- ○ 05 Bridge rail
- ○ 06 Crash cushion
- ○ 07 Culvert
- ○ 08 Curb/Wall
- ○ 09 Ditch
- ○ 10 Embankment
- ○ 11 Fence
- ○ 12 Guard rail face
- ○ 13 Guard rail end
- ○ 14 Light support
- ○ 15 Machinery
- ○ 16 Mail box
- ○ 17 Median barrier
- ○ 18 Moose
- ○ 19 Parked vehicle
- ○ 20 Pedestrian
- ○ 21 Sideswipe
- ○ 22 Sign
- ○ 23 Snowberm
- ○ 24 Traffic signal pole
- ○ 25 Train
- ○ 26 Tree/shrub
- ○ 27 Utility pole
- ○ 28 Veh in transit
- ○ 29 Veh - rear end
- ○ 30 Veh - head on
- ○ 31 Veh - angle
- ● 32 Other fixed object

**First Sequence of Events, Non-collision:**
- ○ 33 Cargo loss/shift
- ○ 34 Crossed median/centerline
- ○ 35 Downhill runaway
- ○ 36 Equipment failure
- ○ 37 Explosion/fire
- ○ 38 Immersion
- ○ 39 Jackknife
- ○ 40 Overturn
- ○ 41 Ran off road
- ○ 42 Separation of units
- ○ 43 Other *
- ○ 44 Unk

☐ Check if supplemental diagram

**Officer/Agency Information**

| Officer name: Joseph S. Gamache | Officer PermID: JSG0 | Agency: AIAPD | Reviewing Officer Perm ID: | Review Date: |

Page 1 of 2 — Part - A — 12-200 Revised 9/12/0







# Equipment Maintenance Work Order
## WONumber:     48682

Meter Reading: 34713

| V  34658 | SUV, FORD EXPEDITION OPERATIONS | Date Open: 12/27/2004 | Date Closed: |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 1 | Inspect and investigate accident damage | A | | | | | |
| | Discrepancy: inspect crashed | | | | | | |
| 2 | check tire condition / tread wear good  R/F 8/32+ L/F 8/32+ L/R 8/32+ R/R 8/32+ studs excellent  overall evaluation good to excellent | A | | | | | |
| | Discrepancy: accident damage tires | | | | | | |
| 3 | Check lighting condition, Head lights high beam ok, low beam ok, reverse lights ok, brake lights ok, turn signals ok, markers ok, interior lighting ok, exterior strobes ok, floods ok | A | | | | | |
| | Discrepancy: accident damage lighting | | | | | | |
| 4 | check function and operation of interior and exterior mirrors, interior rear view operational and unobstructed, exterior heated power mirrors operational and unobstructed, until now | A | | | | | |
| | Discrepancy: accident damage interior and exterior mirrors | | | | | | |
| 5 | check condition of all glass, windshield, door glass x4, rear side panel glass, and rear hatch glass ok all wiper blades ok and wipers and washers operational and washer fluid almost full | A | | | | | |
| | Discrepancy: accident damage inspect glass | | | | | | |
| 6 | check heater operation, heater prewformance good in all modes ea., defrost floor and vent | A | | | | | |
| | Discrepancy: accident damage heater operation | | | | | | |
| 7 | physically inspect brakes and check for proper operation, all brake linings approximately 40% to 50% life remaining, wear indicators some .25 inches from rotor surfaces. Brake preformance good and antilock operation working properly | A | | | | | |
| | Discrepancy: accident damage brake preformance | | | | | | |
| 8 | check steering and related components, steering rack ok, tie rod ends tight and ok, ball joints ok, power stering pump full and ok | A | | | | | |
| | Discrepancy: accident damage steering components | | | | | | |
| 9 | check front suspension, struts ok, shocks ok, there is some suface damage to the right lower control arm and frame where control arm attaches, also both skid plates under vehicle sustained damage, and the right front wheel this damage was caused by the curb that the vehicle was high centered on. | A | | | | | |
| | Discrepancy: accident damage frontsuspension | | | | | | |
| 10 | Check rear suspension all appears to be ok but whith further inspection on frame rack will be needed | A | | | | | |
| | Discrepancy: accident damage rear suspension | | | | | | |
| 11 | check trans and 4x4 operation, with limited space in drivers seat a test drive was preformed, transmission operational and shifting properly 4 wheel drive also operational in all settings, vehicle was in 2wd upon first inspection | A | | | | | |
| | Discrepancy: accident damage trans and 4x4 operation | | | | | | |
| 12 | check throttle, operation was good with no apparent binding or sticking | A | | | | | |
| | Discrepancy: accident damage throttle operation | | | | | | |
| 13 | check body damage, drivers side center door post area hardest impact point, both drivers side doors with interior and exterior hardware and electrical parts also glass, running board, skid plates, R/front wheel, possibly R/front lower control arm, also the roof is buckiled above drivers door. | A | | | | | |
| | Discrepancy: accident damage body parts | | | | | | |




# Equipment Maintenance Work Order
## WONumber:    48682

Meter Reading: 34713

| V  34658 | SUV, FORD EXPEDITION OPERATIONS | Date Open: 12/27/2004 | Date Closed: |
|---|---|---|---|

## TASK

| Task | Description | MC | Labor | CC | RC | SC | SSC |
|---|---|---|---|---|---|---|---|
| 14 | estimates for body work | A | | | | | |
| | Discrepancy: accident damage stimate needed | | | | | | |

## LABOR

| Task | Mechanic | Date | Hrs. | Code |
|---|---|---|---|---|
| 1 | Melarvie, Step | 12/27/04 | 1.00 | |
| 2 | Melarvie, Step | 12/28/04 | 0.25 | |
| 3 | Melarvie, Step | 12/28/04 | 0.25 | |
| 4 | Melarvie, Step | 12/28/04 | 0.25 | |
| 5 | Melarvie, Step | 12/28/04 | 0.25 | |
| 6 | Melarvie, Step | 12/28/04 | 0.25 | |
| 7 | Melarvie, Step | 12/28/04 | 0.50 | |
| 8 | Melarvie, Step | 12/28/04 | 0.50 | |
| 9 | Melarvie, Step | 12/28/04 | 0.25 | |
| 10 | Melarvie, Step | 12/28/04 | 0.25 | |
| 11 | Melarvie, Step | 12/28/04 | 0.50 | |
| 12 | Melarvie, Step | 12/28/04 | 0.25 | |
| 13 | Melarvie, Step | 12/28/04 | 0.25 | |
| 14 | Melarvie, Step | 12/28/04 | 0.25 | |
| | | Total | 5.00 | |

## PARTS

| Task # | Quant | Part Number | Description | Cost | Extended |
|---|---|---|---|---|---|
| 14 | 1 | | NEED ESTIMATES FOR BODY WORK  E5-56-117 | | |
| | | | | Total | |