**Ted Stevens Anchorage International Airport**

P.O. Box 196960
Anchorage, Alaska 99519-6960

*original copy with notes*

February 2, 2005

John P. Suter
P.O. Box 670144
Chugiak, AK 99567-0144

Mr. Suter,

Enclosed are the records you have requested. Documents deemed to be personnel records have been excluded in accordance with AS 40.25.120(4).

Sincerely,

John Parrott
Deputy Director

Attachments

JP:gj

**EXHIBIT**

000018

# STATE OF ALASKA
## ANCHORAGE AIRPORT POLICE
### STATEMENT FORM

Case No. 04-606

| Name | Sex | Race | Ht. | Weight | Hair | Eyes | D.O.B. |
|---|---|---|---|---|---|---|---|
| MARLYN D MOODY | M | W | 5'7" | 190 | GRAY | BLUE | 4-24-1947 |

| Residence Address | Residence / Cell Phone | Driver's License No. |
|---|---|---|
| 6290 FARPOINT DR. ANCH, AK 99507 | 333-3587 / 4410764 | 5493700 |

| Place of Employment | Work Phone | Occupation | Social Security No. |
|---|---|---|---|
| ST OF AK AIA | 2662711 | ELECT, FIELD | 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 |

AFTER DOING A FIELD RUN WE WENT TO CHECK LAKE HOOD STRIP AFTER WE WERE DONE WE TRAVELED WEST ON EHCO PARKING I WAS LOOKING AT STREET LIGHTS THE TRUCK STARTED TO SLIDE TO THE LEFT A LITTLE DAVE WAS CALLING TO GET MY ATTENSION THE TRUCK WAS THEN TO THE EDGE OF THE ROAD AND SLIDE IN TO THE DITCH I TRYED TO TURN TO THE RIGHT BUT NOTHING WOULD HAPPEN IT HAPPENED SO FAST THAT BEFORE I COULD DO ANYTHING IT WAS ALL OVER AND FRIGHTENED ME VERY MUCH

**WARNING:** Knowingly making a false written or recorded statement on this form with the intent to mislead a public servant in the performance of a duty may subject you to criminal prosecution for unsworn falsification, a class A misdemeanor offense.

Signature

Date: 12-10-04   Time: 5:00 AM

ATTACH #1

# STATE OF ALASKA
## SUPERVISOR'S ACCIDENT INVESTIGATION REPORT

Name of Injured/Damaged Equipment/Property  Electrical Truck 3 / Security Fence
License plate # 32875

Job or Activity at Time of Accident  ~~Gas~~ Checking lights         Date of Accident 12/10/04

Exact Location  Taxiway going to Echo small plane Parking         Time 03:50

**1. WHAT HAPPENED?** Truck went off the Taxiway onto shoulder of Road taking Down 50' of Fence

Tell what the employee was doing, how the accident occurred, and what thing directly injured the employee.

**2. WHY DID IT HAPPEN?** Looks Like Driver Fell asleep

Get all the facts by studying the job and situation involved. Use the following factors to help you identify the condition responsible.
OPERATION FACTORS TO BE CONSIDERED:

| Proper Equipment | Proper Material | People |
|---|---|---|
| Selection | Selection | Selection |
| Arrangement | Placement | Placement |
| Use | Handling | Training |
| Maintenance | Use | Supervision |

**3. WHAT SHOULD BE DONE?** Should Have pulled over and got out of Vehicle to wake up

What action(s) will prevent similar accidents in the future?

**4. WHAT HAVE YOU DONE THUS FAR?** Got Hold of Police officer, took pictures, Called Field maintance supervisor, got equipment to scene to pull Truck from Ditch

Take or recommend action, depending on your authority.

**5. HOW WILL THIS IMPROVE OPERATIONS?** _____

How will it help us meet our objective – ACCIDENT PREVENTION?

