## Thin ice



Anchorage International Airport workers on Monday attempt to free a Bombardier track vehicle that fell through the ice in a marsh across the road from Earthquake Park. An airport maintenance crew was using the vehicle to check the fence along Northern Lights Boulevard when the vehicle went through the ice and into a hole 6 or 7 feet deep.

AL GRILLO / Special to the Daily News