**Subject:** FW: DOT SAND TRUCK DHMP 278
**From:** "Girard, Catherine A." <GirardCA@alyeska-pipeline.com>
**Date:** Sun, 12 Oct 2003 13:22:44 -0800
**To:** "'mihalka@alaska.net'" <mihalka@alaska.net>, "'diana_rotkis@dot.state.ak.us'" <diana_rotkis@dot.state.ak.us>

```
Mike & Diana:  Check this out -- pretty scary.  The driver normally works
out of Coldfoot and wasn't familiar with how windy the Galbraith area is.

Guess this will take a chunk of change out of the DOT heavy equipment
budget, huh Di?

Cathy

   -----Original Message-----
   From:    Rensch, Tom J.
   Sent:    Sunday, October 12, 2003 11:39 AM
   To:      DL, PS04 Team
   Subject:         FW: DOT SAND TRUCK DHMP 278

During this sand truck roll over this DOT truck driver was wearing his
seat belt, he walked away from this crash with only minor superficial
injuries.

   -----Original Message-----
   From:    Montgomery, Mark
   Sent:    Sunday, October 12, 2003 5:41 AM
   To:      Kester, Jack R.; Hinchsliff, Tom
   Cc:      Rensch, Tom J.; Utterback, Robert A.; McCormick, Mark; Vanderweide,
Bernadette D.; Hough, Thomas
   Subject:         DOT SAND TRUCK DHMP 278

  <<MVC-005S.JPG>>   <<MVC-014S.JPG>>   <<MVC-009S.JPG>>   <<MVC-010S.JPG>>
  <<MVC-018S.JPG>>
```



EXHIBIT
0000ZI