IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM, )
 )
        Plaintiff, )
 )
v. )
 )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES, and Individual Defendants )
MORT PLUMB, JR., DAVE EBERLE, )
DAN HARTMAN, FRED KLOUDA, )
DOUG HUNTER, AND BRUCE JOKELA, )
 )
        Defendants. )
_____)  Case No. 3:05-cv-0240 (TMB)

RECEIVED
MAY 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## STATUS REPORT

Plaintiff, Elsa Billingham, hereby submits the following status report jointly with Defendant, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), in accordance with the Court's order dated May 9, 2006.

**A.  Nature Of The Case**

    **1.  Lead attorneys**

Plaintiff, Elsa Billingham, has not retained counsel and is proceeding *pro se*. Defendant, State of Alaska, Department of Transportation and Public Facilities, is represented by Assistant Attorney General, Brenda B. Page.

    **2.  Basis for Federal Jurisdiction**

Plaintiff Billingham alleges that Defendant has engaged in unlawful employment practices in violation of (1) 42 U.S.C. 2000e-2, Title VII of the Civil Rights Act; (2) AS 18.80.220, the Alaska Human Rights Act; and (3) the covenant of good faith and fair dealing.

Status Report                                                                                           Page 1 of 5
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

3.  **Nature of the claims asserted in complaint and any counterclaims**

Plaintiff Billingham alleges that she was terminated from employment with DOT/PF based on her sex and age and retaliated against after her termination. Defendant has not filed any counterclaims.

More specifically, Plaintiff Billingham filed a Second Amended Complaint on February 7, 2006, alleging that (1) she was discriminated and retaliated against during her employment at DOT/PF; (2) she was wrongfully terminated from her employment in June 2004; and (3) she was blacklisted after her termination in retaliation for a past legal action.

On February 23, 2006, Defendants filed a motion to dismiss certain of Plaintiff Billingham's claims and to strike the portions of her complaint related to those claims. Specifically, Defendants requested that the Court dismiss all claims based on actions other than Ms. Billingham's termination and alleged blacklisting after her termination based on the applicable statutes of limitations. Defendants also requested that the Court dismiss all claims against the individual defendants.

The Court issued an order on March 15, 2006, and dismissed the claims raised by Plaintiff Billingham in the first two complaints that she filed with the Equal Employment Opportunity Commission ("EEOC") and Alaska State Commission for Human Rights ("ASCHR"). The Court also dismissed Plaintiff Billingham's claims based upon Title VII against individual defendants and dismissed Plaintiff Billingham's claims against the individual defendants based on AS 18.180.220 without prejudice to their refiling in state court.

As a result, Ms. Billingham has remaining claims against the State alleging wrongful termination and retaliation regarding "blacklisting" from further employment with DOT/PF.

Status Report
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

Page 2 of 5

4.  **Name of any party that has not been served**

The State has been served.

5.  **Principal legal issues**

**Plaintiff asserts that the principal legal issues are as follows:**

Plaintiff Billingham is a member of a protected class, she is a woman 56 years old.

Plaintiff Billingham's complaint has references to sex and age discrimination and disparate treatment and retaliation.

Plaintiff Billingham had testified and submitted an affidavit under protected activities.

Supervisors were aware of Billingham's complaints and testimonies as evidenced and threats of retaliation were publicly made.

Plaintiff Billingham was put under surveillance and subjected to adverse employment action.

Plaintiff has not had a hearing and none of her witnesses have been interviewed.

Plaintiff lost her full time job with full benefits including medical insurance and her ten years of seniority, and has been placed at the bottom of the union seniority list.

**Defendant asserts that the principal legal issues are as follows:**

(1) Whether the State discriminated against Plaintiff Billingham on the basis of her age or sex in violation of Title VII, AS 18.80.220 or the covenant of good faith and fair dealing in terminating her employment.

Status Report                                                                                          Page 3 of 5
*Elsa Billingham v. State of Alaska/DOT & PF,*
*and Individual Defendants*, 3:05-cv-0240 (TMB)

(2) Whether the State unlawfully retaliated against Plaintiff Billingham after her termination by "blacklisting" her from future employment with DOT/PF.

### 6. Principal factual issues

The principal factual issues concern the basis for Ms. Billingham's termination.

### B. Discovery

#### 1. Completed and remaining discovery

The parties have not commenced discovery.

#### 2. Pending and anticipated motions

There are no pending motions.

#### 3. Previous rulings on substantive Issues

The Court issued an order on March 15, 2006, and dismissed the claims raised by Plaintiff Billingham in the first two complaints that she filed with the Equal Employment Opportunity Commission ("EEOC") and Alaska State Commission for Human Rights ("ASCHR"). The Court also dismissed Plaintiff Billingham's claims based upon Title VII against individual defendants and dismissed Plaintiff Billingham's claims against the individual defendants based on AS 18.180.220 without prejudice to their refiling in state court.

As a result, Ms. Billingham has remaining claims alleging wrongful termination and retaliation regarding "blacklisting" from further employment with DOT/PF.

#### 4. Previously filed status reports

None.

### C. Trial

The parties anticipate a trial length of approximately 5 days. Plaintiff Billingham has ~~not~~ requested a jury trial.

Status Report   Page 4 of 5
*Elsa Billingham v. State of Alaska/DOT & PF,
and Individual Defendants*, 3:05-cv-0240 (TMB)

**D.    Settlement**

The parties have not discussed settlement at this time.

DATED: *May 22 2006*　　　　　　　ELSA BILLINGHAM

　　　　　　　　　　　　　　　　　By *[signature]*
　　　　　　　　　　　　　　　　　Elsa Billingham
　　　　　　　　　　　　　　　　　*pro se* Plaintiff


DATED: *May 22, 2006*　　　　　　　DAVID W. MÁRQUEZ
　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　Brenda B. Page
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Alaska Bar No. 0303007
　　　　　　　　　　　　　　　　　Attorney for the Defendants

Status Report　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 5 of 5
*Elsa Billingham v. State of Alaska/DOT & PF,*
*and Individual Defendants*, 3:05-cv-0240 (TMB)