MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Billingham v. Department of Transportation*
Case No. 3:05-cv-0240-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

    Plaintiff Elsa Billingham has filed a motion to reconsider the Court's order at docket no. 31.  Docket No. 34.  The Court has reviewed the arguments submitted in the motion and concludes that reconsideration is not warranted.

**IT IS THEREFORE ORDERED:**
The motion for reconsideration at **Docket No. 34** is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  May 25, 2006