DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska, Department of Transportation and Public Facilities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM, )
 )
    Plaintiff, )
 )
v. )
 )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES, )
 )
    Defendants. )
_____ ) Case No. 3:05-cv-0240 (TMB)

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on June 20, 2006, and was attended by:

Elsa Billingham, *pro se*, Plaintiff

Brenda B. Page, Assistant Attorney General, Attorney for Defendant, State of Alaska, Department of Transportation and Public Facilities

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

_____ have been exchanged by the parties

    __X__ will be exchanged by the parties by August 1, 2006.

Proposed changes to disclosure requirements: None.

Preliminary witness lists

    _____ have been exchanged by the parties

    __X__ will be exchanged by the parties by August 1, 2006.

    3.    **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Plaintiff:** Plaintiff Billingham's response is attached as Exhibit A.

**Defendant:** (1) Whether Plaintiff Billingham has any claim against the State for discrimination or retaliation in violation of Title VII, AS 18.80.220, or the covenant of good faith and fair dealing arising out of the termination of her employment at DOT/PF;

(2) Whether Plaintiff Billingham has any claim against the State for unlawful retaliation arising out of any requests by the State after Plaintiff Billingham's termination that she not be considered again for employment with DOT/PF;

(3) Whether Plaintiff Billingham properly mitigated any alleged damages;

(4) Whether some or all of Plaintiff Billingham's claims are barred by sovereign immunity, failure to exhaust administrative or contractual remedies, statute of limitations, *res judicata* or collateral estoppel.

    4.    **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

There are no special subjects for discovery by either party. Discovery is anticipated on general issues regarding liability and damages. Some files may be protected from public disclosure.

B. All discovery commenced in time to be completed by <u>December 31, 2006</u>.

C. Limitations on discovery.

    1. Interrogatories.

        _X_ No change from F.R.Civ.P. 33(a)

        ____ Maximum of ____ by each party to any other party.

        Responses due in _30_ days.

    2. Requests for Admissions.

        _X_ No change from F.R.Civ.P. 36(a)

        ____ Maximum of ____ requests.

        Responses due in 30 days.

    3. Depositions.

        _X_ No change from F.R.Civ.P. 30(a), (d)

        ____ Maximum of ____ depositions by each party.

        Depositions not to exceed _7_ hours unless agreed to by all parties.

D. Reports from retained experts.

    ____ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    _X_ Reports due:

From plaintiff: <u>October 15, 2006</u>    From defendant: <u>October 30, 2006</u>

E.  Supplementation of disclosures and discovery responses are to be made:

\_\_\_\_  Periodically at 60-day intervals from the entry of scheduling and planning order.

_X_  As new information is acquired, but not later than 60 days before the close of discovery.

F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

\_\_\_\_  45 days prior to the close of discovery.

_X_  Not later than November 30, 2006.

5.  **Pretrial Motions.**

_X_  No change from D.Ak.LR 16.1(c).

The following changes to D.Ak.LR 16(c). [Check and complete all that apply]

\_\_\_\_  Motions to amend pleadings or add parties to be filed not later than (*insert date*)

\_\_\_\_  Motions under the discovery rules must be filed not later than (*insert date*).

\_\_\_\_  Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.  **Other provisions:**

A.  _X_  The parties do not request a conference with the court before the entry of the scheduling order.

\_\_\_\_  The parties request a scheduling conference with the court on the following issue(s):

B.  Alternative Dispute Resolution. [D.Ak.LR 16.2]

      __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

      _____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

      _____ Mediation        _____ Early Neutral Evaluation

C.    The parties _____ do __X__ not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      _____ All parties have complied      __X__ Compliance not required by any party

7. **Trial.**

A.    The matter will ready for trial:

      _____ 45 days after the discovery close date.

      __X__ not later than July 30, 2007.

B.    This matter is expected to take __5__ days to try.

C.    Jury Demanded        __X__ Yes      _____ No

      Right to jury trial disputed?    __X__ Yes      _____ No

DATED: *June 26 2006*        ELSA BILLINGHAM.

                                       By: *[signature]*
                                       Elsa Billingham
                                       pro se Plaintiff

//
//
//
//
//

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED: June 26, 2006

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Brenda B. Page
Brenda B. Page
Assistant Attorney General
Alaska Bar No. 0303007
Attorney for the Defendants

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100