## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Elsa Billingham v. State of Alaska,*
*Department of Transportation and Public Facilities*

Case No. 3:05-cv-0240-TMB

By:              THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:       ORDER FROM CHAMBERS

The parties have filed a joint *Scheduling and Planning Conference Report* at **Docket 38**.

Although the parties do not request a conference before entry of the Scheduling and Planning Order, the Court believes that a Status Conference/Scheduling Hearing is appropriate in this matter.

**Therefore, a Status Hearing is hereby set for July 26, 2006 at 3:00 p.m.**

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>June 30, 2006</u>