Case 3:05-cv-00240

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

RECEIVED AUG 0 1 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

| | |
|---|---|
| ELSA BILLINGHAM )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION and PUBLIC )<br>FACILITIES, )<br>    Defendants )<br>_____ ) | MOTION<br><br>Case No. 3:05-cv-00240 TMB |

## MOTION TO SUBMIT WITNESS LIST

On August 1 2006, Elsa Billingham pro-se plaintiff, is filing a motion to accept a witness list and affidavits, As instructed to by the status report guidelines. 2. Pre-Discovery Disclosures. The information required by F.R. Civ.P.26(a)(1): will be exchanged by the parties by August 1, 2006

Motion to submit witness list:
Elsa Billingham v. State of Alaska/DOT & PF.
Case 3:05-cv-0240



Aug. 1 2006

Case 3:05-cv-00240

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

Certificate of Service

Dated August 1 2006 By: _____
Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

Certificate of Service
This is to certify that on August 1 2006
A true and correct copy of the Plaintiff's
Motion to submit witness list in this
proceeding was served in person by
Elsa Billingham on the following:

United States District Court
District of Alaska
Clerk of Court
Federal Building, US Court House
222 W. 7th Ave. #4
Anchorage Alaska 99513-7564

Brenda B. Page
Assistant Attorney General
Attorney for the State of Alaska,
Department of Transportation & PF.
STATE OF ALASKA
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501

Motion to Submit Witness List,
Elsa Billingham v. State of Alaska/DOT & PF.
Case 3:05-cv-00240