

RECEIVED
AUG 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Case 3:05-cv-0240

## TABLE OF CONTENTS

1...............................................Exhibit A          page 1 of 2
James M. Dommek Sr., affidavit.

2...............................................Exhibit B          page 1 of 2
Dianne Barth, affidavit,

3...............................................Exhibit C          page 1 of 2
Linda Fisch, affidavit

4...............................................Exhibit D          page 1 of 2
Elsa Billingham, affidavit

5...............................................Exhibit E          page 1 of 2
John Suter, affidavit

6...............................................Exhibit F          page 1 of 1
Dennis Beegan, affidavit

7...............................................Exhibit G          page 1 of 1
Cindy Lyons, letter

8. Teddy Burns

9. Dale Johnson

10. Dale Fairclough

11. Sam LaCosta

12. Charlotte Withers Musat

13. Joseph Perkins

14. Dave Eberle

15. Dr. Donna Maloney

16. Paula Korn ANP

17. Lito Viray

18. Joe Owens