Case 3:05-c00240

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

### Affidavit of Diane Barth

1. I Diane Barth, state after being duly sworn and based upon my personal knowledge that:

2. I had previously worked at Ted Stevens Anchorage International Airport, as the Chief of Airport Leasing.

3. Morton Plumb Jr, the Director of Ted Stevens Anchorage International Airport, had discriminated against me, and failed to promote me.

4. Morton Plumb Jr. had stalked me and I believe that he attempted to discredit me.

5. Morton Plumb Jr. was sexually harrassing me and making it a condition of my employment to have sex with him. It is also my personal knowledge that Morton Plumb Jr. is a married man.

6. I also believe that because I resisted his attempts to have sex with me, and I reported that my conditions of employment had changed. I was harrassed and given unwarrented job assignments, that were never reviewed ,just to add pressure to be brought upon me.

7. I filed with the Equal Employment Opportunity Commission.

8. I was forced into quitting my position at Ted Stevens International Airport, due to the harrassment and continued stalking activities of Morton Plumb Jr., that Commissioner Perkins could not control or prevent.

Page 1 of 2
EXHIBIT B

Case 3:05-cv-00240 TMB

9. I hired counsel and filed suit in Superior Court.

10. My suit was settled through Bankruptcy court in 1999.

Dated this day of ~~May~~ June 7, 2006 by: _____

Diane Barth
1605 Toyon Way
Kenai Alaska   99611

SUBSCRIBED AND SWORN TO before me this 7th day of ~~May~~ June 2006, at ~~Homer~~ Kenai Alaska.

_____

Notary Public in and for the State of Alaska
My commission expires: 7-9-2009

[Notary Seal: JULIE WHEELER, NOTARY PUBLIC, STATE OF ALASKA, July 9, 2009]

Affidavit of Diane Barth
Billingham v. State of Alaska/ DOT & PF
and Individual Defendants, Case 3:05-cv-00240 TMB

page 2 od 2