RECEIVED

AUG 0 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA



RECEIVED

FEB 2 3 2005

Public Employees Local 71

Dennis J. Beegan
8415 Rangeview Avenue
Anchorage, AK 99504-2248
333-5825

Appellant, Pro Se

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENNIS J. BEEGAN,                  )
                                   )
            Appellant,             )
                                   )
vs.                                )
                                   )
STATE OF ALASKA, ALASKA            )
STATE COMMISSION FOR HUMAN         )
RIGHTS, DEPARTMENT OF              )
TRANSPORTATION AND PUBLIC          )
FACILITIES,                        )
                                   )
            Appellees.             )
_____)   Case No. 3AN-00-03673 CI

### AFFIDAVIT OF ELSA BILLINGHAM

STATE OF ALASKA          )
                         )
THIRD JUDICIAL DISTRICT  )

I, ELSA BILLINGHAM, being duly sworn, say:

1.    I am an employee of the State of Alaska, Department of Transportation and Public Facilities, Ted Stevens Anchorage International Airport, and have been for many years. I make this affidavit upon personal knowledge.

2.    I have been shown a copy of a February 10, 1998 Memorandum from Mark Shearer to Wayne Gibson (then airport mana-

EXHIBIT D
page 1 of 3

ger), bearing the number 000153.  A copy of that Memorandum
is attached to this affidavit.

3.    I am the "female laborer" referred to in that
Memorandum, which also mentions Dennis Beagin [sic] and Jim
Thomas (whose name is deleted).

4.    That Memorandum is incorrect.  My "diary" shows
that on the afternoon of March 12, 1997 I went into the elec-
tricians' shop to collect garbage and aluminum cans.  Jim and
Dennis told me that because of the very high voltage electri-
cal equipment they were working with, they did not want me to
come into the shop.  Owing to the noise in the shop, they did
speak loudly to me; however there was no angry or abusive lan-
guage from either Jim or Dennis, and I did not feel harassed
in any way.

5.    The next day I told Mark Shearer and my super-
visor, Steve Pringle, that the electricians did not want me
in ths shop, for safety reasons.  Steve Pringle told me to stay
out of the shop, and I agreed to do so.  Mark Shearer said the
electricians did not want me in the shop because they were af-
raid I would file a sexual harassment suit against them.  I
said I had no intention of doing so, and that it was illegal to
discriminate against me because I had filed such a suit several
years earlier.

ELSA BILLINGHAM

**RECEIVED**    -2-

FEB 2 3 2005

Public Employees Local 71

SUBSCRIBED AND SWORN TO before me by Elsa Billingham

March 24, 2001.

Notary Public for Alaska
My commission expires: 2/22/03

-3-

RECEIVED
FEB 2 3 2005

Public Employees Local 71