Case 3:05-c00240

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

Affidavit of John Suter

1. I John Suter, state after being duly sworn and based upon my personal knowledge that:

2. I had previously worked at Ted Stevens Anchorage International Airport, as a wage grade 54 equipment operator and a wage grade 58 laborer, at Airfield Maintenance and Facilities Maintenance.

3. I had observed many inequities and many human rights violations at Ted Stevens International Airport, Airfield Maintenance.

4. I filed with the State Human Rights Commission. I also filed with the Equal Employment Opportunity Commission.

5. Morton Plumb Jr. The Director of Ted Stevens Anchorage International Airport, had discriminated against me, and subjected me to extreme prosecution.

6. I was demoted and transferred to Facilities Maintenance. I was offered a contract offer of $20,000 to quit my position at Ted Stevens International Airport. I declined this offer.

7. I was also offered a contract to see a psychiatrist, be transferred to another State position at another location. I also declined this offer.

8. I was terminated from my position for making a false statement, but I was never allowed to know what the false statement was.

9. I presently have a complaint filed with the Alaska State Ombudsmans Office.

10. I am in support of Elsa Billingham in her discrimination and retaliation complaint.

EXHIBIT E
page 1 of 2

Case 3:05-cv-00240

Dated this day of July 20/2006 by: _____
John Suter
P.O. Box 670144
Chugiak, Alaska  99567

SUBSCRIBED AND SWORN TO before me this 20th day of July 2006, at ~~Chugiak~~ Eagle River Alaska.

_____
Notary Public in and for the State of Alaska.
My commission expires: Nov. 3, 2009

Affidavit of John Suter
Billingham v. State of Alaska/DOT & PF.
Case 3:05-cv-00240 TMB

page 2 of 2