RECEIVED
AUG 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASK

## AFFIDAVIT OF DENNIS J. BEEGAN

STATE OF ALASKA        )
                              )
THIRD JUDICIAL DISTRICT  )

        I, DENNIS J. BEEGAN, being duly sworn, say:

        1.   During late 1996 and most of 1997 I worked as a temporary electrician with the State of Alaska, Department of Transportation and Public Facilities, Ted Stevens Anchorage International Airport.  I make this affidavit upon personal knowledge, except where otherwise indicated.

        2.   While in that position, I knew Elsa Billingham, who I believe worked as a laborer at the airport.

        3.   It was common knowledge among those I worked with that Elsa Billingham had filed a complaint alleging sexual harassment on the job several years previously.

        4.   Probably for that reason, some of those I worked with were uncomfortable working with her.

                                  DENNIS J. BEEGAN

SUBSCRIBED AND SWORN TO before me March 2_, 2001.

                              Notary Public for Alaska
                              My commission expires: 2/22/03