June 12, 2006

To Whom It May Concern:

I am writing on behalf of Elsa Billingham to attest to the fact that she plowed the driveway at my duplex, located at 8533 Moss Court, Anchorage, Alaska, from October 2005 through April 2006. Ms. Billingham did an excellent job, even getting out of her truck at times to shovel behind parked cars, and I was very pleased with her work. She also took the time to mark the water pipes in the driveway and front yard with an orange cone and orange flagging tape at the beginning of winter and no damage was caused to any part of my property. I will be glad to have her services again this upcoming winter.

If you have any questions, please feel free to contact me.

Sincerely,

*[signature]*

Cynthia L. Lyons
1034 W. 4th Ave.
Anchorage, AK 99501
(907) 632-4772

EXHIBIT G
page 1 of 1