MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*ELSA BILLINGHAM  v. STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION,
and PUBLIC FACILITIES*
Case No. 3:05-cv-0240 TMB

By:               THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Elsa Billingham is a pro se plaintiff in this matter. On August 1, 2006, Plaintiff filed a Motion to Submit Witness List at Docket [42] as required by the Scheduling and Planning Order at Docket [41].

**IT IS HEREBY ORDERED:**

While it is not necessary to file a motion in this instance, [42] Motion to Submit Witness List is **GRANTED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:   September 25, 2006.