3:05-cv-0240

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
OCT 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ELSA BILLINGHAM )
    Plaintiff, )
 )
v. )
 )
STATE OF ALASKA DEPARTMENT )
OF TRANSPORTATION AND PUBLIC ) MOTION
FACILITES )
    Defendants )
 )
_____ ) Case No. 3:05-cv-0240(TMB)

MOTION FOR A REQUEST FOR ADDITIONAL TIME TO COMPLETE INTERROGATORIES

Plaintiff Elsa Billingnam, Pro Se litigant is requesting additional time until October 30 2006 to complete her responses to

The Defendant, the State of Alaska Department of Transportation Interrogatories and the requests for production..

Plaintiff Billingham had to have her typewriter repaired, and has spoken with Assistant Attorney Brenda Page, who

Has agreed to the additional time.

DATED THIS DAY 13th DAY OF OCTOBER , 2006   By: _____
                                                                                      Elsa Billingham
                                                                                      PO. Box 231625
                                                                                       Anchorage Alaska 99523
                                                                                      (907) 332-3791

CERTIFICATE OF SERVICE

This is to certify that on October 13 2006
A true copy of the Plaintiff's Motion
For additional time to complete
Interrogatories, In this proceeding
Was served in person By
Elsa Billingham on the
Following: *Asst atty Gen Brenda Page*
Department of Law
Office of the Attorney General
Anchorage Branch
1031 W. Fourth Avenue, Suite 200
Anchorage , Alaska 99501
Phone (907) 269-5100