3:05-cv-0240

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM )
    Plaintiff, )
  )
v. )
  )
STATE OF ALASKA DEPARTMENT )
OF TRANSPORTATION AND PUBLIC ) ORDER
FACILITES )
    Defendants )
  )
_____ ) Case No. 3:05-cv-0240(TMB)

RECEIVED OCT 1 3 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

### ORDER GRANTING ADDITIONAL TIME TO COMPLETE INTERROGATORIES

Plaintiff Elsa Billingnam, Pro Se litigant is requesting additional time until October 30 2006 to complete her responses to

The Defendant, the State of Alaska, Department of Transportation, Interrogatories and the requests for production..

Plaintiff Billingham , and has spoken with Assistant Attorney General Brenda Page, who has agreed to the additional time.

IT IS HEREBY ORDERED that Pro-Se Plaintiff's motion is Granted.


DATED THIS DAY _____ OF OCTOBER , 2006     By: _____
                                                                    TIMOTHY M. BURGESS
                                                                    United States District Judge


Order Granting Additional Time
Motion for additional time
Case 3:05-cv-00240 TMB