3:05-CV-0240

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
OCT 2 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ELSA BILLINGHAM )
    Plaintiff, )
)
v. )
)
STATE OF ALASKA DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES, ) MOTION
    Defendants, )
)
_____ ) Case No. 3:05-cv-0240 (TMB)

## MOTION GRANTING ADDITIONAL TIME TO COMPLETE INTERROGATORIES

Plaintiff Elsa Billingham Pro-Se litigant is requesting additional time until December 30 2006 to complete Her interrogatories and responses to interrogatories., to the Defendant the State of Alaska, Department of Transportation and Public Facilities. Plaintiff Billingham has taken a job out of town and will be unable To complete her interrogatories and responses at this time. Billingham will turn over all the responses That she currently has to Assistant Attorney General Brenda Page. Plaintiff will notify the court as Soon as she is back in town.

Motion Granting Additional Time
To complete Interrogatories and Responses
Billingham v. State of Alaska
Case 3:05-cv-00240 (TMB)

3:05-cv-0240

DATED THIS DAY OF OCTOBER 23 2006

BY: *[signature]*
Elsa Billingham
Pro-Se Plaintiff
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

CERTIFICATE OF SERVICE

This is to certify that on October 23 2006
A true copy of Plaintiff's Motion for
Additional time to complete interrogatories
In this Proceeding was served in person By:
Elsa Billingham on the following:

Department of Law
Office of the Attorney General
Anchorage Branch
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone (907) 269-5100

Motion Granting Additional Time to Complete
Interrogatories and Requests for Production
Billingham v. State
3:05-cv-0240(TMB)