3:05-cv-0240

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM )
       Plaintiff, )
 )
v. )
 )
STATE OF ALASKA DEPARTMENT )
OF TRANSPORTATION AND PUBLIC ) ORDER
FACILITES )
       Defendants )
 )
_____) Case No. 3:05-cv-0240(TMB)

### ORDER GRANTING ADDITIONAL TIME TO COMPLETE INTERROGATORIES

Plaintiff Elsa Billingnam, Pro Se litigant is requesting additional time until December 30 2006 to complete her responses to

The Defendant, the State of Alaska, Department of Transportation, Interrogatories and the requests for production..

Plaintiff Billingham, has taken a job out of town and will be unable to complete her interrogatories and responses

At this time. I will notify the court and Assistant Attorney General Brenda Page as soon as I am back in town.

IT IS HEREBY ORDERED that Pro-Se Plaintiff's motion is Granted.


DATED THIS DAY 23 Day oF OCTOBER , 2006   By: _____
                                                                                    TIMOTHY M. BURGESS
                                                                                    United States District Judge


Order Granting Additional Time
To Complete Interrogarories and
Requests for Production
Billingham v. State of Alaska
Case 3:05-cv-00240 TMB