DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,                )<br>                                                       )<br>                 Plaintiff,             )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES                              )<br>                                                       )<br>                 Defendant.          )<br>_____ ) | Case No.  3:05-cv-0240 (TMB) |

## PROPOSED ORDER

Plaintiff Elsa Billingham has filed a motion for additional time to complete interrogatories. Having considered Ms. Billingham's request and Defendant's response, the Court concludes that Ms. Billingham has not shown good cause for the request and the extension is not warranted.

**IT IS THEREFORE ORDERED:**

The motion for additional time to complete interrogatories is **DENIED.**

Dated this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge