DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB) |

## PROPOSED ORDER

Plaintiff Elsa Billingham has filed a motion for additional time to complete interrogatories. Having considered Ms. Billingham's request and Defendant's response, the Court believes that a discovery conference is warranted for consideration of extension of current deadlines in this litigation.

**IT IS THEREFORE ORDERED:**

A discovery conference is hereby set for ____, November, 2006 at _____.

Dated this _____ day of _____, 2006.

 

                                        _____
                                        The Honorable Timothy M. Burgess
                                        United States District Judge

Attachment B - PROPOSED Order                                                        Page 2 of 2
*Elsa Billingham v. SOA/DOT&PF, and Individual Defendants*
3:05-cv-0240 (TMB)                                                                                     **ATTACHMENT B**