3:05-cv-0240

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM                      )
           Plaintiff,               )
                                 )
v.                                   )
                                 )
STATE OF ALASKA DEPARTMENT           )
OF TRANSPORTATION AND PUBLIC         )
FACILITIES.                          ) <u>Motion</u>
           Defendants,              )
                                 )
_____ ) Case No. 3:05-cv-0240 (TMB)

RECEIVED
NOV 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

### PLAINTIFF'S RESPONSE TO DEFENDANTS PROPOSED ORDER

Plaintiff Pro-Se Billingham was temporarily out of town for employment . Plaintiff Billingham disagree's with

Assistant Attorney General Brenda Pages's objections to her request for an extention of time.  Pro-Se Litigant is

Doing the best she can to complete the interrogatories and requests for production in a timely manner.

Billingham also objects to signing of Authorization for Release Confidential Personnel Records, and objects to the

Authorization for Release of Employment Records and objects to the Release of Labor Organization Records.

The only records that are related to this complaint, the State of Alaska already has in their possetion.  I am

Willing to turn over to the State any records that are related to this complaint, and no other complaints.

I have already turned over many of the documents to Assistant Attorney General Brenda B. Page that she had

Requested.

Plaintiff Billingham has shown good cause as to why she requests an extension of time.

Plaintiff's Response to Defendants Proposed Order
Elsa Billingham v. SOA/DOT&PF,
3:05-cv-0240m(TMB)

3:05-cv-0240

DATED THIS DAY OF NOVEMBER 17 2006

BY: _____
Elsa Billingham
Pro-Se Plaintiff
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

CERTIFICATE OF SERVICE

This is to certify that on November 17 2006
A true copy of Plaintiff's Response to
Defendants Proposed Order
In this Proceeding was served in person By:
Elsa Billingham on the following:

Department of Law
Office of the Attorney General
Anchorage Branch
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone (907) 269-5100

Plaintiff's Response to Defendants Proposed Order
Billingham v. State
3:05-cv-0240(TMB)