## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*ELSA BILLINGHAM V. STATE OF ALASKA DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES*
Case No. 3:05-cv-0240 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff Elsa Billingham has filed a motion for additional time to complete interrogatories at Docket No. 47 because Plaintiff has taken a job out of town. Having considered Plaintiff's request and Defendant's response, the Court believes that a conference is warranted for consideration of Plaintiff's motion and for the possible extension of current deadlines in this litigation. The conference is set for December 5, 2006 at 3:00 p.m. Since Plaintiff has informed the Court that she is out of town, Plaintiff may participate in the conference telephonically. If participating telephonically, Plaintiff shall make arrangements by calling Patty Demeter at 907-677-6144 at least 24 hours prior to the time scheduled for the hearing.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:      November 29, 2006