```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

ELSA BILLINGHAM   vs.   STATE OF ALASKA DEPARTMENT OF
                        TRANSPORTATION AND PUBLIC FACILITIES

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:05-00240-TMB

DEPUTY CLERK/RECORDER:   Patty Demeter

APPEARANCES:   PLAINTIFF: Elsa Billingham (Pro per)

               DEFENDANT: Brenda Page

PROCEEDINGS: HEARING ON MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (DKT 47)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:087 p.m. court convened.

Court and counsel heard.

Court GRANTED Motion for Extension of Time to Complete Discovery (Dkt 47).

Defense counsel shall file a joint status report on or before December 12, 2006, including dates modifying the scheduling and planning order, also if the parties request to have a settlement conference.

At 3:36 p.m. Court Adjourned.

DATE: 12/5/06   DEPUTY CLERK'S INITIALS: pld