CRAIG J. TILLERY
ACTING ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES )<br>)<br>Defendant. )<br>_____ ) | Case No.  3:05-cv-0240 (TMB) |

## SUPPLEMENTAL STATUS REPORT

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, submits this supplemental status report pursuant to the Court's request.   The Court held a status conference with the parties on December 5, 2006, and requested that the State submit a report with the parties' proposed modifications of the current pretrial deadlines in this matter.

Defendants' counsel has consulted with the Plaintiff, Elsa Billingham, who is proceeding *pro se,* and the parties have agreed to request that the Court extend the current deadlines in this case by three months.  Therefore, the parties propose that the Court

modify the following deadlines set forth in the Scheduling and Planning Order issued on July 28, 2006, as follows:

Discovery

(5) No later than February 28, 2007, each party shall serve and file a final, revised witness list which unless otherwise specifically stated must include expert as well as lay witnesses. Only those witnesses so disclosed will be permitted to testify at trial.

(6) All discovery must be scheduled so as to be <u>completed</u> by March 30, 2007.

The parties request that, with the exception of the above modifications, the Scheduling and Planning Order remains as issued.

In addition, the parties have discussed the possibility of participating in a settlement conference and have decided not to request such a conference at this time. The parties will revisit the possibility, however, near the end of the discovery period and will inform the Court if they wish to request a settlement conference through the Court.

Ms. Billingham has given Defendant's counsel the authority to file this supplemental status report on behalf of both parties.

RESPECTFULLY submitted this: <u>12th day of December, 2006</u>.

>CRAIG J. TILLERY
>ACTING ATTORNEY GENERAL
>
>By: /s/ Brenda B. Page
>
>Assistant Attorney General
>Attorney General's Office
>Attorney for Defendant

1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No.  0303007

### CERTIFICATE OF SERVICE

This is to certify that on December 12, 2006, a true and correct copy of the **SUPPLEMENTAL STATUS REPORT** in this proceeding was served by first class U.S. Mail on the following:

    Elsa Billingham
    P.O. Box 231625
    Anchorage, AK 99523


   /s/   Keri Hile
Keri Hile, Law Office Assistant
Attorney General's Office