RECEIVED
FEB 1 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska,
Department of Transportation
and Public Facilities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,            )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC)
FACILITIES,                 )
                            )
            Defendant.      )
_____)  Case No. 3:05-cv-0240 (TMB)

**JOINT MOTION FOR CONSENT PROTECTIVE ORDER**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, and Plaintiff Elsa Billingham, who is proceeding *pro se*, jointly request that the Court issue the Consent Protective Order accompanying this motion. This lawsuit is presently in discovery and Plaintiff Elsa Billingham has in her possession certain information regarding third parties that may be considered confidential. The parties have conferred and agree that this information should

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

be held in confidence and that any information or documents requested by Ms. Billingham in discovery to confirm or augment such information also should be held in confidence. The parties also agree that medical records provided to Defendant by Ms. Billingham or her medical care providers will be held in confidence according to the terms of the Protective Order. The parties have agreed to terms of the Consent Protective Order as a means for handling such confidential documents and information.

In addition, the parties request that the Court seal the documents filed by Ms. Billingham on May 16, 2006, in support of her Supplemental Statement of Facts Accident files of Co-Workers, in an envelope provided with this motion, and that the Court prohibit remote electronic access by a non-party to those documents pursuant to D. Ak. LR. 5.21(e)(2).

The parties have conferred in good faith and agree to issuance of the Consent Protective Order to resolve the confidentiality concerns in this matter. The parties have shown good cause for issuance of the order. Accordingly, the parties jointly move for the Court to issue the accompanying Consent Protective Order.

Dated this 13th day of February, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page
Brenda B. Page
Assistant Attorney General
ABA No. 0303007

Elsa Billingham, Plaintiff

MOTION FOR CONSENT PROTECTIVE ORDER
BILLINGHAM v STATE

CASE NO. 3:05-cv-0240 (TMB)
Page 2 of 2