TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska,
Department of Transportation
and Public Facilities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,            )
                            )
           Plaintiff,       )
                            )
v.                          )
                            )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC)
FACILITIES,                 )
                            )
           Defendant.       )
_____)   Case No. 3:05-cv-0240 (TMB)

**CONSENT PROTECTIVE ORDER**

This lawsuit is presently in discovery and it appears that Plaintiff has in her possession certain information regarding third parties that may be considered confidential. The parties have agreed that this information should be held in confidence and that any information or documents requested by Plaintiff in discovery to confirm or augment such information also should be held in confidence. In addition, the parties have agreed that medical records provided to Defendant by Ms. Billingham or her medical care providers

will be held in confidence according to the terms of this Protective Order. Accordingly, because there is good cause under Fed. R. Civ. P. 26(c) and the parties consent to entry of this Protective Order,

IT IS HEREBY ORDERED AS FOLLOWS:

1. All information and documents produced in discovery by Plaintiff or the State that are designated as "Confidential" are to be treated as confidential and not subject to disclosure except under the conditions set forth below.

2. The information and documents designated as confidential shall be used solely for the purposes of this litigation and for no other purpose.

3. No persons other than the parties, the parties' counsel, consultants, or expert witnesses retained by the parties, shall have access to the documents designated as confidential.

4. Any person granted access herein, other than counsel and the custodian of such documents, shall sign the agreement appended to this order.

5. No copies of these documents may be made except for use as an exhibit to a deposition, motion or at trial.

6. All confidential documents and information filed with the court for any purpose must be filed in a sealed envelope or other container marked on the outside with the title of the action, identification of each item within, and a statement substantially as follows: "*Confidential – sealed by Court order – for Court use only.*" Any party filing such confidential documents shall request that the Court prohibit remote electronic access of the

documents by a non-party pursuant to Local Rule of the United States District Court for the District of Alaska 5.2.1(e)(2).

7. The documents filed by the Plaintiff with the Court on May 16, 2006, in support of her Supplemental Statement of Facts Accident Files of Co-Workers will be sealed by the Court in an envelope provided by the parties marked on the outside as described in paragraph 6 and the Court will prohibit remote electronic access by a non-party pursuant to D. Ak. LR. 5.2.1(e)(2).

8. To the extent Plaintiff previously provided the documents filed with the Court on May 16, 2006, to other individuals or agencies, Plaintiff will seek to ensure that those individuals and agencies maintain the confidentiality of the documents and the information about third parties contained therein.

9. Testimony elicited during a deposition or any proceeding that calls for or has resulted in the disclosure of information that is confidential should be treated as a confidential under this protective order.

10. All copies of documents protected under this order shall, at the termination of this litigation, be returned to the State of Alaska.

11. Counsel shall maintain a list of all persons to whom such confidential documents and information have been disclosed and the list shall be available for inspection by the attorneys of record for any other party.

12. This Consent Protective Order is intended to provide a mechanism for handling confidential documents and information. It is not intended by the parties to act as

a waiver of the right to object to any disclosure of information or production of any documents the parties consider confidential on any grounds including, without limitation, under the confidentiality provision of AS 39.25.080, relevance, work product or privilege.

13. The parties seeking discovery shall have the right to challenge any designation of confidentiality by seeking an order of the Court with respect to information or documents designated as "Confidential." The party seeking discovery will treat all materials or information designated as "Confidential" in accordance with the requirements of this Order during the pendency of such motion. The parties agree that before seeking any relief from the Court under this paragraph they will make a good faith effort to resolve any disputes concerning the confidential treatment of any information.

**IT IS SO ORDERED.**

DATED: _____

_____
United States District Judge

**SO MOVED AND CONSENTED TO BY:**

DATED: Feb. 13, 2007   TALIS J. COLBERG
ATTORNEY GENERAL

By: _____
Brenda B. Page
Assistant Attorney General
ABA No. 0303007

DATED: 2-13-2007   _____
Elsa Billingham, Plaintiff

# AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, _____ acknowledge that I have received and read a copy of the foregoing Consent Protective Order in the case of *Elsa Billingham v. State of Alaska, Department of Transportation and Public Facilities,* Case No. 3:05-cv-0240(TMB) in United States District Court for the District of Alaska, and represent that I fully understand the terms and provisions of the Consent Protective Order.

I further agree to be bound by all terms and provisions of the Consent Protective Order, and to be subject to the jurisdiction of the United States District Court for the District of Alaska for the purposes of enforcing said Protective Order.

_____          _____
Date                            Signature

_____
Name, Printed or Typed

_____
Mailing Address

_____
Street Address

_____
City, State, Zip Code

Witness:

_____          _____
Date                            Signature

_____
Name, Printed or Typed

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100