TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5136
Fax: (907) 258-4978

Attorney for the State of Alaska,
Department of Transportation & Public Facilities

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES, | ) ) ) ) ) |
| Defendant. | ) ) |

Case No. 3:05-cv-0240 (TMB)

## CERTIFICATE OF SERVICE

This is to certify that on this date, a true and correct copy of **JOINT MOTION FOR CONSENT PROTECTIVE ORDER, CONSENT PROTECTIVE ORDER,** and this **CERTIFICATE OF SERVICE** in this proceeding was mailed to the following parties:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

_____  02-14-07
Signature                         Date

RECEIVED
FEB 14 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100