William S. Labahn, Esq.
Law Office of William S. Labahn, P.C.
310 "K" Street, Suite 200
Anchorage, Alaska 99501
Tel.: (907) 264-6787
Facsimile: (907- 262-6602
Email:

RECEIVED
MAR 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attorney for Plaintiff

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) |
| vs. | ) |
| STATE OF ALASKA, DEPT. OF TRANSPORTATION AND PUBLIC FACILITIES, | ) |
| Defendant. | ) 3:05-CV-00240-TMB |

Case No. 3:05-VC-02140 (TMB)

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Office of William S. Labahn, P.C., William S. Labahn, Esq., hereby appears as attorney of record for ELSA BELLINGHAM, plaintiff herein. All future correspondence and communications regarding the above-captioned civil action should be directed to the undersigned at the address below.

Dated this 20th day of March 2007 at Anchorage, Alaska.

Law Office of William S. Labahn, P.C.

Elsa Billingham v. State of Alaska, Dept. of Transportation
And Public Facilities
USDC Case No. 3:05-CV-0240 (TMB)
Notice of Appearance - 1

Attorney for Plaintiff

By: _____
William S. Labahn
Alaska Bar# 8301002
310 "K" Street, Suite 200
Ph. (907) 264-6787
Facsimile (907) 264-6602

    I certify that on March 21, 2007, I mailed/faxed/hand-delivered a true, exact and complete copy of the foregoing to Brenda B. Page, Esq., Assistant Attorney General, attorney for defendant, at 1031 West 4th Avenue, Suite 200, Anchorage, Alaska 99501:

_____
William S. Labahn

Elsa Billingham v. State of Alaska, Dept. of Transportation
And Public Facilities
USDC Case No. 3:05-CV-0240 (TMB)
Notice of Appearance - 2