TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:05-CV-0240 (TMB) |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, moves the Court for an extension of time to complete discovery in this matter pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Due to some unusual circumstances that have arisen, the requested extension is necessary to provide both parties with adequate time to complete discovery. The current deadline for the completion of discovery is March 30, 2007, which was set by Court order on December 29, 2006. Defendant requests a 60-day extension, for a new deadline of May 29, 2007.

There is good cause for this requested deadline extension. Over the past several weeks, Defendant's counsel held off on filing a motion to compel and on scheduling depositions because Plaintiff Elsa Billingham, who has been proceeding *pro se*, was in the process of securing counsel. Specifically, on February 15, 2007, William S. Labahn contacted Defendant's counsel and indicated that Ms. Billingham had requested that he represent her in this litigation. Mr. Labahn requested that Defendant's counsel hold off on proceeding with discovery to give him time to review Ms. Billingham's case and make a decision regarding representation. Defendant's counsel agreed to the request. In several subsequent telephone conversations, Mr. Labahn indicated that he anticipated that he would be representing Ms. Billingham but had been delayed in finalizing that decision due to a move and because Ms. Billingham was working on the North Slope and he had been unable to contact her. Defendant's counsel desired to be cooperative and again agreed to hold off on scheduling depositions and filing a motion to compel. This agreement was made with the understanding that Mr. Labahn would be requesting an extension of the discovery deadline in this matter.

On March 22, 2007, Mr. Labahn filed a Notice of Appearance with the Court as the attorney of record for Ms. Billingham and submitted correspondence to the Honorable Judge Burgess to request a status conference. As indicated in the Notice to the Court filed concurrently with this motion, Defendant's counsel then discovered that the Oregon State Bar website indicated that Mr. Labahn had been disbarred in Oregon. As a result, Mr. Labahn's continued representation of Ms. Billingham appears to be in question and

the parties have only a few days to complete discovery under the current deadline of March 30, 2007.

Defendant is ready to proceed with and complete discovery in this matter. Defendant believes, however, that the parties need additional time to clarify the situation regarding Mr. Labahn's representation of Ms. Billingham. In addition, Defendant's counsel understands that Ms. Billingham is working on the North Slope and apparently cannot participate in depositions before the current discovery deadline. Therefore, in the interest of fairness, Defendant requests a 60-day extension of the discovery deadline to give both parties sufficient time to complete discovery. Defendant further requests that the current pretrial deadlines be adjusted accordingly so that motions under the discovery rules and dispositive motions will be due no later than thirty days following the new date set for the closure of all discovery. This request is not made for delay but for good cause to ensure that neither party is prejudiced by the uncertainty regarding Mr. Labahn's continued representation of Ms. Billingham.

RESPECTFULLY submitted this 28th day of March, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

#### CERTIFICATE OF SERVICE

This is to certify that on March 28, 2007, true and correct copies of the **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY, AFFIDAVIT OF BRENDA B. PAGE AND PROPOSED ORDER** in this proceeding were served by first class U.S. Mail on the following:

> Elsa Billingham
> P.O. Box 231625
> Anchorage, AK 99523

> William S. Labahn
> 310 "K" Street, Suite 200
> Anchorage, Alaska 99501


   /s/   Brenda B. Page