IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-0240 (TMB) |

## [PROPOSED] ORDER

Defendant has filed a motion for a 60-day extension of time to complete discovery. Having considered Defendant's request and any opposition thereto,

**IT IS HEREBY ORDERED:**

The deadline for completion of discovery will be extended to May 29, 2007, and motions under the discovery rules and dispositive motions will be due no later than thirty days after that deadline.

Dated this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge