TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) ) ) ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-CV-0240 (TMB) |

**AFFIDAVIT OF BRENDA B. PAGE**

UNITED STATES DISTRICT COURT    )
                                ) ss.
DISTRICT OF ALASKA              )

I, Brenda B. Page, state after being duly sworn and based upon my personal knowledge that:

1. I am an Assistant Attorney General in the Civil Division of the Department of Law assigned to represent the Defendant in the above captioned lawsuit.

2. Over the past several weeks, I held off on filing a motion to compel and on scheduling depositions in this lawsuit because Plaintiff Elsa Billingham, who has been proceeding *pro se*, was in the process of securing counsel.

3. Specifically, on February 15, 2007, William S. Labahn contacted me by telephone and indicated that Ms. Billingham had requested that he represent her in this litigation.

4. Mr. Labahn requested that Defendant hold off on proceeding with discovery to give him time to review Ms. Billingham's case and make a decision regarding representation. I agreed to the request.

5. In several subsequent telephone conversations, Mr. Labahn indicated that he anticipated that he would be representing Ms. Billingham but had been delayed in finalizing that decision due to a move and because Ms. Billingham was working on the North Slope and he had been unable to contact her.

6. I desired to be cooperative and again agreed to hold off on scheduling depositions and filing a motion to compel. This agreement was made with the understanding that Mr. Labahn would be requesting an extension of the discovery deadline in this matter.

7. On March 22, 2007, after Mr. Labahn filed a Notice of Appearance with the Court as the attorney of record for Ms. Billingham, I discovered that the Oregon State Bar website indicated that Mr. Labahn had been disbarred in Oregon.

8.  As a courtesy, on March 23, 2007, I contacted Mr. Labahn by telephone to inform him of the information I had discovered and of my obligation to notify the Court. Mr. Labahn indicated to me that he would be withdrawing from this case.

9.  It is my understanding, through conversations with Mr. Labahn, that Plaintiff Elsa Billingham currently is employed on the North Slope and will not be available to participate in depositions until some time in April or May.

Further this affiant sayeth naught.

_____
Brenda B. Page

SUBSCRIBED AND SWORN TO before me this 28th day of March, 2007, at Anchorage, Alaska.

_____

Notary Public in and for the State of Alaska
My Commission Expires: _with office_

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA/DOT&P*
3:05-cv-0240 (TMB)