TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:05-CV-0240 (TMB) |

## NOTICE TO THE COURT

Defendant's counsel, the Office of the Attorney General, submits this notice to the Court pursuant to Local Rule 83.1(i) of the United States District Court for the District of Alaska and Rule 8.3 of the Alaska Rules of Professional Conduct to inform the Court that the Oregon State Bar website indicates that attorney William S. Labahn has been disbarred in the state of Oregon. On March 22, 2007, Mr. Labahn entered an appearance in this matter on behalf of Plaintiff Elsa Billingham. That same day, Defendant's counsel discovered that the Oregon State Bar website indicated that Mr. Labahn had been disbarred in Oregon on March 12, 2007.

Defendant's counsel contacted the Alaska State Bar Association on March 23, 2007, pursuant to Rule 8.3(a) of the Alaska Rules of Professional Conduct, and was advised to notify this Court of the information on the Oregon State Bar website regarding Mr. Labahn's status. As a courtesy, Defendant's counsel informed Mr. Labahn on March 23, 2007, of counsel's obligation to notify the Court and Mr. Labahn indicated that he would be withdrawing from this case.

To date, Defendant's counsel has not received notice of Mr. Labahn's withdrawal. Therefore, because Mr. Labahn's apparent disbarment in Oregon may result in suspension from practice before this Court under Local Rule 83.1(g)(1)(A), may be grounds for discipline under Rule 15 of the Alaska Bar Rules, and may result in violation of Rule 5.5 of the Alaska Rules of Professional Conduct, this notice is filed pursuant to Local Rule 83.1(i) of the United States District Court for the District of Alaska and Rule 8.3 of the Alaska Rules of Professional Conduct.

RESPECTFULLY submitted this 28th day of March, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

### CERTIFICATE OF SERVICE

This is to certify that on March 28, 2007, a true and correct copy of the Defendant's **NOTICE TO COURT** in this proceeding was served by first class U.S. Mail on the following:

>   Elsa Billingham
>   P.O. Box 231625
>   Anchorage, AK 99523

>   William S. Labahn
>   310 "K" Street, Suite 200
>   Anchorage, Alaska 99501

Courtesy copy:

>   Stephen J. Van Goor
>   Bar Counsel
>   Alaska Bar Association
>   P. O. Box 100279
>   Anchorage, 99510

  /s/   Brenda B. Page