IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,                            )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
STATE OF ALASKA, DEPARTMENT                 )
OF TRANSPORTATION AND PUBLIC                )
FACILITIES                                  )
                                            )
            Defendant.                      )
_____ )      Case No.  3:05-cv-0240 (TMB)

### [PROPOSED] ORDER

Defendant has filed a motion for a status conference and requested that the motion be considered in a shortened time.  Having considered Defendant's request, the Court believes that a conference is warranted.   The conference is set for _____.


Dated this _____ day of _____, 2007.


                                  _____
                                  The Honorable Timothy M. Burgess
                                  United States District Judge