TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-0240 (TMB) |

**MOTION FOR SHORTENED TIME FOR CONSIDERATION
OF SCHEDULING STATUS CONFERENCE**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, pursuant to Rule 7.2(c) of the Local Rules of the United States District Court for the District of Alaska, requests that the Court shorten the time for consideration of Defendant's concurrent motion requesting that the Court schedule a status conference. Defendant requests the status conference to address whether attorney William S. Lebahn continues to represent Plaintiff Elsa

Billingham in this matter and to consider new deadlines for the completion of discovery and filing of discovery and dispositive motions. Defendant has attached an affidavit explaining why expedited consideration is needed.

RESPECTFULLY submitted this 10th day of April, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on April 10, 2007, a true and correct copy of the **DEFENDANT'S MOTION FOR SHORTENED TIME FOR CONSIDERATION OF SCHEDULING STATUS CONFERENCE** in this proceeding was served by first class U.S. Mail on the following:

William S. Labahn
310 "K" Street, Suite 200
Anchorage, Alaska 99501

Courtesy copy:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523


/s/ Brenda B. Page