TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-CV-0240 (TMB) |

**AFFIDAVIT OF BRENDA B. PAGE**

UNITED STATES DISTRICT COURT )
                                       ) ss.
DISTRICT OF ALASKA           )

        I, Brenda B. Page, state after being duly sworn and based upon my personal knowledge that:

        1.    I am an Assistant Attorney General in the Civil Division of the Department of Law assigned to represent the Defendant in the above captioned lawsuit.

2. On March 22, 2007, William S. Labahn filed a Notice of Appearance with the Court as the attorney of record for Plaintiff Elsa Billingham. The same day, I discovered that the Oregon State Bar website indicated that Mr. Labahn had been disbarred in Oregon.

3. As a courtesy, on March 23, 2007, I contacted Mr. Labahn by telephone to inform him of the information I had discovered and of my obligation to notify the Court. Mr. Labahn indicated to me that he would be withdrawing from this case.

4. I filed a notice on March 28, 2007, to inform the Court that the Oregon State Bar website indicated that Mr. Labahn had been disbarred in Oregon on March 12, 2007.

5. Mr. Labahn has not withdrawn from this lawsuit and continues as the attorney of record representing Ms. Billingham.

6. It is my understanding that Alaska Bar Rule 15 prohibits Mr. Labahn from practicing law in Alaska after his disbarment in Oregon.

7. In addition, it is my understanding that I am precluded under the Alaska Rules of Professional Conduct from interacting with Mr. Labahn as opposing counsel in this matter if he is engaged in unauthorized practice of law.

8. Therefore, the parties cannot proceed with this litigation until the matter of Mr. Labahn's representation of Ms. Billingham is addressed and resolved.

9. Defendant has filed a motion with the Court requesting a status conference to address Mr. Labahn's continued representation of Ms. Billingham and to consider new deadlines for the completion of discovery and for filing discovery and dispositive motions.

10. A shortened time for consideration of scheduling the status conference is necessary to expeditiously resolve these issues so that the parties can proceed with litigation.

11. I have not consulted with Mr. Labahn or Ms. Billingham regarding Defendant's request for a status conference due to the uncertainty in Mr. Labahn's status in representing Ms. Billingham in this lawsuit. Mr. Labahn, however, previously requested a status conference in this matter. I believe that it would be in the best interest of both parties to address and resolve these issues as soon as possible.

12. I will be out of state on personal business from April 26, 2007, until May 4, 2007, and will be unable to attend a status conference during that period. Therefore, I respectfully request that the court schedule a status conference before or after the period of my absence so that I can attend the conference on behalf of Defendant.

Further this affiant sayeth naught.

_____
Brenda B. Page

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA/DOT&P*
3:05-cv-0240 (TMB)

SUBSCRIBED AND SWORN TO before me this 10th day of April, 2007, at Anchorage, Alaska.

[Notary Seal: SHERRILL ... NOTARY PUBLIC STATE OF ALASKA]

Sherrill Hooper
Notary Public in and for the State of Alaska
My Commission Expires: With Office