IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND PUBLIC ) <br> FACILITIES ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-cv-0240 TMB |

## ORDER

Defendant has filed a motion for a 60-day extension of time to complete discovery. Having considered Defendant's request,

**IT IS HEREBY ORDERED:**

The deadline for completion of discovery will be extended to May 29, 2007, and motions under the discovery rules and dispositive motions will be due no later than thirty days after that deadline.

Defendant has filed a motion for a status conference at Docket [65] and requested that the motion be considered in a shortened time. Having considered Defendant's request, the Court believes that a conference is warranted. The status conference is set for April 25, 2007 at 10:00 a.m. in Courtroom 1.

Dated this 11th day of April, 2007.

                                                   /s/ Timothy M. Burgess
                                             The Honorable Timothy M. Burgess
                                             United States District Judge