MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELSA BILLINGHAM     vs.     STATE OF ALASKA DEPARTMENT OF
                            TRANSPORTATION AND PUBLIC FACILITIES

BEFORE THE HONORABLE TIMOTHY M. BURGESS    CASE NO 3:05-CV-00240-TMB

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    WILLIAM LABAHN - TELEPHONIC

                DEFENDANT:    BRENDA PAGE - TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD 4/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:17 a.m. court convened.

Court and counsel heard re Defendant's request for additional time re discovery and Mr. Labahn's representation status in this case.

Mr. Labahn to file a response re his representation status by **May 14, 2007.**

Status Conference set for **May 17, 2007 at 9:00 a.m.**

Pending discovery deadlines are **STAYED**; Court will revisit scheduling discovery deadlines until representation issue is resolved.

At 10:32 a.m. court adjourned.

DATE:    April 25, 2007    DEPUTY CLERK'S INITIALS:    SCL