MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELSA BILLIINGHAM    vs.    STATE OF ALASKA DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO 3:05-CV-00240-TMB

DEPUTY CLERK/RECORDER:    SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   WILLIAM LABAHN

DEFENDANT:   BRENDA PAGE

PROCEEDINGS: STATUS CONFERENCE HELD 5/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:00 p.m. court convened.

Court and counsel heard re status of Mr. LaBahn's representation of plaintiff. Mr. LaBahn is withdrawn as counsel for plaintiff.

Court and counsel heard re Mr. LaBahn's oral motion to allow reasonable time for plaintiff to find counsel; **GRANTED**.

Court directed Mr. LaBahn to inform the plaintiff to file a report with the Court by **July 1, 2007** re status of her representation and to provide defense counsel a copy of her report.

Court and counsel heard re discovery issues.

Parties to submit to the Court by **July 16, 2007** a schedule to complete discovery.

At 4:13 p.m. court adjourned.

DATE:   May 31, 2007    DEPUTY CLERK'S INITIALS:   SCL