**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  ELSE SOLVEIG BILLINGHAM   v.   STATE OF ALASKA, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                        CASE NO.  3:05-cv-00240-TMB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 5, 2007

       On May 31, 2007, a status conference was held, at which time, counsel for the plaintiff was withdrawn as her attorney of record.[1] Ms. Billingham was given until July 1, 2007, to file a report with the Court regarding the status of her representation. Ms. Billingham was previously given time to locate counsel to represent her in this matter. Absent new counsel, she will need to prosecute this case pro se. The parties were given until July 16, 2007, to submit a schedule to complete discovery.

       The Clerk of Court will send a copy of the text order at docket number 71 to Ms. Billingham, and Ms. Billingham is put on notice that she is required to follow the time-lines in that order.

   IT IS SO ORDERED.

---

[1] *See* Docket No. 71.

[305-cv-240 billiingham status.wpd]{IA.WPD*Rev.12/96}