Elsa Billingham
P.O. Box 231625
Anchorage, Alaska 99523
Telephone: 907- 332-3791

June 27, 2007

Clerk of the Court
United States District Court
District of Alaska
U.S. Courthouse
222 West 7th Avenue
Anchorage, Alaska 99513

      Re: *Elsa Billingham v. State of Alaska, Dept. of Transportation*
         USDC # 3:05-CV-0240 (TMB)

Dear Sir or Madam,

In compliance with the Court's order, this letter is to notify the Court and defense counsel that I will be representing myself. I have been unable to obtain substitute counsel. Future correspondence and communications regarding this case should be directed to me at the address and telephone number above.

Respectfully yours,

*[signature]*

Elsa Billingham
Plaintiff
Pro Se

Cc: Brenda B. Page
    Assistant Attorney General

*[Stamp: RECEIVED JUN 27 2007 CLERK, U.S. DISTRICT COURT, ANCHORAGE, AK]*