TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:05-cv-0240 (TMB)

**SCHEDULE TO COMPLETE DISCOVERY**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, and Plaintiff, Elsa Billingham, jointly submit this schedule to complete discovery pursuant to the Court's request.

Defendant's counsel has consulted with the Plaintiff, Elsa Billingham, who is proceeding *pro se,* and the parties have agreed to request that the Court extend the current deadline so that all discovery must be completed by October 5, 2007, and to request that the current pretrial deadlines be adjusted accordingly so that motions under

the discovery rules and dispositive motions will be due no later than thirty days following the new date set for the closure of discovery.

RESPECTFULLY submitted this 16th day of July, 2007.

ELSA BILLINGHAM

By: *[signature]*

Elsa Billingham
pro se Plaintiff

TALIS J. COLBERG
ATTORNEY GENERAL

By: *[signature]*

Brenda B. Page
Assistant Attorney General
Attorney for Defendant
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007