IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3:05-cv-0240 (TMB)

### [PROPOSED] ORDER

The parties have filed a schedule to complete discovery requesting an extension of time to complete discovery. Having considered the parties' request,

**IT IS HEREBY ORDERED:**

The deadline for completion of discovery will be extended to October 5, 2007, and motions under the discovery rules and dispositive motions will be due no later than thirty days after that deadline.

Dated this _____ day of _____, 2007.

 

_____
The Honorable Timothy M. Burgess
United States District Judge