MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*ELSA BILLINGHAM  v. STATE OF ALASKA,
DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES*

Case No. 3:05-cv-0240 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

On March 7, 2007, a Protective Order was entered in this case. (Docket # 59) That Order limits the use of confidential information disclosed in this case.  On September 5, 2007, Plaintiff filed a "Motion To Allow Plaintiff To Use Information Produced In Discovery To Be Allowed In Plaintiff's Appeal In Superior Court Third Judicial District." (Docket # 77) That motion is opposed by the Defendant.  (Docket # 78)

**IT IS HEREBY ORDERED:**

Plaintiff has not clearly articulated why she now seeks relief from the Protective Order; therefore, the motion at Docket 77 is **DENIED**.  The Defendant's motion at Docket 76 is **GRANTED**.  Plaintiff is reminded that violations of the Protective Order may result in sanctions.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  September 7, 2007