IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITES, ) | |
| Defendant, ) | |
| _____) | Case No. 3:05-cv-0240 (TMB) |

RECEIVED OCT 01 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

MOTION FOR EXTRA TIME TO COMPLETE DEPOSITIONS

Pro-Se Plaintiff Plaintiff, Elsa Billingham is attempting to complete depositions in a

Timely manner, and has scheduled her depositions for October 3 and 4. Due to the un-

Availability of certain of people on the list to be deposed . Plaintiff requests that extra

time is allowed to depose additional names on the list.

DATED : OCTOBER 1 2007 at Anchorage, Alaska

By: _____
Elsa Billingham Pro-Se
PO. 231625
Anchorage Alaska 99523
( 907 ) 332-3791

Certificate of Service
I certify that on this __/__ day of October
2007, this Motion to complete depositions
Was served in person to the following:

Attorney Generals Office
Assistant Attorney General
Brenda B. Page
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501

Motion to complete depositions
Elsa Billingham v. State of Alaska/ DOT & PF, 3:05-cv0240 (TMB)