IN THE UNITED STATES DISTRIT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br>            Plaintiff, | )<br>)<br>) |
| Vs. | )   ORDER<br>) |
| STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES,<br>            Defendant, | )<br>)<br>)<br>)<br>) |
| | ) Case No. 3:05-cv-0240 (TMB) |

ORDER

It is hereby ORDERED that the Plaintiff, Elsa Billingham's MOTION FOR EXTRA TIME TO COMPLETE DEPOSITIONS is GRANTED.

DATED:_____   By:_____


TIM BURGESS
United States District Judge


Motion to complete depositions
Elsa Billingham v. State of Alaska/DOT & PF, 3:05-cv-0240 (TMB)