## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

ELSA BILLINGHAM  v. STATE OF ALASKA, DEPT. OF TRANSPORTATION
Case No. 3:05-cv-0240 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

    This case began with the filing of a Complaint on October 11, 2005, by Plaintiff Elsa Billingham. On May 23, 2006, Plaintiff filed a Status Report stating that "[t]he parties have not commenced discovery."  The parties filed a Scheduling and Planning Conference Report on June 26, 2006 agreeing that Discovery was to close on December 31, 2006.

    After consultation with Plaintiff, Defendant filed a Supplemental Status Report on December 12, 2006 requesting that Discovery close on March 30, 2007.  That request was granted on December 29, 2006.

    There was another request granted extending the close of Discovery to May 29, 2007. Finally, on July 16, 2007, the parties submitted, at the Court's request, a joint Schedule to Complete Discovery.  That request set a Discovery closing date of October 5, 2007, and a motions deadline of November 5, 2007.

    Underlying these numerous Discovery extensions are Plaintiff's efforts to retain and keep counsel. At several status conferences, the Court has advised Plaintiff of the value of retaining counsel and has extended deadlines in order to give her time to do so. The Court has also cautioned Plaintiff on several occasions of the need to meet deadlines. Defendant has also tried to accommodate Plaintiff throughout this case.

    On October 1, 2007, four days before the close of Discovery, Plaintiff has filed a Motion for Extra Time to Complete Depositions.  It is a request for an unspecified period of time and offers insufficient explanation as to efforts made to complete Discovery in a timely manner.

    **IT IS HEREBY ORDERED:** Plaintiff's Motion to Extend Discovery at Docket [80] is **DENIED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATED this 2nd day of October, 2007.