TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,	)<br>	)<br>	Plaintiff,	)<br>	)<br>v.	)<br>	)<br>STATE OF ALASKA, DEPARTMENT	)<br>OF TRANSPORTATION AND PUBLIC	)<br>FACILITIES	)<br>	)<br>	Defendant.	)<br>_____ )	| Case No. 3:05-cv-0240 (TMB) |

**MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE EXHIBITS TO SUMMARY JUDGMENT MOTION**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, requests a one-day extension of time to file the exhibits to its motion for summary judgment. The deadline for filing a summary judgment motion is today, November 5, 2007. Defendant has filed its motion for summary judgment but is having problems with successfully filing the exhibits electronically and cannot resolve the problems during the work day today. Therefore, Defendant requests a one-day extension of time to file the exhibits to its summary

judgment motion. Because of the last-minute nature of this request, Defendant has not had the opportunity to contact Ms. Billingham regarding this request. Defendant is serving by mail a hard copy of its motion and the accompanying exhibits to Ms. Billingham today.

Therefore, Defendant respectfully requests that the Court grant it a one-day extension, to November 6, 2007, for filing the exhibits to its summary judgment motion.

RESPECTFULLY submitted this: 5th day of November, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/  Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No.  0303007

CERTIFICATE OF SERVICE

This is to certify that on 5th of November May, 2007, a true and correct copy of **DEFENDANT'S MOTION FOR ONE DAY EXTENSION OF TIME TO FILE EXHIBITS TO SUMMARY JUDGMENT MOTION AND PROPOSED ORDER** in this proceeding were served by first class U.S. Mail on the following:

> Elsa Billingham
> P.O. Box 231625
> Anchorage, AK 99523

   /s/   Sheri Lopez
Sheri Lopez, Law Office Assistant
Attorney General's Office