DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,                          )
                                          )
                        Plaintiff,        )
                                          )
v.                                        )
                                          )
STATE OF ALASKA, DEPARTMENT               )
OF TRANSPORTATION AND PUBLIC              )
FACILITIES                                )
                                          )
                        Defendant.        )
_____   )    Case No.  3:05-cv-0240 (TMB)

### PROPOSED ORDER

Having considered Defendant's motion for a one-day extension of time to

file exhibits to its summary judgment motion,

**IT IS THEREFORE ORDERED:**

The motion is granted.

Dated this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge