TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND PUBLIC ) <br> FACILITIES ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-cv-0240 (TMB) |

**DEFENDANT'S ERRATA TO MOTION FOR SUMMARY JUDGMENT**

Defendant, State of Alaska, Department of Transportation and Public Facilities, notifies the Court of errata to its Motion for Summary Judgment.

On page 3, the fourth sentence of the first paragraph includes a citation to Ms. Billingham's deposition transcript and should read: "Bill. Dep. at 26-28."

On page 23, the third sentence of the second full paragraph includes a citation to Tracy Newbill's deposition transcript and should read: "Newbill Dep. at 19-23."

The exhibits submitted with the motion include the page numbers in the corrected citations and do not have to be amended.

RESPECTFULLY submitted this: 6th day of November, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  /s/  Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on November 6, 2007, a true and correct copy of Defendant's Errata to Motion for Summary Judgment in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

  /s/  Leticia Alvarez
Leticia Alvarez, Law Office Assistant
Attorney General's Office