TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB) |

## NOTICE OF FILING EXHIBITS

Defendant, State of Alaska, Department of Transportation and Public Facilities, submits this notice of filing of exhibits to Defendant's summary judgment motion. Defendant's summary judgment brief was filed on November 5, 2007, and Defendant's requested a one-day extension, to November 6, 2007, for filing the exhibits because of problems with electronic filing.

RESPECTFULLY submitted this 6th day of November, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

CERTIFICATE OF SERVICE

This is to certify that on November 6, 2007, a true and correct copy of the **DEFENDANT'S MOTION FOR STATUS CONFERENCE AND PROPOSED ORDER** in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Brenda B. Page