TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:05-cv-0240 (TMB) |

## Motion for Summary Judgment, Amended Exhibit List

| Exhibit | Description | Attachments |
|---|---|---|
| A. | Billingham Deposition (select pages) | Exhibits 1-3, 7, 12, 14, 15, 17, 19, 21, 22, 24, 26 - 30, 34, 36, 37, 42, 43, 46, 49, 50, 58, 59 |
| B. | Ashton Deposition (select pages) | Exhibit 6 |
| C. | Dougherty Deposition (select pages) | Exhibits 1 – 2 |
| D. | Johnson Deposition (select pages) | Exhibits 1– 4 |
| E. | Meers Deposition (select pages) | |
| F. | Newbill Deposition (select pages) | Exhibit 5 |

| | | |
|---|---|---|
| G. | Affidavit of Dan Hartman | Exhibits A – D |
| H. | Affidavit of Charlotte Mushat | Exhibits A – N |
| I. | EEOC Complaint of August 9, 2002 | |
| J. | EEOC Complaint of January 23, 2004 | |
| K. | EEOC Complaint of December 3, 2004 | |
| L. | Court Order of May 15, 2006 | |
| M. | Responses to Requests for Admission dated October 5, 2007 (select pages) | |

CERTIFICATION

I, Brenda B. Page, am the Assistant Attorney General assigned to represent the Defendant in this lawsuit and certify that the deposition excerpts attached to Defendant's Motion for Summary judgment are true and correct copies of the deposition transcripts as received from Katherine L. Novak, court reporter.

Dated November 6, 2007.

Respectfully submitted,

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007