**PERSONAL DATA:**

Name:
Address:

Phone:

**ELSA BILLINGHAM**
**P. O. Box 231625**
**Anchorage, Alaska**
**(907) 562-3791**

**EDUCATIONAL BACKGROUND:**

Clovis High School, Clovis, New Mexico.  Graduated, June 1967

University of New Mexico, Albuquerque, New Mexico, 9/67 to 6/68

University of Alaska, College, Alaska, 9/68 to 6/70

Anchorage Community College, Anchorage, Alaska. Construction Surveying, 9/75 to 12/75

Teamsters heavy Duty Truck Driving School 4/78 to 5/78

IUOE School, P.O. Box 0989, Palmer, Alaska 99654. Phone # (907) 746-3117.  Instructors: Herbert Belanger, Director of Training and Greg Leader, phone # (907) 376-4335.  I did hands on practice on a 966D loader and finish roller, a 410 John Deere and 580 Case rubber tired back-hoe.  I practiced digging ditches to grade and checked out to the nearest tenth and also with a 2% fall.  Also practiced on road grader and D7 and D8 dozers.

**INTEREST:**

Hiking, skiing, art, horseback riding

**SPECIAL SKILLS:**

First Aid Card, IUOE 302 Member

**WORK EXPERIENCE:**

Warehousing with Caterpillar and Ford parts using a Kardex filing system.   IBM computer experience. Expediting at Prudhoe Bay.    Truck driving experience, all types of transmissions. End-dumps, belly dumps, float truck, rock trucks, DJB's, water trucks, fuel trucks, forklifts, 966D and 988B loader, concrete trucks.  Most of my experience has been on road jobs and in the Prudhoe Bay Oilfields.

**SURVEYING EXPERIENCE:**

Includes all phases of construction lay-out work, x-sectioning, staking, pipe locations and As-building, and setting grades.   Most of my work experience has been on the Trans-Alaska Pipeline and related to oilfields in Prudhoe Bay.

**SURVEYING EQUIPMENT:**

Levels and transits, all chaining equipment.



EXHIBIT
1
E. Billingham

Exh. A, Att. 1
Page 1 of 5
0473

ELSA BILLINGHAM
Page 2


## LAST JOBS WORKED:

MB Contracting Company, Inc.
7101 Debarr Road
Anchorage, Alaska
(907) 333-5527
May 1993 to October 1993. **Position:** Pilot Car driver.
**Supervisors:** Bob Schwarthout and Tommy Vanlandingham. Duties were
to pilot the traffic on a road job at Gunsight Mountain.

SWS/MOA
1111 East 46th
Anchorage, Alaska
March 1992 to April 1993. **Position:** Weigh-scale operator.
**Supervisor:** Mia Nistler. I weighed garbage trucks and processed
all customers including taking money and using a cash register and
10-key. I also processed customers on IBM compatible computers and
customers who were transporting hazardous waste and asbestos.

Red Samms Construction
P. O. Box 3097
Bellevue, Washington
(907) 456-1620
June 1991 to July 1991. **Position:** Roller operator. **Supervisor:**
Lonnie Kuhl. I worked on a road job in Dillingham, Alaska. Did
compaction on a gravel road.

Wilder Construction Company, Inc.
11301 Lang
Anchorage, Alaska
(907) 344-0631
July 1990 to November 1990. **Position:** Swamper. **Supervisors:**
Stan Bruner and Skip Gradey. I operated forklifts John Deere and
Terex. I loaded trucks and hauled garbage. I cleaned the shop and
offices and expedited parts and materials. I was in charge of the
hazardous waste barrels and site.

Brice, Inc., General Contractors
P. O. Box 70668
Fairbanks, Alaska 99707
June 1990. **Position:** DJB driver. **Supervisor:** Hoss. Job was at
Drift River. I hauled gravel and built a dike around oil tanks.

Norcon, Inc.
P. O. Box 190947
Anchorage, Alaska 99519
July 1989 to October 1989. **Position:** Partsman. **Forman:** Dick
Ratcliff, phone number 696-4464. I worked in a warehouse on the
Exxon Valdez oil spill. I processed freight that was delivered to
the warehouse in shipping and receiving. I routed the freight to
the various task forces. I also operated a forklift.

Exh. A, Att. 1
Page 2 of 5
0474

**ELSA BILLINGHAM**
Page 3

Sealand Services, Inc.
P. O. Box 1939
Anchorage, Alaska 99510
(907) 274-2671

    June 1989. Position: Temporary R & R replacement as partsman. I distributed parts to the mechanics and inventoried the warehouse by cross-referencing part numbers from the kardex file to the IBM computer. I also operated the forklift.

Emserch Alaska Construction
Anchorage, Alaska

    1985 to 1989. Position: Heavy duty truck driver 25 to 35 yd end dumps 50 yd semi end dumps and low-boy driver. Supervisor: Ken Matheson. Bradley Lake Phase 1 & 11 and Red Dog Road.


            **REFERENCES AND TRANSCRIPTS AVAILABLE UPON REQUEST**



EXHIBIT
2
E. Billingham

DEPARTMENT OF ADMINISTRAT
DIVISION OF PERSONNEL
Pouch C-0201
Juneau, Alaska   99811
(907) 465-4430

Do Not Write
In This Space
U
S

APPLICATION FOR EMPLOYMENT
LABOR, TRADES AND CRAFTS
_LABORER_
(Title of Position Applying For)

PERSONAL INFORMATION

Mr.
Mrs.
MS. ~~Miss~~ _BILLINGHAM_       _ELSA_          _S._
        (Last)              (First)              (Middle)              (Maiden)

2. _P.O. BOX 231625    ANCH AK 99523_ Phone No. _562-379_
   (Street and/or Box Number)     (City, State Zip Code)

3. Social Security No.: _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_        4. USA Citizen: Yes ☑  No ☐

5. Date of Alaska Residence: From _1975_        To _PRESENT_

6. If your answers to item 6 are "yes," give details in item 7.

| | | No | Yes |
|---|---|---|---|
| a. | Do you have any physical disabilities? | ✓ | |
| b. | Do you have relatives employed by the State of Alaska? | | ✓ |
| c. | Do you have a valid Alaska driver's license? Give Number: | | ✓ |
| d. | Do you have any special registration or licenses? | | ✓ |
| e. | Have you been formerly employed by the State of Alaska? | | ✓ |
| f. | Have you been discharged or dismissed from a State of Alaska position? | ✓ | |

7. _I have a Class A CDL w/ all
endorsements and a medical
examiners card, plus a 48 hr
certification + emergency responder
OL # 0583572 Class A / X PT
CDL_

8. Will accept job requiring travel:
☑ Continuous    ☐ Occasional    ☑ Frequent    ☑ Remote Areas    ☑ None

9. Date available for employment: _PRESENTLY_

10. Education Background (in the field for which you are applying):

Exh. A, Att. 1
Page 4 of 5
0155

List Schools, Classes or Special Training (List Only Those Completed)

| Type of School | Name and Address of School | Course or Class | Date Completed | Degree or Certificate Received |
|---|---|---|---|---|
| H.S. CLOVIS HS | CLOVIS, CLOVIS NM | general | 1967 | CERT. |
| UNIV. UNM | UNM, ALBU NM | " | | |
| U. of AK | CDUTEE | | | |

11. The acceptance and rejection of candidates is based upon information and data furnish
Such information and data may require verification prior to appointment.  Incomplete
applications may result in rejection of candidates.

