TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

## IN THE DISTRICT COURT FOR THE UNITED STATES
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT | ) |
| OF TRANSPORTATION AND PUBLIC | ) |
| FACILITIES | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 3:05-cv-0240 (TMB)

## AFFIDAVIT OF CHARLOTTE MUSHAT

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

I, CHARLOTTE MUSHAT, being first duly sworn upon oath, depose and

state as follows:

**Exh. H**
**Page 1 of 7**

1.    I am a Human Resource Specialist II for the Division of Personnel, Department of Administration, for the State of Alaska. My position also is referred to as a Management Consultant. As part of the duties of my position, I confer with and advise the Department of Transportation and Public Facilities' ("DOT/PF") management regarding personnel and disciplinary issues for the Department. I have been providing these human resource services to DOT/PF since I started working as a Personnel Officer II with DOT/PF in August 1997. Before January 2003, my last name was "Withers." After January 2003, I used the last name of "Withers-Mushat" until 2005, when I started using "Mushat" only.

2.    Between August 1997 and late-2003, I was the Records Custodian for Central Region DOT/PF personnel records as part of the regular course of my business duties. In my present position, I continue to review and have access to the personnel documents of DOT/PF employees. The documents attached to this Affidavit as Exhibits A-K are true and accurate copies of yearly employment evaluations for Elsa Billingham from 1995 through 2003 and include any rebuttals that she submitted to the evaluations. These evaluations were generated as part of the regularly conducted business activities of DOT/PF and were maintained in Ms. Billingham's personnel file.

3.    I was involved in disciplinary hearings and decisions involving Ms. Billingham from approximately 1997 until her termination in 2004 and am familiar with her personnel history and the documents maintained in her personnel file.

4.    DOT/PF hired Ms. Billingham as a Laborer, Wage Grade 58, in May 1994. Wage Grade 58 is an entry level position and the lowest paying wage grade for a laborer position. As the wage and experience level increases in a position classification, the wage grade number decreases. Therefore, a Wage Grade 57 position is a higher level position than a Wage Grade 58 position.

5.    Ms. Billingham was promoted from a Wage Grade 58 laborer position to a Wage Grade 57 Equipment Operator position in June 1998. As a result of a classification study of all of the Labor, Trade and Craft positions in the State classified service, Ms. Billingham's position was reclassified in 1999 to Equipment Operator, Wage Grade 56.

6.    From her hire in mid 1994 to mid 2003, Ms. Billingham received eleven written yearly evaluations. These evaluations are attached in chronological order to this Affidavit as Exhibits A-K. As the evaluations show, Ms. Billingham's evaluation ratings fluctuated—she received overall effectiveness ratings of "mid-acceptable" four times, "low-acceptable" five times, and "unacceptable" two times.

7.    Each written evaluation has category subsections of "performance," "work habits," and "interpersonal relationships." Ms. Billingham's performance was rated as "unacceptable" in seven of the eleven evaluations. Over the nine-year period, four different supervisors evaluated Ms. Billingham and all had similar comments and conclusions regarding Ms. Billingham's performance.

Affidavit of Charlotte Mushat
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

Page 3 of 7

**Exh. H**
**Page 3 of 7**

8.    The supervisors consistently found in the evaluations that Ms. Billingham was deficient in her ability and willingness to follow directions; judgment; safe performance; informing her supervisor of absences, incidents, and accidents; and her ability to accomplish job fundamentals without constant, close supervision.

9.    I was involved in numerous disciplinary hearings with Ms. Billingham, her union representatives and Airfield Maintenance management.  Ms. Billingham received repeated counseling in these meetings regarding her performance deficiencies.  Despite the counseling, she continued to have the same types of problems and her performance did not improve.  Moreover, Ms. Billingham often refused to take responsibility for her actions.

10.    In June 2003, Mr. Hartman consulted with me and Mort Plumb, Airport Director, regarding Mr. Hartman's decision to terminate Ms. Billingham's employment.  Mr. Plumb and I both concurred with his decision.   On June 10, 2003, I met with Dan Hartman, Corky Caldwell, Deputy Directory of the Airport, Ms. Billingham, and her union representatives, Billy Meers and Jim Ashton.  The meeting was to inform Ms. Billingham of her termination.  Mr. Ashton intervened on Ms. Billingham's behalf and negotiated a Letter of Dispute Resolution with Airport management to allow Ms. Billingham to maintain her employment under agreed-upon terms.  Ms. Billingham appeared to be very pleased with the resolution.

11.    In June 2004, when Ms. Billingham failed to meet the requirements of the Letter of Dispute Resolution, Mr. Hartman again met with Mr. Plumb and me.  Mr.

Affidavit of Charlotte Mushat
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

Page 4 of 7
**Exh. H**
**Page 4 of 7**

Plumb and I concurred with Hartman's decision to terminate Ms. Billingham's employment. At the time of Ms. Billingham's termination, I was 51 years old and Mr. Plumb was 60 years old.

12.     Mr. Hartman did not recommend Ms. Billingham for rehire with DOT/PF because she was terminated for unsatisfactory performance of her duties. Under the personnel rules governing classified state employment, the Division of Personnel may refuse to consider an applicant for employment if the applicant has been dismissed from public service for misconduct, unsatisfactory performance of duties, or other similar cause. Copies of the applicable Division of Personnel Rules are attached to this Affidavit as Exhibit L.

13.     When a Local 71 union member is found to be not eligible for rehire with DOT/PF after termination, it is my practice to notify Local 71 and request that the individual not be referred to DOT/PF for employment consideration.

14.     In the year-and-a-half period between May 2003 and January 2005, I requested that at least three individuals not be referred by Local 71 for positions at DOT/PF. One of those requests involved Ms. Billingham, the other three involved male employees who likewise had been terminated based on performance issues. True and accurate copies of these requests are attached to this Affidavit as Exhibit M except that names have been redacted to maintain confidentiality. These documents were generated in the regular course of business of the Division of Personnel.

Affidavit of Charlotte Mushat
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

Page 5 of 7

**Exh. H**
**Page 5 of 7**

15.    I inadvertently failed to notify Local 71 immediately of Ms. Billingham's ineligibility for rehire with DOT/PF.    In the meantime, before the notification, Ms. Newbill referred Ms. Billingham to Joe Owens, Project Engineer, for a temporary Engineering Technician Wage Grade 59 position at the Airport Project Office in August 2004.  Mr. Owens "hired" Ms. Billingham for the position without the required approval of the Division of Personnel.   When I learned of the mistake, I notified Pat Wittrock, the manager responsible for the Airport Project Office, that Ms. Billingham was ineligible for rehire with DOT/PF.  I cannot recall whether Mr. Wittrock or I then informed Mr. Owens of Ms. Billingham's ineligibility for rehire.  Mr. Owens, however, is the individual who notified Ms. Billingham that her services as a non-permanent employee were no longer needed.

16.    Non-permanent employees at DOT/PF are just that—non permanent. Their employment is dependent on workload needs and they can be terminated at will—just cause is not necessary.

17.    After notifying Mr. Wittrock that Ms. Billingham was ineligible for rehire with DOT/PF, I then sent a written request to Tracy Newbill at Local 71 asking that Ms. Billingham not be referred to DOT/PF for employment consideration.   A true and correct copy of that request is attached to this Affidavit as Exhibit N.

