0046

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
|---|---|---|---|
| 252566 | Sub-Journey Equipment Oper. II | FROM 6/15/99   TO 6/15/00 | ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒ NO ☐   If no, explain:

### SPECIFIC RATING AREAS

*U  A  O

**PERFORMANCE**   ☒ ☐ ☐

(As shown by: quantity, quality, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**WORK HABITS**   ☐ ☒ ☐

(As shown by: attendance, punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**   ☒ ☐ ☐

(As shown by: consideration of public and coworkers; acceptance of supervision.)

**SUPERVISORY**   (for Supervisory   ☐ ☐ ☐
Employees Only)

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

Exh. H, Att. 6
Page 1 of 3

### NARRATIVE SECTION
Overall Effectiveness on the Job

U ☐   Acceptable ☒   O ☐

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

Ms. Billingham's performance as an equipment operator sub-journeyman this reporting period has barely met acceptable standards. Elsa requires very explicit instructions before she understands what is expected of her and often the instructions must be repeated numerous times. At times her actions have to be corrected in the process of the job. Although given more than adequate one on one training on a piece of equipment she easily forgets what she was told and causes undue stress on the equipment. Elsa has been moved up to a higher wage grade from time to time for training but has difficulty performing at a higher level.
Elsa is performing some of the routine tasks such as garbage collection and sidewalk snow removal in a satisfactory manner. Elsa is one of the more environmentally conscious workers and is very active in the Green Star program.

RECEIVED

MAR 2 3 2001

DOT & PF CENTRAL REGION
ADMINISTRATIVE SERVICES
PERSONNEL SECTION

Rater's Recommended Action:   Continued Employment
(See Instructions over)

Rating was discussed with employee   ☒ Yes   ☐ No   If no, explain:

Signature of Rater _____   Title _____   Date 3-1-__

Employee:   ☐ Concur with Rating   ☐ Disagree (Employee comments are attached)

Signature: _____

REVIEWED AND APPROVED BY:
Division
Signature: _____   Title Operation Mgr   Date 3-20-0

Department
Signature: _____   Title _____   Date 3/29/0

0047

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham   RATING PERIOD FROM: 6/16/99   TO: 12/15/00

## SECTION 1- PERFORMANCE    (COMPLETE FOR ALL EMPLOYEES)

| | | | | | EMPLOYEES INITIALS/DATE | RATER'S INITIALS/DATE |
|---|---|---|---|---|---|---|
| 1. **QUANTITY** Consistently fails to meet established work quantity standards. | Frequently fails to established work quantity standards. ☒ | Usually meets established work quantity standards. ☐ | Meets and occasionally exceeds established work quantity standards. ☐ | Always meets and frequently exceeds established work quantity standards ☐ | | |
| 2. **ACCURACY** Work consistently inaccurate; makes frequent serious errors. | Work frequently inaccurate; constantly requires checking. ☒ | Work usually accurate; occasionally needs revision; free from serious error. ☐ | Work always accurate and carefully done; errors are rare. ☐ | Work is superior to that of most; consistently free from error. ☐ | | |
| 3. **DEADLINES** Consistently misses deadlines; work incomplete; does not monitor task progress. | Sometimes misses deadlines; work often incomplete; monitors task progress poorly. ☒ | Almost always meets deadlines; work usually completed; monitors task progress adequately. ☐ | Rarely misses deadlines; monitors task progress to ensure completion. ☐ | Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. ☐ | | |
| 4. **JOB SKILLS** Not enough knowledge of necessary job skills; cannot perform many basic job duties. | Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. ☒ | Knowledgeable and skilled in all phases of the job; capable of performing all job duties. ☐ | Broad knowledge of job skills; able to perform all phases of the job proficiently. ☐ | Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. ☐ | | |
| 5. **JUDGMENT** Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. | Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. ☒ | Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. ☐ | Consistently uses good judgment in evaluating situations and making decisions. ☐ | Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. ☐ | | |
| 6. **NEW TASK** Unwilling to take on new tasks. | Will take on new tasks but is hesitant to do so; need guidance to execute follow-through. ☒ | Willingly performs new tasks; needs a moderate amount of guidance. ☐ | Consistently accepts and displays confidence in performing new tasks; needs little guidance. ☐ | Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. ☐ | | |
| 7. **SELF-RELIANCE/ INITIATIVE** Displays little or no ability to work independently. | Displays limited self-reliance; somewhat able to work independently. ☒ | Displays adequate self-reliance and ability to work independently. ☐ | Displays consistent initiative and self-reliance; works well independently. ☐ | Displays dynamic initiative and self-reliance; needs no supervision or assistance. ☐ | | |
| 8. **ATTITUDE** Little or no interest in or enthusiasm for the job; indifferent attitude. | Interest or enthusiasm for the job is lacking or inconsistent; positive attitude limited. ☐ | Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. ☒ | Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. ☐ | Superior interest in and enthusiasm for doing a good job; extremely positive attitude. ☐ | | |
| 9. **ABILITY TO MANAGE STRESS/CHANGE** Unable to perform adequately in other than routine situations; lacks flexibility. | Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. ☒ | Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. ☐ | Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. ☐ | Outstanding performance under extreme stress; appreciates the challenge of difficult situations. ☐ | | |

COMMENTS:

Exh. H, Att. 6
Page 2 of 3

0048

## SECTION 2 - WORK HABITS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **1. ATTENDANCE** Documented abuse of sick leave during rating period; failure to notify supervisor of absence; frequent failure to secure approval of days off. Consistently tardy. [ ] | Pattern indicating sick leave taken in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. [ ] | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. [X] | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. [ ] | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy. [ ] |
| **2. APPEARANCE AND GROOMING** Personal appearance and/or grooming unsatisfactory. [X] | Acceptable personal appearance and grooming. [ ] | | | |
| **3. SAFETY** Consistently not safety-conscious. [X] | Frequently not safety-conscious. [ ] | Usually safety-conscious. [ ] | Safety-conscious; alert to problems. [X] | Highly safety-conscious; alert to safety problems and assist in correction them immediately. [ ] |

