# STATE OF ALASKA
## PERFORMANCE EVALUATION REPORT

| NAME | SOCIAL SECURITY NO | DEPARTMENT | DIVISION |
|---|---|---|---|
| Elsa Billingham | 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 | DOT/PF | Anch. Int'l Airport/Airfield Maintenance |

| PCN | JOB CLASSIFICATION TITLE | REPORT COVERAGE | REASON FOR REPORT |
|---|---|---|---|
| 252566 | Equip. Operator, Sub-Journey II | FROM 12/16/02 TO 06/10/03 | ☐ ANNUAL ☐ RESIGNATION ☒ OTHER (demotion) ☐ COMPLETION OF PROBATION |

POSITION DESCRIPTION REVIEWED BY RATER
YES ☒   NO ☐   If no, explain:

### NARRATIVE SECTION
Overall Effectiveness on the Job

| U | Acceptable | O |
|---|---|---|
| ☒ | ☐ | ☐ |

(Overall Effectiveness MUST be explained. Other performance consideration, such as strong points and areas needing improvement, should be included.)

See attached narrative.

### SPECIFIC RATING AREAS

|  | *U | A | O |
|---|---|---|---|
| **PERFORMANCE** (As shown by: quantity, quality, accuracy, and completeness of work; knowledge of job fundamentals; judgment shown on the job; willingness and ability to carry out new assignments; independence of performance; attitude towards job.) | ☒ | ☐ | ☐ |
| **WORK HABITS** (As shown by: attendance, punctuality, appearance and grooming; safety.) | ☒ | ☐ | ☐ |
| **INTERPERSONAL RELATIONSHIPS** (As shown by: consideration of public and coworkers; acceptance of supervision.) | ☐ | ☒ | ☐ |
| **SUPERVISORY** (for Supervisory Employees Only) (As shown by: training and directing subordinates; evaluating subordinates; planning and organizing work, including delegation; problem solving and decision-making ability; affirmative action achievement; cost effectiveness; and, Labor Contract Administration.) | ☐ | ☐ | ☐ |

*U = Unacceptable; A = Acceptable; O = Outstanding
02-252 (8-83)

Rater's Recommended Action: Continued employment.
(See Instructions-over)
Rating was discussed with employee  ☒ Yes  ☐ No  If no, explain:

Signature of Rater _____ Title _____ Date 6/18/0_

Employee: ☐ Concur with Rating  ☒ Disagree (Employee comments on back)
Signature: _____ Title _____ Date 6/18/0_

REVIEWED AND APPROVED BY:
Division Signature: _____ Title Ops Director  Date 6/26/03
Department Signature: _____ Title A/F Specialist  Date 7/8/03

Exh. H, Att. 11
Page 1 of 7
0018



# DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES LTC EVALUATION CHECK LIST

EMPLOYEE: Elsa Billingham     RATING PERIOD FROM: 12/16/02     TO: 06/10/03     EMPLOYEES INITIALS/DATE: 90 6/9/03     RATER'S INITIALS/DATE: 7L 6/18

