TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-0240 (TMB) |

**DEFENDANT'S NOTICE OF FILING ORIGINAL AFFIDAVIT**

Defendant, State of Alaska, Department of Transportation and Public Facilities, notifies the Court of its filing of an original affidavit in support of its Motion for Summary Judgment. When Defendant filed its Motion on November 5, 2007, it submitted a facsimile copy of Mr. Hartman's affidavit as an exhibit in support of the Motion. Defendant now files the original deposition pursuant to Rule 7.1 (g) of the Local Rules for the United States District Court for the District of Alaska.

RESPECTFULLY submitted this: 8th day of November, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on November 8, 2007, a true and correct copy of Defendant's Notice of Filing Original Affidavit in this proceeding was served by first class U.S. Mail on the following:

Elsa Billingham
P.O. Box 231625
Anchorage, AK 99523

/s/ Leticia Alvarez
Leticia Alvarez, Law Office Assistant
Attorney General's Office