Case 3:05-cv-0240-TMB

Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA



RECEIVED
NOV 16 2007
CLERK, U.S. DISTRICT ...
ANCHORAGE, A.K.

| | |
|---|---|
| ELSA BILLINGHAM,<br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB)<br>) |

PLAINTIFF'S MOTION FOR A STIPULATION FOR AN EXTENSION OF TIME

　Pro-Se Plaintiff Elsa Billingham moves the Court for an extension of time to file her

Opposition to the Defendant's Motion for Summary Judgment.  The parties have agreed upon

A routine extension of time.  Plaintiff Billingham has to do some research at the State Courts

In order to obtain some additional evidence that is under a protective Seal.  The currant

Deadline is November 23 2007.  Plaintiff requests until December 7 2007 to complete this

Filing.  Plaintiff understands that she has had numerous extensions of time and is trying to

Complete this filing on time.  Plaintiff has to file additional paperwork with the State of Alaska

Appeals Court in order for her to be able to review additional evidence.  Plaintiff is at the

Mercy of the courts to review evidence and has to formally file for permission to see the ASCHR,

Findings and is not allowed to copy any of this information.

　　　　　　　　　　　　　　RESPECTFULLY  submitted this 16 day of November 2007

　　　　　　　　　　　　　　　　　　　　By: Elsa Billingham

Plaintiff's Motion for a Stipulation for an Extension of time
Billingham v. SOA/DOT/PF
3:05-cv-0240 (TMB)

Case 3:05-cv-0240-TMB

CERTIFICATE OF SERVICE

This is to certify that on November 16 2007, a true and correct Copy of the Plaintiff's Motion for a Stipulation for an Extension Of Time in this proceeding: was served in person by Elsa Billingham on the following:

Brenda B. Page
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage Alaska 99501
Phone: (907) 269-5135
Fax: (907) 258-4978


Elsa Billingham

Plaintiff's Motion for a Stipulation for and Extension of Time
Billingham v. SOA/DOT/PF
Case No. 3:05-cv-0240