Case 3:05-cv-0240-TMB

Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

LODGED
NOV 1 6 2007

| | |
|---|---|
| ELSA BILLINGHAM ) | |
| Plaintif, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES. ) | Case No. 3:05-cv-0240 |
| ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

It is hereby ORDERED that the Plaintiff, Elsa Billingham's Motion for a Stipulation for an Extension of Time is Granted.

DATED:_____ By:_____

Timothy Burgess
United States District Judge

Order Granting Motion for an Extension of Time
Billingham v. DOT/PF
Case No. 3:05-cv-0240 (TMB)