DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM, )
                 )
      Plaintiff, )
                 )
v.               )
                 )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES      )
                 )
      Defendant. )
_____)  Case No. 3:05-cv-0240 (TMB)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR
A STIPULATION FOR AN EXTENSION OF TIME**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, submits this response to Plaintiff Elsa Billingham's "Motion for a Stipulation for an Extension of Time." Defendant does not oppose Ms. Billingham's request for an extension of time to December 7, 2007, to file an opposition to Defendant's motion for summary judgment. If

the Court grants Ms. Billingham's request, however, Defendant likewise requests a short extension of time to file its reply brief.

Ms. Billingham's opposition currently is due to be filed on November 23, 2007. Ms. Billingham contacted Defendant's counsel by telephone on November 16, 2007, and requested an extension of time until December 7, 2007, for filing her opposition. (Page Aff. ¶ 2, filed concurrently with this response). Ms. Billingham indicated that she needed the extension because she was busy with her snowplowing business due to the recent snowfalls. (Page Aff. ¶ 3). Defendant's counsel informed Ms. Billingham that Defendant would not oppose a motion for an extension of time to December 7, 2007. (Page Aff. ¶ 4). Ms. Billingham made no mention of a need to file additional paperwork with the state superior court in her telephone conversation with Defendant's counsel. (Page Aff. ¶ 5). To the extent Ms. Billingham seeks any additional extensions of time based on attempts to "review additional evidence" from the superior court, Defendant objects to any extension past December 7, 2007.

In addition, Defendant's counsel informed Ms. Billingham that, if the Court grants her requested extension, Defendant will need a short extension of time to file its reply brief. (Page Aff. ¶ 6). Defendant's reply brief is due to be filed five days after service of Ms. Billingham's opposition brief. If Ms. Billingham serves her opposition by hand delivery on December 7, 2007, Defendant's reply brief will be due on December 14, 2007, if she serves by mail, Defendant's opposition will be due on December 17,

2007. Defendant's counsel has obligations in two other matters scheduled for the week of December 10, 2007, which cannot be rescheduled. (Page Aff. ¶ 6).

Therefore, if the Court grants Ms. Billingham's extension request, Defendant respectfully requests an extension of time to file its reply brief until December 18, 2007. Ms. Billingham indicated to Defendant's counsel that she does not oppose this request. (Page Aff. ¶ 7). Defendant's request for a brief extension is not made for the purposes of delay and will not cause prejudice to Ms. Billingham.

RESPECTFULLY submitted this: <u>20th day of November, 2007</u>.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

## CERTIFICATE OF SERVICE

This is to certify that on November 20, 2007, true and correct copies of **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A STIPULATION FOR AN EXTENSION OF TIME, ATTACHED AFFIDAVIT OF BRENDA B. PAGE, AND ATTACHED PROPOSED ORDER** in this proceeding were served by first class U.S. Mail on the following:

    Elsa Billingham
    P.O. Box 231625
    Anchorage, AK 99523

    /s/ Leticia Alvarez
Leticia Alvarez, Law Office Assistant
**Attorney General's Office**