TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT | ) |
| OF TRANSPORTATION AND PUBLIC | ) |
| FACILITIES | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:05-CV-0240 (TMB) |

**AFFIDAVIT OF BRENDA B. PAGE**

UNITED STATES DISTRICT COURT )
                              ) ss.
DISTRICT OF ALASKA            )

I, Brenda B. Page, state after being duly sworn and based upon my personal knowledge that:

1. I am an Assistant Attorney General in the Civil Division of the Department of Law assigned to represent the Defendant in the above captioned lawsuit.

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 1 of 3

Exh. A
Page 1 of 3

2. Elsa Billingham contacted me by telephone on November 16, 2007, and requested an extension of time until December 7, 2007, to file her opposition to Defendant's motion for summary judgment.

3. Ms. Billingham indicated that she needed the extension because she was busy with her snowplowing business due to the recent snowfalls.

4. I informed Ms. Billingham that Defendant would not oppose a motion for an extension of time to December 7, 2007.

5. Ms. Billingham made no mention of a need to file additional paperwork with the state superior court in her telephone conversation with me.

6. I informed Ms. Billingham that, if the Court grants her requested extension, Defendant will need a short extension of time to file its reply brief because I have obligations in two other matters scheduled for the week of December 10, 2007, which cannot be rescheduled.

7. I spoke with Ms. Billingham by telephone today, November 20, 2007, and Ms. Billingham indicated that, if the Court grants her request for an extension, she does not oppose Defendant's request for an extension of time to file its reply brief to December 18, 2007.

Further this affiant sayeth naught.

_____
Brenda B. Page

Affidavit of Brenda B. Page  
*Elsa Billingham v. SOA,DOT&PF*  
3:05-cv-0240 (TMB)

Page 2 of 3

Exh. A  
Page 2 of 3

      SUBSCRIBED AND SWORN TO before me this 20th day of November, 2007, at Anchorage, Alaska.



_Sherrill C. Lopez_
Notary Public in and for the State of Alaska
My Commission Expires: _with office_

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA, DOT&PF*
3:05-cv-0240 (TMB)

Page 3 of 3

Exh. A
Page 3 of 3