TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

## IN THE DISTRICT COURT FOR THE UNITED STATES
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cv-0240 (TMB) |

## PROPOSED ORDER

Having granted Elsa Billingham's request for an extension of time to file her opposition to Defendant's motion for summary judgment and having considered Defendant's unopposed request for an extension of time to file its reply brief.

**IT IS THEREFORE ORDERED:**

The motion is granted. Defendant's reply brief will be due on December 18, 2007.

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 1 of 2

**Exh. B**
**Page 1 of 2**

Dated this _____ day of _____, 2007.


_____
The Honorable Timothy M. Burgess
United States District Judge