Case 3:05-cv-00240 (TMB)

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB) |

LODGED
NOV 26 2007

ORDER

Pro-Se Plaintiff respectfully requests that the Summary Judgement be awarded in her favor.

IT IS HEREBY ORDERED:

Summary Judgement will not be awarded to the Defendant SOA/DOT/PF.

DATED THIS _____ day of _____,2007

_____
The Honorable Timothy M. Burgess
United States Judge

Opposition for Summary Judgment
Elsa Billingham v. SOA/DOT&PF
3:05-cv-0240(TMB)

Case 3:05-cv-00240 (TMB)

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

Dated November 23 2007

Elsa Billingham
PO. Box 231625
Anchorage Ak. 99523
(907) 332-3791

Certificate of Service
This is to certify that on November 23 2007, a true and correct copy of the Plaintiff Elsa Billingham's Opposition to Motion for Summary Judgement in this proceeding Will be served in person to:

Assistant Attorney General
Brenda B. Page
1031 W. 4th Avenue. Suite 200
Anchorage Ak,

Opposition for Summary Judgment
Elsa Billingham v. SOA/DOT&PF
3:05-cv-0240(TMB)