Case 3:05-cv-00240 (TMB)

Elsa Billingham
PO. Box 231625
Anchorage Alaska 99523
Ph. # (907) 332-3791

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES )<br>)<br>Defendant. )<br>) | RECEIVED<br>NOV 26 2007<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, A.K. |

Case No. 3:05-cv-0240 (TMB)

PLAINTIFF'S OPPOSITION TO DEFENDANT'S ERRATA TO MOTION FOR SUMMARY

JUDGEMENT

Pro-Se Plaintiff Elsa Billingham is in Opposition to the the Defendant's Motion for Summary

Judgement. Plaintiff Billingham is 1. A member of a protected class. 2. Engaged in protected

Activity 3. Was qualified for the positions that she held with Airfield Maintenance and was eligible

To be promoted to a wage grade 54 position. 4. Was passed over for promotion. 5. Was subjected

To adverse employment actions.   5. Similarly situated men who worked at Airfield Maintenance

And who were involved in accidents and were not subjected to the same type of discipline and

The same type of adverse action. Similarly situated men with less qualifications and less seniority

Were given more opportunities and more equipment time. They made more money have more in their

Retirement account and SBS accounts . 6. Billingham was subjected to extreme prosecution under the

Hands of Mort Plumb Jr. , Director of Ted Stevens Anchorage International Airport and Dan Hartman

Airfield Manager to Airfield Maintenance at Ted Stevens Anchorage International Airport.

Opposition for Summary Judgment
Elsa Billingham v. SOA/DOT&PF
3:05-cv-0240(TMB)