**NOTICE OF NON-COMPLIANCE WITH RULES**

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Elsa Bellingham                                Case Number: 3:05-cv-00240-TMB
    P.O. Box 231625                                Case Title: Billingham v State of Alaska
    Anchorage, AK 99523                            Docket No:

Document Title: Plaintiff's Opposition to Defendant's Errata to Motion for Summary Judgment

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

********************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

********************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
_X_(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
_X_No proof of service on the document filed

********************************************************************************

**Comments:** Ms. Billingham to file a prepared document entitled "Notice" and attach a signature page for the document including a certificate of service of the document.

Name: Pam Richter                                Date: **November 27, 2007**