Case 3:05-cv-00240 (TMB)

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) Case NO. 3:05-cv-00240 (TMB) | |
| ) | |

RECEIVED
NOV 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

NOTICE TO SUBMIT CERTIFICATE OF SERVICE TO PLAINTIFF'S OPPOSITON TO

DEFENDANT'S ERRATA TO MOTION FOR SUMMARY JUDGEMENT

Pro-Se Plaintiff Elsa Billingham hereby submits this certificate of Service to her Opposition

To Defendant's Errata to Motion for Summary Judgement. This document was turned into the

Court on November 23 2007. Apparently the Certificate of service was not served at that time.

Plaintiff respectfully re-submits her certificate of Service on this day :

DATED NOVEMBER 28 2007

Elsa Billingham
PO. Box 231625
Anchorage, Alaska 99523

Opposition to Errata for Summary Judgment
Elsa Billingham v. SOA/DOT&PF

Case 3:05-cv-00240 (TMB)

IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF ALASKA

Dated November 28 2007

_____
Elsa Billingham
PO. Box 231625
Anchorage Ak. 99523
(907) 332-3791

Certificate of Service
This is to certify that on November 28 2007, a true and correct copy of the Plaintiff
Elsa Billingham's Opposition to Defendants Errata for Summary Judgement in this proceeding
Will be served in person to:

Assistant Attorney General
Brenda B. Page
1031 W. 4th Avenue. Suite 200
Anchorage Ak,

Opposition to Errata for Summary Judgment
Elsa Billingham v. SOA/DOT&PF
3:05-cv-0240(TMB)