## Exhibit 1

## Filed separately under seal