TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM, )
)
Plaintiff, )
)
v. )
)
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES )
)
Defendant. )
_____ ) Case No. 3:05-cv-0240 (TMB)

## DEFENDANT'S MOTION TO PLACE
## CONFIDENTIAL DOCUMENTS UNDER SEAL

Defendant, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), by and through the Office of the Attorney General, requests that the Court place under seal the documents filed by Plaintiff Elsa Billingham as "Exhibit 1" to her response in opposition to Defendant's motion for summary judgment, filed with the Court on November 26, 2007. In addition, Defendant requests that the Court place under seal the Second Affidavit of Dan Hartman, which Defendant is filing as Exhibit 1 to Defendant's reply in support of its motion for summary judgment, filed concurrently

with this motion. This request is made pursuant to Rule 5.2.1(d) of the Local Rules for the United States District Court of the District of Alaska and the Consent Protective Order that is in place in this litigation.

The exhibits to the opposition contain confidential personnel information protected by the Consent Protective Order issued by this Court on March 7, 2007. The Order provides in paragraph 6 that: "All confidential documents and information filed with the court for any purpose must be conspicuously labeled "CONFIDENTIAL—Sealed by Court Order—For Court Use Only." Electronic access to such documents will be limited to the court and parties to the action." Despite this order, Ms. Billingham filed confidential personnel documents and information with the Court in her opposition exhibit without indicating that the documents are confidential and without requesting that they be sealed.

This is the second time that Ms. Billingham has violated the terms of the Consent Protective Order. In response to her previous violation, this Court issued an order on September 7, 2007, in which the Court reminded Ms. Billingham that violations of the Protective Order may result in sanctions. Therefore, Defendant requests that the Court issue such sanctions as the Court deems appropriate for Ms. Billingham's repeated violations of the Order.

Pursuant to the terms of the Consent Protective Order and Local Rule 5.2.1, Defendant requests that the Court seal Ms. Billingham's Exhibit to her opposition and

prohibit remote electronic access to these documents by a non-party, D.Ak. LR 5.2.1(d), (e). In addition, because the Second Affidavit of Dan Hartman refers to confidential personnel information in those documents, Defendant requests that the Affidavit also be placed under seal.

      RESPECTFULLY submitted this 30th day of November, 2007.

            TALIS J. COLBERG
            ATTORNEY GENERAL

            By:  /s/ Brenda B. Page
            Assistant Attorney General
            Attorney General's Office
            1031 W. 4th Avenue, Suite 200
            Anchorage, AK 99501
            (907) 269-5136 (Phone)
            (907) 258-4978 (Fax)
            LSA_ECF@law.state.ak.us
            Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**
This is to certify that on the 30th day of November, 2007, a true and correct copy of **DEFENDANT'S MOTION TO PLACE CONFIDENTIAL DOCUMENTS UNDER SEAL** in this proceeding were served by first class U.S. Mail on the following:

    Elsa Billingham
    P.O. Box 231625
    Anchorage, AK 99523

  /s/ Leticia Alvarez
      Law Office Assistant