

RECEIVED
DEC 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska 99654
(907) 272-3325

## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND ) | |
| PUBLIC FACILITIES, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-0240 (TMB) |
| ) | |

### CONDITIONAL ENTRY OF APPEARANCE

COMES NOW Edgren Law Offices, LLC, and hereby enters its appearance for Plaintiff in this action, said entry of appearance being contingent on the granting by the court of a motion for time to be extended so that Plaintiff has the opportunity to file a proper opposition to Defendant's pending motion for summary judgment. Should the court grant said motion, which is necessary for the undersigned to become fully familiar with all of the facts and circumstances of the case and in order to properly advise the Plaintiff and prepare a competent opposition, all future pleadings, filings, orders and

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

other case documents should be served on Plaintiff through the undersigned at

    Edgren Law Offices, LLC
    750 East Fireweed, Suite 201
    Anchorage, Alaska 99503
    (907) 272-3325
    (907) 272-3317 (facsimile)

If the court does not grant the motion, it is requested that the undersigned be allowed to immediately withdraw as counsel.

DATED at Anchorage, Alaska, this 3rd day of December, 2007.

                EDGREN LAW OFFICES, LLC

                By: _____
                David R. Edgren
                Alaska Bar No. 9406058

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I caused to be served by USPS, Certified Mail, a true and correct copy of this document on:

Attorney General's Office, State of Alaska
B. Page, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

_12/3/07_    _____
Date         C. Mason, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**CONDITIONAL ENTRY OF APPEARANCE -- PAGE 2 OF 2**