David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska  99654
(907) 272-3325

RECEIVED
DEC 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 3:05-cv-0240 (TMB)<br>) |

### REQUEST FOR EXTENSION
### OF TIME TO FILE OPPOSITION
### TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, by and through her attorneys, Edgren Law Offices, LLC, and hereby moves and requests that the court grant her an extension of time until January 7, 2008, to file her opposition to the State's pending motion for summary judgment.  It is understood by the undersigned that the time for opposition has passed, but that Plaintiff filed a previous request for extension through Friday, December 7, 2007, that was not opposed.  The undersigned has only earlier this week entered his appearance in the case after being retained by Plaintiff on Friday of the previous week.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska  99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

In the opinion of the undersigned, who has reviewed the things filed to date and otherwise prepared by Plaintiff in the case in connection with the summary judgment motion, Plaintiff is not capable on her own of preparing a proper opposition and thus, to the extent she has meritorious defenses to the motion, she will not be in a position without assistance of counsel to bring those to the attention of the court. The need for the lengthy extension is as follows. The undersigned is currently in the last day of a four day jury trial before Judge Torrisi in Dillingham. The first opportunity to review the substantial file that has come to exist in the case will be over the coming weekend and into the next week. Plaintiff appeared to have some documents that had been disclosed by the State in the case, but the undersigned is not certain what else is out there. The research into and review of the case will is expected to continue up until the 18th of this month, after which the undersigned will depart the state with his wife to spend the holiday period with our two special-needs adoptive children who are institutionalized in Montana. The undersigned will return to the state on the last day of the month and will draft and finalize the opposition the following week. No need for further extension, absent extraordinary circumstances, is anticipated. As the undersigned understands that Plaintiff has requested past extensions of time that have slowed this litigation, it is represented here that this extension is believed to be absolutely necessary in the interests of justice and fairness, and that it is not requested for the purpose of hindrance or delay, or for any other improper purpose.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**REQUEST FOR EXTENSION
OF TIME TO FILE OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT -- PAGE 2 OF 3**

The undersigned has conferred with opposing counsel about this extension, and it is understood that the State is not willing to non-oppose this request for additional time. competent opposition, all future pleadings, filings, orders and.

DATED at Anchorage, Alaska, this 6th day of December, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I caused to be served by USPS, Certified Mail, a true and correct copy of this document on:

Attorney General's Office, State of Alaska
B. Page, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

12/6/07    C. Mason
Date       C. Mason, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**REQUEST FOR EXTENSION
OF TIME TO FILE OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT -- PAGE 3 OF 3**