## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  ELSA SOLVEIG BILLINGHAM  </u>   v.   <u>  STATE OF ALASKA  </u>

THE HONORABLE TIMOTHY M. BURGESS

<small>DEPUTY CLERK</small>                               CASE NO.  <u>3:05-cv-00240-TMB</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 7, 2007

On December 3, 2007, David Edgren filed a Conditional Entry of Appearance on behalf of Plaintiff Elsa Billingham.  Within the Conditional Entry of Appearance is a motion for an indeterminate period of time to permit new counsel to become familiar with the case and to file a "proper" or "competent" opposition to what is now a fully briefed Motion for Summary Judgement.

Plaintiff has been given numerous extensions and opportunities throughout this case to obtain counsel.  Indeed, the Court has encouraged Plaintiff to obtain counsel at every opportunity.

Plaintiff has sought numerous extensions of time to complete Discovery and file responsive pleadings. See Docket Nos. 45, 47, 80, and 91. All of those requests, with the exception of the motion at Docket No. 80, were granted. In addition, the Court accepted a Supplemental Status Report filed by Defendant, in consultation with Plaintiff, that changed the deadline for the

[]{IA.WPD*Rev.12/96}

close of discovery from December 31, 2006 to March 30, 2007. See Docket No. 54. Following this, the Court approved a request, submitted by both parties, extending the close of Discovery to October 5, 2007 and setting a motions deadline of November 5, 2007. See Docket No. 75.

The Court has acknowledged that Plaintiff's difficulties in retaining and keeping counsel have led to the discovery extensions. Yet the Court has also advised Plaintiff during several status conferences of the importance of meeting deadlines.  On October 2, 2007 noted that:

> Underlying these numerous Discovery extensions are Plaintiff's efforts to retain and keep counsel.  At several status conferences, the Court has advised Plaintiff of the value of retaining counsel and has extended deadlines in order to give her time to do so.  The Court has also cautioned Plaintiff on several occasions of the need to meet deadlines.  Defendant has also tried to accommodate Plaintiff throughout this case.

*See* ORDER at Docket No. 81.

Now, after briefing on the Defendant's Motion for Summary Judgement is complete, Plaintiff requests additional time to submit another opposition because she has new counsel.

[]{IA.WPD*Rev.12/96}

**IT IS HEREBY ORDERED**: Plaintiff's Motion for Additional time for new counsel to prepare a new opposition is **DENIED**.

[]{IA.WPD*Rev.12/96}