TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB) |

**DEFENDANT'S MOTION TO STRIKE AND PLACE UNDER SEAL PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANT'S ERRATA FOR SUMMARY JUDGMENT**

Defendant, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), by and through the Office of the Attorney General, requests that the Court strike Plaintiff Elsa Billingham's "Amended Opposition to Defendant's Errata for Summary Judgment" and accompanying exhibits and requests that, to the extent the stricken documents remain part of the physical file in this case, that the Court place the amended opposition and attached exhibits under seal. Ms. Billingham's amended

Motion to Strike and Place Under Seal                                        Page 1 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

opposition should be stricken pursuant to Fed. R. Civ. P. 12(f) because it was filed in violation of Local Rule 11.1(a)(3)[A], was untimely filed, violates the Court's orders, and neither the Federal Rules of Civil Procedure nor the scheduling order in this case allow for filing an "amended opposition" after the completion of the parties' briefing.

In addition, Defendant requests that the Court sanction Ms. Billingham for her continued, repeated disclosure of confidential information in violation of the Consent Protective Order issued by the Court. Despite the Court's warning that sanctions may result from violations of the Protective Order, Ms. Billingham continues to file confidential personnel information with the Court without filing it under seal as required.

I.  **MS. BILLINGHAM'S AMENDED OPPOSITION SHOULD BE STRICKEN**

Ms. Billingham currently is represented by counsel in this matter and cannot file any pleadings, papers or documents on her own behalf. L.R. 11.1(a)(3)[A]. On November 30, 2007, the day on which Defendant filed its reply brief in support of its motion for summary judgment, Ms. Billingham retained counsel in this matter. Her counsel, David Edgren, filed a "Conditional Entry of Appearance" on December 3, 2007, in which he requested an extension of time for Ms. Billingham to file a "proper opposition to Defendant's motion for summary judgment." Mr. Edgren requested that, if the court did not grant the motion, he be allowed to immediately withdraw as counsel.

Motion to Strike and Place Under Seal                                                         Page 2 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

On December 6, 2007, as Ms. Billingham's attorney, Mr. Edgren filed a "Request for Extension of Time to File Opposition to Motion for Summary Judgment, requesting that the Court grant Ms. Billingham an extension of time until January 7, 2007, to file another opposition even though the "time for opposition has passed."

On December 7, 2007, the Court issued orders denying the motions for additional time for new counsel to prepare a new opposition. Mr. Edgren has not filed a motion requesting that he be allowed to withdraw as counsel and the Court has not entered an order of substition of representation allowing Mr. Edgren to withdraw as counsel. Therefore, Mr. Edgren remains Ms. Billingham's counsel in this litigation. Nevertheless, on December 10, 2007, Ms. Billingham filed, on her own behalf, an "Amended Opposition to Defendant's Errata for Summary Judgment." Ms. Billingham's amended opposition is in violation of the Local Rules for the United States District Court for the District of Alaska, which provide that, "[a] party that has appeared by counsel may not thereafter appear or act in the party's own behalf in the action unless an order of substitution has been entered by the Court, after notice to the attorney of the party and all other parties." L.R. 11.1(a)(3)[A]. Because Ms. Billingham's action in filing an amended opposition is expressly prohibited, the amended opposition and attached exhibits should be stricken.

Moreover, Ms. Billingham's amended opposition is untimely filed and in contravention to the Court's Order denying an extension of time to file another

Motion to Strike and Place Under Seal                                    Page 3 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

opposition. As the Court noted in its Order, briefing on Defendant's Motion for Summary Judgment is complete. The Court denied Ms. Billingham's request for additional time to file a new opposition.

Despite the Court's clear order, Ms. Billingham filed a new opposition. Not only is the new opposition untimely filed but, because it is filed after Defendant filed its reply brief, it is prejudicial to Defendant. If Ms. Billingham should be allowed to file a second opposition brief, Defendant has no choice but to request that it be allowed to file another reply brief, which will involve further time, expense and delay.

Because Ms. Billingham's "amended" opposition was filed in violation of the Local Rules and this Court's orders, an order striking the material as redundant, immaterial and impertinent is appropriate under Rule 12(f) of the Federal Rules of Civil Procedure. Accordingly, Defendant requests that Ms. Billingham's amended opposition and accompanying exhibits be stricken in their entirety.

II.   **THE AMENDED COMPLAINT SHOULD BE PLACED UNDER SEAL AND MS. BILLINGHAM SHOULD BE SANCTIONED FOR HER REPEATED VIOLATIONS OF THE CONSENT PROTECTIVE ORDER IN THIS CASE**

In addition, Defendant requests that, to the extent the amended opposition and accompanying exhibits are retained physically in the case file, that the documents immediately be sealed and that the Court prohibit electronic access. This request is made

Motion to Strike and Place Under Seal                                                        Page 4 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

pursuant to Rule 5.2.1(d) of the Local Rules for the United States District Court of the District of Alaska and the Consent Protective Order that is in place in this litigation.

The amended opposition and exhibits contain confidential personnel information protected by the Consent Protective Order issued by this Court on March 7, 2007. This is Ms. Billingham's *third* violation of the Protective Order. It is particularly troubling that Ms. Billingham continues to ignore the prohibitions in the Protective Order despite the Court's previous warning in its Order issued on September 7, 2007, that violations of the Protective Order may result in sanctions. After that warning, Ms. Billingham again violated the Protective Order in filing her opposition brief on November 23, 2007. As a result, Defendant filed a motion to place the confidential documents under seal and requested that the Court issue such sanctions as the Court deemed appropriate for Ms. Billingham's repeated violations of the Protective Order. In response, the Court placed the documents under seal but did not issue any sanctions against Ms. Billingham.

Less than two weeks later, Ms. Billingham again violated the Protective Order by filing confidential personnel information in her amended opposition. This egregious failure to abide by the terms of the Protective Order should not be allowed. Ms. Billingham has shown total disregard for the confidentiality of the materials and blatant disregard of the Court's orders. In addition, her repeated violations of the Protective Order have forced Defendant to expend time and money in filing repeated

Motion to Strike and Place Under Seal                                       Page 5 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)

motions with the Court requesting that the materials be sealed. Under these circumstances, it appears that sanctions are necessary to deter Ms. Billingham from continuing to violate the Protective Order. Therefore, Defendant again requests that the Court issue such sanctions as it deems appropriate for Ms. Billingham's serious and repeated improper conduct.

      RESPECTFULLY submitted this 11th day of December, 2007.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    By: /s/ Brenda B. Page
    Assistant Attorney General
    Attorney General's Office
    1031 W. 4th Avenue, Suite 200
    Anchorage, AK 99501
    (907) 269-5136 (Phone)
    (907) 258-4978 (Fax)
    LSA_ECF@law.state.ak.us
    Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**
This is to certify that on the 11th day of December, 2007, a true and correct copy of **DEFENDANT'S MOTION TO STRIKE AND PLACE UNDER SEAL PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANT'S ERRATA FOR SUMMARY JUDGMENT** in this proceeding was served by first class U.S. Mail on the following:

    David R. Edgren
    750 E. Fireweed Lane, Suite 201
    Anchorage, AK 99503

/s/ Leticia Alvarez
    Law Office Assistant

Motion to Strike and Place Under Seal                               Page 6 of 6
Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)