TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM, )
)
Plaintiff, )
)
v. )
)
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC )
FACILITIES )
)
Defendant. )
_____ )  Case No. 3:05-cv-0240 (TMB)

**PROPOSED ORDER**

Having considered Defendant's Motion to Strike and Place Under Seal Plaintiff's Amended Opposition to Defendant's Errata for Summary Judgment and any opposition thereto,

**IT IS THEREFORE ORDERED:**

The motion is granted. Plaintiff's amended opposition filed on December 10, 2007, and attached exhibits will be stricken from the record and the physical copies of

Exh. A
Page 1 of 2

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 1 of 2

the documents will be placed under seal. In addition, for repeated violations of the Consent Protective Order entered in this matter, Plaintiff will be sanctioned as follows: [to be entered by the Court at the Court's discretion].

Dated this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

Exh. A
Page 2 of 2

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 2 of 2