David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska 99654
(907) 272-3325



RECEIVED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND )<br>PUBLIC FACILITIES, )<br>)<br>Defendant. )<br>) | Case No. 3:05-cv-0240 (TMB) |

### MOTION TO SCHEDULE ORAL ARGUMENT
### ON
### MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, by and through her attorneys, Edgren Law Offices, LLC, and hereby moves and requests that the court schedule oral argument on Defendant's pending motion for summary judgment. This motion is not timely made under the rules, but the court is asked to relax the time requirement in the interests of justice in light of the undersigned entering his conditional appearance based on a request to extend the time for Plaintiff to file her opposition and after learning earlier today that the request to extend

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

Had been denied. Plaintiff should be afforded a full and fair opportunity to make argument through counsel on the matters that she has presented to the court in opposition, as well as to point out such reasons as why, on its own, Defendant's motion calls into question genuine issues of material fact. It has been previously noted that Plaintiff's efforts in dealing with the instant motion to date have not placed her in a position to assert such defenses as it is believed that she has. The court, in its order denying Plaintiff's request for extension, noted that it repeatedly urged Plaintiff to secure the services of counsel up to this point. Now she has done so. What is requested in this motion is simply to allow Plaintiff to receive the benefit of her admittedly belated decision.

It is requested that argument on the motion be set on for a date after January 2, 2008. The undersigned will be back to the office on that date after spending the holiday period with his two special-needs adoptive children who are institutionalized in Montana. It is once again represented here that this extension is believed to be absolutely necessary in the interests of justice and fairness, and that it is not requested for the purpose of hindrance or delay, or for any other improper purpose.

DATED at Anchorage, Alaska, this 11th day of December, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I caused to be served by USPS a true and correct copy of this document on:

Attorney General's Office, State of Alaska
  B. Page, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

12/11/07                    _____
Date                        C. Mason, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**MOTION TO SCHEDULE ORAL ARGUMENT
ON
MOTION FOR SUMMARY JUDGMENT -- PAGE 3 OF 3**