TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cv-0240 (TMB) |

**DEFENDANT'S SECOND MOTION TO STRIKE**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, requests that the Court strike all briefs, motions, pleadings, and documents that Plaintiff Elsa Billingham files with the Court while she is represented by an attorney. Ms. Billingham retained counsel in this matter on November 30, 2007. Her counsel, David Edgren, entered an appearance with the Court on her behalf on December 3, 2007. The Court issued two orders on

December 7, 2007, denying Ms. Billingham's motions for additional time for new counsel to prepare a new opposition to Defendant's motion for summary judgment.

Nevertheless, on December 10, 2007, Ms. Billingham filed, on her own behalf, another brief entitled "Amended Opposition to Defendant's Errata for Summary Judgment." On December 11, 2007, Defendant filed a motion to strike and place under seal Ms. Billingham's amended opposition. As Defendant noted in its first motion to strike, under the Local Rules of the District Court for the District of Alaska, Ms. Billingham is prohibited from acting on her own behalf because she is represented by counsel. L.R. 11.1(a)(3)[A]. In addition, Ms. Billingham's amended opposition was untimely filed, in contravention of the Court's order denying an extension of time to file another opposition, and contained confidential personnel information in violation of the Consent Protective Order in this case.

The Court has not yet ruled on Defendant's first motion to strike. In the meantime, on December 18, 2007, Ms. Billingham served on Defendant's counsel three more documents entitled: (1) Plaintiff's Opposition to Defendant's Repy [sic] in Support of its Motion for Summary Judgment; (2) Plaintiff's Motion to Place Confidential Documents Under Seal; and (3) Affidavit of Elsa Billingham to be Submitted in Addition to Other Affidavits of Co-Workers are Submitted in Federal Court. These documents were not served by Ms. Billingham's counsel, but were submitted by Ms. Billingham in her own behalf.

The District Court's electronic notification system indicates that Ms. Billingham filed two of these documents—the motion and the affidavit—today, December 19, 2007. Because the documents were filed in violation of the Local Rules and the Court's orders, Defendant requests that they be stricken in their entirety. In addition, Defendant requests that any additional documents that Ms. Billingham files on her own behalf while she is represented by counsel also be stricken.

Ms. Billingham's conduct in ignoring the express prohibitions on her continued filing has required Defendant to expend unnecessary time and energy in response. Therefore, Defendant requests that the Court issue an order prohibiting Ms. Billingham from filing any additional documents on her own behalf while she is represented by counsel and issue such sanctions as the Court deems appropriate for Ms. Billingham's serious, continuing, improper conduct.

RESPECTFULLY submitted this 19th day of December, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on the 19th day of December, 2007, a true and correct copy of **DEFENDANT'S SECOND MOTION TO STRIKE** in this proceeding was served by first class U.S. Mail on the following:

>David R. Edgren
>750 E. Fireweed Lane, Suite 201
>Anchorage, AK 99503

_/s/ Leticia Alvarez_
   Law Office Assistant