TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:05-cv-0240 (TMB) |

## PROPOSED ORDER

Having considered Defendant's Second Motion to Strike and any opposition thereto,

**IT IS THEREFORE ORDERED:**

The motion is granted. All documents filed by Plaintiff Elsa Billingham on

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 1 of 2

Exh. A
Page 1 of 2

her own behalf while she is represented by counsel shall be stricken from the record.

Dated this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
United States District Judge

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Page 2 of 2

Exh. A
Page 2 of 2