PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NUMBER.  NO OTHER DOCUMENT IS ATTACHED.

Case 3:05-cv-00240-TMB    Document 114-2    Filed 12/20/2007    Page 1 of 1