## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>ELSA S. BILLINGHAM</u> v. <u>STATE OF ALASKA, DEPT. OF TRANSPORTATION</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                CASE NO. <u>3:05-cv-00240-TMB</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: December 21, 2007
ENTERED AT JUDGE'S DIRECTION:

      Elsa Billinghams's documents titled Amended Opposition To Defendant's Errata For Summary Judgment (dkt 107), Motion To Place Confidential Documents Under Seal (dkt 110), Sealed Opposition To Defendant's Repy In Support Of Its Motion For Summary Judgment (dkt 111), Affidavit Of Elsa Billingham To Be Submitted In Addition To Other Affidavits Of Co-Workers Are Submitted In Federal Court (dkt 112), and Motion To Place Confidential Documents Under Seal (dkt 115), have been filed however, they are deficient in the area(s) checked below:

___   Document is not signed. (D.Ak.LR 10.1)

___   Caption of the document is incomplete. (D.Ak.LR 10.1)

___   No proof of service on the document filed. (D.Ak.LR 5.1)

___   Document entitled ___ is overlength. (D.Ak.LR 10.1)

_X_   Document is not in compliance with D.Ak.LR 11.1.  Counsel has appeared on behalf of Plaintiff and Ms. Billingham may not appear or act on her own behalf.

      The State of Alaska's Motion to Strike at dkt 108 and the Second Motion to Strike at dkt 113 are GRANTED.  The Clerk is directed to strike the above-referenced documents from the record.

[strike.ord][12/97]