TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, DEPARTMENT | ) |
| OF TRANSPORTATION AND PUBLIC | ) |
| FACILITIES | ) |
| | ) |
| Defendant. | ) |
| _____ ) | Case No. 3:05-CV-0240 (TMB) |

## NOTICE OF SUPERIOR COURT DECISION

Defendant, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), by and through the Office of the Attorney General, submits this notice of the State of Alaska Superior Court's decision in Case No. 3AN-04-12964 CI, in which the court upheld the 2004 determination of the Alaska State Commission for Human Rights ("the Commission") dismissing Elsa Billingham's complaint. Defendant indicated to this Court in its Motion to Dismiss (*See* Docket No. 17 at pp. 4-5) and its

Motion for Summary Judgment (*See* Docket No. 82 at p. 27 n.6[1] and p. 28 n.7) that Ms. Billingham had a pending Superior Court appeal of the Commission's dismissal of her complaint alleging that DOT/PF retaliated and discriminated against her during the period between January 2003 and January 2004. (Complaint and Commission Determination attached as Ex. A; Notice of Appeal and Statement of Points on Appeal attached as Ex. B). In the complaint, Ms. Billingham alleged that her suspension and demotion in June 2003, which was pursuant to a Last Chance Agreement, was retaliatory and discriminatory.

The Superior Court recently issued its decision in the appeal, concluding that the Commission properly found that Ms. Billingham failed to establish a *prima facie* case of age or sex discrimination and affirming the Commission's dismissal of Ms. Billingham's claims in all respects.[2] (Order attached as Ex. C).

RESPECTFULLY submitted this 26th day of February, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  /s/  Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200

---

[1] Defendant inadvertently indicated that the pending appeal was of the Commission's dismissal of Ms. Billingham's 2002 complaint when, in fact, it was the appeal of the Commission's dismissal of her 2004 complaint that was pending.

[2] As the Superior Court indicated in its order, it had previously affirmed the Commission's determination that Ms. Billingham's retaliation claim lacked substantial evidence.

Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on February 26, 2008, true and correct copies of the **NOTICE OF SUPERIOR COURT DECISION** in this proceeding were served by first class U.S. Mail on the following:

>David R. Edgren
>750 E. Fireweed Lane, Suite 201
>Anchorage, AK 99503

   /s/   Brenda B. Page