FEB-03-2004 TUE 03:35 PM  VA                    FAX NO.     0250                    P. 05/05

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 380-2004-00472 |

| Alaska State Commission For Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Elsa Billingham** | **(907) 332-3791** | **11-28-1949** |

Street Address — City, State and ZIP Code

**P O Box 231625, Anchorage, AK 99523**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **STATE OF ALASKA - TRANSPORTATION** | **500 or More** | |

Street Address — City, State and ZIP Code

**Airfield Maintenance, 4100 Aircraft Dr., Anchorage, AK 99517**

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: **01-10-2003**   Latest: **01-12-2004** |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)* | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Since 1994 I have been employed by the State of Alaska's Department of Transportation and Public Utilities. Throughout that time I have worked as an equipment operator at the Anchorage airport. I am a 54 year old woman, and I have filed an earlier charge concerning employment discrimination against me by my employer. This charge, 38A-2002-00285, is still under investigation.

Since my filing of that charge in August of 2002 I believe that I have continued to be discriminated against because of my age and sex. I now believe that I am also being retaliated against because of my earlier charge of illegal discrimination. These actions are violations of Title VII of the Civil Rights Act of 1964, as amended, and of the Age Discrimination in Employment Act.

Throughout 2003, and continuing to the present, there have been many occasions when I am not allowed to gain training and experience in operating various pieces of equipment in use at my workplace, while younger less senior males are given these opportunities. I have also been disciplined more harshly than younger male workers for any errors or accidents on the job. In June 2003 I was suspended and then demoted to a lower pay classification. Male co-workers with similar errors or accidents have not been disciplined. Because of these acts of discrimination I continue to suffer harm both in my current earnings and conditions of work, and in my future opportunities for promotion and advancement.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 1/23/04     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  01/23/04 |

Commission Expires 09/05/07

NOTARY PUBLIC — DEBORAH E. MILLER — STATE OF ALASKA

**EXHIBIT A**
**Page 1 of 2**

# STATE OF ALASKA

**FRANK H. MURKOWSKI, GOVERNO**

## HUMAN RIGHTS COMMISSION

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:    (907) 274-4692 / 276-7474
TTY/TDD:  (907) 276-3177
FAX:        (907) 278-8588

Elsa Billingham
P O Box 231625
Anchorage AK  99523

Penny Beiler, EEO Program Manager
Division of Personnel
Department of Administration
State of Alaska
619 E Ship Creek Dr #309
Anchorage AK 99501

Re:  **Elsa Billingham v. State of Alaska, Dept of Transportation and Public Facilities**
     ASCHR No.  E-04-003
     EEOC No.    380-2004-00472

## DETERMINATION

Under the authority of AS 18.80.010 et seq., the Alaska State Commission for Human Rights issues the following determination.

This complaint was timely filed in accordance with 6 AAC 30.230(b). Respondent is subject to the jurisdiction of the commission and all other jurisdictional requirements have been met.

Complainant filed an identical claim with the U.S. Equal Employment Opportunity Commission under Title VII of Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

The Equal Employment Opportunity Commission has completed its investigation and issued its Determination to the parties dated April 22, 2004. Alaska State Commission for Human Rights staff has reviewed the determination of the Equal Employment Opportunity Commission.

The Alaska State Commission for Human Rights adopts the Equal Employment Opportunity Commission's action and determines that complainant's allegations are not supported by substantial evidence.

Nov. 2, 2004
Date

_Paula M. Haley_
Paula M. Haley
Executive Director

**EXHIBIT A**
**Page 2 of 2**

Enclosure:  Closing Order

Toll Free
In Alaska (800) 478-4692
TTY / TDD Only (800) 478-3177

01-A4LH

printed on recycled paper