TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND PUBLIC ) <br> FACILITIES ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-CV-0240 (TMB) |

## NOTICE OF PERTINENT AUTHORITY

Defendant, State of Alaska, Department of Transportation and Public Facilities ("DOT/PF"), by and through the Office of the Attorney General, submits this notice of the recent decision of the United States Court of Appeals for the Ninth Circuit, *Diaz v. Eagle Produce Ltd. Partnership,* --- F.3d ---, 2008 WL 901677, at **4, 8-9 n. 7 (9th Cir. April 4, 2008), as a pertinent authority in support of Defendant's Motion for Summary Judgment (*See* Docket No. 82 at pp. 32-33, 35-37). The Court has scheduled oral argument on the Summary Judgment Motion for tomorrow, April 24, 2008.

RESPECTFULLY submitted this 23rd day of April, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5136 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on April 23, 2008, true and correct copies of the **NOTICE OF PERTINENT AUTHORITY** in this proceeding were served by first class U.S. Mail and by facsimile at (907) 272-3317 on the following:

David R. Edgren
750 E. Fireweed Lane, Suite 201
Anchorage, AK 99503

/s/ Brenda B. Page