# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Billingham v. State of Alaska, Department of Transportation and Public Facilities*

Case No. 3:05-cv-0240 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:      ORDER FROM CHAMBERS

The Court requests supplemental briefing from the parties on the issue of collateral estoppel with regard to decisions by the Alaska state Superior Court in Case No. 3AN-04-12964 CI upholding the Alaska State Commission for Human Rights' dismissal of Elsa Billingham's claims of retaliation and sex or age discrimination.

The Defendant's briefing must be submitted on or before Friday, May 2 and is limited to 10 pages in length. The Plaintiff's response must be submitted on or before Friday, May 9 and is also limited to 10 pages in length. Any reply by the Defendant is due by Wednesday, May 14 and is limited to 5 pages in length.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 28, 2008