MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELISA SOLVEIG BILLINGHAM   vs.   STATE OF ALASKA, DEPT. OF
                                 TRANSPORTATION and PUBLIC
                                 FACILITIES

BEFORE THE HONORABLE              TIMOTHY M. BURGESS

                 CASE NO.         3:05-CV-0240-TMB

DEPUTY CLERK/RECORDER:            ALEXIS GUTIERREZ

APPEARANCES:           PLAINTIFF: BRENDA B. PAGE

                       DEFENDANT: DAVID R. EDGREN

PROCEEDINGS: ORAL ARGUMENTS ON DEFENDANT'S SUMMARY JUDGMENT
             MOTION (DKT 82)HELD APRIL 24, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:07 p.m. court convened.

Court and counsel heard re Oral Arguments on Defendant's Summary
Judgment Motion (DKT 82).

Arguments heard.

Court heard; Defendant's Summary Judgment Motion (DKT 82) this
matter is taken **UNDER ADVISEMENT,** written ruling to issue.

At 3:54 p.m. court adjourned.

DATE:_____APRIL 24, 2008_____ DEPUTY CLERK'S INITIALS:___AXG___

Revised 6/18/07