**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ELISA SOLVEIG BILLINGHAM   vs.   STATE OF ALASKA, DEPT. OF TRANSPORTATION and PUBLIC FACILITIES

BEFORE THE HONORABLE            TIMOTHY M. BURGESS

CASE NO.      3:05-CV-0240-TMB

DEPUTY CLERK/RECORDER:         ALEXIS GUTIERREZ

APPEARANCES:         PLAINTIFF: *DAVID R. EDGREN

DEFENDANT: *BRENDA B. PAGE

PROCEEDINGS: ORAL ARGUMENTS ON DEFENDANT'S SUMMARY JUDGMENT MOTION (DKT 82) HELD APRIL 24, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:07 p.m. court convened.

Court and counsel heard re Oral Arguments on Defendant's Summary Judgment Motion (DKT 82).

Arguments heard.

Court heard; Defendant's Summary Judgment Motion (DKT 82) this matter is taken **UNDER ADVISEMENT**, written ruling to issue.

At 3:54 p.m. court adjourned.

*Amended Information.

DATE:      APRIL 29, 2008      DEPUTY CLERK'S INITIALS:   AXG

Revised 6/18/07