TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-CV-0240 (TMB) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY**

Defendant, State of Alaska, Department of Transportation and Public Facilities, by and through the Office of the Attorney General, moves the Court for an extension of time to file its reply in the supplemental briefing on collateral estoppel for Defendant's pending summary judgment motion. During oral argument on Defendant's motion for summary judgment, held on April 24, 2008, Defendant's counsel offered to provide supplemental briefing on the issue of collateral estoppel if the Court requested such briefing. The Court issued an Order on April 28, 2008, requesting the briefing and

set a briefing schedule in which: (1) Defendant's briefing must be submitted on or before Friday, May 2, 2008; (2) Plaintiff's briefing must be submitted on or before Friday, May 9, 2008; and (3) any reply by Defendant is due by Wednesday, May 14, 2008. Because Defendant's counsel is leaving the state on May 10, 2008, and will be out of state and unavailable during the entire week of May 12, 2008, Defendant respectfully requests that the Court extend the deadline for Defendant to file its reply to May 21, 2008.

The requested extension is based on good cause, is not made for the purpose of delay, and will not prejudice Plaintiff. Defendant's counsel attempted to contact Plaintiff's counsel, David Edgren, by telephone today, but he was unavailable. His legal assistant, however, indicated that she has the authority to speak on Mr. Edgren's behalf regarding the extension and indicated that he does not oppose the requested extension. Defendant is filing a motion for shortened time for consideration of this motion, an affidavit by Defendant's counsel in support of both motions, and a proposed order concurrently with this motion.

RESPECTFULLY submitted this 30th day of April, 2008.

                TALIS J. COLBERG
                ATTORNEY GENERAL

                By: /s/ Brenda B. Page

                Assistant Attorney General
                Attorney General's Office
                1031 W. 4th Avenue, Suite 200
                Anchorage, AK 99501
                (907) 269-6612 (Phone)
                (907) 258-4978 (Fax)
                LSA_ECF@law.state.ak.us
                Alaska Bar No. 0303007

**CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2008, a true and correct copy of the **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY** in this proceeding was served by first class U.S. Mail and facsimile on the following:

    David R. Edgren
    750 E. Fireweed Lane, Suite 201
    Anchorage, AK 99503

/s/ Brenda B. Page