TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:05-CV-0240 (TMB) |

**AFFIDAVIT OF BRENDA B. PAGE**

UNITED STATES DISTRICT COURT  )
                                          ) ss.
DISTRICT OF ALASKA                  )

       I, Brenda B. Page, state after being duly sworn and based upon my personal knowledge that:

       1.    I am an Assistant Attorney General in the Civil Division of the Department of Law assigned to represent the Defendant in the above captioned lawsuit.

2. On April 28, 2008, this Court issued an Order requesting supplemental briefing from the parties on the issue of collateral estoppel for Defendant's pending summary judgment motion.

3. The Court set a briefing schedule in which: (1) Defendant's briefing must be submitted on or before Friday, May 2, 2008; (2) Plaintiff's briefing must be submitted on or before Friday, May 9, 2008; and (3) any reply by Defendant is due by Wednesday, May 14, 2008.

4. I will be out of state during the week of May 12, 2008, attending a Continuing Legal Education Seminar and visiting with family. I am leaving the state on Saturday, May 10, 2008, and returning on May 17, 2008. Because I will be out of state and unavailable during the time scheduled for drafting and filing Defendant's reply brief, Defendant is filing a motion for an extension of time until May 21, 2008, for filing the reply.

5. The extension is not requested for the purpose of delay and will not cause prejudice to Plaintiff.

6. I attempted to contact Plaintiff's counsel, David Edgren, by telephone today, but he was unavailable. His legal assistant, however, indicated that she has the authority to speak on Mr. Edgren's behalf regarding the extension and indicated that he does not oppose the requested extension.

Exh. A
Page 2 of 3

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA/DOT&P*
3:05-cv-0240 (TMB)

Page 2 of 3

7. A shortened time for consideration of the Motion for Extension of Time to File Reply is necessary because of the short briefing schedule.

Further this affiant sayeth naught.

_____
Brenda B. Page

SUBSCRIBED AND SWORN TO before me this 29th day of April, 2008, at Anchorage, Alaska.



_____
Notary Public in and for the State of Alaska
My Commission Expires With Office

Exh. A
Page 3 of 3

Affidavit of Brenda B. Page
*Elsa Billingham v. SOA/DOT&P*
3:05-cv-0240 (TMB)

Page 3 of 3