TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0240 (TMB) |

## PROPOSED ORDER

Having considered Defendant's Unopposed Motion for Extension of Time to File Reply,

**IT IS THEREFORE ORDERED:**

The motion is granted. Defendant's reply brief for the parties' supplemental briefing on the issue of collateral estoppel is due May 21, 2008.

Exh. B
Page 1 of 2

Dated this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess
United States District Judge

PROPOSED Order
*Elsa Billingham v. SOA,DOT&PF*
3:05-cv-0240 (TMB)

Exh. B
Page 2 of 2

Page 2 of 2