TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

ELSA BILLINGHAM,                          )
                                          )
                 Plaintiff,               )
                                          )
v.                                        )
                                          )
STATE OF ALASKA, DEPARTMENT               )
OF TRANSPORTATION AND PUBLIC              )
FACILITIES                                )
                                          )
                 Defendant.               )
_____    )    Case No.  3:05-cv-0240 (TMB)

**MOTION FOR SHORTENED TIME FOR CONSIDERATION
OF MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant, State of Alaska, Department of Transportation and Public

Facilities, by and through the Office of the Attorney General, requests that the Court

expedite consideration of Defendant's concurrently filed Motion For Extension of Time

To File Reply because the reply deadline is fast approaching. The Court issued an Order

on April 28, 2008, requesting supplemental briefing on the issue of collateral estoppel for

Defendant's pending summary judgment motion.    Under the briefing schedule,

Defendant's reply brief is due on May 14, 2008.  Because Defendant's counsel will be out of state and unavailable during the period scheduled for drafting and filing the reply, Defendant is filing a motion requesting an extension of time to file its reply until May 21, 2008. Defendant requests expedited consideration of its motion based on the short briefing schedule and has attached an affidavit explaining why expedited consideration is necessary.

RESPECTFULLY submitted this 30th day of April, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By:___/s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No.  0303007

**CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2008, a true and correct copy of the **MOTION FOR SHORTENED TIME FOR CONSIDERATION OF MOTION FOR EXTENSION OF TIME TO FILE REPLY,** in this proceeding was served by first class U.S. Mail and facsimile on the following:

David R. Edgren
750 E. Fireweed Lane, Suite 201
Anchorage, AK 99503

___/s/   Brenda B. Page_____

Motion for Shortened Time for Consideration
of Motion for Extension of Time to File Reply
*Elsa Billingham v. SOA/DOT&PF*
3:05-cv-0240 (TMB)