TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) ) ) ) |
| Defendant. | ) ) ) |

Case No. 3:05-cv-0240 (TMB)

**Defendant's Supplement to Motion for Summary Judgment Exhibit List**

| Exhibit | Description |
|---|---|
| 1. | Alaska State Commission for Human Rights Charge of Discrimination Form |
| 2. | Alaska State Commission for Human Rights Determination and Closing Order |
| 3. | Notice of Appeal and Statement of Points on Appeal |
| 4. | Superior Court Decision on Appeal |
| 5. | Alaska State Commission for Human Rights Motion for Modification of Scope of Remand |
| 6 | Alaska State Commission for Human Rights Determination on Remand |
| 7 | Superior Court Order Following Determination on Remand |

Respectfully submitted,

TALIS J. COLBERG
ATTORNEY GENERAL


By: /s/ Brenda B. Page
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612 (Phone)
(907) 258-4978 (Fax)
LSA_ECF@law.state.ak.us
Alaska Bar No. 0303007