EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 380-2004-00472 |

Alaska State Commission For Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Ms. Elsa Billingham
**Home Phone No.** (Incl Area Code): (907) 332-3791
**Date of Birth**: 11-28-1949

**Street Address**: P O Box 231625, Anchorage, AK 99523

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: STATE OF ALASKA - TRANSPORTATION
**No. Employees, Members**: 500 or More

**Street Address**: Airfield Maintenance, 4100 Aircraft Dr., Anchorage, AK 99517

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-10-2003   Latest: 01-12-2004
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Since 1994 I have been employed by the State of Alaska's Department of Transportation and Public Utilities. Throughout that time I have worked as an equipment operator at the Anchorage airport. I am a 54 year old woman, and I have filed an earlier charge concerning employment discrimination against me by my employer. This charge, 38A-2002-00285, is still under investigation.

Since my filing of that charge in August of 2002 I believe that I have continued to be discriminated against because of my age and sex. I now believe that I am also being retaliated against because of my earlier charge of illegal discrimination. These actions are violations of Title VII of the Civil Rights Act of 1964, as amended, and of the Age Discrimination in Employment Act.

Throughout 2003, and continuing to the present, there have been many occasions when I am not allowed to gain training and experience in operating various pieces of equipment in use at my workplace, while younger less senior males are given these opportunities. I have also been disciplined more harshly than younger male workers for any errors or accidents on the job. In June 2003 I was suspended and then demoted to a lower pay classification. Male co-workers with similar errors or accidents have not been disciplined. Because of these acts of discrimination I continue to suffer harm both in my current earnings and conditions of work, and in my future opportunities for promotion and advancement.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1/28/04

NOTARY – When necessary for State and Local Agency Requirements
Commission Expires 09/05/07

I swear or affirm that I have read the above charge and the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 01/23/04

[NOTARY PUBLIC STATE OF ALASKA — DEBORAH E. MILLER]

Supp. Exhibit 1
Page 1 of 1