# STATE OF ALASKA

## HUMAN RIGHTS COMMISSION

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

Elsa Billingham
P O Box 231625
Anchorage AK  99523

Penny Beiler, EEO Program Manager
Division of Personnel
Department of Administration
State of Alaska
619 E Ship Creek Dr #309
Anchorage AK 99501

Re:  **Elsa Billingham v. State of Alaska, Dept of Transportation and Public Facilities**
     ASCHR No.  E-04-003
     EEOC No.   380-2004-00472

## DETERMINATION

Under the authority of AS 18.80.010 et seq., the Alaska State Commission for Human Rights issues the following determination.

This complaint was timely filed in accordance with 6 AAC 30.230(b). Respondent is subject to the jurisdiction of the commission and all other jurisdictional requirements have been met.

Complainant filed an identical claim with the U.S. Equal Employment Opportunity Commission under Title VII of Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

The Equal Employment Opportunity Commission has completed its investigation and issued its Determination to the parties dated April 22, 2004. Alaska State Commission for Human Rights staff has reviewed the determination of the Equal Employment Opportunity Commission.

The Alaska State Commission for Human Rights adopts the Equal Employment Opportunity Commission's action and determines that complainant's allegations are not supported by substantial evidence.

Nov. 2, 2004
Date

Paula M. Haley
Executive Director

Supp. Exhibit 2
Page 1 of 2

Enclosure: Closing Order

Toll Free
In Alaska (800) 478-4692
TTY / TDD Only (800) 478-3177

01-A4LH

printed on recycled paper

# STATE OF ALASKA

## HUMAN RIGHTS COMMISSION

FRANK H. MURKOWSKI, GOVERNOR

800 A STREET, SUITE 204
ANCHORAGE, ALASKA 99501-3669
PHONE:   (907) 274-4692 / 276-7474
TTY/TDD: (907) 276-3177
FAX:     (907) 278-8588

Elsa Billingham
P O Box 231625
Anchorage AK  99523

Penny Beiler, EEO Program Manager
Division of Personnel
Department of Administration
State of Alaska
619 E Ship Creek Dr #309
Anchorage AK 99501

DIVISION OF PERSONNEL

NOV  4 2004

ANCHORAGE

Re:  **Elsa Billingham v. State of Alaska, Dept of Transportation and Public Facilities**
     ASCHR No.  E-04-003
     EEOC No.   380-2004-00472

## CLOSING ORDER

Pursuant to AS 18.80.010 et seq., this case is hereby ordered closed for the following reason:

The Alaska State Commission for Human Rights concludes that there is no substantial evidence to support the allegations in the complaint.

_Nov. 2, 2004_
Date

ALASKA STATE COMMISSION
FOR HUMAN RIGHTS

By: _Paula M. Haley_
Paula M. Haley
Executive Director

### Notice of Right to Judicial Review

AS 44.62.560 - 44.62.570 provides for judicial review of this order by the Superior Court. A Notice of Appeal must be filed with the Superior Court within 30 days of the issuance of this Final Closing Order.

Supp. Exhibit 2
Page 2 of 2

Toll Free
In Alaska (800) 478-4692
TTY/TDD Only (800) 478-3177

01-AALH

printed on recycled paper