Elsa Billingham, *Pro Se*
P.O. Box 231625
Anchorage, Alaska 99523
(907) 332-3791

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) Superior Court Case No.: 04-12964 CI | |
| Appellant, ) | |
| ) | |
| vs. ) ASCHR Case No.: E-04-003 | |
| ) | |
| STATE OF ALASKA, HUMAN ) | |
| RIGHTS COMMISSION, ) **NOTICE OF APPEAL** | |
| ) | |
| Appellee. ) | |

COMES NOW, Appellant Elsa Billingham and pursuant to Alaska Rule of Appellate Procedure Rule 602, hereby gives notice of her appeal to the Superior Court for the State of Alaska from the Findings of Fact and Closing Order entered by the Human Rights Commission on November 2, 2004 and distributed on November 3, 2004.

The address of the Appellant, Elsa Billingham is P.O. Box 231625 Anchorage, Alaska 99513.

DATED this 2nd day of December, 2004 at Anchorage, Alaska.

_____
Elsa Billingham, *Pro Se* Appellant

Elsa Billingham, *Pro Se*
P.O. Box 231625
Anchorage, Alaska 99523
(907) 332-3791

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
|     Appellant, | ) Superior Court Case No.: 04-12964 CI |
| vs. | ) |
| | ) ASCHR Case No.: E-04-003 |
| STATE OF ALASKA, HUMAN | ) |
| RIGHTS COMMISSION, | ) STATEMENT OF POINTS ON APPEAL |
|     Appellee. | ) |

Appellant, Elsa Billingham raises the following issues as her points on appeal.

1. The Human Rights Commission (Agency) denied Appellant the opportunity for a hearing.

2. The Agency abused its discretion in finding that Appellant's allegations were not supported by substantial evidence.

3. The Agency failed to consider the weight of the evidence and consider the evidence presented to the Agency by the Appellant in support of her claim.

RESPECTFULLY SUBMITTED this 2nd day of December, 2004 at Anchorage, Alaska.

                                                       Elsa Billingham, *Pro Se* Appellant