IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| | ) |
| APPELLANT, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF ALASKA, | ) |
| HUMAN RIGHTS COMMISSION, | ) |
| | ) |
| APPELLEE. | ) |

Case No. 3AN-04-12964 CI

## ALASKA STATE COMMISSION FOR HUMAN RIGHTS MOTION FOR MODIFICATION OF SCOPE OF REMAND

The Alaska State Commission for Human Rights ("ASCHR") moves the Court for a modification of the scope of remand in this case. The ASCHR relies on a memorandum of law submitted herewith.

DATED this 21st day of September, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
William E. Milks
Assistant Attorney General
Alaska Bar No. 0411094

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, copies of this MOTION FOR MODIFICATION OF SCOPE OF REMAND, MEMORANDUM IN SUPPORT OF MOTION, and proposed ORDER were mailed via USPS to:

Elsa Billingham
PO Box 231625
Anchorage, AK 99523

_____
Janet Mehl, Law Office Assistant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| ELSA BILLINGHAM, )<br>)<br>APPELLANT, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, )<br>HUMAN RIGHTS COMMISSION, )<br>)<br>APPELLEE. )<br>_____ ) | Case No. 3AN-04-12964 CI |

### ALASKA STATE COMMISSION FOR HUMAN RIGHTS
### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR MODIFICATION
### OF SCOPE OF REMAND

Appellee Alaska State Commission for Human Rights (the "commission") requests that the court modify its remand order to allow the agency to conduct additional investigation prior to the issuance of the findings required by the court.

### DISCUSSION

On July 7, 2006, the court remanded this matter to the commission "to issue findings regarding [the commission's] conclusion that Billingham's age and sex discrimination claim lacked substantial evidence." Decision on Appeal at 11. Subsequent to the court's remand order, Appellant Elsa Billingham has submitted to the agency, on at least eight separate occasions, documents totaling hundreds of pages which, apparently, Ms. Billingham hopes will influence the agency's additional findings.

COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION
FOR MODIFICATION OF SCOPE OF REMAND
Billingham v. ASCHR

Supp. Exhibit 5
Page 2 of 4

Page 1 of 3
Case No. 3AN-04-12964 CI

The commission does not believe it would be appropriate to consider Ms. Billingham's additional submissions because they were not included in the record before the court; however, Ms. Billingham has also alleged that she was denied the opportunity to present this evidence during the pendency of the administrative investigation.

The commission did not conduct the initial investigation in this case; its conclusion is based on the record compiled by the Equal Employment Opportunity Commission (EEOC). Ms. Billingham would have had no opportunity to submit information to the commission, and it is unclear from the record whether Ms. Billingham was indeed denied the opportunity to provide it to the EEOC. Nevertheless, it appears that at least some of the information now being submitted is relevant to the issue of whether Ms. Billingham's coworkers were treated more favorably than she was.

The commission is prepared to issue findings as ordered by the court without considering Ms. Billingham's submissions. But because at least some of the information submitted may be relevant to resolving this matter, the commission believes a more fully developed record will result by considering the information. Consideration of this evidence would also require additional investigation of any other relevant evidence, such as that in the possession of the respondent, to insure that the commission's fact finding remain impartial. Supplemental fact finding could support the commission's present conclusion, or it could result in a finding that Ms. Billingham's claims are supported by substantial evidence.

COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION
FOR MODIFICATION OF SCOPE OF REMAND
Billingham v. ASCHR

Supp. Exhibit 5
Page 3 of 4
Page 2 of 3
Case No. 3AN-04-12964 CI

## COMMISSION REQUEST

The commission therefore requests that the court modify its order to allow further investigation. The remand as directed appears to only permit the issuance of findings. With the court's permission, the commission believes that it can conduct further investigation and issue final findings by November 30, 2006.

## CONCLUSION

For the foregoing reasons, the commission requests that the court modify its remand order to allow the commission to conduct additional investigation on Ms. Billingham's age and sex discrimination claims.

DATED this 21st day of September, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]* William E. Milks
Assistant Attorney General
Alaska Bar No. 0411094

COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION
FOR MODIFICATION OF SCOPE OF REMAND
*Billingham v. ASCHR*

Supp. Exhibit 5
Page 4 of 4
Page 3 of 3
Case No. 3AN-04-12964 CI