IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

|  |  |
|---|---|
| ELSA BILLINGHAM, <br><br> Appellant, <br><br> vs. <br><br> STATE OF ALASKA, <br> HUMAN RIGHTS COMMISSION, <br><br> Appellee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3AN-04-12964 CI |

## ORDER FOLLOWING DETERMINATION ON REMAND

On July 7, 2006 this court issued its Decision on Appeal affirming the decision of Appellee Human Rights Commission (the Commission) that Appellant Elsa Billingham's retaliation claim lacked substantial evidence. This decision also remanded the matter back to the Commission to issue findings regarding its conclusion that Billingham's age and sex discrimination claim lacked substantial evidence. The Commission's findings were issued on August 21, 2007 after the Commission had the opportunity to review the personnel files of various co-workers of Billingham whom she alleged were treated more favorably than her.[1]

---

[1] Inexplicably, the Commission's Determination on Remand never reached the court's file. This court was unaware of this fact until approximately December 10, 2007 when the court reviewed the file in relation to a motion filed by Billingham. At the court's request, the Commission filed another copy of its Determination on December 21, 2007.

Order Following Determination on Remand
Billingham v Human Rights Commission
3AN-04-12964CI
Page 1of 2

**Supp. Exhibit 7**
**Page 1 of 2**

These personnel records were also submitted to the court, under seal, as part of the agency record.

Having considered the Commission's Determination on Remand, this court concludes that the Commission properly found that Billingham failed to establish a prima facie case of age and sex discrimination. This finding of the Commission was supported by substantial evidence. Accordingly, the Commission's dismissal of Billingham's discrimination claim is AFFIRMED in all respects.[2]

DATED at Anchorage, Alaska, this 15 day of February, 2008.

_____
Philip R. Volland
Superior Court Judge

I certify that on the 19 day of Feb-08,
a copy of the foregoing was sent by
fax _____ mail _____ to:   S. Kateff
                            W. Milks
                            J. Deyoung
_____        E. Billingham
V Ulmer, Administrative Assistant

---

[2] Billingham's Motion for Appellant to be Able to Review File is DENIED. Billingham apparently seeks these confidential materials to support a separate claim she has filed in Federal court. It is in that separate action, not this appeal, where Billingham should seek access to the records. This court determined that further briefing was not required in this matter, and Billingham's Amended Motion to Review File does not persuade the court that further access to these confidential materials is required. The court notes that these files were available for the court to review in assessing the sufficiency of the Commission's Determination on Remand.

Order Following Determination on Remand
Billingham v Human Rights Commission
3AN-04-12964CI
Page 2 of 2

Supp. Exhibit 7
Page 2 of 2