David R. Edgren
Edgren Law Offices, LLC
645 G Street, Suite 300
Anchorage, Alaska  99654
(907) 272-3325



IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE STATE OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,            )<br>                             )<br>         Plaintiff,         )<br>                             )<br>vs.                          )<br>                             )<br>STATE OF ALASKA, DEPARTMENT  )<br>OF TRANSPORTATION AND        )<br>PUBLIC FACILITIES,           )<br>                             )<br>         Defendant.         )<br>_____) | Case No. 3:05-cv-0240 (TMB) |

**NON-OPPOSED MOTION TO EXTEND
TIME FOR FILING RESPONSIVE ARGUMENT**

COMES NOW the Plaintiff, by and through her attorneys, Edgren Law Offices, LLC, and hereby moves and requests on a non-opposed basis that the court extend through Friday, May 16, 2008, the time for Plaintiff to file her responsive argument to that filed by Defendant in connection with the issue of the significance of collateral estoppel and *res judicata* based on the recent decision of the Anchorage Superior Court in Plaintiff's appeal of the decision of the Human Rights Commission.  There is good cause for granting this request, as Plaintiff's counsel had five straight days of trial in three

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

different matters the week of May 5-9, and was thus not in a position to properly research and respond to the issues raised by Defendant in its briefing. On Friday, May 9, the undersigned's staff conferred with opposing counsel, who indicated that that Defendant was not opposed to the extension, and authorized that representation to be made in this filing. The undersigned returned to his offices after the close of the court day on the 9th, and was ill and out of the office on Monday, the 12th of May, thus this filing is made on the next day following.

DATED at Anchorage, Alaska, this 13th day of May, 2008.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE

I CERTIFY THAT, on the date noted below, I caused to be served by USPS a true and correct copy of this document on:

Attorney General's Office, State of Alaska
B. Page, Esq., Atty. for Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

5/13/8    _____
Date         C. Mason, Legal Asst.

**NON-OPPOSED MOTION TO EXTEND
TIME FOR FILING RESPONSIVE ARGUMENT -- PAGE 2 OF 2**

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317