DAVID R. EDGREN
EDGREN LAW OFFICES
750 West Fireweed, Suite 201
Anchorage, Alaska 99503
Phone: (907) 272-3325
Fax: (907) 272-3317



Attorneys for the Plaintiff

## IN THE DISTRICT COURT FOR THE UNITED STATES
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF TRANSPORTATION AND ) <br> PUBLIC FACILITIES, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-cv-0240 (TMB) |

### CERTIFCATE OF SERVICE OF
### PLAINTIFF'S RESPONSIVE SUPPLEMENT ON THE ISSUE OF
### COLLATERAL ESTOPPEL TO MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff Elsa Billingham ("Billingham"), by and through her attorneys, Edgren Law Offices, LLC, and hereby certifies that Defendant was served on May 16, 2008, by First Class U.S. Mail, postage prepaid and preaddressed to Defendant's lawyers a true and correct copy of Plaintiff's supplemental briefing on the issue of collateral estoppel in connection with the Defendant State Department of Transportation and Public Facilities' ("Department") pending motion for summary judgment.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 16th day of May, 2008.

>EDGREN LAW OFFICES
> ATTORNEYS FOR PLAINTIFF
>
> By: _____
> David R. Edgren
> Alaska Bar No. 9406058