IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br>    Plaintiff,<br> vs.<br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES,<br>    Defendant. | Case No. 3:05-cv-00240-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

  ___ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  _X_ **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed on the merits, and the defendant, State of Alaska, Department of Transportation and Public Facilities recover costs from the plaintiff Elsa Billingham in the amount of $_____.

APPROVED:

 /s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| | |
|---|---|
| August 18, 2008 | IDA J. ROMACK |
| Date | Clerk |