TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) ) ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cv-0240 (TMB) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on August 18, 2008, against Elsa Billingham, the Clerk is requested to tax the costs listed below. These costs are allowable under 28 U.S.C. § 1920, Rule 54(d)(1) of the Federal Rules of Civil Procedure, and Rule 54.1 of the Local Rules of the United States District Court for the District of Alaska and were necessarily incurred in the action.

1. Fees of the Court Reporter [28 U.S.C. § 1920(2)]:

   | | | |
   |---|---|---:|
   | a. | Deposition of Elsa Billingham | $1,584.70 |
   | b. | Deposition of Tracy Newbill | 200.50 |
   | c. | Deposition of Jim Ashton | 373.20 |
   | d. | Deposition of William (Billy) Meers | 194.15 |
   | e. | Deposition of Dale Johnson | 195.35 |
   | f. | Deposition of Kevin Dougherty | 163.45 |

2. Fees for Copies of Papers Necessarily Obtained for Use in the Case [28 U.S.C. § 1920(4)]:

   | | | |
   |---|---|---:|
   | a. | Genesis Recovery Services | 60.00 |
   | b. | Medical Office | 75.00 |
   | c. | Municipality of Anchorage | 30.42 |
   | d. | U.S. Equal Employment Opportunity Commission | 52.05 |

**TOTAL COSTS** **$2,928.82**

RESPECTFULLY submitted this 27th day of August, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612 (Phone)
(907) 258-4978 (Fax)
Brenda.Page@alaska.gov
Alaska Bar No. 0303007

Bill of Costs
*Billingham v. SOA, DOT, & Public Facilities*, 3:05-cv-0240(TMB)    Page 2 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

## DECLARATION

I declare under penalty that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __David R. Edgren__

Signature of Attorney: *Brenda B. Page* (signed)

Name of Attorney: __Brenda B. Page__

For: __State of Alaska, Department of Transportation and Public Facilities__

Date: __August 27, 2008__

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court                    Deputy Clerk          Date

### CERTIFICATE OF SERVICE

This is to certify that on August 27, 2008, a true and correct copy of the **BILL OF COSTS**, was served by first class U.S. Mail and facsimile on the following:

David R. Edgren
Edren Law Offices, LLC
750 E. Fireweed Lane,
Suite 201
Anchorage, AK 99503

/s/ Brenda B. Page

Bill of Costs
*Billingham v. SOA, DOT, & Public Facilities*, 3:05-cv-0240(TMB)   Page 3 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

## CLERK'S RULING ON COST BILL

Costs are hereby taxed in favor of _____

and against _____ in the amounts

noted above.

Remarks: _____

_____

_____

_____    _____
Date                                              Clerk of Court

I certify that on _____
a copy of this ruling was sent
to:

Clerk: _____

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Bill of Costs
*Billingham v. SOA, DOT, & Public Facilities*, 3:05-cv-0240(TMB)    Page 4 of 4