TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, DEPARTMENT ) | |
| OF TRANSPORTATION AND PUBLIC ) | |
| FACILITIES ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. 3:05-CV-0240 (TMB) |

**AFFIDAVIT OF BRENDA B. PAGE**

UNITED STATES DISTRICT COURT )
                             ) ss.
DISTRICT OF ALASKA           )

I, Brenda B. Page, state after being duly sworn and based upon my personal knowledge that:

1. I am an Assistant Attorney General in the Civil Division of the Department of Law assigned to represent the Defendant in the above captioned lawsuit.

2. Attached as Exhibits A-F are true and correct copies of invoices from Summit Court Reporting for deposition costs incurred by Defendant in this lawsuit.

The invoices reflect the total court reporter fees for the depositions, including appearance fees, the costs of an original transcript copy, copies of exhibits, and the read & sign/filing fees. All of these depositions were cited in Defendants' briefing in support of its motion for summary judgment and were necessarily obtained for use in this case.

    3.    Attached as Exhibits G-J are true and correct copies of invoices for copying costs incurred by Defendant for documents necessarily obtained for use in the case. Specifically, the copies were for certain of Plaintiff's medical records, Plaintiff's employment records with the Municipality of Anchorage, and the EEOC investigation file for Plaintiff's complaints with the agency. We have redacted account numbers from the invoices for confidentiality reasons.

    4.    Attached as Exhibit K is a true and correct copy of a computer printout showing proof of payment of the costs listed in the cost bill, with identification of the warrant number for each payment.

    Further this affiant sayeth naught.

_____
Brenda B. Page

SUBSCRIBED AND SWORN TO before me this 27th day of August, 2008, at Anchorage, Alaska.



_____
Notary Public in and for the State of Alaska
My Commission Expires With Office

Affidavit of Brenda B. Page                                          Page 2 of 2
*Elsa Billingham v. SOA/DOT&P*
3:05-cv-0240 (TMB)