Summit Court Reporting, LLC
310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

**HAND DELIVERY**

RECEIVED LAW AGO ANC
OCT 15 2007 AM 11:32

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/15/2007 | 207-167 |

**TO:**
Brenda Page, Esq
Attorney General's Office
1031 W 4th Ave., Suite 200
Anchorage, AK 99501

**IN RE:**
Billingham vs. SOA, DOT/PF
Case No. 3:05-cv-0240 (TMB)
Dep of Elsa Billingham
Taken September 25, 2007

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 7 | 385.00 |
| Original/One Copy | 288 | 1,137.60 |
| Exhibits | 157 | 47.10 |
| Read & Sign/Filing Fee | | 15.00 |
| **Total** | | $1,584.70 |

**DIRECT CASE COST**
Complete for Direct Case Cost and Submit for Approval

Project #: 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 Case #:
Case Name: Billingham v. SOA, DOT & PF et al.
Signature: B Page Date: 10/15/07
Printed Name: Brenda Page Attorney #:

**APPROVED FOR PAYMENT**
Signature: Date:
Printed Name:
CC: LC: Acct:

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

**Exhibit A**
**Page 1 of 1**

Summit Court Reporting, LLC
310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/16/2007 | 207-171 |

| TO: |
|---|
| Brenda Page, Esq<br>Attorney General's Office<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 |

| IN RE: |
|---|
| Billingham vs. SOA, DOT/PF<br>Case No. 3:05-cv-0240 (TMB)<br>Dep of Tracy Newbill<br>Taken September 26, 2007 |

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 1 | 55.00 |
| Original/One Copy | 36 | 142.20 |
| Exhibits | 11 | 3.30 |
| **Total** | | $200.50 |

DIRECT CASE COST
Complete for Direct Case Cost and Submit for Approval

Project #: ________ Case #: 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
Case Name: Billingham v. SOA, DOT/PF
Signature: Brenda Page Date 10/22/07
Printed Name: B. Page Attorney #: ________

APPROVED FOR PAYMENT
Signature: ________ Date: ________
Printed Name ________
CC: ________ LC: ________ Acct: ________

**Exhibit B**
**Page 1 of 1**

Summit Court Reporting, LLC

310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/16/2007 | 207-172 |

| TO: |
|---|
| Brenda Page, Esq<br>Attorney General's Office<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 |

| IN RE: |
|---|
| Billingham vs. SOA, DOT/PF<br>Case No. 3:05-cv-0240 (TMB)<br>Dep of Jim Ashton<br>Taken September 26, 2007 |

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 1.5 | 82.50 |
| Original/One Copy | 72 | 284.40 |
| Exhibits | 21 | 6.30 |

DIRECT CASE COST
Complete for Direct Case Cost and Submit for Approval

Project #: ______ Case #: 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
Case Name: Billingham v. SOA, DOT/PF
Signature: Brenda Page Date: 10/22/07
Printed Name: B. Page Attorney #: ______

APPROVED FOR PAYMENT
Signature: ______ Date: ______
Printed Name: ______
CC: ______ C: ______ Acct: ______

| | |
|---|---|
| **Total** | $373.20 |

**Exhibit C**
**Page 1 of 1**

Summit Court Reporting, LLC

310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/16/2007 | 207-169 |

| TO: | IN RE: |
|---|---|
| Brenda Page, Esq<br>Attorney General's Office<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 | Billingham vs. SOA, DOT/PF<br>Case No. 3:05-cv-0240 (TMB)<br>Dep of Wm. (Billy) Meers<br>Taken September 26, 2007 |

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 1 | 55.00 |
| Original/One Copy | 35 | 138.25 |
| Exhibits | 3 | 0.90 |
| **Total** | | $194.15 |

**DIRECT CASE COST**

Complete for Direct Case Cost and Submit for Approval

Project #:__________ Case #: 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

Case Name: Billingham v. SOA, DOT/PF

Signature: Brenda Page Date: 10/22/07

Printed Name: B. Page Attorney #: ______

APPROVED FOR PAYMENT

Signature: ______ Date: ______

Printed Name: ______

CC: ______ CC: ______ Amount: ______

**Exhibit D**
**Page 1 of 1**

Summit Court Reporting, LLC

310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/16/2007 | 207-168 |

| TO: |
|---|
| Brenda Page, Esq<br>Attorney General's Office<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 |

| IN RE: |
|---|
| Billingham vs. SOA, DOT/PF<br>Case No. 3:05-cv-0240 (TMB)<br>Dep of Dale Johson<br>Taken September 26, 2007 |

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 1 | 55.00 |
| Original/One Copy | 35 | 138.25 |
| Exhibits | 7 | 2.10 |
| **Total** | | $195.35 |

