TALIS J. COLBERG
ATTORNEY GENERAL
Brenda B. Page
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

Attorney for the State of Alaska, Department
of Transportation and Public Facilities

IN THE DISTRICT COURT FOR THE UNITED STATES
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES | ) |
| Defendant. | ) |
| | ) Case No. 3:05-cv-0240 (TMB) |

**NOTICE OF COST HEARING**

The cost bill hearing has been scheduled in this matter for **Friday, September 5, 2008, at 9 a.m.**

RESPECTFULLY submitted this 27th day of August, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ Brenda B. Page

Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612 (Phone)
(907) 258-4978 (Fax)
Brenda.Page@alaska.gov
Alaska Bar No. 0303007

## CERTIFICATE OF SERVICE

This is to certify that on August 27, 2008, a true and correct copy of the **NOTICE OF COST HEARING**, was served by first class U.S. Mail and facsimile on the following:

David R. Edgren
Edren Law Offices, LLC
750 E. Fireweed Lane, Suite 201
Anchorage, AK 99503

/s/ Brenda B. Page

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100