Case 3:05-cv-00240-TMB          Filed 9/02/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELSA BILLINGHAM,<br>　　　Plaintiff,<br><br>Vs.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br><br>　　　Defendant, | )<br>)<br>)<br>)<br>) Case NO. 3:05-cv-0240 TMB<br>)<br>)　　MOTION<br>)<br>)<br>) |

RECEIVED
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

### PLAINTIFF'S MOTION FOR CONFIDENTIALITY AND TO PLACE DOCUMENTS UNDER SEAL.

Plaintiff Elsa Billingham is requesting that her Documents that are being submitted in her Motion for Reconsideration of Order for Summary Judgement are placed under Seal. Billingham Has had to produce admissible evidence under Federal rules of Evidence 403. Billingham is Attempting to make an argument as to comparators or similarly situated men who were treated more Favorably than Billingham. The EEOC contract compliance manual states that all comparators be Similarly situated. Plaintiff Billingham is compelled to use names of co-workers in this document In order to show comparators. ASCHR had investigated numerous people or comparators and Did not find discrimination. However ASCHR did not compare all of Billingham's co-workers. ASCHR stated that Billingham was written up more times than anyone else. This is a false Statement. There were other employee's with more extensive records than Billingham. However, ASCHR did not take into seriousness or expense or recklessness of accidents. Nor did ASCHR take into Consideration duration of time on the job, thus giving employee's with more seniority more possible Black marks on their records. Many of Billingham's writeups, were minor.

Dated at Anchorage, Alaska, this 2nd day of September 2008.

　　　　　　　　　　　　　　　　　　Elsa Billingham
　　　　　　　　　　　　　　　　　　PO.Box 231625
　　　　　　　　　　　　　　　　　　Anchorage Alaska 99523
　　　　　　　　　　　　　　　　　　(907) 332-3791

Page 1 of 2

Case 3:05-cv-00240-TMB          Filed 9/02/2008

CERTIFICATE OF SERVICE

This is to certify that on September 2 2008, a true and
Correct copy of the Plaintiff's Motion for Confidentiality
And to place documents under seal, was served in person
By Plaintiff Elsa Billingham on the following:

Brenda B Page
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage Alaska 99501
Phone: (907) 269-5135
Fax: (907) 258-4978

By Elsa Billingham

*[signature]*
dated 9-2-2008