IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
SEP 0 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| ELSA BILLINGHAM<br>Plaintiff,<br><br>Vs.<br><br>STATE OF ALASKA, DEPARTMENT<br>OF TRANSPORTATION AND PUBLIC<br>FACILITIES<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:cv-240 TMB<br>)<br>) MOTION<br>) Entry of Appearance by Plaintiff<br>)<br>) |

### ENTRY OF APPEARANCE BY PLAINTIFF

The Plaintiff Elsa Billingham hereby makes an entry of appearance on her behalf. Plaintiff Billingham has dismissed attorney David Edgren. Plaintiff Billingham will be representing her-Self in these matters before the Court as of this day September 2 2008.

Dated at Anchorage, Alaska this 3rd day of September 3 2008.

ELSA BILLINGHAM
PO. Box 231625
Anchorage Alaska 99523
(907) 332-3791

Certificate of Service

I certify that on this 3rd daty of September 2008
2008, this confidential document was served
In person to:

Assistant Attorney General
Brenda B Page
1031 West 4th Ave Suite 200
Anchorage Alaska 99501-1994

1