Case 3:05-cv-00240-TMB

**LODGED**

SEP 0 4 2008

Elsa Billingham
PO.Box 231625
Anchorage Alaska 99523
(907) 332-3791

|  |  |  |
|---|---|---|
| ELSA BILLINGHAM | ) | **ORDER** |
| Plaintiff, | ) | |
|  | ) | Case No. 3:05-cv-0240 |
| v. | ) | |
|  | ) | |
| STATE OF ALASKA, DEPARTMENT | ) | |
| OF TRANSPORTAION AND PUBLIC | ) | |
| FACILITIES | ) | |
|  | ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

It is hereby respectfully **ORDERED** That the Plaintiff's Motion to Amend the Judgement In a Civil Case is Accepted by this court.

Dated:_____ By: _____

Timothy Burgess
United States District Judge