RECEIVED
SEP 1 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Case 3:05-cv-00240-TMB

| | |
|---|---|
| ELSA BILLINGHAM )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>v.　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>STATE OF ALASKA, DEPARTMENT )<br>OF TRANSPORTATION AND PUBLIC )<br>FACILITIES, )<br>　　　　Defendant. )<br>_____ ) | **MOTION**<br><br>Case No. 3:05-cv-00240-TMB |

### RECONSIDERATION TO JUDGMENT IN A CIVIL CASE

Pro-Se Plaintiff Elsa Billingham requests a reconsideration on her Decision by Court, Plaintiff Billingham had met with her Attorney David Edgren on August 29 2008. This Was the first that she had received a copy of the **Judgment in a Civil Case.** Plaintiff Billingham did not receive the notice from her Attorney David Edgren of a September 5th Cost Bill hearing. Plaintiff Billingham requests an additional hearing, so that she may be Present. Billingham did not have notice of the hearing. Billingham had entered an entry of Appearance for herself on September 3 2008.

DATED This day of the 10th of September

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Elsa Billingham_
　　　　　　　　　　　　　　　　　　　　　　　Elsa Billingham
　　　　　　　　　　　　　　　　　　　　　　　PO. Box 231625
　　　　　　　　　　　　　　　　　　　　　　　Anchorage Alaska 99523
　　　　　　　　　　　　　　　　　　　　　　　(907) 332-3791

CERTIFICATE OF SERVICE
This is to certify that on September
10th 2008, A true and correct copy
Of the Plaintiff's Motion for Reconsid-
Eration to Judgment in A Civil Case
Will be served on

Brenda B Page
Assistant Attorney General
1031 W. fourth Ave. Suite 200
Anchorage Alaska 99501
Phone: (907) 269-5100