Case 3:05-cv-00240-TMB

Elsa billingham
PO.Box 231625
Anchorage Alaska 99523
(907) 332-3791

RECEIVED
SEP 10 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ELSA BILLINGHAM )
      Plaintiff, )
 )
v. )
 )
STATE OF ALASKA, DEPARTMENT )
OF TRANSPORTATION AND PUBLIC ) Case No. 3:05-cv-00240
FACILITIES. )
_____ )

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

It is hereby ORDERED that the Plaintiff, Elsa Billingham' motion for a Reconsideration

To Judment in a Civil Case is Granted. Plaintiff Billingham had not received the notice for the

September 5th hearing.

DATED :_____ By: _____

                                                                                Timothy Burgess
                                                                                United States District Judge