**6. WHAT IS YOUR ESTIMATED COST OF THIS ACCIDENT?**

Cost of lost wage and medical expenses? ............... —

Damage to State property or equipment? .............. $5000 to $6000

Damage to third parties, property and people? ........ —

TOTAL _____

Investigated By _[signature]_         Date 12-10-04

Unit/Division/Department _____

FORMS\INVESTIG         page 3 of 5

ATTACH #3

## TED STEVENS ANCHORAGE INTERNATIONAL AIRPORT
### AIRPORT POLICE

| Reporting Officer | Perm. I.D. | Date Reported | Time Reported | Case Number |
|---|---|---|---|---|
| KOCSIS | RJRKO | 12/10/04 | 0404 | 04-6627 |

| Act. # | Act./Off. Code | UCR No. | Type of Activity / Offense | Date Occurred | Time | Dom. Viol. | Alcohol Or Drugs Involved |
|---|---|---|---|---|---|---|---|
| 1 | 2999 | | DAMAGE PROPERTY | 12/10/04 | 0355 | No | No |

Location of Offense / Activity — Patrol Zone

| Act. # | Act./Off. Code | UCR No. | Type of Activity / Offense | Date Occurred | Time Occurred | Dom. Viol. | Alcohol Or Drugs Involved |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |

| Pers. # | Role(s) | Name | S | Race | Ht. | Wt. | Hair | Eyes | D.O.B. / Approx. Age |
|---|---|---|---|---|---|---|---|---|---|
| 1 | D I | MARLYN DUANE MOODY | | W | 67 | 190 | GRY | BLE | 4/24/47 |

Residence Address: 6290 FARPOINT DRIVE ANCHORAGE
Residence / Cell Phone: — Driver's License No.: 5493700 — State: AK
Place of Employment: TSAI AIRPORT
Work Phone: 266-2711 — Occupation: ELECTRICIAN

| Vehic. # | License No. | State | VIN / Serial No. | Color | Year | Make | Model | Body Style / Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 32875 | AK | 1FDWW37S8XB82301 | YELL | 1998 | FORD | F350 | PU |

Loss / Damage Amt: $10,000

### SYNOPSIS / DETAILS:

On 12/10/04 at about 0404 hours, I was dispatched to the taxiway leading from Lakehood strip to ECHO aircraft parking, because it was reported that a Alaska state pick-up truck had slid off the taxiway and hit the fence. On arrival I contacted the driver MARLYN D MOODY who said, he was driving on the taxiway from Aircraft Dr to ECHO aircraft parking, looking up at the streetlights. As he was driving he got close to the side of the taxiway and got in to the deeper snow, which pulled the pickup truck, even farther off the taxiway then slid off and hit the fence. MOODY stated he was not injured in the accident. Total estimated damage was ten thousand dollars.

### OBSERVATION

The taxiway was snow covered with no sign of skid marks on the taxiway. MOODY showed no sign of being intoxicated and didn't smell of alcoholic beverage. I performed the Horizontal Gaze Nystagmus eye test on MOODY, which he passed.

### INTERVIEWED, I, pg1 MARLYN DUANE MOODY

Interviewed on 12/10/04 at about 0420 hours, TSAI Airport. Officer KOCSIS present. "Synopsis of Interview"

I was driving on the taxiway looking up at the streetlights, to make sure they were all in working order. I got close to the side and the deeper snow pulled the pickup truck, even farther off the taxiway then slid off and hit the fence.

REVIEWED AND APPROVED BY / PERM. ID / COPIES TO / CASE CLOSURE / DATE CLOSED
12-201 (Rev. 2000)

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES

ANCHORAGE INTERNATIONAL AIRPORT POLICE  FILE NO.  04-6627
P.O. BOX 190629
ANCHORAGE, ALASKA 99519-0629

INVESTIGATED BY  KOCSIS   DATE  12/10/04   TIME  0415

TITLE OF CASE   DAMAGE PROPERTY

## PHOTOGRAPHIC EVIDENCE REPORT

INFORMATION REQUIRED BY AS 12.45.086(b)

NAME OF OWNER:  STATE OF ALASKA          LOCATION OF OFFENSE:  TSAI AIRPORT
INVESTIGATING OFFICER:  KOCSIS           DATE PHOTOGRAPHS TAKEN:  12/10/04
NAME OF PHOTOGRAPHER:  KOCSIS            SIGNATURE OF PHOTOGRAPHER:
DESCRIPTION OF PROPERTY: VEHICLE AND FENCE

PHOTOGRAPHS:



#1- tracks leading to vehicle off the taxiway | #2 – tracks leading off taxiway | #3 – vehicle sitting off taxiway in fence
#4- state electrician vehicle off taxiway | #5- vehicle sitting in snow at fence | #6- vehicle in fence and damaged fence

I certify under penalty of perjury, the foregoing is true.

_____
Anchorage Airport Police Officer