## EXPERIENCE DATA

12. Employment History:  It is necessary only to show previous employment within the last
(10) years which provided work experience for the job for which you are applying.

| | | |
|---|---|---|
| Employer: GRAY LINE OF AK | Your Job Title: DRIVER | From: 2/94   To: PRESENT |
| Address: 300 W. ELLIOTT SEATTLE WASH | | Hours Per Week: VARIES |
| Duties:   I DRIVE A MOTORCOACH FOR TOURISTS | Number of Employees Supervised: | Name of Your Supervisor: DUG |
| | | Supervisor's Title: PERSONNELL SUP |
| | | Reason for Leaving: |
| Employer: MB CONTRACTING | Your Job Title: PILOT CAR | From: 3/93   To: 10/93 |
| Address: 7101 DEBARR RD ANCHORAGE AK | | Hours Per Week: 60 |
| Duties:   DROVE PILOT CAR ON A ROAD JOB | Number of Employees Supervised: | Name of Your Supervisor: TOM VANLANDINGHAT |
| | | Supervisor's Title: SUPERINTENDANT |
| | | Reason for Leaving: RIF |
| Employer: SWS/MPA | Your Job Title: WEIGHSCALE | From: 3/92   To: 4/93 |
| Address: 11111 E 46th ANCHORAGE AK | | Hours Per Week: 30 |
| Duties:   I OPERATED COMPUTERS RAN A 10-KEY HANDLED CASH | Number of Employees Supervised: | Name of Your Supervisor: MIA NISTLER |
| | | Supervisor's Title: SUPERVISOR |
| | | Reason for Leaving: |
| Employer: RED SAMMS CONST | Your Job Title: ROLLER OP. | From: 6/91   To: 7/91 |
| Address: P.O. BOX 3097 BELLEVUE, WASH | | Hours Per Week: 70 |
| Duties:   RAN A ROLLER ON A ROAD JOB | Number of Employees Supervised: | Name of Your Supervisor: LONNIE KUHL |
| | | Supervisor's Title: FOREMAN |
| | | Reason for Leaving: RIF |
| Employer: WILDER CONST | Your Job Title: SWAMPER | From: 7/90   To: 11/90 |
| Address: 11301 LANG ANCHORAGE AK | | Hours Per Week: 60 |
| Duties:   I OPERATED FORKLIFTS LOADED TRUCKS & HAULED GARBAGE | Number of Employees Supervised: | Name of Your Supervisor: SKIP GRANEY |
| | | Supervisor's Title: SUPERINTANDANT |
| | | Reason for Leaving: RIF |

## CERTIFICATE OF APPLICANT

HEREBY CERTIFY that all information made on or in connection with this application is true
and complete to the best of my knowledge and belief, and that I have not knowingly withheld any
ct or circumstance.  I understand that any misrepresentation or concealment of material fact
ll be sufficient ground for rejection of application or removal from employment.  I authorize
present and previous employers to release to the State of Alaska any information they may
ve regarding my employment record.  I hereby agree to submit to such physical examination as
e State of Alaska may require.

e: 6/7/94

CK YOUR APPLICATION!  Be sure you have filled it in completely.

Signature: _____

959
CBRELL
Case 3:05-cv-00240-TMB   Document 87-5   Filed 11/06/2007   Page 6 of 26
MEMBER'S DISPATCH HISTORY
10/10/2006   6:44:43 PM
Page   1

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   0959023289
ELSA BILLINGHAM
PO BOX 231625
907-332-3791 907-250-7614 CELL
ANCHORAGE AK   99523
INIT RATE: 350.00  INIT PAID: 350.00

| EMPLOYER | PAYMENT STATUS | DUES RATE | PAID THRU | CONS. DATE | ORIG. DATE |
|---|---|---|---|---|---|
| 095900783-01 Anch School Dist 0783 (72-Ma 04 DUES CASH MEMBERS | | 55.00 | 2006-11 | 08-06-2002 | 2002-08 |

SIGN IN DATE   INDUSTRY
(General)

| DISPATCH DATE   DISPATCHER | DISP/BID | ORA | TYPE OF WORK | JOB CLASSIFICATION | | |
|---|---|---|---|---|---|---|
| EMPLOYER | TERM DATE   REASON | | | | REHIRE | VOIP |
| 2006-08-16-19.06 BRELL, GARY<br>Anch School Dist 0783 (72-Maint) | AD091435 | O | Others | GROUND MAINTENANCE | REHIRE | VOIP |
| 2006-07-07-14.23 KILLIAN, MIKE<br>AT&T Alascom 1234 (23-Commu) | AD091253 | O | Others | MATERIAL CONTROLLER | | |
| 2006-06-02-14.38 BRELL, GARY<br>Anch School Dist 0783 (72-Maint) | FD060745 | O | Others | MAINT MECH GROUNDS | | |
| 2006-06-01-14.20 BRELL, GARY<br>Horizon Lines 4546 (10-Hostl) | AD091080 | O | Others | WAREHOUSEMAN | | |
| 2006-05-22-14.27 BRELL, GARY<br>Munic. of Anch 6120 (13-Trans) 2006-05-26 NOT HIRED | AD091007 | O | Others | SWAMPER/HELPER | N | V |
| 2006-05-11-14.16 BRELL, GARY<br>Anch School Dist 0783 (72-Maint) | AD090932 | O | Others | DRIVER/WAREHOUSE | | |
| 2005-11-10-14.33 BRELL, GARY<br>Brice, Inc. 1935 (01-Const) 2005-11-15 NOT Eligible for Maxi Huals | AD090174 | O | Construction | MAXI HAUL | N | |
| 2005-04-01-14.21 BRELL, GARY<br>Interstate Brands 4698 (51-Bakin 2005-04-15 NOT HIRED | AD089256 | O | Others | DRIVER | | |
| 2005-03-25-14.13 BRELL, GARY<br>Munic. of Anch 6120 (13-Trans) | AD089229 | O | Others | SWAMPER/HELPER | | |
| 2005-03-23-14.24 BRELL, GARY<br>Horizon Lines 4544 (19-Mech) | AD089222 | O | Others | PARTSMAN | | |
| 2005-03-07-14.45 BRELL, GARY<br>Munic. of Anch 6120 (13-Trans) | AD089151 | O | Others | BUS DRIVER | | |
| 2004-11-30-14.23 BRELL, GARY<br>Khotol Corp. Svs.0089 (75-Suppor | AD088798 | O | Others | Truck Driver - Heavy | | |
| 2004-06-17-14.14 BRELL, GARY<br>Wilder Constr. 9691 (01-Const) | AD088131 | O | Construction | GROUP 4 | | |
| 2003-12-12-23.50 N/A,<br>Anch School Dist 0779 (72-Maint) | AD060955 | O | Others | UNDEFINED | | |
| 2003-05-28-23.50 TROSPER, STEVE<br>Munic. of Anch 6120 (13-Trans) | AD060282 | O | Others | BUS DRIVER | | |
| 2003-05-28-23.50 TROSPER, STEVE<br>Munic. of Anch 6120 (13-Trans) 2003-05-29 DUPLICATE | AD060281 | O | Others | BUS DRIVER | | |
| 2003-04-21-23.50 KILLIAN, MIKE<br>Kiewit Pacific 5282 (01-Const) | AD059956 | O | Construction | UNDEFINED | | |
| 2002-08-19-23.50 KILLIAN, MIKE<br>ICI/PMDR 4026 (75-Suppo | AD059052 | O | Others | UNDEFINED | | |