18.    My request only applied to referrals to DOT/PF and did not preclude Local 71 from referring Ms. Billingham for positions with other state departments or with non-state employers.

Affidavit of Charlotte Mushat
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

Page 6 of 7

**Exh. H**
**Page 6 of 7**

19.    By my signature, I certify that I have assisted in the preparation of this affidavit, that the information is true and correct to the best of my knowledge and belief, and that I am executing this affidavit of my own free will, without coercion or promise of inducement. I make this affidavit on the basis of my personal knowledge and business records to which I have access in my official capacity. I am prepared to testify further about the matters addressed in this affidavit at trial, if necessary

FURTHER YOUR AFFIANT SAYETH NAUGHT.

CHARLOTTE MUSHAT

SUBSCRIBED AND SWORN to before me this 5th day of November 2007.

Notary Public in and for Alaska
My Commission Expires: with Office



Affidavit of Charlotte Mushat
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

Page 7 of 7

**Exh. H**
**Page 7 of 7**

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Billingham, Elsa | 585 34 2462 | Central - DOT/PF - ANC | Airfield Maintenance |

| PCN | JOB CLASSIFICATION TITLE |
|---|---|
| 252609 | Custodian |

| | REPORT COVERAGE | |
|---|---|---|
| | FROM | TO |
| | 6 15 94 | 6 16 95 |

**REASON FOR REPORT**

☒ ANNUAL   ☐ RESIGNATION   ☐ COMPLETION OF PROBATION
☐ OTHER (SPECIFY)

POSITION DESCRIPTION REVIEWED BY RATER

YES ☒   NO ☐   If no, explain:

## SPECIFIC RATING AREAS

|  | * U | A | O |
|---|---|---|---|
| | ☐ | ☒ | ☐ |

**PERFORMANCE**

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**0082**

**WORK HABITS**

| | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: attendance; punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**

| | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: consideration of public and co-workers; acceptance of supervision.)

**SUPERVISORY** (for Supervisory Employees Only)

| | ☐ | ☐ | ☐ |
|---|---|---|---|

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration.)

* U = Unacceptable   A = Acceptable
O = Outstanding

02-252 (8-83)

## NARRATIVE SECTION

**Overall Effectiveness on the Job**

| U | Acceptable | O |
|---|---|---|
| ☐ | ☒ | ☐ |

(Overall Effectiveness **MUST** be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

**See attached**

Rater's Recommended Action: **Continued Employment**
(See Instructions over)

Rating was discussed with employee   ☒ Yes   ☐ Not   If no, explain:

Signature of Rater _____ Title _____ Date 11-_____
Employee: ☐ Concur with Rating   ☐ Disagree (Employee comments on back)

Signature: _____ Date _____

REVIEWED AND APPROVED BY:

Division
Signature: _____ Title _____ Date _____

Department
Signature: _____ Title _____ Date _____

DIVISION

Exh. H, Att. 1
Page 1 of 2

Elsa Billingham evaluation

CURRENT DUTIES:  Elsa's  duties primarily consist of janitorial work at the Airfield Maintenance complex, this consists of sweeping, mopping and waxing floors, removing tar from floors, cleaning microwaves and other appliances located in the breakrooms, emptying the garbage cans, cleaning the bathrooms. Elsa has also been utilized to assist with snow removal from the sidewalks during the winter season, and filling in for the clerical position during that individuals absence.

PERFORMANCE:  Elsa's performance this past evaluation period has been acceptable.  Her ability to meet established schedules that have been set forth and the quality and quantity of her work is commendable.  Elsa requires little supervision when completing her tasks.  She has met up with some opposition when cleaning the mens restroom and the time that it takes to clean the bathroom, makes some individuals unhappy because the bathroom is not available.  Elsa seems to demonstrate good judgement about chemicals that she uses when cleaning and the proper handling of those chemicals.

WORK HABITS:  Ms. Billingham is reliable and always arrives at work on time.  She schedules leave in advance as not to impact the work unit.  Elsa is safety conscious.

INTERPERSONAL RELATIONS: Elsa strives to get along well with her fellow employees.  Ms. Billingham accepts supervision, and works well with other sections.  Elsa is courteous to the public and vendors when dealing with them.

PERFORMANCE IMPROVEMENT PLAN FOR CURRENT DUTIES:  The only area that could be improved upon is cleaning the mens restroom, if Elsa could get in and take care of the bathroom as quickly as possible this would alleviate some of the problem with having the bathroom tied up and not available for use.

TRAINING PLAN FOR CAREER DEVELOPMENT:  Elsa has expressed an interest in a operator or Laborer position, I would recommend that she try to keep up on the operation of new equipment, maintain a current Hazardous Materials certificate and if she doesn't already have one obtaining a Hazardous Paint Handlers card.

Ms. Billingham has received a copy of the Drug Free Workplace policy and it was discussed with him.

SIGNATURE OF RATER:_____ DATE: 11-30-95

SIGNATURE OF EMPLOYEE:_____ DATE: 12/20/95

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Billingham, Elsa | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | | REASON FOR REPORT |
|---|---|---|---|---|
| | | FROM | TO | |
| 25-2615 | Laborer WG 58 | 6/16/95 | 6/16/96 | ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒  NO ☐  If no, explain:

### SPECIFIC RATING AREAS

| | *U | A | O |
|---|---|---|---|
| **PERFORMANCE** | ☒ | ☐ | ☐ |

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

| | | | |
|---|---|---|---|
| **WORK HABITS** | ☐ | ☒ | ☐ |

(As shown by: attendance, punctuality; appearance and grooming; safety.)

| | | | |
|---|---|---|---|
| **INTERPERSONAL RELATIONSHIPS** | ☐ | ☒ | ☐ |

(As shown by: consideration of public and coworkers; acceptance of supervision.)

| | | | |
|---|---|---|---|
| **SUPERVISORY** (for Supervisory Employees Only) | ☐ | ☐ | ☐ |

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding

### NARRATIVE SECTION
**Overall Effectiveness on the Job**

| | U | Acceptable | O |
|---|---|---|---|
| | ☐ | ☒ | ☐ |

(Overall Effectiveness **MUST** be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

I find Elsa needs to be monitored much more when it comes to doing her job. There seems to be a problem when it comes to understanding at times what she is supposed to do. She has also shown on a couple of occasions not to inform her supervisor when something may have happened or when she felt she was to sick to work and needed to go home. She needs to pay more attention when being told her job and try to let her supervisor know any details that may be pertinent to her job.