**COMMENTS:**

## SECTION 3 – INTERPERSONAL RELATIONSHIPS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **1. HUMAN RELATIONS** Ineffective in working with others; does not cooperate. [X] | Has difficulty getting along with others, accepting supervision, or being tactful. [X] | Gets along well with others under most circumstances; communicates effectively with others. [ ] | Works in harmony with others; very good team worker; above average skills in human relations. [ ] | Extremely successful in working with others; actively promotes positive interactions. [ ] |
| **2. ACCEPTANCE OF SUPERVISION** Limited or no cooperation with supervisor; poor acceptance of supervision. [X] | Has some difficulty in cooperating with supervisor, limited acceptance of supervision. [ ] | Cooperates with supervisor; satisfactory acceptance of supervision. [ ] | Readily cooperates with supervisor; accepts supervision well. [ ] | Enthusiastically cooperates with supervisor; superior acceptance of supervision. [ ] |

**COMMENTS:**

## SECTION 4 – SUPERVISORY    (COMPLETE FOR LEAD PERSONNEL ONLY)

| | | | | |
|---|---|---|---|---|
| **1. TRAINING AND LEADING EMPLOYEES** Little or no success in training, leading, and communicating with employees. [ ] | Inconsistent or limited success in training, leading, and communicating with employees. [ ] | Moderate success in training, leading, and communicating with employees. [ ] | Consistently able to train, lead and communicate with employees effectively. [ ] | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. [ ] |

**COMMENTS:**

0049

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
|---|---|---|---|
| 252566 | Sub-Journey Equipment Oper. II | FROM 6/15/00    TO 2/1/01 | ☒ ANNUAL  ☐ RESIGNATION  ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒   NO ☐   If no, explain:

### SPECIFIC RATING AREAS

\* U  A  O

**PERFORMANCE**   ☒ ☐ ☐

(As shown by: quantity, quality, accuracy, and complete-
ness of work; knowledge of job fundamentals; judgment
shown on the job; willingness and ability to carry out new
assignments; independence of performance; attitude
towards job).

**WORK HABITS**   ☐ ☒ ☐

(As shown by: attendance, punctuality; appearance
and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**   ☒ ☐ ☐

(As shown by: consideration of public and coworkers;
acceptance of supervision.)

**SUPERVISORY** (for Supervisory   ☐ ☐ ☐

Employees Only)

(As shown by: training and directing subordinates;
evaluating subordinates; planning and organizing work,
including delegation; problem solving and decision-
making ability; affirmative action achievement; cost
effectiveness; and, Labor Contract Administration).

\*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

### NARRATIVE SECTION
Overall Effectiveness on the Job

| | U | Acceptable | O |
|---|---|---|---|
| | ☒ | ☐  ☐  ☐ | ☐  ☐ |

(Overall Effectiveness MUST be explained.  Other performance consideration, such as strong points and areas needing
improvement, should be included.)

Ms. Billingham's performance for the past few months has been marked with several instances of failure to foll
supervisory instructions and was disciplined for her actions. There are times when her judgement concerning job
tasks is suspect.  On one such occasion her failure to follow instructions caused injury to the traveling public. She
seems to feel that she knows more than her supervisors know and has a tendency to arguer with them. When
questioned about such instances, Elsa will not accept reasonable responsibility for her actions (or inaction) and
consequently, our ability to allow her to work independently is greatly diminished.  Elsa continually is unable to
perform above her pay grade and at times barely performs satisfactorily at the grade she now holds. This may not be
all Elsa's fault; she was moved up to a higher pay grade and expected to perform at that level due to a LTC study.
Elsa can perform at a lower pay grade in most work assignments. For this period of time her performance is un-
acceptable.

Elsa can improve her performance greatly by learning to listen to instructions, act responsibly and ask questions if
situation is beyond her capabilities. The one on one training that Elsa has been receiving on more difficult equipment
will stop until she can perform satisfactorily at her present pay level. Elsa will be given remedial training on
equipment in her wage grade as required.  Elsa's performance needs to be evaluated every 60 days until she can
perform proficiently.

Rater's Recommended Action:  This is an interim report.
(See Instructions-over)

Rating was discussed with employee    ☒ Yes    ☐ No    If no, explain: _____

Signature of Rater _____    Title _____    Date _____

Employee:    ☐ Concur With Rating    ☒ Disagree (Employee comments are attached)

Signature: _____    Date _____

REVIEWED AND APPROVED BY:

Division
Signature: _____    Title _____    Date 3-20-0

Department
Signature: _____    Title _____    Date 4/4/01

Exh. H, Att. 7
Page 1 of 5

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham    RATING PERIOD FROM: 6/16/00    TO: 2/15/01    EMPLOYEES INITIALS/DATE    RATER'S INITIALS/DATE