## SECTION 1 - PERFORMANCE (COMPLETE FOR ALL EMPLOYEES)

| Category | Poor | Below Standard | Meets Standard | Exceeds Standard |
|---|---|---|---|---|
| 1. QUANTITY | ☐ Consistently fails to meet established work quantity standards. | ☐ Frequently fails to meet established work quantity standards. | ☐ Usually meets established work quantity standards. | ☐ Meets and occasionally exceeds established work quantity standards. | ☐ Always meets and frequently exceeds established work quantity standards. |
| 2. ACCURACY | ☐ Work consistently inaccurate; makes frequent serious errors. | ☒ Work frequently inaccurate; constantly requires checking. | ☐ Work usually accurate; occasionally needs revision; free from serious error. | ☐ Work always accurate and carefully done; errors are rare. | ☐ Work is superior in accuracy and consistently free from error. |
| 3. DEADLINES | ☐ Consistently misses deadlines; work incomplete; does not monitor task progress. | ☒ Sometimes misses deadlines; work often incomplete; monitors task progress poorly. | ☐ Almost always meets deadlines; work usually completed; monitors task progress adequately. | ☐ Rarely misses deadlines; monitors task progress to ensure completion. | ☐ Misses deadlines only under extreme circumstances and with the knowledge of supervisor; tasks always completed. |
| 4. JOB SKILLS | ☒ Not enough knowledge of necessary job skills; cannot perform many basic job duties. | ☐ Has some knowledge and skills necessary for routine portions of the job; unable to perform some job duties. | ☐ Knowledgeable and skilled in all phases of the job; capable of performing all job duties. | ☐ Broad knowledge of job skills; able to perform all phases of the job proficiently. | ☐ Performance demonstrates exceptional understanding and skills for the job; extremely well informed in all aspects. |
| 5. JUDGMENT | ☐ Evaluates situations poorly and uses unwise choices; consistently demonstrates inadequate judgment. | ☒ Has limited ability to evaluate situations and make decisions; frequently does not use good judgment. | ☐ Evaluates situations reasonably well; usually makes good choices; but with occasional errors of judgment. | ☐ Consistently uses good judgment in evaluating situations and making decisions. | ☐ Always uses good judgment in evaluating situations and making decisions, is very adept at handling difficult situations. |
| 6. NEW TASK | ☐ Unwilling to take on new tasks. | ☒ Will take on new tasks but is hesitant to do so; need guidance to ensure follow-through. | ☐ Willingly performs new tasks; needs a moderate amount of guidance. | ☐ Consistently accepts and displays confidence in performing new tasks; needs little guidance. | ☐ Eagerly accepts and displays confidence in performing new and difficult tasks; needs no guidance. |
| 7. SELF-RELIANCE/ INITIATIVE | ☐ Displays little or no ability to work independently. | ☒ Displays limited self-reliance; somewhat able to work independently. | ☐ Displays adequate self-reliance and ability to work independently. | ☐ Displays consistent initiative and self-reliance; works well independently. | ☐ Displays dynamic initiative and s reliance; needs no supervision or assistance. |
| 8. ATTITUDE | ☐ Little or no interest in or enthusiasm for the job; indifferent attitude. | ☐ Interest in or enthusiasm for the job is lacking or inconsistent; positive attitude limited. | ☒ Usually displays interest in and enthusiasm for doing a good job; generally positive attitude. | ☐ Displays consistent interest in and enthusiasm for the job; maintains a positive attitude. | ☐ Superior interest in and enthusiasm for doing a good job; extremely positive attitude. |
| 9. ABILITY TO MANAGE STRESS/CHANGE | ☐ Unable to perform adequately in other than routine situations; lacks flexibility. | ☒ Performance declines under stress or in other than routine situations; may react inappropriately to stressful situations. | ☐ Performs reasonably well under stress or in unusual situations; rises to challenges; accepts change. | ☐ Performance excellent even under pressure. Very stable and objective; reliable in difficult situations. | ☐ Outstanding performance under extreme stress; appreciates the challenge of difficult situations. |

COMMENTS:

## SECTION 2 – WORK HABITS   (COMPLETE FOR ALL EMPLOYEES)

| | | | |
|---|---|---|---|
| **1. ATTENDANCE** | Documented abuse of sick leave taken during rating period; failure to notify supervisor of absences; frequent failure to secure approval of days off. Consistently tardy. ☐ | Pattern indicating sick leave in conjunction with regular days off; vacation/days off is not always prearranged; frequently tardy. ☐ | Sick leave use justifiable and at acceptable levels; some impact on work unit; vacation/days off are prearranged; occasionally tardy. ☐ | Minimal use of sick leave which is justified; minimal impact on work unit; vacation/days off are prearranged to minimize impact; rarely tardy. ☒ | Sick leave use is minimal and does not impact work unit; vacation/days off are always prearranged to eliminate impact on work unit; never tardy. ☐ |
| **2. APPEARANCE AND GROOMING** | Personal appearance and/or grooming unsatisfactory. ☐ | | Acceptable personal appearance and grooming. ☒ | | |
| **3. SAFETY** | Consistently not safety-conscious. ☐ | Frequently not safety-conscious. ☒ | Usually safety-conscious. ☐ | Safety-conscious; alert to problems. ☐ | Highly safety-conscious; alert to safety problems and assist in correction them immediately. ☐ |