**DIRECT CASE COST**

Complete for Direct Case Cost and Submit for Approval

Project #: ______ Case #: 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

Case Name: Billingham V. SOA, DOT/PF

Signature: Brenda Page Date: 10/22/07

Printed Name: B. Page Attorney #: ______

**APPROVED FOR PAYMENT**

Signature: ______ Date: ______

Printed Name ______

CC ______ C ______ Acct: ______

**Exhibit E**
**Page 1 of 1**

Summit Court Reporting, LLC

310 K Street, Suite 200
Anchorage, AK 99501
(907)264-6776 Fax (907) 264-6736
TAX ID #20-0252354

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/16/2007 | 207-170 |

| TO: |
|---|
| Brenda Page, Esq<br>Attorney General's Office<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 |

| IN RE: |
|---|
| Billingham vs. SOA, DOT/PF<br>Case No. 3:05-cv-0240 (TMB)<br>Dep of Kevin Dougherty<br>Taken September 26, 2007 |

| Terms | Reporter |
|---|---|
| Due on receipt | KN |

| Description | Qty | Amount |
|---|---|---|
| Appearance Fee | 1 | 55.00 |
| Original/One Copy | 27 | 106.65 |
| Exhibits | 6 | 1.80 |

DIRECT CASE COST
Complete for Direct Case Cost and Submit for Approval

Pro[illegible] #: Case #: 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
Case Name: Billingham v. SOA, DOT/PF
Signature: Brenda Page Date: 10/22/07
Printed Name: B. Page Attorney #:

[illegible] FOR PAYMENT
Signature: Date:
Printed Name:
CC: LC: Acct:

| | Total | $163.45 |
|---|---|---|

**Exhibit F**
**Page 1 of 1**

Aug 01 07 10:12a p.1

64393-8c

DOM 05257

221060503

# INVOICE

Dona Maloney, Ph.D.

2825 W. 42nd Avenue, Anchorage, AK 99504
Phone 907-243-5130 Fax 907-248-8350
dmaloney@genesisrecovery.org

DATE: AUGUST 1, 2007

TO Attorney General
Attn: Brenda Page
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
907-269-5100

JOB Copy of file content

| QUANITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Copy of file content for Elsa Billingham, DOB 11/28/1949<br>Ref: Court Case No. 3-05-cv-0240 | | $60.00 |
| | | SUBTOTAL | |
| | | SALES TAX | |
| | | TOTAL | $60.00 |

**DIRECT CASE COST**
Complete for Direct Case Cost and Submit for Approval

Project #: ______ Case #: ______
Case Name: ______
Signature: ______ Date: ______
Printed Name: ______ Attorney #: ______

**APPROVED FOR PAYMENT**
Signature: Brenda Page Date: 8-3-07
Printed Name: ______
CC: ______ LC: ______ Acct: ______

PAID BY CC
Authorized for Payment
Credit Card: [redacted]
Cardholder: Kelly Gumble
Sign:
Date:
CC/AC: [redacted]

GENESIS RECOVERY SERVICES
2825 W 42ND AVE
ANCHORAGE, AK. 99517
THURSDAY, AUGUST 02, 2007 10:16AM
MERCHANT ID . . : 0094590000101
CARD TYPE . . . : MASTERCARD
CARD NUMBER . . : ************
INVOICE NUM . . : 2663000
AUTH CODE . . . : APPRVD #379319
BALANCE DATE . . : 0002
TOTAL AMOUNT . . : 60.00 (SALE)
SALES TAX . . . : 60.00
CUSTOMER CODE . : 300

SIGNATURE

THANK YOU
HAVE A NICE DAY

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)
RETAIN THIS COPY FOR YOUR RECORDS

221060503

**Exhibit G**
**Page 1 of 1**

PAK 02236 2028532 - (88)




6-19-07

To Whom It May Concern:

Our fee for getting these records ready is $75.00.

Patient - Elsa S. Billingham
DOB 11/28/1948

RECEIVED
JUN 21 2007
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

Thank You,
Linda

**DIRECT CASE COST**
Complete for Direct Case Cost and Submit for Approval

Project #: 2113 Case #: 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
Case Name: Billingham v SOA
Signature: Brenda Page Date: 6/22/07
Printed Name: Brenda Page Attorney #: 2209

**APPROVED FOR PAYMENT**
Signature: [signature] Date: 7-2-07
Printed Name: Mindy Zidkowski
CC: [redacted] LC: Acct: [redacted]

RECEIVED
JUL 03 2007
DEPT. OF LAW
ADMIN. SERVICES



3650 LAKE OTIS, SUITE 140 ANCHORAGE, ALASKA 99508,
(907) * 277 * 2597

2028532 - (71)



# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550 http://www.muni.org

*Mayor Mark Begich*

Office of the Municipal Attorney
Civil Division

MUA00117

June 27, 2007

APPROVED FOR PAYMENT
Date: 7-2-07
Sign:
Printed Name: MINDY ZIOLKOWSKI
CC/Acct:

RECEIVED
JUL 03 2007
DEPT. OF LAW
ADMIN. SERVICES

Jean M. Clarkin
Litigation Asst. to Brenda B. Page
State of Alaska, Department of Law
1031 W. 4th Ave., #200
Anchorage, AK 99501-1994

Re: Employee records request re Elsa Billingham

Dear Ms. Clarkin

Pursuant to your request enclosed is a copy of Elsa Billingham's employee record, except for the following records:

09/18/06 – AK Dept of Public Safety & ID Bureau fingerprint search results
10/06/06 – FBI fingerprint search results
04/24/06 – Alaska DMV Driving Record
12/07/05 – Alaska DMV Driving Record
04/25/05 – Alaska DMV Driving Record and copy of driver's license

These records were not provided because disclosure of these records is restricted by state law. *See* AS 12.62.160, AS 28.15.151. If you have any questions, you may contact me at your convenience.