EXHIBIT
3
9.25.07
E. Billingham
Exh. A, Att. 2
Page 1 of 6
EB 0541

0959
CBRELL          MEMBER'S DISPATCH HISTORY         10/10/2006    6:44:43 PM
                                                            Page       2

| DISPATCH DATE EMPLOYER | DISPATCHER | DISPATCH # TERM DATE | ORA REASON | TYPE OF WORK | JOB CLASSIFICATION | REHIRE | VOID |
|---|---|---|---|---|---|---|---|
| 2002-08-06-23.50 Interstate Brands 4698 (51-Bakin | KILLIAN, MIKE | AD058983 | O | Others | UNDEFINED | | |
| 2000-05-17-23.50 Matanuska Maid 5833 (50-Dairi) | BRIDGES, SCOTT | AD055115 | O | Others | UNDEFINED | | |
| 1994-05-04-23.50 EASTWIND (01-Const) | STOFER, KAY | AD044398 1994-05-18 DISC | O | Construction | WATER TRUCK | | |
| 1994-03-10-23.50 Munic. of Anch 6120 (13-Trans) | STROBLE, CAL | AD044170 | O | Others | BUS DRIVER | | |
| 1994-02-25-23.50 VAN WATERS & ROGERS, INC. (10-Ho | STROBLE, CAL | AD044137 | O | Others | UNDEFINED | | |
| 1993-05-14-23.50 M-B CONTRACTING CO (01-Const) | STROBLE, CAL | AD042830 1993-10-03 RIF | O | Construction | UNDEFINED | | |
| 1991-10-22-23.49 UPS 9054 (12-Local) | FULLER, JERRY | AD039532 1991-11-01 NOT HIRED | O | Others | UNDEFINED | | |
| 1991-08-06-23.49 BAUGH CONST & ENG CO (01-Const) | STROBLE, CAL | AD039121 1991-08-24 RIF | O | Construction | UNDEFINED | | |
| 1991-06-04-23.49 QAP 7627 (01-Const) | FULLER, JERRY | AD038686 1991-06-05 DISCHARGED | O | Construction | BELLY DUMP | N | |
| 1990-11-07-23.49 Munic. of Anch 6120 (13-Trans) | PIERSOL, KATHY | AD037769 NOT HIRED | O | Others | BUS DRIVER | | |
| 1990-05-29-23.49 Brice, Inc. 1935 (01-Const) | PIERSOL, KATHY | AD036691 1990-07-02 R.I.F. | R | Construction | UNDEFINED | | |
| 1990-05-08-23.49 RED SAMM CONSTRUCTION INC (01-Co | BLOOM, JACKIE | FD021587 1990-05-17 LOW | O | Construction | WATER TRUCK | | |
| 1990-04-09-23.49 NORCON, INC. (02-Techn) | STROBLE, CAL | AD036384 | O | Technical | UNDEFINED | | |
| 1990-04-02-23.49 EARTHMOVERS OF FBX INC (64-Maint | BLOOM, JACKIE | FD021511 | O | Others | SEMI END DUMP | | |
| 1989-09-18-23.49 HOUSTON CONTRACTING CO (01-Const | JANIS, PAT | AD035250 1989-10-11 RIF | O | Construction | UNDEFINED | | |
| 1989-09-15-23.49 Cummins NW 2860 (19-Mecha) | JANIS, PAT | AD035236 | O | Others | UNDEFINED | | |
| 1989-06-27-23.49 NORCON, INC. (64-Maint) | STROBLE, CAL | AD034609 1989-09-11 RIF | O | Others | UNDEFINED | | |
| 1989-06-20-23.49 K&L Distr. 5055 (12-Local) | STROBLE, CAL | AD034541 | O | Others | UNDEFINED | | |
| 1989-06-01-23.49 SEALAND FREIGHT SVS.,INC. (19-Me | FULLER, JERRY | AD034413 | O | Others | PARTSMAN | | |
| 1989-05-22-23.49 J.B. GOTTSTEIN & COMPANY (12-Loc | STROBLE, CAL | AD034300 | O | Others | UNDEFINED | | |
| 1989-03-07-23.49 ENSERCH,LOSINGER,EBASCO/ (01-Con | STROBLE, CAL | AD033760 1989-03-11 FIRED | R | Construction | UNDEFINED | | |
| 1988-12-09-23.49 ENSERCH,LOSINGER,EBASCO/ (01-Con | STROBLE, CAL | AD033571 1988-12-21 RIF | R | Construction | UNDEFINED | | |
| 1988-08-22-23.49 ENSERCH,LOSINGER,EBASCO/ (01-Con | STROBLE, CAL | AD033085 1988-11-16 RIF | R | Construction | UNDEFINED | | |

N

Exh. A, Att. 2
Page 2 of 6
EB 0542

0959
GRELL                         MEMBER'S DISPATCH HISTORY                    10/10/2006    6:44:43 PM
                                                                                         Page     3

| DISPATCH DATE | DISPATCHER | DISPATCH | ORA | TYPE OF WORK | JOB CLASSIFICATION |
| EMPLOYER | | TERM DATE | REASON | | |

REHIRE VOID

CHEELY ENTERPRISES (01-Const)        1987-07-28 RIF

| 1987-06-08-23.49 JANIS, PAT | | AD031219 | R | Others | UNDEFINED | |
| UPS 9055 (12-Local) | | 1987-07-07 | AUTO | | | |

| 1986-09-05-23.49 STROBLE, CAL | | AD030393 | R | Construction | UNDEFINED | |
| ENSERCH AK. CONST., INC. (01-Con | | 1986-12-05 | RIF | | | |

| 1986-08-27-23.49 STROBLE, CAL | | AD030357 | O | Construction | END DUMP | |
| ALASKA AGGREGATE CORP., (01-Cons | | 1986-09-05 | LOW | | | |

| 1986-08-01-23.49 STROBLE, CAL | | AD030248 | O | Construction | UNDEFINED | |
| NEIL F. LAMPSON, INC. (01-Const) | | 1986-08-17 | RIF | | | |

| 1986-07-15-23.49 STROBLE, CAL | | AD030117 | O | Others | WAREHOUSEMAN | |
| J.B. GOTTSTEIN & COMPANY (12-Loc | | 1986-08-02 | AUTO | | | |

| 1985-11-22-23.49 STROBLE, CAL | | AD029015 | O | Others | UNDEFINED | |
| UPS 9055 (12-Local) | | 1986-07-16 | AUTO | | | |

| 1985-06-05-23.49 STROBLE, CAL | | AD027937 | O | Others | UNDEFINED | |
| CONTINENTAL BAKING CO (51-Bakin) | | 1985-11-23 | AUTO | | | |

| 1985-05-28-23.49 TROCHIM, JIM | | FD017801 | R | Construction | WATER TRUCK | |
| ALASKA INTERNATIONAL (01-Const) | | 1985-05-30 | RIF | | | |