Rater's Recommended Action:  **Continued Employment**
(See Instructions-over)

Rating was discussed with employee         ☒ Yes      ☐ No      If no, explain:

Signature of Rater: _Roger S. Sealy_       Title _Union B Manch III_ Date _12/5/96_

Employee:  ☐ Concur With Rating  ☒ Disagree (Employee comments on back)

Signature: _____  Date _12/6/96_

REVIEWED AND APPROVED BY:

Division Signature: _____  Title _Opr. Mgr_  Date _1/28/97_

Department Signature: _____  Title _CPO_  Date _1/31/97_

02-252 (8-83)

0076

Exh. H, Att. 2
Page 1 of 5

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC
# EVALUATION CHECK LIST

EMPLOYEE: _Elsa Billingham_    RATING PERIOD FROM: 6/16/95    TO: 6/16/96

ACKNOWLEDGEMENT: EMPLOYEE'S INITIALS/DATE _Be /12/6/96_   RATER'S INITIALS/DATE _ML 12/5/_

## SECTION 1 - PERFORMANCE                           (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **QUANTITY** CONSISTENTLY FAILS TO MEET ESTABLISHED WORK QUANTITY STANDARDS. ☐ | FREQUENTLY FAILS TO MEET ESTABLISHED WORK QUANTITY STANDARDS. ☐ | USUALLY MEETS ESTABLISHED WORK QUANTITY STANDARDS. ☒ | MEETS AND OCCASIONALLY EXCEEDS ESTABLISHED WORK QUANTITY STANDARDS. ☐ | ALWAYS MEETS AND FREQUENTLY EXCEEDS ESTABLISHED WORK QUANTITY STANDARDS. ☐ |
| **ACCURACY** WORK CONSISTENTLY INACCURATE: MAKES FREQUENT SERIOUS ERRORS. ☐ | WORK FREQUENTLY INACCURATE: CONSTANTLY REQUIRES CHECKING. ☐ | WORK USUALLY ACCURATE: OCCASIONALLY NEEDS REVISION; FREE FROM SERIOUS ERROR. ☒ | WORK ALWAYS ACCURATE AND CAREFULLY DONE; ERRORS ARE RARE. ☐ | WORK IS SUPERIOR IN ACCURACY AND CONSISTENTLY FREE FROM ERROR. ☐ |
| **DEADLINES** CONSISTENTLY MISSES DEADLINES: WORK INCOMPLETE: DOES NOT MONITOR TASK PROGRESS. ☐ | SOMETIMES MISSES DEADLINES: WORK OFTEN INCOMPLETE: MONITORS TASK PROGRESS POORLY. ☒ | ALMOST ALWAYS MEETS DEADLINES: WORK USUALLY COMPLETED; MONITORS TASK PROGRESS ADEQUATELY. ☐ | RARELY MISSES DEADLINES: MONITORS TASK PROGRESS TO ENSURE COMPLETION. ☐ | MISSES DEADLINES ONLY UNDER EXTREME CIRCUMSTANCES AND WITH THE KNOWLEDGE OF SUPERVISOR: TASKS ALWAYS COMPLETED. ☐ |
| **JOB SKILLS** NOT ENOUGH KNOWLEDGE OF NECESSARY JOB SKILLS: CANNOT PERFORM MANY BASIC JOB DUTIES. ☐ | HAS SOME KNOWLEDGE AND SKILLS NECESSARY FOR ROUTINE PORTIONS OF THE JOB: UNABLE TO PERFORM SOME JOB DUTIES. ☒ | KNOWLEDGEABLE AND SKILLED IN ALL PHASES OF THE JOB; CAPABLE OF PERFORMING ALL JOB DUTIES. ☐ | BROAD KNOWLEDGE OF JOB SKILLS: ABLE TO PERFORM ALL PHASES OF THE JOB PROFICIENTLY. ☐ | PERFORMANCE DEMONSTRATES EXCEPTIONAL UNDERSTANDING AND SKILLS FOR THE JOB: EXTREMELY WELL-INFORMED IN ALL ASPECTS. ☐ |
| **JUDGMENT** EVALUATES SITUATIONS POORLY AND MAKES UNWISE CHOICES; CONSISTENTLY DEMONSTRATES INADEQUATE JUDGMENT. ☐ | HAS LIMITED ABILITY TO EVALUATE SITUATIONS AND MAKE DECISIONS: FREQUENTLY DOES NOT USE GOOD JUDGMENT. ☐ | EVALUATES SITUATIONS REASONABLY WELL: USUALLY MAKES GOOD CHOICES; WITH OCCASIONAL ERRORS OF JUDGMENT. ☒ | CONSISTENTLY USES GOOD JUDGMENT IN EVALUATING SITUATIONS AND MAKING DECISIONS. ☐ | ALWAYS USES GOOD JUDGMENT IN EVALUATING SITUATIONS AND MAKING DECISIONS: IS VERY ADEPT AT HANDLING DIFFICULT SITUATIONS. ☐ |
| **NEW TASKS** UNWILLING TO TAKE ON NEW TASKS. ☐ | WILL TAKE ON NEW TASKS BUT IS HESITANT TO DO SO; NEEDS GUIDANCE TO ENSURE FOLLOW-THROUGH. ☒ | WILLINGLY PERFORMS NEW TASKS: NEEDS A MODERATE AMOUNT OF GUIDANCE. ☐ | CONSISTENTLY ACCEPTS AND DISPLAYS CONFIDENCE IN PERFORMING NEW TASKS: NEEDS LITTLE GUIDANCE. ☐ | EAGERLY ACCEPTS AND DISPLAYS CONFIDENCE IN PERFORMING NEW AND DIFFICULT TASKS: NEEDS NO GUIDANCE. ☐ |
| **SELF-RELIANCE/ INITIATIVE** DISPLAYS LITTLE OR NO ABILITY TO WORK INDEPENDENTLY. ☐ | DISPLAYS LIMITED SELF-RELIANCE; SOMEWHAT ABLE TO WORK INDEPENDENTLY. ☐ | DISPLAYS ADEQUATE SELF-RELIANCE AND ABILITY TO WORK INDEPENDENTLY. ☒ | DISPLAYS CONSISTENT INITIATIVE AND SELF-RELIANCE; WORKS WELL INDEPENDENTLY. ☐ | DISPLAYS DYNAMIC INITIATIVE AND SELF-RELIANCE: NEEDS NO SUPERVISION OR ASSISTANCE. ☐ |
| **ATTITUDE** LITTLE OR NO INTEREST IN OR ENTHUSIASM FOR THE JOB: INDIFFERENT ATTITUDE. ☐ | INTEREST IN OR ENTHUSIASM FOR THE JOB IS LACKING OR INCONSISTENT: POSITIVE ATTITUDE LIMITED. ☐ | USUALLY DISPLAYS INTEREST IN AND ENTHUSIASM FOR DOING A GOOD JOB: GENERALLY POSITIVE ATTITUDE. ☒ | DISPLAYS CONSISTENT INTEREST IN AND ENTHUSIASM FOR THE JOB; MAINTAINS A POSITIVE ATTITUDE. ☐ | SUPERIOR INTEREST IN AND ENTHUSIASM FOR DOING A GOOD JOB: EXTREMELY POSITIVE ATTITUDE. ☐ |
| **ABILITY TO MANAGE STRESS/CHANGE** UNABLE TO PERFORM ADEQUATELY IN OTHER THAN ROUTINE SITUATIONS: LACKS FLEXIBILITY. ☐ | PERFORMANCE DECLINES UNDER STRESS OR IN OTHER-THAN-ROUTINE SITUATIONS: MAY REACT INAPPROPRIATELY TO STRESSFUL SITUATIONS. ☒ | PERFORMS REASONABLY WELL UNDER STRESS OR IN UNUSUAL SITUATIONS: RISES TO CHALLENGES; ACCEPTS CHANGE. ☐ | PERFORMANCE EXCELLENT EVEN UNDER PRESSURE, VERY STABLE AND OBJECTIVE: RELIABLE IN DIFFICULT SITUATIONS. ☐ | OUTSTANDING PERFORMANCE UNDER EXTREME STRESS: APPRECIATES THE CHALLENGE OF DIFFICULT SITUATIONS. ☐ |