## SECTION 1 - PERFORMANCE  (COMPLETE FOR ALL EMPLOYEES)

| # | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | EMPLOYEES INITIALS/DATE | RATER'S INITIALS/DATE |
|---|---|---|---|---|---|---|---|
| 1. QUANTITY | ☒ Consistently fails to meet established work quantity standards. | ☐ Frequently fails to meet established work quantity standards. | ☐ Usually meets established work quantity standards. | ☐ Meets and occasionally exceeds established work quantity standards. | ☐ Always meets and frequently exceeds established work quantity standards | | |
| 2. ACCURACY | ☒ Work consistently inaccurate; makes frequent serious errors. | ☐ Work frequently inaccurate; constantly requires checking. | ☐ Work usually inaccurate, occasionally needs revision, free from serious error. | ☐ Work always accurate and carefully done; errors are rare. | ☐ Work is superior in accuracy and consistently free from error. | | |
| 3. DEADLINES | ☒ Consistently misses deadlines; work incomplete; does not monitor task progress. | ☐ Sometimes misses deadlines; work often incomplete; monitors task progress poorly. | ☐ Almost always meets deadlines; work usually completed; monitors task progress adequately. | ☐ Rarely misses deadlines; monitors task progress to ensure completion. | ☐ Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. | | |
| 4. JOB SKILLS | ☒ Not enough knowledge of necessary job skills; cannot perform many basic job duties. | ☐ Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. | ☐ Knowledgeable and skilled in all phases of the job; capable of performing all job duties. | ☐ Broad knowledge of job skills; able to perform all phases of the job proficiently. | ☐ Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. | | |
| 5. JUDGMENT | ☒ Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. | ☐ Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. | ☐ Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. | ☐ Consistently uses good judgment in evaluating situations and making decisions. | ☐ Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. | | |
| 6. NEW TASK | ☐ Unwilling to take on new tasks. | ☒ Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. | ☐ Willingly performs new tasks; needs a moderate amount of guidance. | ☐ Consistently accepts and displays confidence in performing new tasks; needs little guidance. | ☐ Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. | | |
| 7. SELF-RELIANCE/INITIATIVE | ☒ Displays little or no ability to work independently. | ☐ Displays limited self-reliance; somewhat able to work independently. | ☐ Displays adequate self-reliance and ability to work independently. | ☐ Displays consistent initiative and self-reliance; works well independently. | ☐ Displays dynamic initiative and self-reliance; needs no supervision or assistance. | | |
| 8. ATTITUDE | ☐ Little or no interest in or enthusiasm for the job; indifferent attitude. | ☐ Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. | ☒ Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. | ☐ Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. | ☐ Superior interest in and enthusiasm for doing a good job; extremely positive attitude. | | |
| 9. ABILITY TO MANAGE STRESS/CHANGE | ☒ Unable to perform adequately in other than routine situations; lacks flexibility. | ☒ Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. | ☐ Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. | ☐ Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. | ☐ Outstanding performance under extreme stress; appreciates the challenge of difficult situations. | | |

COMMENTS:

0051

## SECTION 2 - WORK HABITS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **1.** **ATTENDANCE** Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off. Consistently tardy. ☐ | Pattern indicating sick leave taken in conjunction with regular days off, vacation/days off if not always prearranged; frequently tardy. ☒ | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. ☐ | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. ☐ | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy ☐ |
| **2.** **APPEARANCE AND GROOMING** Personal appearance and/or grooming unsatisfactory. ☒ | Acceptable personal appearance and grooming. ☐ | | | |
| **3.** **SAFETY** Consistently not safety-conscious. ☒ | Frequently not safety-conscious. ☐ | Usually safety-conscious. ☐ | Safety-conscious, alert to problems. ☒ | Highly safety-conscious; alert to safety problems and assist in correction them immediately. ☐ |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| **1.** **HUMAN RELATIONS** Ineffective in working with others; does not cooperate. ☐ | Has difficulty getting along with others, accepting supervision, or being tactful. ☒ | Gets along well with others under most circumstances; communicates effectively with others. ☐ | Works in harmony with others; very good team worker, above average skills in human relations. ☐ | Extremely successful in working with others; actively promotes positive interactions. ☐ |
| **2.** **ACCEPTANCE OF SUPERVISION** Limited or no cooperation with supervisor; poor acceptance of supervision. ☒ | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. ☐ | Cooperates with supervisor; satisfactory acceptance of supervision. ☐ | Readily cooperates with supervisor; accepts supervision well. ☐ | Enthusiastically cooperates with supervisor; superior acceptance of supervision. ☐ |

COMMENTS:

## SECTION 4 - SUPERVISORY    (COMPLETE FOR LEAD PERSONNEL ONLY)

| | | | | |
|---|---|---|---|---|
| **1.** **TRAINING AND LEADING EMPLOYEES** Little or no success in training, leading, and communicating with employees. ☐ | Inconsistent or limited success in training, leading, and communicating with employees. ☐ | Moderate success in training, leading, and communicating with employees. ☐ | Consistently able to train, lead and communicate with employees effectively. ☐ | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. ☐ |

COMMENTS:

Exh. H, Att. 7
Page 3 of 5

Rebuttal to my evaluation by Steve Pringle
I am a wg gp 56 equipment operator 11
I have a class A CDL XPT
I have no drug or alcohol violations
I have had no moving violations on the job in the past ten years
I have performed every job that has been given to me. The quality and the quantity of
the jobs I can perform depend on the equipment I have available to use. In some
instances other people are given upgrades in their work assignments, and are allowed
to use equipment to perform more qualitative and quantitative jobs than I. I have
been weekwacking the ditches for seven years and everyone else including people
with less seniority and less licences and skills than I are given upgrades in their
work assignments. I have driven dump trucks with no accidents for several years
I have driven the 4-wheeler with the plow for several years with no accidents
I have run the riding mowers for the past several years with no accidents.
On one occasion I ran a riding mower to complete the job And I broke out a
window with a rock that I accidently ran over. I was suspended for three days
for the disobeying orders although Roberto Yamat was given Instructions to take
the mowers. My orders are more specific I am told to take a weedweeter and a
push mower. I have seniority and I am a higher job classification than Roberto.Yamat.
Also Rusty Holmes was on a Case riding mower and he had permission and he broke
out a window on a motor home. He was promoted to lead man.
On another occasion I was told to take a hand shovel I took a 4-wheeler because of
the unsafe condition of the sidewalks, they were blanketed with ice and fresh snow.
It was a danderous situation. I felt safer on the 4-wheeler. Pat raab and jerry Kimitz
were hand shoveling as well but they are both a lower job classification than me. Sang
lee was given permission to drive one of the large sandtrucks. He is the same job
classification as me. I was suspended for two weeks for this incident. Even though
Roberto Yamat can take the 4-wheeler without permission and its ok. Jerry Kimitz
can take any of the equipment he wants without permisssion and its ok. Its a boys
club. And they can do what they want. I am punished for doing things the guys take
for granted. They are given upgrades constantly and I am constantly down graded in
my work assignments. There are double standards here depending on who you are.
Sam Lacosta told me that taking a loader to pick up the grass is part of the job and
its ok. When you run the sandtrucks you have to use the loader to fill it it is part of
the job. I have been running loaders here for four years with no accidents. I have
also run T-dozers with no accidents. I have over 15000 hours on big equipment.
I am more than capable of working at my current wage grade and even higher with
no saftey problems, as I have since 1980. Many of the instructions given to me are
"do your thing." And when I do "my thing " I get in trouble.
I called Steve pringle a name and I was suspended for twelve days for the incident.
Ed Cook called Tracy Sorenson a name., but that was ok people have called me
names and thats ok.
When I plow snow I do it after a snow fall when it is easy to plow. Fred and Steve
will leave it for several days and it turns to ice. They are not the ones who have to go
out and hand chip the ice so they don"t care.