COMMENTS:

## SECTION 3 – INTERPERSONAL RELATIONSHIPS   (COMPLETE FOR ALL EMPLOYEES)

| | | | |
|---|---|---|---|
| **1. HUMAN RELATIONS** | Ineffective in working with others; does not cooperate. ☐ | Has difficulty getting along with others, accepting supervision, or being tactful. ☐ | Gets along well with others under most circumstances; communicates effectively with others. ☒ | Works in harmony with others; very good team worker, above average skills in human relations. ☐ | Extremely successful in working with others; actively promotes positive interactions. ☐ |
| **2. ACCEPTANCE OF SUPERVISION** | Limited or no cooperation with supervisor; poor acceptance of supervision. ☒ | Has some difficulty in cooperating with supervisor; limited acceptance of supervision. ☐ | Cooperates with supervisor; satisfactory acceptance of supervision. ☐ | Readily cooperates with supervisor; accepts supervision well. ☐ | Enthusiastically cooperates with supervisor; superior acceptance of supervision. ☐ |

COMMENTS:

## SECTION 4 – SUPERVISORY   (COMPLETE FOR LEAD PERSONNEL ONLY)

| | | | |
|---|---|---|---|
| **1. TRAINING AND LEADING EMPLOYEES** | Little or no success in training, leading, and communicating with employees. ☐ | Inconsistent or limited success in training, leading, and communicating with employees. ☐ | Moderate success in training, leading, and communicating with employees. ☐ | Consistently able to train, lead and communicate with employees effectively. ☐ | Superior ability to train, lead and communicate with employees; motivates employees and sets an excellent example; achieves maximum quality effort from others. ☐ |

COMMENTS:

Exh. H, Att. 11
Page 3 of 7

0020

### Evaluation – Elsa Billingham, 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, 12/16/02 – 06/10/03

Ms. Elsa Billingham is employed as a Light Equipment Operator, Wage Grade 56 at Airfield Maintenance. Supervising Ms. Billingham presents quite a challenge. Elsa seems to lack a basic understanding of her job duties at Field Maintenance.

She often tries to talk other supervisors and myself into letting her use equipment other than that which is assigned to her, usually larger and more complex equipment frequently above her wage group. Examples: when assigned to shovel sidewalks, she will often argue that the 4X4 Hondas will do a better job. When assigned hand sanding Ms. Billingham will argue that the 4X4 flatbed with sander is what is needed.

When Ms. Billingham is provided training and then asked to demonstrate her proficiency, she can not do so. Examples:
- A class was given to show WG58s and WG56s how to utilize the airless paint sprayer. Everyone in the first class could demonstrate how to use it except Elsa. She had to be given three additional training sessions before she could demonstrate she could perform the basic task.
- Elsa wanted to be signed off to "Partially Proficient" level on the compactor. Steve Pringle accompanied her on two occasions with the equipment and she could not perform the pre-operational task of checking the oil.

Ms. Billingham was assigned to pick up trash along the bicycle path. During the process she backed up over a stop sign with a pick-up truck and then left the scene. Leaving the scene of an accident is against airport policy. When abandoning the site of the accident she left an unsafe condition to other motorists who could have possibly hit the bent stop sign. Negligence of this severity resulted in a 30-day suspension for Ms. Billingham.

Elsa has been decertified on some pieces of equipment that she once was certified on because she seems to have lost the ability to operate them safely. Her level of performance cannot be considered acceptable at this time. It also is my expressed opinion that her job performance is actually declining. Ms. Billingham will be demoted to a wage grade 58 and she will be provided additional training in this wage grade to help her become proficient in this wage grade. This is her last chance to change her behavior. One more act of unacceptable behavior will result in dismissal.

On a positive note Ms. Billingham is respectful of the public and gets along fairly well with coworkers.

Letter of rebuttal:
June 21 2003

I believe that my poor evaluations are a result of the human rights complaint that I have filed. I believe that I am being retaliated against because I was asked to testify to the Assistant Attourney General on a case that involved an electrician.