The total cost of this request is $30.42 (20 minutes at $35.00 per hour for labor and 115 pages at $0.25 per xerox page).

Sincerely,

Joshua M. Freeman
Assistant Municipal Attorney

cc. Martha M. Nelson, MOA Employee Records Supervisor

DIRECT CASE COST
Complete for Direct Case Cost and Submit for Approval

Project #: 221-06-050
Case Name: Billingham v. State
Signature: Date:
Printed Name: Brenda Page

APPROVED FOR PAYMENT
Signature: Date:
Printed Name:
CC: LC: Acct:

Exhibit I
Page 1 of 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle District Office**

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA 98104-1061
(206) 220-6883
TTY (206) 220-6882
FAX (206) 220-6911




DEC 0 8 2005

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

December 6, 2005

Brenda B. Page
Office of the Attorney General
Labor & State Affairs Section
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501-1994

**In Reply Refer to:**

| | |
|---|---|
| **FOIA NUMBER:** | **A6-01-FOIA-045-SE** |
| **CHARGE NUMBER:** | **80-2004-03898** |
| **CHARGE PARTIES:** | **Elsa Bellingham v. State of Alaska, Dept. of Transportation & Public Facilities** |

Dear Ms. Page:

Your Freedom of Information Act (FOIA) request dated November 8, 2005, was received on the same date. You seek copies of all documents in the investigation of the discrimination charge filed by Elsa Bellingham against State of Alaska, Dept. of Transportation & Public Facilities.

Your request is granted in part and denied in part. The identity of the documents denied follows the explanation of the exemption which allows the document to be withheld.

The documents listed hereafter are being withheld pursuant to the fifth exemption to the FOIA, 5 U.S.C. Section 552(b)(5). The fifth exemption to the FOIA allows an agency to withhold inter-agency and intra-agency memoranda or records which would not be available by law to a party other than an agency in litigation.

**WITHHELD pursuant to (b) (5):**

1. IMS Charge Service Sheet (1/3) — 1 Page
2. Investigator's Memorandum to District Director (1/26/05) — 1 Page
3. Processing Category & NEP/LEP Coding Sheet (undated & 12/23/04) — 2 Pages
4. REDACTED: Portions of the Charge Data System record containing deliberative processing information.

Section 1610.15 of the Commission's regulations, 29 C.F.R. Section 1610.15, provides that a charge be imposed both the actual search time required and for duplication of documents.

Under the authority of Section 1610.15(a), the first 100 pages and the search fee are being waived in your case. The copying costs are as follows:

**Total Pages 447 less 100 equals 347 pages at $0.15 per page**
**Your Total Cost: $52.05**

The copies of documents to which access is granted are enclosed.

If you wish to appeal the partial denial of your request, you may do so within 30 days after receipt of this letter by writing to:

Assistant Legal Counsel/FOIA Programs
Office of Legal Counsel
U.S. Equal Employment Opportunity Commission
1801 "L" Street, N.W.
Washington, D.C. 20507

You must attach a copy of this letter to your appeal letter. Your appeal will be governed by the provisions of 29 C.F.R. Section 1610.11.

Sincerely,

A. Luis Lucero, Jr.
Regional Attorney

Enclosures: "Explanation of Exemptions"

**Jul 1, '05-July 31 '08**
**CSN 221060503**

| CLIENT | PROJECT | MATTER | PAYEE NAME | DESCRIPTION | WARRANT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 2113 | 32020027 | 221060503 | US Equal Emp | Photo/Mailing | W#21963232 | 01/31/06 | 52.05 |
| 2113 | 32020027 | 221060503 | Muni of Anchorage | Prior Year Expense | W#22600328 | 07/01/07 | 30.42 |
| 2113 | 32020027 | 221060503 | Paula Korn | Prior Year Expense | W#22601557 | 07/01/07 | 75.00 |
| 2113 | 32020027 | 221060503 | Summit Ct Reporter | Court Reporting | W#22746307 | 10/31/07 | 2,711.35 |
| 2113 | 32020027 | 221060503 | Dona Mahoney | Depositions/Typing | W#01086237 | 12/31/07 | 60.00 |
| | | | | | | **Grand Total:** | **2,928.82** |

**Exhibit K**
**Page 1 of 1**