| 1984-10-12-23.49 JANIS, PAT | | AD026447 | R | Construction | UNDEFINED | |
| Wilder Constr. 9691 (01-Const) | | 1984-10-23 | RIF | | | |

| 1984-08-13-23.49 JANIS, PAT | | AD026025 | R | Construction | UNDEFINED | |
| Wilder Constr. 9691 (01-Const) | | 1984-09-29 | RIF | | | |

| 1984-06-11-23.49 JANIS, PAT | | AD025318 | O | Construction | UNDEFINED | |
| Wilder Constr. 9691 (01-Const) | | 1984-07-17 | RIF | | | |

| 1984-04-09-23.49 STROBLE, CAL | | AD024632 | R | Technical | UNDEFINED | |
| LHD & ASSOCIATES (02-Techn) | | 1984-04-30 | RIF | | | |

| 1984-03-23-23.49 STROBLE, CAL | | AD024402 | O | Construction | UNDEFINED | |
| NORTHLAND MAINTENANCE CO (01-Con | | 1984-04-07 | LAID OFF | | | |

| 1983-08-31-23.49 JANIS, PAT | | AD022896 | R | Technical | UNDEFINED | |
| ALPHA TECH, INC. (02-Techn) | | 1983-09-17 | RIF | | | |

| 1983-08-25-23.49 STROBLE, CAL | | AD022822 | O | Technical | UNDEFINED | |
| ALPHA TECH, INC. (02-Techn) | | 1983-08-31 | DISCH. | | | N |

| 1983-08-09-23.49 JANIS, PAT | | AD022606 | O | Construction | UNDEFINED | |
| KIEWIT/GROVES JV (01-Const) | | 1983-08-12 | DISCHARGED | | | N |

| 1983-07-28-23.49 STROBLE, CAL | | AD022463 | O | Technical | UNDEFINED | |
| ARCTIC SLOPE/WRIGHT (02-Techn) | | 1983-08-06 | RIF | | | |

| 1983-04-28-23.49 JANIS, PAT | | AD021134 | R | Construction | END DUMP | |
| ALEUTIAN CONSTRUCTORS (01-Const) | | 1983-07-16 | RIF | | | |

| 1983-03-28-23.49 STROBLE, CAL | | AD020828 | R | Technical | UNDEFINED | |
| LHD & ASSOCIATES (02-Techn) | | 1983-04-05 | RIF | | | |

| 1983-03-14-23.49 JANIS, PAT | | AD020673 | R | Technical | UNDEFINED | |
| LHD & ASSOCIATES (02-Techn) | | 1983-03-29 | AUTO | | | |

| 1983-03-09-23.49 JANIS, PAT | | AD020642 | O | Technical | UNDEFINED | |
| H.C. PRICE COMPANY (02-Techn) | | 1983-03-10 | JOB COMP | | | N |

| 1983-02-15-23.49 JANIS, PAT | | AD020377 | O | Technical | UNDEFINED | |
| LHD & ASSOCIATES (02-Techn) | | 1983-03-01 | RIF | | | |

| 1983-01-21-23.49 STROBLE, CAL | | AD020163 | O | Technical | UNDEFINED | |

**Exh. A, Att. 2**

**Page 3 of 6**

**EB 0543**

0959
GBRELL
Case 3:05-cv-00240-TMB    Document 87-5    Filed 11/06/2007    Page 9 of 26
MEMBER'S DISPATCH HISTORY
10/10/2006    6:44:43 PM
Page    4

| DISPATCH DATE<br>EMPLOYER | DISPATCHER | DISPATCH ORA TYPE OF WORK<br>TERM DATE REASON | JOB CLASSIFICATION | REHIRE VOID |
|---|---|---|---|---|
| 1982-10-29-23.49 JANIS, PAT<br>ALASKA INTERNATIONAL (01-Const) | AD019540 R<br>1982-11-24 RIF | Construction | UNDEFINED | |
| 1982-10-13-23.49 JANIS, PAT<br>GREEN CONSTRUCTION CO. (01-Const | AD019406 R<br>1982-10-19 LOW | Construction | UNDEFINED | |
| 1982-07-21-23.49 JANIS, PAT<br>GREEN CONSTRUCTION CO. (01-Const | AD018328 O<br>1982-10-01 LOW | Construction | UNDEFINED | |
| 1982-07-02-23.49 JANIS, PAT<br>INTERNATIONAL TECH LTD (02-Techn | AD018104 R<br>1982-07-17 RIF | Technical | UNDEFINED | |
| 1982-06-02-23.49 JANIS, PAT<br>ASSOCIATED SAND & GRAVEL (01-Con | AD017564 O<br>1982-06-25 RIF | Construction | BELLY DUMP | |
| 1982-06-01-23.49 STROBLE, CAL<br>ASSOC ASPHALT PVG LTD (01-Const) | AD017506 O<br>1982-06-03 AUTO | Construction | BELLY DUMP | |
| 1982-05-24-23.49 STROBLE, CAL<br>POLARIS SURVEYS INC (02-Techn) | AD017347 O<br>1982-05-26 RIF | Technical | UNDEFINED | |
| 1982-05-10-23.49 STROBLE, CAL<br>POLARIS SURVEYS INC (02-Techn) | AD017056 O<br>1982-05-12 RIF | Technical | UNDEFINED | |
| 1982-02-12-23.49 JANIS, PAT<br>ALASKA INTERNATIONAL (01-Const) | AD015852 R<br>1982-05-11 AUTO | Construction | UNDEFINED | |
| 1981-12-07-23.49 JANIS, PAT<br>ARCTIC SURVEYING INC (02-Techn) | AD015455 O<br>1981-12-17 RIF | Technical | UNDEFINED | |
| 1981-09-15-23.49 JANIS, PAT<br>NORTHWESTERN CONSTRUCTION (01-Co | AD014772 R<br>1981-10-03 RIF | Construction | UNDEFINED | |
| 1981-09-02-23.49 STOFER, KAY<br>ALASKA INTERNATIONAL (01-Const) | FD010177 O<br>1981-09-07 RIF | Construction | BELLY DUMP | |
| 1981-07-31-23.49 JANIS, PAT<br>NORTHWESTERN CONSTRUCTION (01-Co | AD014169 R<br>1981-08-22 SAFTY | Construction | END DUMP | N |
| 1981-07-14-23.49 STROBLE, CAL<br>FINSTAD & ASSOCIATES INC (02-Tec | AD013965 O<br>1981-07-26 RIF | Technical | UNDEFINED | |
| 1981-06-24-23.49 STROBLE, CAL<br>NORTHWESTERN CONSTRUCTION (01-Co | AD013708 R<br>1981-07-11 EOJ | Construction | END DUMP | |
| 1981-06-22-23.49 JANIS, PAT<br>ALEUTIAN CONSTRUCTORS (01-Const) | AD013683 O<br>1981-06-24 REFUSED | Construction | END DUMP | |
| 1981-05-11-23.49 STROBLE, CAL<br>ALEUTIAN CONSTRUCTORS (01-Const) | AD013072 O<br>1981-06-23 AUTO | Construction | END DUMP | |
| 1981-01-26-23.49 JANIS, PAT<br>LHD & ASSOCIATES (02-Techn) | AD011828 R<br>1981-04-24 TERM. CAUS | Technical | UNDEFINED | |
| 1980-08-29-23.49 STROBLE, CAL<br>LHD & ASSOCIATES (02-Techn) | AD010455 O<br>1980-10-13 RIF | Technical | UNDEFINED | |
| 1980-08-25-23.49 JANIS, PAT<br>LHD & ASSOCIATES (02-Techn) | AD010373 O<br>1980-08-27 RIF | Technical | UNDEFINED | |
| 1980-06-03-23.49 JANIS, PAT<br>NANA SURVEYING (02-Techn) | AD009399 R<br>1980-08-19 RIF | Technical | UNDEFINED | |
| 1980-03-26-23.49 JANIS, PAT<br>ARCTIC-SLOPE/AK GENERAL (02-Tech | AD008711 R<br>1980-05-17 RIF | Technical | UNDEFINED | |
| 1980-03-24-23.49 JANIS, PAT<br>NORTHWESTERN CONSTRUCTION (01-Co | AD008696 R<br>1980-03-27 QUIT | Construction | UNDEFINED | |