COMMENTS:

## ECTION 2 - WORK HABITS

(COMPLETE FOR ALL EMPLOYEES)

| ATTENDANCE | | | | |
|---|---|---|---|---|
| DOCUMENTED ABUSE OF SICK LEAVE DURING RATING PERIOD; FAILURE TO NOTIFY SUPERVISOR OF ABSENCES; FREQUENT FAILURE TO SECURE APPROVAL OF DAYS OFF; CONSISTENTLY TARDY. | ☐ PATTERN INDICATING SICK LEAVE TAKEN IN CONJUNCTION WITH REGULAR DAYS OFF; VACATION/DAYS OFF ARE NOT ALWAYS PREARRANGED; FREQUENTLY TARDY. | ☐ SICK LEAVE USE JUSTIFIABLE AND AT ACCEPTABLE LEVELS; SOME IMPACT ON WORK UNIT; VACATION/DAYS OFF ARE PREARRANGED; OCCASIONALLY TARDY. | ☒ MINIMAL USE OF SICK LEAVE WHICH IS JUSTIFIED; MINIMAL IMPACT ON WORK UNIT; VACATION/DAYS OFF ARE PREARRANGED TO MINIMIZE IMPACT; RARELY TARDY. | ☐ SICK LEAVE USE IS MINIMAL AND DOES NOT IMPACT WORK UNIT; VACATION/DAYS OFF ARE ALWAYS PREARRANGED TO ELIMINATE IMPACT ON WORK UNIT; NEVER TARDY. |

| APPEARANCE AND GROOMING | | | | |
|---|---|---|---|---|
| PERSONAL APPEARANCE AND/OR GROOMING UNSATISFACTORY. | ☒ ACCEPTABLE PERSONAL APPEARANCE AND GROOMING. | | | |

| SAFETY | | | | |
|---|---|---|---|---|
| CONSISTENTLY NOT SAFETY-CONSCIOUS. | ☐ FREQUENTLY NOT SAFETY-CONSCIOUS. | ☒ USUALLY SAFETY-CONSCIOUS. | ☐ SAFETY-CONSCIOUS; ALERT TO PROBLEMS. | ☐ HIGHLY SAFETY-CONSCIOUS; ALERT TO SAFETY PROBLEMS AND ASSISTS IN CORRECTING THEM IMMEDIATELY. |

OMMENTS:

## ECTION 3 - INTERPERSONAL RELATIONSHIPS

(COMPLETE FOR ALL EMPLOYEES)

| HUMAN RELATIONS | | | | |
|---|---|---|---|---|
| INEFFECTIVE IN WORKING WITH OTHERS; DOES NOT COOPERATE. | ☐ HAS DIFFICULTY GETTING ALONG WITH OTHERS, ACCEPTING SUPERVISION, OR BEING TACTFUL. | ☒ GETS ALONG WELL WITH OTHERS UNDER MOST CIRCUMSTANCES; COMMUNICATES EFFECTIVELY WITH OTHERS. | ☐ WORKS IN HARMONY WITH OTHERS; VERY GOOD TEAM WORKER; ABOVE AVERAGE SKILLS IN HUMAN RELATIONS. | ☐ EXTREMELY SUCCESSFUL IN WORKING WITH OTHERS; ACTIVELY PROMOTES POSITIVE INTERACTIONS. |

| ACCEPTANCE OF SUPERVISION | | | | |
|---|---|---|---|---|
| LIMITED OR NO COOPERATION WITH SUPERVISOR; POOR ACCEPTANCE OF SUPERVISION. | ☒ HAS SOME DIFFICULTY IN COOPERATING WITH SUPERVISOR; LIMITED ACCEPTANCE OF SUPERVISION. | ☐ COOPERATES WITH SUPERVISOR; SATISFACTORY ACCEPTANCE OF SUPERVISION. | ☐ READILY COOPERATES WITH SUPERVISOR; ACCEPTS SUPERVISION WELL. | ☐ ENTHUSIASTICALLY COOPERATES WITH SUPERVISOR; SUPERIOR ACCEPTANCE OF SUPERVISION. |

OMMENTS:

## ECTION 4 - SUPERVISORY

(COMPLETE FOR LEAD PERSONNEL ONLY)

| TRAINING AND LEADING EMPLOYEES | | | | |
|---|---|---|---|---|
| LITTLE OR NO SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ INCONSISTENT OR LIMITED SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ MODERATE SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ CONSISTENTLY ABLE TO TRAIN, LEAD, AND COMMUNICATE WITH EMPLOYEES EFFECTIVELY. | ☐ SUPERIOR ABILITY TO TRAIN, LEAD, AND COMMUNICATE WITH EMPLOYEES; MOTIVATES EMPLOYEES AND SETS AN EXCELLENT EXAMPLE; ACHIEVES MAXIMUM QUALITY EFFORT FROM OTHERS. |

OMMENTS:

0078

Dec. 11 '96

P.O. Box 231625
Anch Ak. 99523

To whom it concerns
I disagree with Greg Leaders
evaluation of me. I have done a
good job and have performed
all the duties of a laborers.
I have taken care of all the
recycling at the airport with
no help. All the other laborers
at FM are running equipment
even though I have more
seniority than them. They are
given more training and field
experience than me.

I was told by Greg Leader
that because I left the job
because I was sick, and had
not informed him although I
had asked Leo Petrow to tell
him I have a doctors excuse.

At one point Greg Leader
was giving a demonstration on
mowing with the push mowers.
He was mowing the bottom of
the ditch. Several days later
that same mower was not
working. I informed Gary
Wearne that I had never
seen anyone mow the bottom
of the ditch except Greg
Leader. The policy was
changed to never mow the
bottom of the ditch with the Honda

0080

When I was at the Operating Engineer 302 upgrade class on equipment, Greg Leader, told me he worked at the airport, running equipment. I said "I would like to get a job there." He told me "they would never hire you!" I asked why not. He said because you have never run a snowblower. Since I have worked here at F.M. I realize no one here had ever run a snowblower before they came here.

Greg Leader did my evaluation although I have worked under Fred Klouda and Steve Pringle more than Greg Leader.

ELSA. BILLINGHAM.

STATE OF ALASKA
PERFORMANCE EVALUATION REPORT

| NAME | | | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|---|---|
| Billingham, Elsa | | | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | | REASON FOR REPORT |
|---|---|---|---|---|
| 25-2615 | Laborer | FROM 6/16/96 | TO 6/16/97 | ☒ ANNUAL  ☐ RESIGNATION  ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒   NO ☐   If no, explain:

### SPECIFIC RATING AREAS

|  | *U | A | O |
|---|---|---|---|
| **PERFORMANCE** | ☐ | ☒ | ☐ |

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

| **WORK HABITS** | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: attendance, punctuality; appearance and grooming; safety.)

| **INTERPERSONAL RELATIONSHIPS** | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: consideration of public and coworkers; acceptance of supervision.)

| **SUPERVISORY** (for Supervisory Employees Only) | ☐ | ☐ | ☐ |
|---|---|---|---|

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding

02-252 (8-83)

---

NARRATIVE SECTION
**Overall Effectiveness on the Job**

|  | U | Acceptable | O |
|---|---|---|---|
|  | ☐ | ☒ | ☐ |

(Overall Effectiveness **MUST** be explained.  Other performance consideration, such as strong points and areas needing improvement, should be included.)