C 3-20-07

QB 3/16/2001

Rebuttal to my evaluation by Steve Pringle
Interpersonal relationships sec.3
I have been friendly to everyone
I have never refused to work with anyone
I have been called a loser and lazy  and other names
I have been slapped
One of the formans told me that some of the people are afraid I will file a sexuall
harassment complaint against them and they don't want to work with me
Since the state conducted their discrimination investigation  that I participated in
my job assignments have stayed the same.  My job assignments have not changed
since 1996
There has been a lot of hatred towards me and people say they won't work with
me.  I have done nothing wrong and am innocent of any charges that are being
brought against me.
I have followed orders as well as anyone else.  My job classification states that I
am capable of selecting the equipment I need for my job assignments.

Elsa Billingham

March 19 2001

3/20/2001

**STATE OF ALASKA**
**PERFORMANCE EVALUATION REPORT**

0042

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
|---|---|---|---|
| 252566 | Sub-Journey Equipment Oper. II | FROM 2/02/01    TO 6/15/01 | ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒ NO ☐ If no, explain:

### SPECIFIC RATING AREAS

|  | * U | A | O |
|---|---|---|---|
| **PERFORMANCE** | ☐ | ☒ | ☐ |

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

| **WORK HABITS** | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: attendance, punctuality; appearance and grooming; safety.)

| **INTERPERSONAL RELATIONSHIPS** | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: consideration of public and coworkers; acceptance of supervision.)

| **SUPERVISORY** (for Supervisory Employees Only) | ☐ | ☐ | ☐ |
|---|---|---|---|

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration.)

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

**NARRATIVE SECTION**
**Overall Effectiveness on the Job**

| | U | Acceptable | O |
|---|---|---|---|
| | ☐ | ☒ | ☐ |

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

Ms. Billingham can operate all of the equipment that we use for Summertime lawn maintenance.

Ms. Billingham gets along well with other crewmembers on her shift.

She is a participant in the Green Star program and is doing a good job.

Ms. Billingham can operate dump trucks; however, she needs to come in on her own time to practice on other equipment.

Rater's Recommended Action:  Continued Employment
(See Instructions-over)
Rating was discussed with employee    ☒ Yes    ☐ No    If no, explain:

Signature of Rater _____ Title _____ Frwn _____ Date 10-1-01

Employee:  ☒ Concur with Rating    ☐ Disagree (Employee comments are attached)
Signature: _____ E. Billingham _____ Title _Ops. Mgr._ Date 10/1/01

REVIEWED AND APPROVED BY:
Division
Signature: _____ Title _Ops. Mgr._ Date 10-01

Department
Signature: _____ Title _Pers. Spec._ Date 10/16/01

**Exh. H, Att. 8**
**Page 1 of 3**

0043

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham

RATING PERIOD FROM: 2/02/01    TO: 6/15/01

EMPLOYEES INITIALS/DATE: _____
RATER'S INITIALS/DATE: _____

## SECTION I - PERFORMANCE    (COMPLETE FOR ALL EMPLOYEES)

| Criterion | | | | | |
|---|---|---|---|---|---|
| 1. QUANTITY Consistently fails to meet established work quantity standards. | ☐ Frequently fails to meet established work quantity standards. | ☒ Usually meets established work quantity standards. | ☐ Meets and occasionally exceeds established work quantity standards. | ☐ Always meets and frequently exceeds established work quantity standards. |
| 2. ACCURACY Work consistently inaccurate; makes frequent serious errors. | ☐ Work frequently inaccurate; constantly requires checking. | ☒ Work usually accurate; occasionally needs revision; free from serious error. | ☐ Work always accurate and carefully done; errors are rare. | ☐ Work is superior in accuracy and consistently free from error. |
| 3. DEADLINES Consistently misses deadlines; work incomplete; does not monitor task progress. | ☐ Sometimes misses deadlines; work often incomplete; monitors task progress poorly. | ☒ Almost always meets deadlines; work usually completed; monitors task progress adequately. | ☐ Rarely misses deadlines; monitors task progress to ensure completion. | ☐ Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. |
| 4. JOB SKILLS Not enough knowledge of necessary job skills; cannot perform many basic job duties. | ☐ Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. | ☒ Knowledgeable and skilled in all phases of the job; capable of performing all job duties. | ☐ Broad knowledge of job skills; able to perform all phases of the job proficiently. | ☐ Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. |
| 5. JUDGMENT Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. | ☐ Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. | ☒ Evaluates situations reasonably well; usually makes good choices, but with occasional errors of judgment. | ☐ Consistently uses good judgment in evaluating situations and making decisions. | ☐ Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. |
| 6. NEW TASK Unwilling to take on new tasks. | ☐ Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. | ☒ Willingly performs new tasks; needs a moderate amount of guidance. | ☐ Consistently accepts and displays confidence in performing new tasks; needs little guidance. | ☐ Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. |
| 7. SELF-RELIANCE/ INITIATIVE Displays little or no ability to work independently. | ☐ Displays limited self-reliance; somewhat able to work independently. | ☒ Displays adequate self-reliance and ability to work independently. | ☐ Displays consistent initiative and self-reliance; works well independently. | ☐ Displays dynamic initiative and self-reliance; needs no supervision or assistance. |
| 8. ATTITUDE Little or no interest in or enthusiasm for the job; indifferent attitude. | ☐ Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. | ☒ Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. | ☐ Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. | ☐ Superior interest in and enthusiasm for doing a good job; extremely positive attitude. |
| 9. ABILITY TO MANAGE STRESS/CHANGE Unable to perform adequately in other than routine situations; lacks flexibility. | ☐ Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. | ☒ Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. | ☐ Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. | ☐ Outstanding performance under extreme stress; appreciates the challenge of difficult situations. |

COMMENTS:

0044

## SECTION 2 – WORK HABITS    (COMPLETE FOR ALL EMPLOYEES)

**1. ATTENDANCE**

| Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off of Consistently tardy. | Pattern indicating sick leave taken in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] |