I do not agree to what Fred Klouda has written about me, Fred is willing to promote women who have come to FM as custodians and who have no operating skills and he is willing to train them. He has kept me in entry level job assignments for nine years.

DOT check list:

1. I frequently meet established work quantity standards. The men never work alone so they always have help. I always work alone.

2. My work is not frequently inaccurate and if it is I ask for help if I need it.

3. The job assignments I get don't have deadlines and I get as much done as one person can get done.

5. I speak perfect english and If I am not able to make a decision I ask for help. I always use good judgement.

6. Since I don't get the day to day work assignments that the men get my abilities are limited. If I was treated the same as other people than I would have the skills and self confidance to handle the assignments as the other people do.

7. I have worked by myself for nine years so I would say that I am self-reliant and able to work independantly on some jobs.

9. Fred puts me in stressful situations by not allowing me the appropriate equipment to get the job done. I do not act inappropriately.

Section 2-work habits

3. I am always saftey concious.

   Fred has occasionally given us demonstrations on how to do things and he never wears saftey gear. He never wears saftey goggles.

   I asked Fred specifically what I did that was unsafe. He said you don't wear a helmut when riding the 4-wheeler. I said Fred that is not true I bought my own

helmut. And I always wear a helmut.

Fred said that i don't use straps when i tie down a piece of equipment. This is not true. I always use straps, I used to use ropes then the policy was changed I have never lost a load and I always use straps.

Fred talked about my accident when I backed into a stop sign. Yes I did fail to pull my seat forward so I would have better visibility. Yes this was poor judgement. The tellspar I hit was $57. I think we should ask Fred about his unsafe accident in a brand new Dodge pu that cost over $600 to repair.

Section 3.

I have a clear understanding of my job assignments at FM.

I have a class A CDL xpts endorsements. Fred will give men with less seniority than me who don't have class A CDL job assignments on equipment that requires the license. He will give them opportunities and training and hours on equipment. After nine years I am now relegated to running a shovel and a weedeater. His policies are discriminatory and he does not treat all employees equal. Fred has never used a 4-wheeler. I only request the same treatment as everyone else.

Walt Nesbit trained my on the airless paint sprayer. He said that no one would be put out on the airless without an experience person.

Mark Koscovitch tested me on the airless and he would not put me down as proficient. Since I did not have any experience spraying paint.

Jamie Lavender tested me on the airless and he showed me some things that Walt did not show me.

Fred tested me on the airless and he put down that I was proficient.

I asked Sam LaCosta to test me on the airless, he said he did not know how to use it.

I asked Jeff Bosch to test me on the airless he said he had never run it.

My question is: Why is a wg 56 equipment operator expected to know things that supervisors and wg gp 53s do not know how to run?

Fred Klouda has given Pat Raab, Mike Wessel, and Robert Johnson and other men. Job assignments on the airless so they are able to test as proficient. I was never given given a job assignment on the airless and that is why no one would test me as proficent on the airless paint sprayer.

I asked Steve Pringle to sign me off as partially proficient on the compactor.
I could not get it to start. I asked a mecanic to check it out. He got it started.

I asked Steve again to test me on the coompactor, I tested on it and he signed me off as partially proficient. Yes I can check the oil.

Yes I was involved in a minor accident and I backed into a stop sign on a bicycle trail. Yes I failed to pull the seat forward so I could have better vision. Yes I did file a written report on the accident in person immediately. Yes I did report the accident to safety by telephone. Yes I did serve a month and a half suspension for my error in reporting judgement. Casie Knodler backed into a concrete barricade last winter and he was not given a suspension.

The other accidents that I have had were reported properly and investigated by safety.