Exh. A, Att. 3
Page 4 of 6
EB 0544

0959
GBRELL
Case 3:05-cv-00240-TMB    Document 87-5    Filed 11/06/2007    Page 10 of 26
MEMBER'S DISPATCH HISTORY
10/10/2006    6:44:43 PM
Page    5

| DISPATCH DATE | DISPATCHER | DISPATCH | ORA | TYPE OF WORK | JCB CLASSIFICATION | | |
|---|---|---|---|---|---|---|---|
| EMPLOYER | | TERM DATE | REASON | | | | |
| | | | | | | REHIRE | VOID |

1979-11-14-23.49 JANIS, PAT        AD008010    R    Construction    END DUMP
NORTHWESTERN CONSTRUCTION (01-Co 1979-11-18 RIF

1979-06-14-23.49 JANIS, PAT        AD006949    R    Construction    UNDEFINED
NORTHWESTERN CONSTRUCTION (01-Co 1979-11-15 RIF

1977-09-18-23.50 Kenny, Mike       FD036733    R    Others    WAREHOUSEMAN
H&S WAREHOUSE &E.M. JV (64-Maint 1979-06-15 AUTO

1977-08-31-23.49 Kenny, Mike       FD001409    R    Others    WAREHOUSEMAN
ALASKA INTERNATIONAL (64-Maint)  1977-09-19

## BILLINGHAM, ELSA SOLVIG

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

| DATE IN | DISPATCHED TO | AS | DATE OUT | DATE IN | DISPATCHED TO | AS | DATE |
|---|---|---|---|---|---|---|---|
| 30 ? | IV Wildner Trad | Sixamech | 7-11-90 | | | | |
| 3-11 | I Swalling Const. | LCL Deckhand | 5-3-91 | | | | |
| 4-2-90 | I Q.AP | LCL Roller | 5-21-91 | | | | |
| 4-2-90 | I Red Samm | Dillingham Cd Ck/Rolle | 6-19-91 | | | | |
| 7-22-91 | I Muni | local w/sta. att. | 2-28-92 | | | | |
| 4-5-93 | I #19 | | | | | | |
| 7-14-93 | IV ccp | | | | | | |
| 4-8-98 | IV ccp | | | | | | |
| 12-22-00 | IV ccp | | | | | | |

1 Instructions:
2 Eligibility:
3 Non-Const.:

4 Spec. Skills: CDL 583922/XPT
5 Lic. - Cert: Hazmat 5/90 8 hr 6-14-91 Refrmat
6 Skill Imprv:

| 1. CRANES: | 2. BACKHOES: | 3. BULLDOZER: | 4. SCRAPERS: | 5. MECH. & WELDER: | 6. MISC: | 7. ASPHALT EQUIP: | 8. OILER-FIREMAN: |
|---|---|---|---|---|---|---|---|
| ☐ Under 45 Ton | ■ Tractor | ☐ D-6 Thru D-9 | ☐ Single Engine | ☐ H. D. Mech. | ☐ Compressor | ☐ Plant Opr. | ☐ Rig |
| ☐ Over 45 Ton | ☐ Rubber Hyd. | ☐ Small Crawler | ☐ Twin Engine | ☐ Welder | ☐ Conc. Pump | ☐ Spreaders | ☐ Service |
| | ☐ Crawler Hyd. | ☐ Finish | ☐ Paddlehweel | ☐ Truck Mech. | ☐ Gen. Plants | ☐ Oil Distributors | ☐ Crusher |
| ☐ Floating | ☐ Crawler Cable | ☐ Pioneer | PIPELINE: | | ☐ Pumps | ☐ Lay Down Mach. | ☐ Boiler-Fireman |
| ☐ Crawler | ☐ Underground | | ☐ Sideboom | ■ EQUIP Co-20 | ☐ Conc. Batch Pits. | ☐ Screed | ☐ Truck-Crane |
| ☐ Truck | WINCHES: | LOADERS: | ☐ Ditcher | CRUSHERS: | ■ Compactor | ☐ Finish Roller | ☐ Grademan |
| ☐ Piledriver | ☐ Deckwinch | ☐ Rubber Tired | ☐ Bending Mach. | ☐ Oper | ☐ Roller | ☐ Boom | ☐ Laser |
| ☐ Dragline | ☐ Elevators | ☐ Crawler | ☐ Cleaning Mach. | ☐ Mech/Weld | ☐ Dredge | ☐ Batch Plant | DRILLERS: |
| ☐ Clam | ☐ Single Drum | ☐ Production | ☐ Coating Mach. | | ■ Swampec | ☐ Mixers | ☐ Cable |
| ☐ Shovels | ☐ Double Drum | ■ Forklift | ☐ Wrapping Mach. | PATROL: | ■ Bus Driver | ☐ Break Down | ☐ Rotary |
| ☐ Tower | ☐ Air Tuggers | | | ☐ Finish | | ☐ Compactor | ☐ Core |
| | | | | ☐ Rough | | ■ Curb Gutter Broom | HAE MIT |

NAME

BILLINGHAM, ELSA S.

PHONE

[=] 332-3791

## INTERNATIONAL UNION
## OF OPERATING ENGINEERS
AFL-CIO

FRANK HANLEY, General President      N. BUDD COUTTS, General Secretary-Treasurer

MEMBERSHIP CARD • JAN. 2002 Thru DEC. 2003

### ELSA S. BILLINGHAM
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

2134984
REGISTER NUMBER

302
NUMBER OF LOCAL

302

12/07/90
DATE INITIATED

SEATTLE, WA
CITY, STATE OR PROVINCE

Exh. A, Att. 2
Page 6 of 6
2019

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER

☐ FEPA
☒☒ EEOC

ALASKA STATE HUMAN RIGHTS COMMISSION                              and EEOC

*(State or local Agency, if any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| MS. ELSA S. BILLINGHAM | (907) 561-8749 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 205 East 4th #167, Anchorage, AK  99501 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| ENSERCH CORPORATION | 50+ | (206) 451-4550 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| P.O. Box 4307, Homer, AK  99603 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| ENSERCH CORPORATION | (206) 451-4550 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 500 Plaza Center, 109000 N.E. 8th Street, Bellevue, WA  98004 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE   ☐ COLOR   ☒☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN   ☐ AGE   ☒☒ RETALIATION   ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
03-09-89

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

On approximately March 9, 1989, and continuing, I have been harassed, including sexually harassed, on the basis of my sex--female, and for having filed charges with the EEOC.  I believe I am being discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

EXHIBIT
7
E. Billingham

| ☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT  Exh. A. Att. 3 |
| *Elsa B [signature]* | XX *Elsa B [signature]*  Page 1 of 1 |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date X Dec 5 '89    Charging Party (Signature) | 5th December, 1989 |

EEOC FORM 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ELSA BILLINGHAM,                    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )
                                    )
ENSERCH ALASKA CONSTRUCTION, INC.,  )
HARVEY POWELL, JOE WARREN,          )
JACK JOHNSON and HERB MIDDLETON,    )
                                    )
            Defendants.             )
_____)    CASE NO. 3AN-89-07398 CIV.