Elsa has shown she is willing to accept new tasks with a positive attitude. There seems to be a better work report by her and her supervisors. She seems to understand and pays more attention when being told what her job is. Elsa has received an employee of the week during this report period for her efforts in recycling at the airport. She has also been commended as part of the crew taking care of the lawns at the airport by the Airport Director

Rater's Recommended Action:  Continued Employment
(See Instructions-over)

Rating was discussed with employee    ☒ Yes    ☐ No    If no, explain:

Signature of Rater _____ Title _Foreman II_ Date _8/6/97_

Employee:  ☒ Concur with Rating    ☐ Disagree (Employee comments on back)

Signature: _____    Date _8/6/97_

REVIEWED AND APPROVED BY:

Division
Signature: _____ Title _____ Date _8/11/97_

Department
Signature: _____ Title _____ Date _8/14/97_

0072

**Exh. H, Att. 3**
**Page 1 of 3**

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC
## EVALUATION CHECK LIST

EMPLOYEE: _Elsa Billingham_    RATING PERIOD FROM: _6/10/96_    TO: _6/10/97_

ACKNOWLEDGEMENT: EMPLOYEE'S INITIALS/DATE _EB , 8/6/97_    RATER'S INITIALS/DATE _RB , 8/6/97_

## SECTION 1 - PERFORMANCE                                                 (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **QUANTITY** CONSISTENTLY FAILS TO MEET ESTABLISHED WORK QUANTITY STANDARDS. ☐ | FREQUENTLY FAILS TO MEET ESTABLISHED WORK QUANTITY STANDARDS. ☒ | USUALLY MEETS ESTABLISHED WORK QUANTITY STANDARDS. ☐ | MEETS AND OCCASIONALLY EXCEEDS ESTABLISHED WORK QUANTITY STANDARDS. ☐ | ALWAYS MEETS AND FREQUENTLY EXCEEDS ESTABLISHED WORK QUANTITY STANDARDS. ☐ |
| **ACCURACY** WORK CONSISTENTLY INACCURATE; MAKES FREQUENT SERIOUS ERRORS. ☐ | WORK FREQUENTLY INACCURATE; CONSTANTLY REQUIRES CHECKING. ☐ | WORK USUALLY ACCURATE; OCCASIONALLY NEEDS REVISION; FREE FROM SERIOUS ERROR. ☒ | WORK ALWAYS ACCURATE AND CAREFULLY DONE; ERRORS ARE RARE. ☐ | WORK IS SUPERIOR IN ACCURACY AND CONSISTENTLY FREE FROM ERROR. ☐ |
| **DEADLINES** CONSISTENTLY MISSES DEADLINES; WORK INCOMPLETE; DOES NOT MONITOR TASK PROGRESS. ☐ | SOMETIMES MISSES DEADLINES; WORK OFTEN INCOMPLETE; MONITORS TASK PROGRESS POORLY. ☐ | ALMOST ALWAYS MEETS DEADLINES; WORK USUALLY COMPLETED; MONITORS TASK PROGRESS ADEQUATELY. ☒ | RARELY MISSES DEADLINES; MONITORS TASK PROGRESS TO ENSURE COMPLETION. ☐ | MISSES DEADLINES ONLY UNDER EXTREME CIRCUMSTANCES AND WITH THE KNOWLEDGE OF SUPERVISOR; TASKS ALWAYS COMPLETED. ☐ |
| **JOB SKILLS** NOT ENOUGH KNOWLEDGE OF NECESSARY JOB SKILLS; CANNOT PERFORM MANY BASIC JOB DUTIES. ☐ | HAS SOME KNOWLEDGE AND SKILLS NECESSARY FOR ROUTINE PORTIONS OF THE JOB; UNABLE TO PERFORM SOME JOB DUTIES. ☐ | KNOWLEDGEABLE AND SKILLED IN ALL PHASES OF THE JOB; CAPABLE OF PERFORMING ALL JOB DUTIES. ☒ | BROAD KNOWLEDGE OF JOB SKILLS; ABLE TO PERFORM ALL PHASES OF THE JOB PROFICIENTLY. ☐ | PERFORMANCE DEMONSTRATES EXCEPTIONAL UNDERSTANDING AND SKILLS FOR THE JOB; EXTREMELY WELL-INFORMED IN ALL ASPECTS. ☐ |
| **JUDGMENT** EVALUATES SITUATIONS POORLY AND MAKES UNWISE CHOICES; CONSISTENTLY DEMONSTRATES INADEQUATE JUDGMENT. ☐ | HAS LIMITED ABILITY TO EVALUATE SITUATIONS AND MAKE DECISIONS; FREQUENTLY DOES NOT USE GOOD JUDGMENT. ☐ | EVALUATES SITUATIONS REASONABLY WELL; USUALLY MAKES GOOD CHOICES; BUT WITH OCCASIONAL ERRORS OF JUDGMENT. ☒ | CONSISTENTLY USES GOOD JUDGMENT IN EVALUATING SITUATIONS AND MAKING DECISIONS. ☐ | ALWAYS USES GOOD JUDGMENT IN EVALUATING SITUATIONS AND MAKING DECISIONS; IS VERY ADEPT AT HANDLING DIFFICULT SITUATIONS. ☐ |
| **NEW TASKS** UNWILLING TO TAKE ON NEW TASKS. ☐ | WILL TAKE ON NEW TASKS BUT IS HESITANT TO DO SO; NEEDS GUIDANCE TO ENSURE FOLLOW-THROUGH. ☐ | WILLINGLY PERFORMS NEW TASKS; NEEDS A MODERATE AMOUNT OF GUIDANCE. ☒ | CONSISTENTLY ACCEPTS AND DISPLAYS CONFIDENCE IN PERFORMING NEW TASKS; NEEDS LITTLE GUIDANCE. ☐ | EAGERLY ACCEPTS AND DISPLAYS CONFIDENCE IN PERFORMING NEW AND DIFFICULT TASKS; NEEDS NO GUIDANCE. ☐ |
| **SELF-RELIANCE/ INITIATIVE** DISPLAYS LITTLE OR NO ABILITY TO WORK INDEPENDENTLY. ☐ | DISPLAYS LIMITED SELF-RELIANCE; SOMEWHAT ABLE TO WORK INDEPENDENTLY. ☐ | DISPLAYS ADEQUATE SELF-RELIANCE AND ABILITY TO WORK INDEPENDENTLY. ☒ | DISPLAYS CONSISTENT INITIATIVE AND SELF-RELIANCE; WORKS WELL INDEPENDENTLY. ☐ | DISPLAYS DYNAMIC INITIATIVE AND SELF-RELIANCE; NEEDS NO SUPERVISION OR ASSISTANCE. ☐ |
| **ATTITUDE** LITTLE OR NO INTEREST IN OR ENTHUSIASM FOR THE JOB; INDIFFERENT ATTITUDE. ☐ | INTEREST IN OR ENTHUSIASM FOR THE JOB IS LACKING OR INCONSISTENT; POSITIVE ATTITUDE LIMITED. ☐ | USUALLY DISPLAYS INTEREST IN AND ENTHUSIASM FOR DOING A GOOD JOB; GENERALLY POSITIVE ATTITUDE. ☐ | DISPLAYS CONSISTENT INTEREST IN AND ENTHUSIASM FOR THE JOB; MAINTAINS A POSITIVE ATTITUDE. ☒ | SUPERIOR INTEREST IN AND ENTHUSIASM FOR DOING A GOOD JOB; EXTREMELY POSITIVE ATTITUDE. ☐ |
| **ABILITY TO MANAGE STRESS/CHANGE** UNABLE TO PERFORM ADEQUATELY IN OTHER THAN ROUTINE SITUATIONS; LACKS FLEXIBILITY. ☐ | PERFORMANCE DECLINES UNDER STRESS OR IN OTHER-THAN-ROUTINE SITUATIONS; MAY REACT INAPPROPRIATELY TO STRESSFUL SITUATIONS. ☐ | PERFORMS REASONABLY WELL UNDER STRESS OR IN UNUSUAL SITUATIONS; RISES TO CHALLENGES; ACCEPTS CHANGE. ☒ | PERFORMANCE EXCELLENT EVEN UNDER PRESSURE; VERY STABLE AND OBJECTIVE; RELIABLE IN DIFFICULT SITUATIONS. ☐ | OUTSTANDING PERFORMANCE UNDER EXTREME STRESS; APPRECIATES THE CHALLENGE OF DIFFICULT SITUATIONS. ☐ |