**2. APPEARANCE AND GROOMING**

| Personal appearance and/or grooming unsatisfactory. | Acceptable personal appearance and grooming. |
|---|---|
| [ ] | [X] |

**3. SAFETY**

| Consistently not safety-conscious. | Frequently not safety-conscious. | Usually safety-conscious. | Safety-conscious; alert to problems. | Highly safety-conscious, alert to safety problems and assist in correction them immediately. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS    (COMPLETE FOR ALL EMPLOYEES)

**1. HUMAN RELATIONS**

| Ineffective in working with others; does not cooperate. | Has difficulty getting along with others, accepting supervision, or being tactful. | Gets along well with others under most circumstances; communicates effectively with others. | Works in harmony with others; very good team worker; above average skills in human relations. | Extremely successful in working with others; actively promotes positive interactions. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

**2. ACCEPTANCE OF SUPERVISION**

| Limited or no cooperation with supervisor; poor acceptance of supervision. | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. | Cooperates with supervisor; satisfactory acceptance of supervision. | Readily cooperates with supervisor; accepts supervision well. | Enthusiastically cooperates with supervisor; superior acceptance of supervision. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] |

COMMENTS:

## SECTION 4 – SUPERVISORY    (COMPLETE FOR LEAD PERSONNEL ONLY)

**1. TRAINING AND LEADING EMPLOYEES**

| Little or no success in training, leading, and communicating with employees. | Inconsistent or limited success in training, leading, and communicating with employees. | Moderate success in training, leading, and communicating with employees. | Consistently able to train, lead and communicate with employees effectively. | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

COMMENTS:

Exh. H, Att. 8
Page 3 of 3

STATE OF ALASKA
PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport/Airfield Maintenance |

| PCN 252566 | JOB CLASSIFICATION TITLE Equip. Operator, Sub-Journey II | REPORT COVERAGE FROM 06/16/01    TO 06/15/02 | REASON FOR REPORT ☒ANNUAL ☐RESIGNATION ☐COMPLETION OF PROBATION |
|---|---|---|---|

POSITION DESCRIPTION REVIEWED BY RATER

YES ☒   NO ☐   If no, explain: _____

## SPECIFIC RATING AREAS

NARRATIVE SECTION

Overall Effectiveness on the Job

|  | U | A | O |
|---|---|---|---|
|  | ☐ | ☒ | ☐ |

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

**PERFORMANCE**

|  | *U | A | O |
|---|---|---|---|
|  | ☐ | ☒ | ☐ |

(As shown by: quantity, quality, accuracy, and complete-ness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

See attached narrative.

**WORK HABITS**

|  | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: attendance, punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS**

|  | ☐ | ☒ | ☐ |
|---|---|---|---|

(As shown by: consideration of public and coworkers; acceptance of supervision.)

**SUPERVISORY** (for Supervisory Employees Only)

|  | ☐ | ☐ | ☐ |
|---|---|---|---|

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

Rater's Recommended Action: Continued employment.
(See Instructions-over)

Rating was discussed with employee    ☒ Yes    ☐ No    If no, explain: _____

Signature of Rater _To Sterne E. Daude_  Title _____ Date _____

Employee:    ☐ Concur with Rating    ☒ Disagree (Employee comments on back)

Signature: _____ Title _Rep Director_ Date _7/28_

REVIEWED AND APPROVED BY:

Division Signature: _____ Title _____ Date _8/11/02_

Department Signature: _____ Title _____ Date _9/1/02_

# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham     RATING PERIOD FROM: 06/16/01     TO: 06/15/02

EMPLOYEES INITIALS/DATE _____     RATER'S INITIALS/DATE _7/28_

| SECTION 1 - PERFORMANCE | (COMPLETE FOR ALL EMPLOYEES) | | | |
|---|---|---|---|---|
| **1. QUANTITY** Consistently fails to meet established work quantity standards. [X] | Frequently fails to meet established work quantity standards. [ ] | Usually meets established work quantity standards. [ ] | Meets and occasionally exceeds established work quantity standards. [ ] | Always meets and frequently exceeds established work quantity standards. [ ] |
| **2. ACCURACY** Work consistently inaccurate; makes frequent serious errors. [X] | Work frequently inaccurate; constantly requires checking. [ ] | Work usually accurate; occasionally needs revision; free from serious error. [ ] | Work always accurate and carefully done; errors are rare. [ ] | Work is superior in accuracy and consistently free from error. [ ] |
| **3. DEADLINES** Consistently misses deadlines; work incomplete; does not monitor task progress. [X] | Sometimes misses deadlines; work often incomplete; monitors task progress poorly. [ ] | Almost always meets deadlines; work usually completed; monitors task progress adequately. [ ] | Rarely misses deadlines; monitors task progress to ensure completion. [ ] | Misses deadlines only under extreme circumstances and under the knowledge of supervisor; tasks always completed. [ ] |
| **4. JOB SKILLS** Not enough knowledge of necessary job skills; cannot perform many basic job duties. [X] | Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. [ ] | Knowledgeable and skilled in all phases of the job; capable of performing all job duties. [ ] | Broad knowledge of job skills; able to perform all phases of the job proficiently. [ ] | Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. [ ] |
| **5. JUDGMENT** Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. [X] | Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. [ ] | Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. [ ] | Consistently uses good judgment in evaluating situations and making decisions. [ ] | Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. [ ] |
| **6. NEW TASK** Unwilling to take on new tasks. [ ] | Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. [ ] | Willingly performs new tasks; needs a moderate amount of guidance. [X] | Consistently accepts and displays confidence in performing new tasks; needs little guidance. [ ] | Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. [ ] |
| **7. SELF-RELIANCE/ INITIATIVE** Displays little or no ability to work independently. [X] | Displays limited self-reliance; somewhat able to work independently. [ ] | Displays adequate self-reliance and ability to work independently. [ ] | Displays consistent initiative and self-reliance; works well independently. [ ] | Displays dynamic initiative and self-reliance; needs no supervision or assistance. [ ] |
| **8. ATTITUDE** Little or no interest in or enthusiasm for the job; indifferent attitude. [ ] | Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. [ ] | Usually displays interest in and enthusiasm for the job; generally positive attitude. [X] | Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. [ ] | Superior interest in and enthusiasm for doing a good job; extremely positive attitude. [ ] |
| **9. ABILITY TO MANAGE STRESS/CHANGE** Unable to perform adequately in other than routine situations; lacks flexibility. [X] | Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. [ ] | Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. [ ] | Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. [ ] | Outstanding performance under extreme stress; appreciates the challenge of difficult situations. [ ] |