*[signature]*

June 21 2003

## 2 AAC 07.112. Disqualification

(a) In addition to any other provision of this chapter regarding disqualification, the director or an appointing authority may refuse to evaluate an application; may refuse to admit an applicant to an assessment; may, after assessment, refuse to consider the applicant for appointment; or may remove the applicant's name from any list of relative rankings, if that applicant

(1) cannot perform the essential functions of the position with or without reasonable accommodation;

(2) makes a false statement of material fact in the application;

(3) has been dismissed from public service for misconduct, unsatisfactory performance of duties, or other similar cause;

(4) uses or attempts to use intimidation, political pressure, or bribery to secure an advantage in the assessment or appointment;

(5) obtains confidential information regarding an assessment administered under this chapter;

(6) engages in conduct prohibited under this chapter, under the State Personnel Act (AS 39.25), or under the Alaska Executive Branch Ethics Act (AS 39.52).

(b) The director may temporarily or permanently exclude a person from submitting applications, refuse to evaluate an application submitted by a person, refuse to assess the applicant, or refuse to provide for a person to be considered for appointment for any of the reasons listed in (a) of this section or those who

(1) fail to report for duty at the time and place prescribed by an appointing authority after accepting a job offer;

(2) fail to respond within the following time limits to a written or electronically transmitted inquiry of the director or appointing authority relating to availability for appointment:

(A) 14 calendar days when the applicant resides outside this state;

(B) 10 calendar days when the applicant resides within this state; or

0840

Exh. H, Att. 12
Page 1 of 2

of 2

(3) has received two or more unsatisfactory references and has been rejected by one or more appointing authorities.

(c) The director or appointing authority taking an action under (a) or (b) of this section shall provide notice of the action to a disqualified applicant.

History: Eff. 8/31/2000, Register 156

# STATE OF ALASKA

## DEPARTMENT OF ADMINISTRATION

### DIVISION OF PERSONNEL

FRANK H. MURKOWSKI, GOVERNOR

550 WEST 7th AVENUE, SUITE 1120
ANCHORAGE, AK 99501
PHONE: (907) 269-8670
FAX: (907) 269-8910

January 6, 2005

Ms. Tracy Newbill
Public Employees Local 71
2510 Arctic Blvd.
Anchorage, AK 99503

RE: C          C

Dear Tracy,

I am writing to request the removal of C        C.        from consideration for DOT/PF LTC vacant positions. Management has confirmed they would not consider rehiring him given his past employment/performance record with this department.

Please let me know if you have any questions regarding this request.

Sincerely,

Charlotte Mushat
Management Consultant
DOA, Management Services

Cc:   Jerry Reed, Supt.

Exh. H, Att. 13
Page 1 of 2

0837

# STATE OF ALASKA
## DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES
### CENTRAL REGION - DIVISION OF ADMINISTRATIVE SERVICES
### PAYROLL / PERSONNEL

FRANK H. MURKOWSKI, GOVERN

3132 CHANNEL DRIVE
JUNEAU, ALASKA 99801-7898
TEXT: (907) 465-3652
FAX: (907) 586-8365
PHONE: (907) 465-3900

May 29, 2003

Ms. Tracy Newbill
Public Employees Local 71
2510 Arctic Blvd.
Anchorage, AK 99503

RE: G       R

Dear Tracy,

I am writing to request the removal of G       R       from consideration for DOT/PF LTC vacant positions. Management has confirmed they would not consider rehiring him given his past employment/performance record with this department.

Please let me know if you have any questions regarding this request.

Sincerely,

Charlotte Withers-Mushat
Regional Personnel Officer
Department of Transportation & Public Facilities

Exh. H, Att. 13
Page 2 of 2

0838



FAXED
5/29/03
To- Tracy N.

**Subject:** Elsa Billingham
**From:** Charlotte Withers-Mushat <charlotte_withers-mushat@admin.state.ak.us>
**Date:** Mon, 30 Aug 2004 14:04:24 -0800
**To:** tracy@local71.com
**CC:** Daniel A Hartman <daniel_hartman@dot.state.ak.us>, Douglas L Hunter <doug_hunter@dot.state.ak.us>, Alice F Parker <faye_parker@admin.state.ak.us>

```
Tracy,

Due to Ms. Elsa Billingham's termination from the Department of
Transportation we respectfully request that she not be referred to
this department again for employment consideration. Please contact
me if you have any questions.
--
Charlotte Withers-Mushat
Management Services-DOT/PF
```