## AMENDED COMPLAINT

Plaintiff by and through her attorney of record, HAL P. GAZAWAY, pleads and alleges as follows:

1.    Plaintiff is an individual residing in the State of Alaska.

2.    At all times herein referred to, defendants, JOE WARREN, JACK JOHNSON and HERB MIDDLETON have been residents of the State of Alaska.    The acts committed by defendant HARVEY POWELL, occurred while he resided and worked in Alaska.

3.    At all times herein referred to, defendant, ENSERCH ALASKA CONSTRUCTION, INC. (hereinafter ENSERCH), was duly organized and existing under the laws of the State of Alaska with its principal place of business at 550 W. 7th Avenue, Anchorage, State of Alaska.

4.    This court therefore has jurisdiction for trial in the above captioned matter.

5.    Defendant, HARVEY POWELL, was hired by defendant, ENSERCH, to serve in the capacity of superintendent of

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
855 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7581

1

Exh. A, Att. 4
Page 1 of 8

Exhibit 2 page 1 of 8

defendant's, ENSERCH, to serve in the capacity of superintende of defendant's ENSERCH, RED DOG CONSTRUCTION project. Defendan HARVEY POWELL, continued to be employed by defendant, ENSERCH through and including December 1987, and was employed b defendant, ENSERCH, in the capacity of Project superintendent.

6.   Defendants, JOE WARREN and JACK JOHNSON were hirec by defendant, ENSERCH, to serve in the capacity of Foremen of defendant's, RED DOG CONSTRUCTION project.   Defendants, JOE WARREN and JACK JOHNSON continued to be employed by defendant, ENSERCH, through and including December 1987, and were employed by defendant, ENSERCH, in the capacity of foremen.

7.   Defendant, HERB MIDDLETON, was hired by defendant, ENSERCH, to serve in the capacity of Superintendent of defendant, ENSERCH'S, Bradley Lake Construction project. Defendant, HERB MIDDLETON, continued to be employed by defendant ENSERCH, through and including May 20, 1989 in the capacity of Project Superintendent.

8.   In August 1987 plaintiff received a work assignment to work on the RED DOG project as a truck driver. While assigned to that project plaintiff worked directly for defendant, JOE WARREN, and JACK JOHNSON subject to their direct supervision and control and indirectly for defendant HARVEY POWELL subject to his supervision and control.

9.   Starting after plaintiff began working at the RED DOG Project defendant, HARVEY POWELL, began making lewd and sexually suggestive remarks to plaintiff. Defendant, JOE WARREN,

LAW
WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

2

Exh. A, Att. 4
Page 2 of 8

got in plaintiffs truck and advised plaintiff defendant, HARV
POWELL wanted to have sex with a teamster.    Plaintiff was th
only female teamster on the project.

10.  JACK JOHNSON and plaintiff lived in the sam
dormitory, and shared the same bathroom and rode the same bus to
and from the project area.  Defendant, JACK JOHNSON, repeatedly
made lewed and sexually suggestive remarks to plaintiff.

11.  As a direct and proximate result of defendants
POWELL, WARREN and JOHNSON sexual remarks, and verbal abuse
plaintiff suffered anxiety, humiliation, embarrassment, and
emotional distress.  As a result she was in fear of losing her
job.

12.  Defendants, POWELL, WARREN, and JOHNSON acted in a
manner intentionally calculated to cause plaintiff fear, anxiety,
and emotional distress.    They acted in a willful and malicious
manner in reckless disregard for plaintiff's rights.    Punitive
damages should be assessed against defendants, POWELL, WARREN,
and JOHNSON.

13.  At all times material hereto defendants, POWELL,
WARREN, and JOHNSON were incompetent and unfit to perform the
work required as superintendent and foremen of a construction
project supervising female employees, for defendant, ENSERCH,
because defendants, POWELL, WARREN, and JOHNSON harassed female
employees by making lewd comments, sexually suggestive remarks
and subjected female employees to unconsented sexual touching and
advances.

ATTORNEY AT LAW, P.C.
GALLAWAY, P.C.
888 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

3

14. Defendant, ENSERCH, knew or should have known persons in plaintiff's position would be subjected to unreasonable risk of harm, emotional injury, and distress, stress from defendants, POWELL, WARREN, and JOHNSON as superintendent and foremen for defendant, ENSERCH.

15. Defendant, ENSERCH, when it promoted defendant POWELL, WARREN, and JOHNSON to superintendent and foremen owed plaintiff to use reasonable care in hiring its superintendent and foremen by its failure to conduct a reasonable investigation into the background and character of defendants, POWELL, WARREN, and JOHNSON prior to the time defendants, POWELL, WARREN, and JOHNSON were hired and promoted by defendant, ENSERCH.

16. Defendant, ENSERCH, when it promoted defendants, POWELL, WARREN, and JOHNSON to a position of superintendent and foremen breached the duty it owed to plaintiff to use reasonable care in hiring defendants, POWELL, WARREN, and JOHNSON when defendant, ENSERCH, prior to the time of such hiring, knew or should have known that defendants, POWELL, WARREN, and JOHNSON were unfit to manage female employees.

17. As a direct and proximate result of defendant, POWELL, WARREN, and JOHNSON'S, sexual harassment defendant, ENSERCH, breached of its duty in hiring defendants, POWELL, WARREN, and JOHNSON plaintiff has sustained severe and serious injury to her person in the form of lost wages, anxiety, humiliation, embarrassment emotional distress, and reduced earning capacity.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
835 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

4

18.  Employees of  the opposite sex were not subjected t

the harassment described in paragraphs 8 and 9, and plaintiff wa

subjected to  such harassment  substantially on  the basis of he

sex.

19.  Plaintiff did not encourage, welcome, or  consent t

the harassment described in paragraphs 8 and 9.

20.  The harassment described in paragraphs 8 and 9 had

substantial  detrimental  effect  on  plaintiff's  employment an

psychological well-being.

21.  Plaintiff gave defendant, ENSERCH, notice of the

harassment  described  in  paragraphs  9,  10,  11,  and  12 by

submitting  a  statement  outlining  the  sexual harassment to an

investigator  for  RHODA  WEINHARD  and  to defendant, ENSERCH'S

office manager ANN O'HARA.

22.  Defendant, ENSERCH, had  notice of the harassment

described in paragraphs 9, 10, 11, and 12 because such harassment

was pervasive and obvious.

23.  Defendant, ENSERCH, failed to  investigate and take

remedial action in response  to the  complaints of  plaintiff and

others.