COMMENTS:

Exh. H, Att. 3
Page 2 of 3

0073

## SECTION 2 - WORK HABITS                                      (COMPLETE FOR ALL EMPLOYEES)

### ATTENDANCE

| DOCUMENTED ABUSE OF SICK LEAVE DURING RATING PERIOD; FAILURE TO NOTIFY SUPERVISOR OF ABSENCES; FREQUENT FAILURE TO SECURE APPROVAL OF DAYS OFF; CONSISTENTLY LATE. | ☐ | PATTERN INDICATING SICK LEAVE TAKEN IN CONJUNCTION WITH REGULAR DAYS OFF; VACATION/DAYS OFF ARE NOT ALWAYS PREARRANGED; FREQUENTLY TARDY. | ☐ | SICK LEAVE USE JUSTIFIABLE AND AT ACCEPTABLE LEVELS; SOME IMPACT ON WORK UNIT; VACATION/DAYS OFF ARE PREARRANGED; OCCASIONALLY TARDY. | ☐ | MINIMAL USE OF SICK LEAVE WHICH IS JUSTIFIED; MINIMAL IMPACT ON WORK UNIT; VACATION/DAYS OFF ARE PREARRANGED TO MINIMIZE IMPACT; RARELY TARDY. | ☒ | SICK LEAVE USE IS MINIMAL AND DOES NOT IMPACT WORK UNIT; VACATION/DAYS OFF ARE ALWAYS PREARRANGED TO ELIMINATE IMPACT ON WORK UNIT; NEVER TARDY. | ☐ |
|---|---|---|---|---|---|---|---|---|---|

### APPEARANCE AND GROOMING

| PERSONAL APPEARANCE AND/OR GROOMING UNSATISFACTORY. | ☒ | ACCEPTABLE PERSONAL APPEARANCE AND GROOMING. |
|---|---|---|

### SAFETY

| CONSISTENTLY NOT SAFETY-CONSCIOUS. | ☐ | FREQUENTLY NOT SAFETY-CONSCIOUS. | ☐ | USUALLY SAFETY-CONSCIOUS. | ☐ | SAFETY-CONSCIOUS; ALERT TO PROBLEMS. | ☒ | HIGHLY SAFETY-CONSCIOUS; ALERT TO SAFETY PROBLEMS AND ASSISTS IN CORRECTING THEM IMMEDIATELY. | ☐ |
|---|---|---|---|---|---|---|---|---|---|

COMMENTS:

## SECTION 3 - INTERPERSONAL RELATIONSHIPS                       (COMPLETE FOR ALL EMPLOYEES)

### HUMAN RELATIONS

| INEFFECTIVE IN WORKING WITH OTHERS; DOES NOT COOPERATE. | ☐ | HAS DIFFICULTY GETTING ALONG WITH OTHERS, ACCEPTING SUPERVISION, OR BEING TACTFUL. | ☒ | GETS ALONG WELL WITH OTHERS UNDER MOST CIRCUMSTANCES; COMMUNICATES EFFECTIVELY WITH OTHERS. | ☐ | WORKS IN HARMONY WITH OTHERS; VERY GOOD TEAM WORKER; ABOVE AVERAGE SKILLS IN HUMAN RELATIONS. | ☐ | EXTREMELY SUCCESSFUL IN WORKING WITH OTHERS; ACTIVELY PROMOTES POSITIVE INTERACTIONS. | ☐ |
|---|---|---|---|---|---|---|---|---|---|

### ACCEPTANCE OF SUPERVISION

| LIMITED OR NO COOPERATION WITH SUPERVISOR; POOR ACCEPTANCE OF SUPERVISION. | ☐ | HAS SOME DIFFICULTY IN COOPERATING WITH SUPERVISOR; LIMITED ACCEPTANCE OF SUPERVISION. | ☐ | COOPERATES WITH SUPERVISOR; SATISFACTORY ACCEPTANCE OF SUPERVISION. | ☒ | READILY COOPERATES WITH SUPERVISOR; ACCEPTS SUPERVISION WELL. | ☐ | ENTHUSIASTICALLY COOPERATES WITH SUPERVISOR; SUPERIOR ACCEPTANCE OF SUPERVISION. | ☐ |
|---|---|---|---|---|---|---|---|---|---|

COMMENTS:

## SECTION 4 - SUPERVISORY                                       (COMPLETE FOR LEAD PERSONNEL ONLY)

### TRAINING AND LEADING EMPLOYEES

| LITTLE OR NO SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ | INCONSISTENT OR LIMITED SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ | MODERATE SUCCESS IN TRAINING, LEADING, AND COMMUNICATING WITH EMPLOYEES. | ☐ | CONSISTENTLY ABLE TO TRAIN, LEAD, AND COMMUNICATE WITH EMPLOYEES EFFECTIVELY. | ☐ | SUPERIOR ABILITY TO TRAIN, LEAD, AND COMMUNICATE WITH EMPLOYEES; MOTIVATES EMPLOYEES AND SETS AN EXCELLENT EXAMPLE; ACHIEVES MAXIMUM QUALITY EFFORT FROM OTHERS. | ☐ |
|---|---|---|---|---|---|---|---|---|---|

COMMENTS:

0074

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
|---|---|---|---|
| 252566 | Laborer | FROM 6/15/97  TO 6/16/98 | ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER

YES ☒    NO ☐    If no, explain:

### SPECIFIC RATING AREAS

| | * U | A | O |
|---|---|---|---|

**PERFORMANCE**  ☒ ☐ ☐

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**WORK HABITS**  ☐ ☒ ☐

(As shown by: attendance, punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**  ☐ ☒ ☐

(As shown by: consideration of public and coworkers; acceptance of supervision.)