COMMENTS:

Exh. H, Att. 9
Page 2 of 6

## SECTION 2 - WORK HABITS    (COMPLETE FOR ALL EMPLOYEES)

| 1. ATTENDANCE | Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off. Consistently tardy. | Pattern indicating sick leave taken in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy |
|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [X] | [ ] |

| 2. APPEARANCE AND GROOMING | Personal appearance and/or grooming unsatisfactory. | Acceptable personal appearance and grooming. |
|---|---|---|
| | [X] | [ ] |

| 3. SAFETY | Consistently not safety-conscious. | Frequently not safety-conscious. | Usually safety-conscious. | Safety-conscious; alert to problems. | Highly safety-conscious; alert to safety problems and assist in correction them immediately. |
|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS    (COMPLETE FOR ALL EMPLOYEES)

| 1. HUMAN RELATIONS | Ineffective in working with others; does not cooperate. | Has difficulty getting along with others, accepting supervision, or being tactful. | Gets along well with others under most circumstances; communicates effectively with others. | Works in harmony with others; very good team worker; above average skills in human relations. | Extremely successful in working with others; actively promotes positive interactions. |
|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] |

| 2. ACCEPTANCE OF SUPERVISION | Limited or no cooperation with supervisor; poor acceptance of supervision. | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. | Cooperates with supervisor; satisfactory acceptance of supervision. | Readily cooperates with supervisor; accepts supervision well. | Enthusiastically cooperates with supervisor; superior acceptance of supervision. |
|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] |

COMMENTS:

## SECTION 4 – SUPERVISORY    (COMPLETE FOR LEAD PERSONNEL ONLY)

| 1. TRAINING AND LEADING EMPLOYEES | Little or no success in training, leading, and communicating with employees. | Inconsistent or limited success in training, leading, and communicating with employees. | Moderate success in training, leading, and communicating with employees. | Consistently able to train, lead and communicate with employees effectively. | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. |
|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | |

COMMENTS:

**Annual Evaluation – Elsa Billingham, 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, 06/16/01 – 06/15/02**

Ms. Elsa Billingham is employed as a Sub-Journey Equipment Operator II, Wage Grade 56. Her main job duties include mowing lawns, cleaning sidewalks, litter control, asphalt maintenance, snow and ice control in the winter session (mainly on the public side).

As an employee Ms. Billingham presents some difficult challenges to myself as a foreman. Often when she is given a task to perform, Ms. Billingham will go to the job site and then contact the foreman to try and convince him that she needs to use another piece of equipment (this is usually above her wage grade) to better accomplish the task. An example is when she is assigned to shovel sidewalks after a snowfall of one (1) inch or less. Ms. Billingham will repeatedly ask the foreman to take one of the ATV 4X4 Hondas with snowplow even after she has been told why using the 4X4 would create hazardous walking conditions.

This past winter she insisted that she was proficient on the Airfield so I took her out for a field check that involved letting her drive and operate the radio. Ms. Billingham made numerous mistakes including telling the Tower she was clear of an active runway, when in fact she was still on it. Her failure to recognize the gravity of the situation was disturbing to me and her operating ability is far below what she should be doing with her experience.

To improve her performance Ms. Billingham should do the job assigned to her with tools assigned. She can ask questions when in doubt, but not try to convince the foreman to use other equipment (usually above her wage grade). An inordinate amount of my time is spent in dispute with her about equipment usage. Her argumentative behavior needs to stop.

On the positive side, Ms. Billingham is kind and thoughtful of fellow employees.

Overall because of her continued unwillingness to follow instructions and do her job as assigned, I would rate Ms. Billingham's performance to the point of almost unacceptable. She will be given a semiannual evaluation until further notice.

**Exh. H, Att. 9**
**Page 4 of 6**

**0038**

received (m/c)
09:30
8/6/00

Aug 6 2002   Rebuttal to Eval pg1

I disagree with Freds evaluation of me.

I have had no moving violations on the job in over ten years

I have a Class A CDL XPT

I have had no drug or alcohol charges against me in over ten years

I have hauled snow on the AOA with dump trucks over six years

I have operated loaders six years

I have operated equipment with minimal damage over six years

Fred Klouda put a dent in the new Dodge pu. I have not.

Fred Klouda's + steve pringles policies of discrimination and favoritism allows others to operate equipment without authorization but I am frequently suspended when I do so.

Fred Klouda + Steve Pringle allow others to use equipment for their job assigments and my use of equipment is limited and downsized limiting my abilities.

**Exh. H, Att. 9**
**Page 5 of 6**

0039

pg 2

I am not given the job assignments that require any skills or training. People who have been here six months are signed off on their equipment files. While I have been here for eight years and am not signed off on all the wg gp 58 and 56 equipment.

I am very rarely allowed to work in my job classification so a wg gp 56.

I am the number two seniority woman at airfield maintenance and I am still working at wg gp 58 level.

I have worked on the sidewalks for eight years. I don't know of anyone else who has been made to do that.

I have never been given any training in airfield communications. Fred took me out once. It was the first time he had ever given me training. I speak perfect English. I have perfect communication with people. I passed English in H.S. + College. Fred won't sign me off in airfield communications. I also passed the airfield exam.

**Exh. H, Att. 9**
**Page 6 of 6**

R. D Mmm
aug 6 2002

# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport/Airfield Maintenance |

| PCN 252566 | JOB CLASSIFICATION TITLE Equip. Operator, Sub-Journey II | REPORT COVERAGE FROM 06/16/02   TO 12/15/02 | REASON FOR REPORT |
|---|---|---|---|

REASON FOR REPORT: ☒ ANNUAL ☐ RESIGNATION ☐ COMPLETION OF PROBATION

**POSITION DESCRIPTION REVIEWED BY RATER**
YES ☒   NO ☐   If no, explain:

### SPECIFIC RATING AREAS

| | *U | A | O |
|---|---|---|---|

**PERFORMANCE** — ☒ U, ☐ A, ☐ O

(As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.)