24.  In May  1988 plaintiff received a call to report for

work with ENSERCH at Bradley Lake.  During  the time  she worked

for ENSERCH at Bradley  Lake from  May 1988  to May 1989 she was

subjected to sexual harassment  and  discriminatory  treatment on

the basis of her sex, by ENSERCH'S Superintendent, HERB MIDDLETON

and other foremen on the Bradley Lake Project.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
535 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

5

25.  In March 1989 and again in  May 1989  Defendant HERB MIDDLETON  acting  with  the  scope of his authority as defendant ENSERCH,  Project  Superintendent  terminated  plaintiff  without justification  and  in retaliation  for plaintiffs efforts to work as  a  heavy  equipment  operator  and  in  retaliation  for  her assisting  other  women  who  had  been  the  victim  of  sexual harassment  and  for  her  complaints  for  prior  acts  of  sexual discrimination.

26.  All of  such lay offs and terminations discriminated against plaintiff  on  account  of  her  sex.  Employees  of  the opposite  sex  were  not  subjected  to  the  same  sexual discrimination.

27.  As  a  result  of  the sexual  discrimination  by defendants ENSERCH  and HERB  MIDDLETON plaintiff  has suffered a loss of earnings.  The sexual  discrimination has  a substantial detrimental  effect  on  plaintiff's employment and psychological well-being.

## FIRST CAUSE OF ACTION

28.  As  a  result of  the  facts  alleged above, plaintiff BILLINGHAM  has  been  discriminated  against  in violation of AS 18.80.220 in that she has been sexually harassed and she has been terminated  in  retaliation  for  refusing  to  submit  to sexual advances and for asserting her rights under AS 18.80.220.

## SECOND CAUSE OF ACTION

29.  All  employment  contracts  in  Alaska  contain  a covenant of  good faith  and fair  dealing.  Base upon the facts

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
858 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

6

alleged above. Defendant have breached the covenant of good fait
and fair dealing.

### THIRD CAUSE OF ACTION

30.  Based upon the facts alleged above,  defendants have
intentionally and  negligently inflicted  emotional distress upon
plaintiff BILLINGHAM.

### FOURTH CAUSE OF ACTION

31.  Based upon the facts alleged above, defendant POWELL
has committed  assault and batter upon plaintiff BILLINGHAM, with
the tacit approval of the defendants ENSERCH, WARREN and JOHNSON.
The other defendants are responsible for POWELL'S actions.

### FIFTH CAUSE OF ACTION

32.  Based upon  the facts alleged above, defendants have
discriminated against plaintiff BILLINGHAM in  violation  of AS
18.80.220 in  that  they  have  harassed  her and terminated her
because  of  her  sex  causing  her  to  suffer  loss of income,
embarrassment, humiliation, and emotional distress.

### SIXTH CAUSE OF ACTION

33.  Based upon  the facts alleged above, defendants have
engaged in  unlawful  employment  practices  in  violation  of 42
U.S.C. 2000e-2 and discriminated  against her  to suffer loss of
income, embarrassment, humiliation, and emotional distress.

WHEREFORE  plaintiff  BILLINGHAM  respectfully  prays
judgment against defendants jointly and separately as follows:

1.  Compensatory damages  in and  amount to be proven at
trial in excess of FIFTY THOUSAND  ($50,000.00) DOLLARS  plus for

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
835 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

7

Exh. A, Att. 4
Page 7 of 8

anxiety, humiliation, and embarrassment.

    2.    Compensatory damages in and amount to be proven at trial in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus for lost wages.

    3.    Compensatory damages in and amount to be proven at trial in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus for reduced earning capacity.

    4.    Punitive damages against defendants, HARVEY POWELL, JOE WARREN and JACK JOHNSON.

    5.    Costs, attorney fees, prejudgment interest, and such other relief as this court may deem proper.

    DATED:_____

                              HAL P. GAZAWAY
                              Attorney at Law

                        By:_____
                        HAL P. GAZAWAY
                        Attorney for Plaintiff

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
555 WEST NORTHERN LIGHTS BLVD.
SUITE 207 A
ANCHORAGE, ALASKA 99503
(907) 272-7591

332-2220

Jim,

I hope this letter is what you wanted. I left out small details that seemed unimportant to me.

There is one thing I didn't get a chance to tell you — Elsa has a reputation for filing grievances and law suits against contractors. It is my opinion that her actions reflect badly on Teamsters in general, and women Teamsters in paticular.

I have worked hard and long to gain a good reputation as a truck driver. Elsa's actions only make it harder. This job is a good example. Herb Middleton has let up on me considerably this last week and is giving me more opportunities to learn more skills.

I wouldn't wish losing a job on anybody, but in this case I feel it was justified.

Thanks for listening!

-Sue Wynick

faxed to Jo Ann 5-31-89

3381341

*DISPUTED PROPERTY DAMAGE TO TRUCK*

## MUNICIPALITY OF ANCHORAGE
## NON-SUPERVISORY PERFORMANCE EVALUATION REPORT

| Employee Name<br>Elsa Billingham | Position Title<br>Parks Caretaker Operator | Current Range/Step<br>17J/1 | Date Prepared<br>5/15/06 |
|---|---|---|---|
| Department<br>Parks and Recreation | Division/Section<br>Horticulture | Evaluation Period | TO: 4/24/06<br><br>FROM: 5/10/06 |

**Reason For Evaluation**

O PROBATION   O PROMOTION   O DEMOTION   O TRANSFER   O ANNUAL   O SPECIAL   X TERMINATION

**SPECIFIC CATEGORY RATING:**

|  | O | - | Outstanding |
|---|---|---|---|
|  | AA | - | Above Average |
|  | A | - | Average |
|  | I | - | Improvement Needed |
| X | U | - | Unsatisfactory |

(Please note in space to left of each factor)

**NARRATIVE:**
When appropriate, explain the standards of performance established for the position. Describe employee's performance relative to the standards established, discussing strengths and weaknesses. All rating must be substantiated by narrative comments. If required, continue comments on separate sheet and attach to the report.

**1. QUANTITY** - Consider amount of work performed, completion of work on schedule:

**2. QUALITY** - Consider accuracy, job knowledge, thoroughness, neatness, technical skills:

**3. COMMUNICATION** - Consider oral and written expression, communication with subordinates, other supervisors and the general public:

**4. WORK HABITS** - Consider attendance, initiative, dependability, self-improvement, observance of rules and regulations, compliance with work instructions, orderliness:

U

Elsa did not contact her supervisor, David Zaloudek, pertaining to property damage (pickup truck) caused by Elsa by accidentally spraying debris onto the truck by the pressure of water from the water truck causing damage. Elsa was aware of the incidence and her supervisor had to contact her about the accident.

**5. PERSONAL RELATIONS** -Consider relationship to subordinates, interface with public, relations with other supervisors, responsiveness to management objectives:

EXHIBIT
12
E. Billingham
9-25-07
PENGAD 800-631-6989

**RECEIVED**
MAY 1 9 2006
Public Employees Local 71

Exh. A, Att. 6
Page 1 of 3

PEU 0052

NON-SUPERVISORY PERFORMANCE EVALUATION cont.:

| Name | Position Title | Date Prepared |
|---|---|---|
| Elsa Billingham | Parks Caretaker Operator | 5/15/06 |

**6. DEVELOPMENT** – What training needs or interests have been identified?

What plans for development or training have been discussed to enhance this employee's skills, knowledge and abilities?