**SUPERVISORY**  (for Supervisory Employees Only)  ☐ ☐ ☐

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

### NARRATIVE SECTION

Overall Effectiveness on the Job

| U | Acceptable | O |
|---|---|---|
| ☐ | ☒ | ☐ |

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

Ms. Billingham's performance during this evaluation period showed a lack of job fundamentals to accomplish some very basic tasks, such as traffic control and sign repairs. Elsa also displayed an unwillingness to abide by some very basic field maintenance Standard Operating Procedures (i.e. wearing crash helmet while operating 4 wheeler). Elsa had been advised of this requirement on several occasions and continued to ignore it. Elsa also seems to have some difficulty following my instructions when dispatched. Whether this is due to poor instructions on my part or Elsa's inability to understand them. The end result is almost always the same. Poor performance. I have attempted to be very explicit and thorough in my instructions so I think the former is not the case, other supervisors have mirrored my thoughts and experience with Ms. Billingham. On the positive side, Elsa is considerate of the public/co-workers and shows good work habits/attendance. Also, Elsa was very active in our Greenstar program for recyclables.

Rater's Recommended Action:  Continued Employment
(See Instructions-over)

Rating was discussed with employee   ☒ Yes   ☐ No   If no, explain: _____

Signature of Rater _____  Title _____  Date _____

Employee: ☐ Concur with Rating   ☒ Disagree (Employee comments on back)
Signature _____  Title _____  Date _____

REVIEWED AND APPROVED BY:
Division Signature _____  Title _____  Date _____

Department Signature _____  Title _____  Date _____

**Exh. H, Att. 4**
**Page 1 of 4**

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham   RATING PERIOD FROM: 6/15/97   TO: 6/16/98

## SECTION 1 - PERFORMANCE   (COMPLETE FOR ALL EMPLOYEES)

| # | Category | Rating 1 | Rating 2 | EMPLOYEES INITIALS/DATE | RATER'S INITIALS/DATE |
|---|----------|----------|----------|-------------------------|------------------------|
| 1 | **QUANTITY** Consistently fails to meet established work quantity standards. | [X] Frequently fails to meet established work quantity standards. | [ ] Usually meets established work quantity standards. | [ ] Meets and occasionally exceeds established work quantity standards. | [ ] Always meets and frequently exceeds established work quantity standards |
| 2 | **ACCURACY** Work consistently inaccurate; makes frequent serious errors. | [X] Work frequently inaccurate; constantly requires checking. | [ ] Work usually accurate; occasionally needs revision, free from serious error. | [ ] Work always accurate and carefully done; errors are rare. | [ ] Work is superior in accuracy and consistently free from error. |
| 3 | **DEADLINES** Consistently misses deadlines; work incomplete; does not monitor task progress. | [X] Sometimes misses deadlines; work often incomplete; monitors task progress poorly. | [ ] Almost always meets deadlines; work usually completed; monitors task progress adequately. | [ ] Rarely misses deadlines; monitors task progress to ensure completion. | [ ] Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. |
| 4 | **JOB SKILLS** Not enough knowledge of necessary job skills; cannot perform many basic job duties. | [X] Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. | [ ] Knowledgeable and skilled in all phases of the job; capable of performing all job duties. | [ ] Broad knowledge of job skills; able to perform all phases of the job proficiently. | [ ] Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. |
| 5 | **JUDGMENT** Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. | [ ] Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. | [X] Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. | [ ] Consistently uses good judgment in evaluating situations and making decisions. | [ ] Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. |
| 6 | **NEW TASK** Unwilling to take on new tasks. | [X] Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. | [ ] Willingly performs new tasks; needs a moderate amount of guidance. | [ ] Consistently accepts and displays confidence in performing new tasks; needs little guidance. | [ ] Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. |
| 7 | **SELF-RELIANCE/ INITIATIVE** Displays little or no ability to work independently. | [X] Displays limited self-reliance; somewhat able to work independently. | [ ] Displays adequate self-reliance and ability to work independently. | [ ] Displays consistent initiative and self-reliance; works well independently. | [ ] Displays dynamic initiative and self-reliance; needs no supervision or assistance. |
| 8 | **ATTITUDE** Little or no interest in or enthusiasm for the job; indifferent attitude. | [X] Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. | [ ] Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. | [ ] Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. | [ ] Superior interest in and enthusiasm for doing a good job; extremely positive attitude. |
| 9 | **ABILITY TO MANAGE STRESS/CHANGE** Unable to perform adequately in other than routine situations; lacks flexibility. | [X] Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. | [ ] Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. | [ ] Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. | [ ] Outstanding performance under extreme stress; appreciates the challenge of difficult situations. |

COMMENTS:

8900

## SECTION 2- WORK HABITS   (COMPLETE FOR ALL EMPLOYEES)

**1. ATTENDANCE**

| Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off Consistently tardy. | Pattern indicating sick leave taken in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

**2. APPEARANCE AND GROOMING**

| Personal appearance and/or grooming unsatisfactory. | | Acceptable personal appearance and grooming. | | |
|---|---|---|---|---|
| [ ] | | [X] | | |

**3. SAFETY**

| Consistently not safety-conscious. | Frequently not safety-conscious. | Usually safety-conscious. | Safety-conscious; alert to problems. | Highly safety-conscious; alert to safety problems and assist in correction them immediately. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS   (COMPLETE FOR ALL EMPLOYEES)

**1. HUMAN RELATIONS**

| Ineffective in working with others; does not cooperate. | Has difficulty getting along with others, accepting supervision, or being tactful. | Gets along well with others under most circumstances; communicates effectively with others. | Works in harmony with others; very good team worker; above average skills in human relations. | Extremely successful in working with others; actively promotes positive interactions. |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | [ ] |

**2. ACCEPTANCE OF SUPERVISION**

| Limited or no cooperation with supervisor; poor acceptance of supervision. | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. | Cooperates with supervisor; satisfactory acceptance of supervision. | Readily cooperates with supervisor; accepts supervision well. | Enthusiastically cooperates with supervisor; superior acceptance of supervision. |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] |

COMMENTS:

## SECTION 4 – SUPERVISORY   (COMPLETE FOR LEAD PERSONNEL ONLY)

**1. TRAINING AND LEADING EMPLOYEES**

| Little or no success in training, leading, and communicating with employees. | Inconsistent or limited success in training, leading, and communicating with employees. | Moderate success in training, leading, and communicating with employees. | Consistently able to train, lead and communicate with employees effectively. | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

COMMENTS:

I feel that I have not had the opportunity to work on certain job like repairing signs to see good at it. Also I would like for Steve to show me how he wants me to run a 13-speed trans dump truck, I want him to demonstrate

**STATE OF ALASKA**
**PERFORMANCE EVALUATION REPORT**

0900

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport |
| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
| 252566 | Laborer | FROM 6/15/98  TO 6/16/99 | ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒  NO ☐  If no, explain:

### NARRATIVE SECTION
**Overall Effectiveness on the Job**

|  | U | Acceptable | O |
|---|---|---|---|
|  | ☐ | ☒ | ☐ |

(Overall *Effectiveness* MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

Ms Billingham's performance during this past evaluation period has usually met the minimum requirements of her Job as a laborer. Elsa requires explicit instructions and when given them she usually meets the job requirements. ( occasion Elsa has been asked to move up and operate equipment above her wage grade. When performing in a higher wage grade Elsa requires constant supervision. To her credit Elsa is respectful of the public and her co-workers. She is also active in our Green Star Program.