**WORK HABITS** — ☐ U, ☒ A, ☐ O

(As shown by: attendance, punctuality; appearance and grooming; safety.)

**INTERPERSONAL RELATIONSHIPS** — ☐ U, ☒ A, ☐ O

(As shown by: consideration of public and coworkers; acceptance of supervision.)

**SUPERVISORY** (for Supervisory Employees Only) — ☐ U, ☐ A, ☐ O

(As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration).

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

### NARRATIVE SECTION
Overall Effectiveness on the Job

| | U | Acceptable | O |
|---|---|---|---|
| | ☐ | ☒ | ☐ |

Other performance consideration, such as strong points and areas needing improvement, should be included.)

(Overall Effectiveness MUST be explained.

**See attached narrative.**

Rater's Recommended Action: Continued employment.
(See Instructions—over)

Rating was discussed with employee   ☒ Yes   ☐ No   If no, explain:

Signature of Rater _____

Employee: ☐ Concur with Rating   ☒ Disagree (Employee comments on back)

Signature: _____ Title _____ Date _____

REVIEWED AND APPROVED BY:
Division Signature: _____ Title Rep. Director   Date 1/28/03

Department Signature: _____ Title HR Specialist   Date 2/11/03

**Annual Evaluation – Elsa Billingham, 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, 06/16/02 – 12/15/02**

Ms. Elsa Billingham is employed as a Sub-Journey Equipment Operator II, Wage Grade 56. As her supervisor, I find that she presents some difficult challenges. When I send her out on a job, Ms. Billingham frequently argues with me over the piece of equipment that has been assigned to her to accomplish the task at hand. Invariably she tries to convince me to allow her to use a larger and more complex piece of equipment than she is originally assigned. Often she continues to press her point in front of the crew. It is very disruptive to good order and workplace harmony.

Ms. Billingham has several incidents this past year of failure to follow instructions. She received a 30-day suspension within this rated period. Her behavior has not improved. She continues to be argumentative and defiant. Her behavior and lack of operating ability have created several safety incidents.

On occasion I've upgraded Ms. Billingham above her wage grade to equipment such as the T-dozer or dump truck. Her skill level and proficiency at higher wage grade levels with more complex equipment are lacking, e.g., when asked to run the T-dozer she performs at a level below acceptable. When using the dump truck, Ms. Billingham sometimes forgets to lower its bed or lock the tailgate.

On a positive note, Ms. Billingham is kind, respectful of the public, and properly dressed; however, she has been reminded on occasion about using safety equipment, i.e., personal protective equipment such helmets, etc.

Overall, Elsa must stop arguing about equipment assignments and concentrate on her job as defined in her position description.



# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham     RATING PERIOD FROM: 06/16/02     TO: 12/15/02

EMPLOYEES INITIALS/DATE: _____     RATER'S INITIALS/DATE: 14/1/03

## SECTION 1 - PERFORMANCE     (COMPLETE FOR ALL EMPLOYEES)

| Category (Level 1) | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|
| **1. QUANTITY** Consistently fails to meet established work quantity standards. ☐ | Frequently fails to meet established work quantity standards. ☒ | Usually meets established work quantity standards. ☐ | Meets and occasionally exceeds established work quantity standards. ☐ | Always meets and frequently exceeds established work quantity standards. ☐ |
| **2. ACCURACY** Work consistently inaccurate; makes frequent serious errors. ☐ | Work frequently inaccurate; constantly requires checking. ☒ | Work usually accurate; occasionally needs revision; free from serious error. ☐ | Work always accurate and carefully done; errors are rare. ☐ | Work is superior in accuracy and consistently free from error. ☐ |
| **3. DEADLINES** Consistently misses deadlines; work incomplete; does not monitor task progress. ☐ | Sometimes misses deadlines; work often incomplete; monitors task progress poorly. ☒ | Almost always meets deadlines; work usually completed; monitors task progress adequately. ☐ | Rarely misses deadlines; monitors task progress to ensure completion. ☐ | Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. ☐ |
| **4. JOB SKILLS** Not enough knowledge of necessary job skills; cannot perform many basic job duties. ☐ | Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. ☒ | Knowledgeable and skilled in all phases of the job; capable of performing all job duties. ☐ | Broad knowledge of job skills; able to perform all phases of the job proficiently. ☐ | Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. ☐ |
| **5. JUDGMENT** Evaluates situations poorly and makes unwise choices; consistently demonstrates inadequate judgment. ☐ | Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. ☒ | Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. ☐ | Consistently uses good judgment in evaluating situations and making decisions. ☐ | Always uses good judgment in evaluating situations and making decisions; is very adept at handling difficult situations. ☐ |
| **6. NEW TASK** Unwilling to take on new tasks. ☐ | Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. ☐ | Willingly performs new tasks; needs a moderate amount of guidance. ☒ | Consistently accepts and displays confidence in performing new tasks; needs little guidance. ☐ | Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. ☐ |
| **7. SELF-RELIANCE/ INITIATIVE** Displays little or no ability to work independently. ☐ | Displays limited self-reliance; somewhat able to work independently. ☐ | Displays adequate self-reliance and ability to work independently. ☒ | Displays consistent initiative and self-reliance; works well independently. ☐ | Displays dynamic initiative and self-reliance; needs no supervision or assistance. ☐ |
| **8. ATTITUDE** Little or no interest in or enthusiasm for the job; indifferent attitude. ☐ | Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. ☐ | Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. ☐ | Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. ☐ | Superior interest in and enthusiasm for doing a good job; extremely positive attitude. ☐ |
| **9. ABILITY TO MANAGE STRESS/CHANGE** Unable to perform adequately in other than routine situations; lacks flexibility. ☐ | Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. ☒ | Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. ☐ | Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. ☐ | Outstanding performance under extreme stress, appreciates the challenge of difficult situations. ☐ |

COMMENTS:

Exh. H, Att. 10
Page 3 of 6

0028

## SECTION 2- WORK HABITS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| 1. ATTENDANCE | Documented abuse of sick leave during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off Consistently tardy. ☐ | Pattern indicating sick leave taken in conjunction with regular days off, vacation/days off is not always prearranged; frequently tardy. ☐ | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. ☐ | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. ☐ | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy ☐ |
| 2. APPEARANCE AND GROOMING | Personal appearance and/or grooming unsatisfactory. ☒ | | Acceptable personal appearance and grooming. ☐ | | |
| 3. SAFETY | Consistently not safety-conscious. ☒ | Frequently not safety-conscious. ☐ | Usually safety-conscious. ☐ | Safety-conscious; alert to problems. ☐ | Highly safety-conscious; alert to safety problems and assist in correction them immediately. ☐ |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS    (COMPLETE FOR ALL EMPLOYEES)

| | | | | |
|---|---|---|---|---|
| 1. HUMAN RELATIONS | Ineffective in working with others; does not cooperate. ☐ | Has difficulty getting along with others, accepting supervision, or being tactful. ☐ | Gets along well with others under most circumstances; communicates effectively with others. ☒ | Works in harmony with others; very good team worker; above average skills in human relations. ☐ | Extremely successful in working with others, actively promotes positive interactions. ☐ |
| 2. ACCEPTANCE OF SUPERVISION | Limited or no cooperation with supervisor; poor acceptance of supervision. ☐ | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. ☒ | Cooperates with supervisor; satisfactory acceptance of supervision. ☐ | Readily cooperates with supervisor; accepts supervision well. ☐ | Enthusiastically cooperates with supervisor; superior acceptance of supervision. ☐ |

COMMENTS:

## SECTION 4 – SUPERVISORY    (COMPLETE FOR LEAD PERSONNEL ONLY)

| | | | | |
|---|---|---|---|---|
| 1. TRAINING AND LEADING EMPLOYEES | Little or no success in training, leading, and communicating with employees. ☐ | Inconsistent or limited success in training, leading, and communicating with employees. ☐ | Moderate success in training, leading, and communicating with employees. ☐ | Consistently able to train, lead and communicate with employees effectively. ☐ | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others ☐ |

COMMENTS:

**Exh. H, Att. 10**
**Page 4 of 6**

January 07 2003

Rebuttal to evaluation by Fred Klouda:

I am the number two seniority woman at field maintenance.
I have a class A CDL XPTS endorsements
I have worked at AIA for eight years
I have over 20,000 hours of equipment time and heavy duty truck driving hours
I have not had any moving violations in over ten years
I have not had any drug or alcohol charges on my record

Fred Klouda has kept me in entry level job assignments for over eight years.
My performance has been good and Fred Klouda is clueless as to what I do or
how I do it. Since I don't get the same exposure as my co-workers to new
assignments and upgrades and airfield training I will never be able to perform as
well as all the new hires. I am always made to work by myself so I don't get to
learn anything. My co-workers always work together and they work with the
wg 53 equipment operators so they have the opportunity to learn new things.

1. Fred has no idea how much garbage I have picked up in eight years
   he has no idea how much snow I have shoveled and he has no idea how many
   Christmas lights I have put up in eight years.

2. How accurate can you be in picking up garbage?  How can you check how much
   snow can one shovel in eight years? How many Christmas lights have I put up?
   Fred is clueless and doesn't care.

3. Because I always work by myself it takes me longer to do things. Some things
   I don't know how to do. I don't get the same training as my co-workers.

4. because of lack of training I am unable to do some things fast such as putting up
   signs. Also I am always working by myself and I am not able to use equipment
   that makes work faster and easier.

5. I use good safe judgement and I always have.

8. Since I have been given enry level jobs for eight years it is hard to get excited
   about picking up garbage and hand shoveling snow and putting up christmas
   lights. No one at AIA FM  has been treated the way I have.

9. No one at AIAFM has been harrassed  and  and treated with hostility and
   hatred the way I have been. No one is punished the way  I am..

**Exh. H, Att. 10**
**Page 5 of 6**

0030

January 07 2003

Rebuttal to evaluation by Fred Klouda

Section 2-work habits

3. I disagree that i am frequently not saftey-conscious. I have had no moving
violations in over ten years. I have had no major accidents, injuries or illlness.
Fred klouda has had an accident which he did over $600 worth of damage to
a brand new pickup. Ed Cook had done major damage to dump truck 5
in which there was over $900 worth of damage. Tim Hanley ran a dump truck
into a fire-hydrant and ran into equipment with a t-dozer. He was promoted to
wg gp 54, Joe Guzman did major damage to a pickup from careless driving
and he was promoted to wg gp 54.   There are many way worse accidents than
what I have had. My record is actually good compared to others.

Section 3- Interpersonal Relationships

2. Since I am the only person who has been banned from running equipment
and my orders are to hand shovel the sidewalks while every person at airfield
maintenance is running around in equipment. I do have d ifficulty accepting
supervision. I don't need supervision and basically I know what to do. I
rarely see Fred Klouda except in the morning.

Annual Evaluaion  06/16/02-12/15/02

The only equipment Fred Klouda has allowed me to operated in over a year
is the 4-wheeler and the honda 5518/broom. Occasionally he will allow me to
to drive the small one-ton flatbed sander. I have done nothing wrong with any
of the equipment I have operated. I have only had one accident in the past year
in which I caused $125 worth of damage. Fred Klouda has done over $600
worth of damage to a new Dodge pu. In a snow storm Fred will power up on
equipment on the airfield but he will power down on equipment on the public
side which does not make any sence to me.   Maybe he likes to see laborers out
chipping ice and hand shoveling. When in fact we have equipment to use.

I have not had several incidences  of failure to follow orders. I was accused by
Steve Pringle of not watering enough flower-beds . I presently have a grievance
on this issue and it is possible that i may win this grievance. Because of Freds
failure to allow me to run the equipment I need to properly do the job I am unable
to accomplish as much as co-workers who are allowed to operated equipment.

Fred Klouda has not upgraded me on any equipment in over a year. Fred knows
that people who get more experience have better skills as long as he has the power
to keep me down  my skills will not improve.