**PROMOTIONAL / MANAGEMENT POTENTIAL**

Do you consider this employee capable of performing at a management level?     Yes     No     (If no, please explain.)

Has this employee demonstrated the skills and abilities that suggest promotional potential?     Yes  -     No     (If no, please explain)

**CAREER OBJECTIVE(S)**

What are this employee' long range career? Please explain:

**ACTION RECOMMENDED:**

| | |
|---|---|
| o  Probation / Merit Increase | X  Termination |
| o  Annual Review | o  Evaluation Due to Transfer |
| o  Extension of Probation | o  Special Evaluation |
| o  Deferral / Denial of Merit Increase | o  Other |

**OVERALL RATING**

_X_ Unsatisfactory    __ Improvement Needed    __ Average    __ Above Average    __ Outstanding

**OVERALL EVALUATION**
Not eligible for rehire.

**EMPLOYEE COMMENTS**  *I admit I inadvertently sprayed water into a Blower planter and soft top soil blew up onto a nice PW. I psychologically freaked out and drove back to the fire hydrant & filled up w/ water. I drove back to C St and washed the soil off & topes.*

| SIGNATURES OF REPORTING OFFICERS | This report is based on my observation / knowledge representing my best judgement of the employee's performance. *[signature]* | Date 5/15/06 | This report has been discussed with me and I have been provided with a copy. | Date |
|---|---|---|---|---|
| | Rater I concur in and approve this report. *[signature]*   5/15/06 | Date | Employee's Signature Report discussed with employee. *[signature]* | Date 5/15/06 |
| | Division Manager I concur in and approve this report. | Date | By This report has been reviewed by Personnel Records & Benefits | Date |
| | Department Head | | | |

FLOW: Following notification by Personnel Records and Benefits, completed by rater (supervisor) approved by agency head, reviewed with employee, reviewed within Personnel, filed in personnel file.

5-044 (Rev 8/55) page 2

Exh. A, Att. 6
Page 2 of 3

RECEIVED
MAY 1 9 2006
Public Employees Local 71

PEU 0053

the LoneStar restaurant left it at
back to the restaurant and picked u
my radio.

5/16/2006 I visited Glenn Smith
at Risk Management he expressed to
me that there was no visible
damage to the P.W. Other than Chips
and a scratch, but he had turned
the report over to the Insurance Co.

Exh. A, Att. 6
Page 3 of 3

RECEIVED
MAY 1 9 2006

Public Employees Local 71

**PERFORMANCE EVALUATION REPORT**

| NAME | SOCIAL SECURITY NO. | DEPARTMENT | DIVISION |
|---|---|---|---|
| Billingham, Elsa | 585 34 2462 | Central - DOT/PF - ARC | Airfield Maintenance |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | |
|---|---|---|---|
| 252609 | Custodian | FROM 6 15 94 | TO 6 16 95 |

REASON FOR REPORT

☒ ANNUAL  ☐ RESIGNATION  ☐ COMPLETION OF PROBATION
☐ OTHER (SPECIFY)

POSITION DESCRIPTION REVIEWED BY RATER  YES ☒  NO ☐   If no, explain:

## SPECIFIC RATING AREAS

**PERFORMANCE**    * U  A  O
☐ ☐ ☒ ☐

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**0082**

**WORK HABITS**    ☐ ☒ ☐ ☐

As shown by: attendance; punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**    ☐ ☒ ☐ ☐

s shown by: consideration of public and co-workers; cceptance of supervision.)

**SUPERVISORY**  (for Supervisory Employees Only)    ☐ ☐ ☐ ☐

s shown by: training and directing subordinates; evaluating ordinates; planning and organizing work, including egation; problem solving and decision-making lity; affirmative action achievement; cost effectiveness; l Labor Contract Administration).

*U = Unacceptable    A = Acceptable
O = Outstanding

252 (8-83)

## NARRATIVE SECTION

**Overall Effectiveness on the Job**

U  Acceptable  O
☐ ☒ ☐

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

**See attached**

Rater's Recommended Action: **Continued Employment**
(See Instructions    over)

Rating was discussed with employee    ☒ Yes  ☐ Not    If no, explain:

Signature of Rater
Employee:   ☒ Concur with Rating.   ☐ Disagree (Employee comments on back)   Title _____   Date _____

Signature: _____

REVIEWED AND APPROVED BY:
Division
Signature: _____  Title _____  Date _____
Department
Signature: _____  Title _____  Date _____

DIVISION

EXHIBIT
E. Billingham
6-25-07
ENGAD 800-631-6989

Exh. A, Att. 7
Page 1 of 2

0751

RD: 25801

STATE OF ALASKA
PERSONNEL ACTION

| | NAME | | SOCIAL SECURITY NUMB | EFFECTIVE DATE | DOCNO |
|---|---|---|---|---|---|
| OLD | BILLINGHAM,ELSA | | 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 | 12-22-94 | 027253739 |
| NEW | | | | 12-16-95 | 027254104 |

STATUS:

| | ACTION | STATUS | SEASONAL | COMMENT CODE | COMMENT DESCRIPTION |
|---|---|---|---|---|---|
| OLD | IC | PE | FR | | |
| NEW | | PR | | | |

COMPENSATION:

| | ACTION | RATE FREQUENCY | PAY RATE | RATE OVERRIDE | MERIT ANN DATE |
|---|---|---|---|---|---|
| OLD | MI | H | 15.67 | N | |
| NEW | TR | | | | 06-16-95 |

POSITION:

| | ACTION | BARG | RANGE | STEP | PCN | ACTING | LOC | JOB CLASS | SAL SCHED |
|---|---|---|---|---|---|---|---|---|---|
| OLD | MI | LL | 56 | B | 252609 | N | EBF | P9186 | 2A |
| NEW | TR | | | | 252615 | N | | P9398 | |

LOCATION NAME: ANCHORAGE INTL. AIR    CLASS TITLE: CUSTODIAN II
             : ANCHORAGE INTL. AIR                 : LABORER WG VII

| | | | (OPTIONAL) COLLOCATION CODE: | |
|---|---|---|---|---|
| MANUAL ENTRIES: | OT EXEMPT | OLD: | (PRIMARY LABOR DISTRIBUTION) | OLD: |
| | | NEW: | | NEW: |

HOME ADDRESS:
OLD: PO BOX 231625    STATE: AK    ZIP: 99523    NEW:
CITY: ANCHORAGE                                  CITY:

WARRANT ADDRESS:
CITY:    STATE:    ZIP:    STATE:    ZIP:

REMARKS:    Transfer to Laborer WG VII effective 12/6/95.

ATTACHMENTS:    Authority.

| PREPARED BY: | WJPARKER | 01-04-96 |
|---|---|---|
| | SIGNON | DATE |

I CERTIFY THAT BASED ON INFORMATION
AVAILABLE TO ME THE ACTION RECORDED
ON THIS FORM IS IN COMPLIANCE WITH THE
PERSONNEL ACT AND THE RULES ADOPTED
UNDER IT.

SIGNATURE OF
APPOINTING AUTHORITY    _____  11/10/94
                                      DATE

Exh. A, Att.7
Page 2 of 2