#### SPECIFIC RATING AREAS
\* U A O

**PERFORMANCE**   ☐ ☒ ☐

(As shown by: quantity, quality, accuracy, and complete-ness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**WORK HABITS**   ☐ ☒ ☐

(As shown by: attendance, punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**   ☐ ☒ ☐

(As shown by: consideration of public and coworkers; acceptance of supervision.)

**SUPERVISORY** (for Supervisory   ☐ ☐ ☐
Employees Only)

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

\*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

Rater's Recommended Action:  Continued Employment
(See Instructions-over)
Rating was discussed with employee   ☒ Yes   ☐ No   If no, explain:

Signature of Rater _____   Title _____   Date _____

Employee:   ☒ Concur with Rating   ☒ Disagree (Employee comments on back)
Signature: _____   Title _____   Date _____

REVIEWED AND APPROVED BY:
Division
Signature: _____   Title _____   Date _____

Department
Signature: _____   Title _____   Date _____

**Exh. H, Att. 5**
**Page 1 of 4**

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

1900

EMPLOYEE: Elsa Billingham   RATING PERIOD FROM: 6/15/98   TO: 6/16/99

EMPLOYEES INITIALS/DATE

RATER'S INITIALS/DATE

## SECTION 1- PERFORMANCE   (COMPLETE FOR ALL EMPLOYEES)

| # / Category | | | | | |
|---|---|---|---|---|---|
| **1. QUANTITY** | Consistently fails to meet established work quantity standards. [ ] | Frequently fails to meet established work quantity standards. [ ] | Usually meets established work quantity standards. [X] | Meets and occasionally exceeds established work quantity standards. [ ] | Always meets and frequently exceeds established work quantity standards [ ] |
| **2. ACCURACY** | Work consistently inaccurate; makes frequent serious errors. [ ] | Work frequently inaccurate; constantly requires checking. [X] | Work usually accurate; occasionally needs revision, free from serious error. [ ] | Work always accurate and carefully done; errors are rare. [ ] | Work is superior in accuracy and consistently free from error. [ ] |
| **3. DEADLINES** | Consistently misses deadlines; work incomplete, does not monitor task progress. [ ] | Sometimes misses deadlines; work often incomplete; monitors task progress poorly. [ ] | Almost always meets deadlines; work usually completed; monitors task progress adequately. [X] | Rarely misses deadlines; monitors task progress to ensure completion. [ ] | Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. [ ] |
| **4. JOB SKILLS** | Not enough knowledge of necessary job skills; cannot perform many basic job duties. [ ] | Has some knowledge and skills necessary for routine portions of the job, unable to perform some job duties. [X] | Knowledgeable and skilled in all phases of the job; capable of performing all job duties. [ ] | Broad knowledge of job skills; able to perform all phases of the job proficiently. [ ] | Performance demonstrates exceptional understanding and skills for the job, extremely well informed in all aspects. [ ] |
| **5. JUDGMENT** | Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. [ ] | Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. [X] | Evaluates situations reasonably well; usually makes good choices, but with occasional errors of judgment. [ ] | Consistently uses good judgment in evaluating situations and making decisions. [ ] | Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. [ ] |
| **6. NEW TASK** | Unwilling to take on new tasks. [ ] | Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. [ ] | Willingly performs new tasks; needs a moderate amount of guidance. [X] | Consistently accepts and displays confidence in performing new tasks; needs little guidance. [ ] | Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. [ ] |
| **7. SELF-RELIANCE/ INITIATIVE** | Displays little or no ability to work independently. [ ] | Displays limited self-reliance; somewhat able to work independently. [ ] | Displays adequate self-reliance and ability to work independently. [X] | Displays consistent initiative and self-reliance; works well independently. [ ] | Displays dynamic initiative and self-reliance; needs no supervision or assistance. [ ] |
| **8. ATTITUDE** | Little or no interest in or enthusiasm for the job, indifferent attitude. [ ] | Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. [ ] | Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. [X] | Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. [ ] | Superior interest in and enthusiasm for doing a good job; extremely positive attitude. [ ] |
| **9. ABILITY TO MANAGE STRESS/CHANGE** | Unable to perform adequately in other than routine situations; lacks flexibility. [ ] | Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. [X] | Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. [ ] | Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. [ ] | Outstanding performance under extreme stress; appreciates the challenge of difficult situations. [ ] |

COMMENTS:

Exh. H, Att. 5
Page 2 of 4

0062

## SECTION 2 – WORK HABITS          (COMPLETE FOR ALL EMPLOYEES)

| 1. ATTENDANCE | | | | |
|---|---|---|---|---|
| Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off. Consistently tardy. [ ] | Pattern indicating sick leave taken in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. [ ] | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged, occasionally tardy. [X] | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact, rarely tardy. [ ] | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy. [ ] |

| 2. APPEARANCE AND GROOMING | | | | |
|---|---|---|---|---|
| Personal appearance and/or grooming unsatisfactory. [ ] | Acceptable personal appearance and grooming. [X] | | | |

| 3. SAFETY | | | | |
|---|---|---|---|---|
| Consistently not safety-conscious. [ ] | Frequently not safety-conscious. [ ] | Usually safety-conscious. [X] | Safety-conscious; alert to problems. [ ] | Highly safety-conscious; alert to safety problems and assist in correction them immediately. [ ] |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS          (COMPLETE FOR ALL EMPLOYEES)

| 1. HUMAN RELATIONS | | | | |
|---|---|---|---|---|
| Ineffective in working with others; does not cooperate. [ ] | Has difficulty getting along with others, accepting supervision, or being tactful. [ ] | Gets along well with others under most circumstances; communicates effectively with others. [X] | Works in harmony with others; very good team worker; above average skills in human relations. [ ] | Extremely successful in working with others; actively promotes positive interactions. [ ] |

| 2. ACCEPTANCE OF SUPERVISION | | | | |
|---|---|---|---|---|
| Limited or no cooperation with supervisor, poor acceptance of supervision. [ ] | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. [ ] | Cooperates with supervisor, satisfactory acceptance of supervision. [X] | Readily cooperates with supervisor; accepts supervision well. [ ] | Enthusiastically cooperates with supervisor; superior acceptance of supervision. [ ] |

COMMENTS:

## SECTION 4 – SUPERVISORY          (COMPLETE FOR LEAD PERSONNEL ONLY)

| 1. TRAINING AND LEADING EMPLOYEES | | | | |
|---|---|---|---|---|
| Little or no success in training, leading, and communicating with employees. [ ] | Inconsistent or limited success in training, leading, and communicating with employees. [ ] | Moderate success in training, leading, and communicating with employees. [ ] | Consistently able to train, lead and communicate with employees effectively. [ ] | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. [ ] |

COMMENTS:

**Exh. H, Att. 5**
**Page 3 of 4**

Rebuttal

I don't feel I need constant supervision. I know exactly what to do. If I do need more supervision then that means I need more training and experience. I am not given the same opportunities as the other laborers. When I left swing shift to go on day shift many of the jobs are very different. Some of the jobs I don't have alot of experience on. The other laborers are given alot of equipment time while I am consistently put in laborers jobs.

E. [signature]
10/15/99

Noted, but the record shows otherwise.
C